ANGELA L. PADILLA (STATE BAR NO. 154863)
apadilla@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN PRICE, on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Facebook, Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. C 09-03519 HRL<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE;
REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT COURT
JUDGE – CASE NO. C 09-03519

Dockets.Justia.com

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 7, 2009

ANGELA L. PADILLA
THOMAS J. GRAY
JULIO C. AVALOS
Orrick, Herrington & Sutcliffe LLP

_____/s/ Julio C. Avalos_____
JULIO C. AVALOS
Attorneys for Plaintiff
FACEBOOK, INC.

- 1 -

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE;
REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT COURT
JUDGE – CASE NO. C 09-03519

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 7, 2009.

Dated:  August 7, 2009                     Respectfully submitted,

                                              /s/ Julio C. Avalos /s/
                                              Julio C. Avalos

OHS West:260707942.1

- 2 -       DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE;
            REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT COURT
            JUDGE – CASE NO. C 09-03519