United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Steven Price on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br>Facebook, Inc., a Delaware corporation,<br>　　　　　Defendant.　　　　　　　　　　／ | No. C09-03519<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 24, 2009 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **December 4, 2009 at 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on November 20, 2009.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: August 10, 2009　　　　　　　　　　RICHARD W. WIEKING, Clerk
　　　　　　　　　　　　　　　　　　　　　United States District Court


　　　　　　　　　　　　　　　　　　　　　　/s/*Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk for
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

Dockets.Justia.com

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

J. Paul Gignac    j.paul@aogllp.com, ylaraneta@aogllp.com

Julio Cesar Avalos    javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Kiley Lynn Grombacher    kgrombacher@aogllp.com

Melissa Meeker Harnett    mharnett@wcclaw.com, jjerez@wcclaw.com

Mike Arias    marias@aogllp.com