Price v. Facebook, Inc. Doc. 6

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                     General Court Number
Clerk                                              408.535.5364

## August 10, 2009

**CASE NUMBER: CV 09-03519 HRL**
**CASE TITLE: STEVEN PRICE-v-FACEBOOK, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/07/09

FOR THE EXECUTIVE COMMITTEE:

_____
                                                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                  Entered in Computer 08/10/09 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                          Transferor CSA

Dockets.Justia.com