1  ANGELA L. PADILLA (STATE BAR NO. 154836)
   apadilla@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
5
   THOMAS J. GRAY (STATE BAR NO. 191411)
6  tgray@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  4 Park Plaza
   Suite 1600
8  Irvine, CA 92614-2558
   Telephone:   +1-949-567-6700
9  Facsimile:   949-567 6710

10 JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, CA 94025
   Telephone:   +1-650-614-7400
13 Facsimile:   +1-650-614-7401

14 Attorneys for Defendant
   FACEBOOK, INC.
15

16                UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18                       SAN JOSE DIVISION
19

20 | STEVEN PRICE, on behalf of himself and all others similarly situated, | Case No. 5:09-cv-03519 RMW |
21 | | Re-Assigned To: Hon. Judge Fogel |
22 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
23 | v. | |
24 | FACEBOOK, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | Complaint Filed: July 31, 2009 |
25 | Defendants. | |

26
27
28

OHS West:260714006.3

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
CASE NO.: 5:09-CV-03519 RMW

Dockets.Justia.com

1   This stipulation is entered into by and between Steven Price ("Plaintiff") and Defendant
2   Facebook, Inc. ("Defendant") through their respective counsel as follows:
3   WHEREAS, on July 31, 2009 Plaintiff filed his Class Action Complaint against
4   Facebook;
5   WHEREAS, on August 18, 2009, respective counsel for the parties agreed to grant
6   Defendant a thirty-day extension to Respond to Plaintiff's Complaint;
7   NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and
8   agreed that Facebook's deadline to file its response to Plaintiff's Complaint is hereby extended
9   for thirty (30) days to September 23, 2009.

Dated: August 28, 2009                ORRICK, HERRINGTON & SUTCLIFFE LLP


                                      /s/ Julio C. Avalos
                                      _____
                                      JULIO C. AVALOS
                                      Attorneys for Defendant
                                      FACEBOOK, INC.

Dated: August 28, 2009                ARIAS OZZELLO & GIGNAC LLP


                                      /s/ J. Paul Gignac
                                      _____
                                      J. PAUL GIGNAC
                                      Attorneys for Plaintiff
                                      STEVEN PRICE


**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

1  Dated: August 28, 2009                                Respectfully submitted,

2                                                        /s/ Julio C. Avalos
3                                                        _____
                                                         JULIO C. AVALOS
4
5                                  **[PROPOSED] ORDER**

   Pursuant to the parties' stipulation, Facebook's deadline to respond to Plaintiff's
6
   Complaint is extended thirty (30) days to September 23, 2009.
7
8        IT IS SO ORDERED.

9
10  DATED: August ___, 2009
                                                         _____
11                                                       Hon. Jeremy Fogel
                                                         UNITED STATES DISTRICT COURT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260714006.3                  - 2 -             STIPULATION AND [PROPOSED] ORDER
                                                        EXTENDING TIME TO RESPOND
                                                        CASE NO.: 5:09-CV-03519 RMW

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2009.

Dated:  August 28, 2009                    Respectfully submitted,

                                           /s/ Julio C. Avalos
                                           JULIO C. AVALOS

OHS West:260714006.3         - 1 -         STIPULATION AND [PROPOSED] ORDER
                                           EXTENDING TIME TO RESPOND
                                           CASE NO.: 5:09-CV-03519 RMW