1  ANGELA L. PADILLA (STATE BAR NO. 154836)
   apadilla@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
5

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  4 Park Plaza
   Suite 1600
8  Irvine, CA 92614-2558
   Telephone:   +1-949-567-6700
9  Facsimile:   949-567 6710

10  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12  Menlo Park, CA 94025
   Telephone:   +1-650-614-7400
13  Facsimile:   +1-650-614-7401

14  Attorneys for Defendant
   FACEBOOK, INC.
15

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18                            SAN JOSE DIVISION

19

20  STEVEN PRICE, on behalf of himself and all     Case No. 5:09-cv-03519 RMW
   others similarly situated,
21
                Plaintiff,                         **STIPULATION AND [PROPOSED]**
22                                                      **ORDER TO EXTEND TIME**
        v.
23                                                       Complaint Filed: July 31, 2009
   FACEBOOK, INC., a Delaware corporation;
24  and DOES 1 through 10, inclusive,

25                 Defendants.

26

27

28

OHS West:260714006.3                                             STIPULATION AND [PROPOSED] ORDER
                                                               EXTENDING TIME TO RESPOND
                                                                     CASE NO.: 5:09-CV-03519 RMW

This stipulation is entered into by and between Steven Price ("Plaintiff") and Defendant Facebook, Inc. ("Defendant") through their respective counsel as follows:

WHEREAS, on July 31, 2009 Plaintiff filed his Class Action Complaint against Facebook;

WHEREAS, on August 18, 2009, respective counsel for the parties agreed to grant Defendant a thirty-day extension to Respond to Plaintiff's Complaint;

NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed that Facebook's deadline to file its response to Plaintiff's Complaint is hereby extended for thirty (30) days to September 23, 2009.

Dated: August 28, 2009         ORRICK, HERRINGTON & SUTCLIFFE LLP


                               /s/ Julio C. Avalos
                               _____
                               JULIO C. AVALOS
                               Attorneys for Defendant
                               FACEBOOK, INC.


Dated: August 28, 2009         ARIAS OZZELLO & GIGNAC LLP


                               /s/ J. Paul Gignac
                               _____
                               J. PAUL GIGNAC
                               Attorneys for Plaintiff
                               STEVEN PRICE


**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 28, 2009               Respectfully submitted,

                                     /s/ Julio C. Avalos
                                     JULIO C. AVALOS

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, Facebook's deadline to respond to Plaintiff's Complaint is extended thirty (30) days to September 23, 2009.

IT IS SO ORDERED.

DATED: August ___, 2009

                                     Hon. Ronald M. Whyte
                                     UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2009.

Dated:  August 28, 2009                                    Respectfully submitted,

                                                           /s/ Julio C. Avalos
                                                           JULIO C. AVALOS