1  ANGELA L. PADILLA (STATE BAR NO. 154836)
   apadilla@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
5
   THOMAS J. GRAY (STATE BAR NO. 191411)
6  tgray@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  4 Park Plaza
   Suite 1600
8  Irvine, CA 92614-2558
   Telephone:  +1-949-567-6700
9  Facsimile:   949-567 6710

10 JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, CA 94025
   Telephone:  +1-650-614-7400
13 Facsimile:  +1-650-614-7401

14 Attorneys for Defendant
   FACEBOOK, INC.

15

16             UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18             SAN JOSE DIVISION

19

20 STEVEN PRICE, on behalf of himself and all    Case No. 5:09-cv-03519 RMW
   others similarly situated,
21
          Plaintiff,                **STIPULATION AND [PROPOSED]**
22                                   **ORDER TO EXTEND TIME**
      v.
23                                         Complaint Filed: July 31, 2009
   FACEBOOK, INC., a Delaware corporation;
24 and DOES 1 through 10, inclusive,

25        Defendants.

26

27

28

OHS West:260714006.3                                STIPULATION AND [PROPOSED] ORDER
                                                           EXTENDING TIME TO RESPOND
                                                                 CASE NO.: 5:09-CV-03519 RMW

Dockets.Justia.com

1   This stipulation is entered into by and between Steven Price ("Plaintiff") and Defendant
2   Facebook, Inc. ("Defendant") through their respective counsel as follows:
3   WHEREAS, Plaintiff, along with Plaintiffs in two related cases currently pending between
4   Judge Fogel (CV03430 & CV03043), have asked Facebook to agree to consolidate the cases
5   before Judge Fogel;
6   WHEREAS, Facebook has agreed to consolidate the cases for pretrial purposes and the
7   parties are in the process of negotiating the final terms of the consolidation as well as the briefing
8   schedule for the consolidated case;
9   NOW THEREFORE, subject to the approval of the Court, the parties hereby stipulate and
10  agree that Facebook's deadline to respond to Plaintiff's Complaint is hereby extended for thirty
11  (30) days.

Dated: September 23, 2009         ORRICK, HERRINGTON & SUTCLIFFE LLP


                                  /s/ Julio C. Avalos
                                  _____
                                  JULIO C. AVALOS
                                  Attorneys for Defendant
                                  FACEBOOK, INC.


Dated: September 23, 2009         ARIAS OZZELLO & GIGNAC LLP


                                  /s/ J. Paul Gignac
                                  _____
                                  J. PAUL GIGNAC
                                  Attorneys for Plaintiff
                                  STEVEN PRICE

1
2       **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of
3       perjury that concurrence in the filing of the document has been obtained from its signatory.
4
5       Dated: September 23, 2009              Respectfully submitted,
6
7                                              /s/ Julio C. Avalos
8                                              JULIO C. AVALOS
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OHS West:260714006.3            - 2 -          STIPULATION AND [PROPOSED] ORDER
                                                EXTENDING TIME TO RESPOND
                                                CASE NO.: 5:09-CV-03519 RMW

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, Facebook's deadline to respond to Plaintiff's Complaint is extended thirty (30) days.

       IT IS SO ORDERED.

DATED: _____
------------------------------------------
Hon. Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 23, 2009.

Dated:  September 23, 2009               Respectfully submitted,


                                   /s/ Julio C. Avalos
                                    JULIO C. AVALOS