Price v. Facebook, Inc.
Doc. 12

# EXHIBIT A

Dockets.Justia.com

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     +1-650-614-7400
6   Facsimile:     +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:     +1-415-773-5700
    Facsimile:     +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                    Case No.  5:08-cv-03468 JF

18              Plaintiff,             **FACEBOOK, INC.'S FIRST SET OF
                                       REQUESTS FOR PRODUCTION TO
19       v.                            DEFENDANT HOTLZBRINCK
                                       NETWORKS GmBH RELATING TO
20  STUDIVZ LTD., VERLAGSGRUPPE        PERSONAL JURISDICTION**
    GEORG VON HOLTZBRINCK GmBH,
21  HOTLZBRINCK NETWORKS GmBH,
    HOLTZBRINCK VENTURES GmBH, and
22  DOES 1-25,

23              Defendants.

24

25          YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of

26  Civil Procedure, to respond to the following requests for production separately and fully, in

27  writing, and under penalty of perjury, within thirty (30) days after service or whatever date is

28  ordered by the Court, whichever is sooner.

OHS West:260489514.1

**DEFINITIONS**

A.      "ANY" shall be understood to include and encompass "ALL."  As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request ALL DOCUMENTS or things that might otherwise be construed to be outside its scope.

B.      The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies.  Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C.      "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D.      "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E.      As used herein, the term "DOCUMENT" means the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to all materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure.  The word "Document" includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, recorded voice mail messages and any other information stored magnetically, optically or electronically.

F.       "COMMUNICATION" as used herein means any contact, oral or documentary, formal or informal, at any place or under any circumstances whatsoever whereby information of any nature is transmitted or transferred, including without limitation, any note, memorandum or other record thereof, or a single person seeing or hearing any information by any means.

G.       "HOTLZBRINCK NETWORKS GmBH," "YOU," "YOUR," means defendant Holtzbrinck Networks GmBH and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf.

H.       "STUDIVZ" means defendant StudiVZ, Ltd. and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

I.       "FACEBOOK" means, without limitation, Facebook, Inc. (formerly TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions, officers, directors, trustees, employees, staff members, agents, counsel, representatives, consultants, AND ALL PERSONS acting or purporting to act on its behalf.

J.       "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use the services provided by STUDIVZ, including without limitation, those provided at the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

K.       "USERS OF FACEBOOK" means, without limitation, PERSONS registered to use the services provided by FACEBOOK at www.facebook.com and, previously, www.thefacebook.com.

L.       "COMPUTER CODE" means scripts, programs, or other code that YOU use or used or developed or in any way participated or assisted in the development thereof, in any computer language (such as "PHP" or "Perl").

1

**INSTRUCTIONS**

2      A.      In responding to the following requests, you are required to provide ALL

3  DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in

4  the possession of YOUR attorneys, investigators, employees, agents, representatives, and

5  guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from

6  YOUR own personal files.

7      B.      If YOU object to any of the requests, YOU must state the grounds for any

8  objection(s).  If YOU object to only part of a request, YOU must state the objection and the

9  grounds for any objection(s) and respond to the remainder of the request.

10     C.      If YOU object to the production of any document on the grounds that it is

11  protected from disclosure by the attorney-client privilege, work-product doctrine, or any other

12  privilege, YOU are requested to identify each document for which the privilege is claimed and

13  give ALL information required by applicable case law, including but not limited to the following:

14          a.      the name of the writer, sender, or initiator of each copy of
               the document;

15

16          b.      the name of the recipient, addressee, or party to whom any
               copy of the document was sent;

17          c.      the date of each copy of the document, if any, or an estimate
               of its date;

18

19          d.      a statement of the basis for the claim of privilege; and

20          e.      description of the document sufficient for the Court to rule
               on the applicability and appropriateness of the claimed privilege.

21                     **REQUESTS FOR PRODUCTION**

22  **REQUEST FOR PRODUCTION NO. 1:**

23      ALL DOCUMENTS that RELATE TO ANY contracts OR agreements between YOU

24  AND ANY  business licensed, located, based, OR incorporated in California OR ANY PERSON

25  currently OR formerly residing OR domiciled in California.

26  **REQUEST FOR PRODUCTION NO. 2:**

27      ALL DOCUMENTS that RELATE TO ANY USER OF STUDIVZ residing OR

28  domiciled in California, including ALL COMMUNICATIONS.

1   **REQUEST FOR PRODUCTION NO. 3**

2         ALL DOCUMENTS that RELATE TO ANY COMMUNICATION between YOU AND

3   FACEBOOK.

4   **REQUEST FOR PRODUCTION NO. 4**

5         DOCUMENTS sufficient to IDENTIFY the number AND amount of sales of goods AND

6   services sold OR provided by YOU to current OR former California residents, including

7   PERSONS, businesses, AND USERS of STUDIVZ.

8   **REQUEST FOR PRODUCTION NO. 5**

9         DOCUMENTS THAT RELATE TO the relationship of VERLAGSGRUPPE GEORG

10  VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK

11  VENTURES GmBH to OR with STUDIVZ, including without limitation, the investments of

12  VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS

13  GmBH, AND HOLTZBRINCK VENTURES GmBH, in, AND control OR influence over

14  STUDIVZ.

15  **REQUEST FOR PRODUCTION NO. 6**

16        DOCUMENTS sufficient to describe in detail the organizational structure of

17  HOTLZBRINCK NETWORKS GmBH from its creation until the present, including

18  DOCUMENTS sufficient to identify ALL shareholders, officers, employees, investors, AND

19  directors.

20  **REQUEST FOR PRODUCTION NO. 7**

21        DOCUMENTS that RELATE TO HOTLZBRINCK NETWORKS GmBH's business OR

22  corporate records, including without limitation, meeting minutes, Articles of Incorporation,

23  operating agreements, stock agreements, AND ANY DOCUMENTS that RELATE TO

24  HOTLZBRINCK NETWORKS GmBH's observance of corporate formalities, as well as Units,

25  Capital Accounts, AND Management Reports

26  ////

27  ////

28  ////

1  **REQUEST FOR PRODUCTION NO. 8**

2  DOCUMENTS that RELATE TO HOTLZBRINCK NETWORKS GmBH's financial

3  history, including without limitation, financial reports, profit/loss statements, budgets, financial

4  planning DOCUMENTS, accounts payable, accounts receivable, AND loan DOCUMENTS, as

5  well as Financial Reports, Capital Accounts, AND Adjusted Capital Accounts.

6  **REQUEST FOR PRODUCTION NO. 9**

7  DOCUMENTS that RELATE TO ANY contacts OR COMMUNICATIONS YOU have

8  had with PERSONS currently OR formerly residing OR domiciled in California;  businesses

9  (including without limitation, Internet search engines providers such as Google Inc. AND Yahoo!

10  Inc., server providers, advertising agencies, advertisers, Internet service providers, computer

11  equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed,

12  based, OR incorporated in California; AND universities, colleges, high schools located in

13  California, including without limitation, letters, emails, advertising materials, business

14  solicitations, business contacts, telephonic conversations, facsimile transmissions, AND trips to

15  California.

16  **REQUEST FOR PRODUCTION NO. 10**

17  DOCUMENTS sufficient to show, on a monthly basis, how many USERS OF STUDIVZ

18  have been registered on www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it,

19  www.estudiln.net, www.studentix.pl, AND www.schuelervz.net since October 2005, AND how

20  many of those USERS OF STUDIVZ are residents of California.

21  **REQUEST FOR PRODUCTION NO. 11**

22  DOCUMENTS sufficient to show the number AND amount of accounts receivable owed

23  YOU by California residents, including PERSONS AND entities, as well as the goods AND

24  services for which the individual accounts receivable are owed to.

25  **REQUEST FOR PRODUCTION NO. 12**

26  DOCUMENTS sufficient to show ALL of YOUR current AND former personal OR real

27  property currently OR previously located in California.

28

FIRST SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT HOTLZBRINCK
NETWORKS GmBH, CASE NO.: 5:08-cv-03468

1  **REQUEST FOR PRODUCTION NO. 13**

2      ALL contracts involving YOU in which California law governs.

3  **REQUEST FOR PRODUCTION NO. 14**

4      ALL DOCUMENTS RELATED TO instances when YOU accessed FACEBOOK

5  website, www.facebook.com OR www.thefacebook.com.

6  **REQUEST FOR PRODUCTION NO. 15**

7      IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

8  in California.

9  **REQUEST FOR PRODUCTION NO. 16**

10      ALL DOCUMENTS RELATED TO the services provided by www.studivz.net,

11  www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND

12  www.schuelervz.net to USERS OF STUDIVZ, including how they are provided.

13  **REQUEST FOR PRODUCTION NO. 17**

14      ALL DOCUMENTS RELATED TO ANY transaction OR transactions whereby

15  HOTLZBRINCK NETWORKS GmBH invested in, gave money to, OR obtained an interest in

16  STUDIVZ, including filings AND communications.

17  **REQUEST FOR PRODUCTION NO. 18**

18      ALL DOCUMENTS RELATED TO current AND former directors, officers, employees,

19  AND agents of HOTLZBRINCK NETWORKS GmBH, including DOCUMENTS RELATED

20  TO dates in these positions, duties, authorities, AND responsibilities.

21  **REQUEST FOR PRODUCTION NO. 19**

22      ALL DOCUMENTS RELATED TO YOUR promotions AND marketing activities

23  directed, at least in part, at California residents.

24  **REQUEST FOR PRODUCTION NO. 20**

25      DOCUMENTS sufficient to identify ALL of YOUR business relationships with, OR

26  financial interests in, businesses incorporated, located, based, OR with facilities OR offices

27  located in California, including the nature of each relationship, including the name of each

28  business, whether each business is incorporated, located, based OR has facilities OR offices

1    located in California, AND the nature of the relationship, including ANY goods OR services

2    provided.

3    **REQUEST FOR PRODUCTION NO. 21**

4         DOCUMENTS sufficient to show the ownership of STUDIVZ, including without

5    limitation PERSON'S names, amounts they contributed OR invested, AND their percent

6    ownership OR control on a by-PERSON basis.

7    **REQUEST FOR PRODUCTION NO. 22**

8         ALL DOCUMENTS RELATED TO universities, colleges, high schools, AND institutes

9    of higher learning located in California at which STUDIVZ provides OR provided services

10   including without limitation access to www.studivz.net, www.meinvz.net, www.studiqg.fr,

11   www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net, including

12   without limitation University of California (ALL campuses), California State University (ALL

13   campuses), as well as the USERS OF STUDIVZ using email domains (*e.g*., name@stanford.edu)

14   from those universities, colleges, high schools, AND institutes of higher learning.

15   **REQUEST FOR PRODUCTION NO. 23**

16        ALL versions of COMPUTER CODE YOU wrote, programmed OR helped develop that

17   RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it,

18   www.estudiln.net, www.studentix.pl, AND www.schuelervz.net

19   **REQUEST FOR PRODUCTION NO. 24**

20        A copy of ALL executable versions of COMPUTER CODE YOU use, used, developed

21   OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr,

22   www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net.

23   **REQUEST FOR PRODUCTION NO. 25**

24        ALL COMMUNICATIONS that RELATES TO FACEBOOK, its website, OR the servers

25   it uses, used, accesses OR accessed.

26   **REQUEST FOR PRODUCTION NO. 26**

27        ALL COMMUNICATIONS that RELATES TO OR REFERS TO FACEBOOK.

28

1   **REQUEST FOR PRODUCTION NO. 27**

2          A copy of ALL versions of COMPUTER CODE (including, without limitation, source

3   code, object code and scripts) YOU wrote, which YOU used, OR use OR for which YOU paid

4   that was designed to extract information from any website, including thefacebook.com OR

5   facebook.com.

6   **REQUEST FOR PRODUCTION NO. 28**

7          ALL DOCUMENTS related to any account YOU created to access any Facebook website,

8   including thefacebook.com AND facebook.com.

9   **REQUEST FOR PRODUCTION NO. 29**

10          ALL COMMUNICATIONS OR DOCUMENTS concerning or that RELATE TO the use

11   of any server, including proxy server, to access FACEBOOK's server(s) OR website(s).

12   **REQUEST FOR PRODUCTION NO. 30**

13          ALL DOCUMENTS reflecting, associated with, OR that RELATE TO any of YOUR

14   responses to Interrogatories in this action.

15

16   Dated: September  9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18   _____

19                                               I. NEEL CHATTERJEE
                                                 Attorneys for Plaintiff
20                                               FACEBOOK, INC.

21

22

23

24

25

26

27

28

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     +1-650-614-7400
6   Facsimile:      +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:     +1-415-773-5700
    Facsimile:      +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                        Case No.  5:08-cv-03468 JF

18                  Plaintiff,             **FACEBOOK, INC.'S FIRST SET OF
                                           REQUESTS FOR PRODUCTION TO
19         v.                              DEFENDANT HOLTZBRINCK
                                           VENTURES GmBH RELATING TO
20  STUDIVZ LTD., VERLAGSGRUPPE            PERSONAL JURISDICTION**
    GEORG VON HOLTZBRINCK GmBH,
21  HOTLZBRINCK NETWORKS GmBH,
    HOLTZBRINCK VENTURES GmBH, and
22  DOES 1-25,

23                  Defendants.

24

25              YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of

26  Civil Procedure, to respond to the following requests for production separately and fully, in

27  writing, and under penalty of perjury, within thirty (30) days after service or whatever date is

28  ordered by the Court, whichever is sooner.

OHS West:260489541.1                              FIRST SET OF REQUESTS FOR PRODUCTION OF
                                                  DOCUMENTS TO DEFENDANT HOLTZBRINCK
                                                  VENTURES GmBH, CASE NO.: 5:08-CV-03468

**DEFINITIONS**

A.      "ANY" shall be understood to include and encompass "ALL."  As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request ALL DOCUMENTS or things that might otherwise be construed to be outside its scope.

B.      The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies.  Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C.      "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D.      "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E.      As used herein, the term "DOCUMENT" means the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to all materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure.  The word "Document" includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, recorded voice mail messages and any other information stored magnetically, optically or electronically.

1    F.    "COMMUNICATION" as used herein means any contact, oral or documentary,

2    formal or informal, at any place or under any circumstances whatsoever whereby information of

3    any nature is transmitted or transferred, including without limitation, any note, memorandum or

4    other record thereof, or a single person seeing or hearing any information by any means.

5    G.    "HOLTZBRINCK VENTURES GmBH," "YOU," "YOUR," means defendant

6    Holtzbrinck Ventures GmBH and its directors, officers, parents, subsidiaries, predecessors,

7    successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other

8    persons and entities representing it acting on its behalf, OR purporting to act on its behalf.

9    H.    "STUDIVZ" means defendant StudiVZ, Ltd. and its directors, officers, parents,

10   subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators,

11   attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting

12   to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

13   I.    "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

14   TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

15   officers, directors, trustees, employees, staff members, agents, counsel, representatives,

16   consultants, AND ALL PERSONS acting or purporting to act on its behalf.

17   J.    "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

18   the services provided by STUDIVZ, including without limitation, those provided at the

19   www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website,

20   www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website and the

21   www.schuelervz.net website.

22   K.    "USERS OF FACEBOOK" means, without limitation, PERSONS registered to

23   use the services provided by FACEBOOK at www.facebook.com and, previously,

24   www.thefacebook.com.

25   L.    "COMPUTER CODE" means scripts, programs, or other code that YOU use or

26   used or developed or in any way participated or assisted in the development thereof, in any

27   computer language (such as "PHP" or "Perl").

28

**INSTRUCTIONS**

A.     In responding to the following requests, you are required to provide ALL DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from YOUR own personal files.

B.     If YOU object to any of the requests, YOU must state the grounds for any objection(s).  If YOU object to only part of a request, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the request.

C.     If YOU object to the production of any document on the grounds that it is protected from disclosure by the attorney-client privilege, work-product doctrine, or any other privilege, YOU are requested to identify each document for which the privilege is claimed and give ALL information required by applicable case law, including but not limited to the following:

        a.     the name of the writer, sender, or initiator of each copy of the document;

        b.     the name of the recipient, addressee, or party to whom any copy of the document was sent;

        c.     the date of each copy of the document, if any, or an estimate of its date;

        d.     a statement of the basis for the claim of privilege; and

        e.     description of the document sufficient for the Court to rule on the applicability and appropriateness of the claimed privilege.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

ALL DOCUMENTS that RELATE TO ANY contracts OR agreements between YOU AND ANY  business licensed, located, based, OR incorporated in California OR ANY PERSON currently OR formerly residing OR domiciled in California.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS that RELATE TO ANY USER OF STUDIVZ residing OR domiciled in California, including ALL COMMUNICATIONS.

**REQUEST FOR PRODUCTION NO. 3**

ALL DOCUMENTS that RELATE TO ANY COMMUNICATION between YOU AND FACEBOOK.

**REQUEST FOR PRODUCTION NO. 4**

DOCUMENTS sufficient to IDENTIFY the number AND amount of sales of goods AND services sold OR provided by YOU to current OR former California residents, including PERSONS, businesses, AND USERS of STUDIVZ.

**REQUEST FOR PRODUCTION NO. 5**

DOCUMENTS THAT RELATE TO the relationship of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH to OR with STUDIVZ, including without limitation, the investments of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH, in, AND control OR influence over STUDIVZ.

**REQUEST FOR PRODUCTION NO. 6**

DOCUMENTS sufficient to describe in detail the organizational structure of HOLTZBRINCK VENTURES GmBH from its creation until the present, including DOCUMENTS sufficient to identify ALL shareholders, officers, employees, investors, AND directors.

**REQUEST FOR PRODUCTION NO. 7**

DOCUMENTS that RELATE TO HOLTZBRINCK VENTURES GmBH's business OR corporate records, including without limitation, meeting minutes, Articles of Incorporation, operating agreements, stock agreements, AND ANY DOCUMENTS that RELATE TO HOLTZBRINCK VENTURES GmBH's observance of corporate formalities, as well as Units, Capital Accounts, AND Management Reports

1    **REQUEST FOR PRODUCTION NO. 8**

2          DOCUMENTS that RELATE TO HOLTZBRINCK VENTURES GmBH's financial

3    history, including without limitation, financial reports, profit/loss statements, budgets, financial

4    planning DOCUMENTS, accounts payable, accounts receivable, AND loan DOCUMENTS, as

5    well as Financial Reports, Capital Accounts, AND Adjusted Capital Accounts.

6    **REQUEST FOR PRODUCTION NO. 9**

7          DOCUMENTS that RELATE TO ANY contacts OR COMMUNICATIONS YOU have

8    had with PERSONS currently OR formerly residing OR domiciled in California;  businesses

9    (including without limitation, Internet search engines providers such as Google Inc. AND Yahoo!

10   Inc., server providers, advertising agencies, advertisers, Internet service providers, computer

11   equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed,

12   based, OR incorporated in California; AND universities, colleges, high schools located in

13   California, including without limitation, letters, emails, advertising materials, business

14   solicitations, business contacts, telephonic conversations, facsimile transmissions, AND trips to

15   California.

16   **REQUEST FOR PRODUCTION NO. 10**

17         DOCUMENTS sufficient to show, on a monthly basis, how many USERS OF STUDIVZ

18   have been registered on www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it,

19   www.estudiln.net, www.studentix.pl AND www.schuelervz.net since October 2005, AND how

20   many of those USERS OF STUDIVZ are residents of California.

21    **REQUEST FOR PRODUCTION NO. 11**

22         DOCUMENTS sufficient to show the number AND amount of accounts receivable owed

23   YOU by California residents, including PERSONS AND entities, as well as the goods AND

24   services for which the individual accounts receivable are owed to.

25   **REQUEST FOR PRODUCTION NO. 12**

26         DOCUMENTS sufficient to show ALL of YOUR current AND former personal OR real

27   property currently OR previously located in California.

28

OHS West:260489541.1

1   **REQUEST FOR PRODUCTION NO. 13**

2        ALL contracts involving YOU in which California law governs.

3   **REQUEST FOR PRODUCTION NO. 14**

4        ALL DOCUMENTS RELATED TO instances when YOU accessed FACEBOOK

5   website, www.facebook.com OR www.thefacebook.com.

6   **REQUEST FOR PRODUCTION NO. 15**

7        IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

8   in California.

9   **REQUEST FOR PRODUCTION NO. 16**

10        ALL DOCUMENTS RELATED TO the services provided by www.studivz.net,

11   www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl AND

12   www.schuelervz.net to USERS OF STUDIVZ, including how they are provided.

13   **REQUEST FOR PRODUCTION NO. 17**

14        ALL DOCUMENTS RELATED TO ANY transaction OR transactions whereby

15   HOLTZBRINCK VENTURES GmBH invested in, gave money to, OR obtained an interest in

16   STUDIVZ, including filings AND communications.

17   **REQUEST FOR PRODUCTION NO. 18**

18        ALL DOCUMENTS RELATED TO current AND former directors, officers, employees,

19   AND agents of HOLTZBRINCK VENTURES GmBH, including DOCUMENTS RELATED TO

20   dates in these positions, duties, authorities, AND responsibilities.

21   **REQUEST FOR PRODUCTION NO. 19**

22        ALL DOCUMENTS RELATED TO YOUR promotions AND marketing activities

23   directed, at least in part, at California residents.

24   **REQUEST FOR PRODUCTION NO. 20**

25        DOCUMENTS sufficient to identify ALL of YOUR business relationships with, OR

26   financial interests in, businesses incorporated, located, based, OR with facilities OR offices

27   located in California, including the nature of each relationship, including the name of each

28   business, whether each business is incorporated, located, based OR has facilities OR offices

1  located in California, AND the nature of the relationship, including ANY goods OR services

2  provided.

3  **REQUEST FOR PRODUCTION NO. 21**

4      DOCUMENTS sufficient to show the ownership of STUDIVZ, including without

5  limitation PERSON'S names, amounts they contributed OR invested, AND their percent

6  ownership OR control on a by-PERSON basis.

7  **REQUEST FOR PRODUCTION NO. 22**

8      ALL DOCUMENTS RELATED TO universities, colleges, high schools, AND institutes

9  of higher learning located in California at which STUDIVZ provides OR provided services

10  including without limitation access to www.studivz.net, www.meinvz.net, www.studiqg.fr,

11  www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net, including

12  without limitation University of California (ALL campuses), California State University (ALL

13  campuses), as well as the USERS OF STUDIVZ using email domains (*e.g.*, name@stanford.edu)

14  from those universities, colleges, high schools, AND institutes of higher learning.

15  **REQUEST FOR PRODUCTION NO. 23**

16      ALL versions of COMPUTER CODE YOU wrote, programmed OR helped develop that

17  RELATES TO www.studivz.net, www.schuelervz.net, www.meinvz.net, www.studiqg.fr,

18  www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net.

19  **REQUEST FOR PRODUCTION NO. 24**

20      A copy of ALL executable versions of COMPUTER CODE YOU use, used, developed

21  OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr,

22  www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net.

23  **REQUEST FOR PRODUCTION NO. 25**

24      ALL COMMUNICATIONS that RELATES TO FACEBOOK, its website, OR the servers

25  it uses, used, accesses OR accessed.

26  **REQUEST FOR PRODUCTION NO. 26**

27      ALL COMMUNICATIONS that RELATES TO OR REFERS TO FACEBOOK.

28

1    **REQUEST FOR PRODUCTION NO. 27**

2           A copy of ALL versions of COMPUTER CODE (including, without limitation, source

3    code, object code and scripts) YOU wrote, which YOU used, OR use OR for which YOU paid

4    that was designed to extract information from any website, including thefacebook.com OR

5    facebook.com.

6    **REQUEST FOR PRODUCTION NO. 28**

7           ALL DOCUMENTS related to any account YOU created to access any Facebook website,

8    including thefacebook.com AND facebook.com.

9    **REQUEST FOR PRODUCTION NO. 29**

10          ALL COMMUNICATIONS OR DOCUMENTS concerning or that RELATE TO the use

11   of any server, including proxy server, to access FACEBOOK's server(s) OR website(s).

12   **REQUEST FOR PRODUCTION NO. 30**

13          ALL DOCUMENTS reflecting, associated with, OR that RELATE TO any of YOUR

14   responses to Interrogatories in this action.

15

16

17   Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

18

19
                                         _____
20                                              I. NEEL CHATTERJEE
                                                Attorneys for Plaintiff
21                                              FACEBOOK, INC.

22

23

24

25

26

27

28

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:      +1-650-614-7400
6   Facsimile:      +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:      +1-415-773-5700
    Facsimile:      +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                             SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                      Case No.  5:08-cv-03468 JF

18              Plaintiff,               **FACEBOOK, INC.'S FIRST SET OF
                                         REQUESTS FOR PRODUCTION TO
19       v.                              DEFENDANT STUDIVZ LTD.
                                         RELATING TO PERSONAL
20  STUDIVZ LTD., VERLAGSGRUPPE          JURISDICTION**
    GEORG VON HOLTZBRINCK GmbH,
21  HOTLZBRINCK NETWORKS GmbH,
    HOLTZBRINCK VENTURES GmbH, and
22  DOES 1-25,

23              Defendant.

24

25          YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of

26  Civil Procedure, to respond to the following requests for production separately and fully, in

27  writing, and under penalty of perjury, within thirty (30) days after service or whatever date is

28  ordered by the Court, whichever is sooner.

**<u>DEFINITIONS</u>**

A.      "ANY" shall be understood to include and encompass "ALL."  As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request ALL DOCUMENTS or things that might otherwise be construed to be outside its scope.

B.      The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies.  Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C.      "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D.      "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E.      As used herein, the term "DOCUMENT" means the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to all materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure.  The word "Document" includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, recorded voice mail messages and any other information stored magnetically, optically or electronically.

2

FIRST SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT STUDIVZ, CASE NO.:
5:08-CV-03468

F.     "COMMUNICATION" as used herein means any contact, oral or documentary, formal or informal, at any place or under any circumstances whatsoever whereby information of any nature is transmitted or transferred, including without limitation, any note, memorandum or other record thereof, or a single person seeing or hearing any information by any means.

G.     "STUDIVZ," "YOU," "YOUR," means defendant StudiVZ, Ltd. and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

H.     "FACEBOOK" means, without limitation, Facebook, Inc. (formerly TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions, officers, directors, trustees, employees, staff members, agents, counsel, representatives, consultants, AND ALL PERSONS acting or purporting to act on its behalf.

I.     "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use the services provided by STUDIVZ, including without limitation, those provided at the www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

J.     "USERS OF FACEBOOK" means, without limitation, PERSONS registered to use the services provided by FACEBOOK at www.facebook.com and, previously, www.thefacebook.com.

K.     "COMPUTER CODE" means scripts, programs, or other code that YOU use or used or developed or in any way participated or assisted in the development thereof, in any computer language (such as "PHP" or "Perl").

## **INSTRUCTIONS**

A.     In responding to the following requests, you are required to provide ALL DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in the possession of YOUR attorneys, investigators, employees, agents, representatives, and

1    guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from

2    YOUR own personal files.

3         B.        If YOU object to any of the requests, YOU must state the grounds for any

4    objection(s).  If YOU object to only part of a request, YOU must state the objection and the

5    grounds for any objection(s) and respond to the remainder of the request.

6         C.        If YOU object to the production of any document on the grounds that it is

7    protected from disclosure by the attorney-client privilege, work-product doctrine, or any other

8    privilege, YOU are requested to identify each document for which the privilege is claimed and

9    give ALL information required by applicable case law, including but not limited to the following:

10            a.      the name of the writer, sender, or initiator of each copy of
               the document;
11

12            b.      the name of the recipient, addressee, or party to whom any
               copy of the document was sent;

13            c.      the date of each copy of the document, if any, or an estimate
               of its date;
14

15            d.      a statement of the basis for the claim of privilege; and

16            e.      description of the document sufficient for the Court to rule
               on the applicability and appropriateness of the claimed privilege.

17                          **REQUESTS FOR PRODUCTION**

18    **REQUEST FOR PRODUCTION NO. 1:**

19         ALL DOCUMENTS that RELATE TO ANY contracts OR agreements between YOU

20    AND ANY  business licensed, located, based, OR incorporated in California OR ANY PERSON

21    currently OR formerly residing OR domiciled in California.

22    **REQUEST FOR PRODUCTION NO. 2:**

23         ALL DOCUMENTS that RELATE TO ANY USER OF STUDIVZ residing OR

24    domiciled in California, including ALL COMMUNICATIONS.

25    **REQUEST FOR PRODUCTION NO. 3**

26         ALL DOCUMENTS that RELATE TO ANY COMMUNICATION between YOU AND

27    FACEBOOK.

28

OHS West:260489132.1                          4                  FIRST SET OF REQUESTS FOR PRODUCTION OF
                                                                DOCUMENTS TO DEFENDANT STUDIVZ, CASE NO.:
                                                                5:08-CV-03468

1   **REQUEST FOR PRODUCTION NO. 4**

2       DOCUMENTS sufficient to IDENTIFY the number AND amount of sales of goods AND

3   services sold OR provided by YOU to current OR former California residents, including

4   PERSONS, businesses, AND USERS of STUDIVZ.

5   **REQUEST FOR PRODUCTION NO. 5**

6       DOCUMENTS THAT RELATED TO the relationship of VERLAGSGRUPPE GEORG

7   VON HOLTZBRINCK GmbH, HOTLZBRINCK NETWORKS GmbH, AND HOLTZBRINCK

8   VENTURES GmBH to OR with STUDIVZ, including without limitation, the investments of

9   VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOTLZBRINCK NETWORKS

10   GmBH, AND HOLTZBRINCK VENTURES GmBH, in, AND control OR influence over

11   STUDIVZ.

12   **REQUEST FOR PRODUCTION NO. 6**

13       DOCUMENTS sufficient to describe in detail the organizational structure of STUDIVZ

14   from their creation until the present, including DOCUMENTS sufficient to identify ALL

15   shareholders, officers, employees, investors, AND directors.

16   **REQUEST FOR PRODUCTION NO. 7**

17       DOCUMENTS that RELATE TO STUDIVZ's business OR corporate records, including

18   without limitation, meeting minutes, Articles of Incorporation, operating agreements, stock

19   agreements, AND ANY DOCUMENTS that RELATE TO STUDIVZ's observance of corporate

20   formalities, as well as Units, Capital Accounts, AND Management Reports

21   REQUEST FOR PRODUCTION NO. 8

22       DOCUMENTS that RELATE TO STUDIVZ's financial history, including without

23   limitation, financial reports, profit/loss statements, budgets, financial planning DOCUMENTS,

24   accounts payable, accounts receivable, AND loan DOCUMENTS, as well as Financial Reports,

25   Capital Accounts, AND Adjusted Capital Accounts.

26   **REQUEST FOR PRODUCTION NO. 9**

27       DOCUMENTS that RELATE TO ANY contacts OR COMMUNICATIONS YOU have

28   had with PERSONS currently OR formerly residing OR domiciled in California;  businesses

1   (including without limitation, Internet search engines providers such as Google Inc. AND Yahoo!

2   Inc., server providers, advertising agencies, advertisers, Internet service providers, computer

3   equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed,

4   based, OR incorporated in California; AND universities, colleges, high schools located in

5   California, including without limitation, letters, emails, advertising materials, business

6   solicitations, business contacts, telephonic conversations, facsimile transmissions, AND trips to

7   California.

8   **REQUEST FOR PRODUCTION NO. 10**

9          DOCUMENTS sufficient to show, on a monthly basis, how many USERS OF STUDIVZ

10  have been registered on www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it,

11  www.estudiln.net, www.studentix.pl, AND www.schuelervz.net since October 2005, AND how

12  many of those USERS OF STUDIVZ are residents of California.

13   **REQUEST FOR PRODUCTION NO. 11**

14         DOCUMENTS sufficient to show the number AND amount of accounts receivable owed

15  YOU by California residents, including PERSONS AND entities, as well as the goods AND

16  services for which the individual accounts receivable are owed to.

17  **REQUEST FOR PRODUCTION NO. 12**

18         DOCUMENTS sufficient to show ALL of YOUR current AND former personal OR real

19  property currently OR previously located in California.

20  **REQUEST FOR PRODUCTION NO. 13**

21         ALL contracts involving YOU in which California law governs.

22  **REQUEST FOR PRODUCTION NO. 14**

23         ALL DOCUMENTS RELATED TO instances when YOU accessed FACEBOOK

24  website, www.facebook.com OR www.thefacebook.com.

25  **REQUEST FOR PRODUCTION NO. 15**

26         IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

27  in California.

28

1   **REQUEST FOR PRODUCTION NO. 16**

2       ALL DOCUMENTS RELATED TO the services provided by www.studivz.net,

3   www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND

4   www.schuelervz.net to USERS OF STUDIVZ, including how they are provided.

5   **REQUEST FOR PRODUCTION NO. 17**

6       ALL DOCUMENTS RELATED TO the circumstances surrounding the formation of

7   STUDIVZ as a company, including filings, investments, communications, capitalization,

8   directors, officers, attorneys, investors, AND reasons for the formation.

9   **REQUEST FOR PRODUCTION NO. 18**

10      ALL DOCUMENTS RELATED TO current AND former directors, officers, employees,

11  AND agents of STUDIVZ, including DOCUMENTS RELATED TO dates in these positions,

12  duties, authorities, AND responsibilities.

13  **REQUEST FOR PRODUCTION NO. 19**

14      ALL DOCUMENTS RELATED TO YOUR promotions AND marketing activities

15  directed, at least in part, at California residents.

16  **REQUEST FOR PRODUCTION NO. 20**

17      DOCUMENTS sufficient to identify ALL of YOUR business relationships with, OR

18  financial interests in, businesses incorporated, located, based, OR with facilities OR offices

19  located in California, including the nature of each relationship, including the name of each

20  business, whether each business is incorporated, located, based OR has facilities OR offices

21  located in California, AND the nature of the relationship, including ANY goods OR services

22  provided.

23  **REQUEST FOR PRODUCTION NO. 21**

24      DOCUMENTS sufficient to show the ownership of STUDIVZ, including without

25  limitation PERSON'S names, amounts they contributed OR invested, AND their percent

26  ownership OR control on a by-PERSON basis.

27  **REQUEST FOR PRODUCTION NO. 22**

28      ALL DOCUMENTS RELATED TO universities, colleges, high schools, AND institutes

of higher learning located in California at which STUDIVZ provides OR provided services including without limitation access to www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net, including without limitation University of California (ALL campuses), California State University (ALL campuses), as well as the USERS OF STUDIVZ using email domains (*e.g*., name@stanford.edu) from those universities, colleges, high schools, AND institutes of higher learning.

**REQUEST FOR PRODUCTION NO. 23**

ALL versions of COMPUTER CODE YOU wrote, programmed OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net.

**REQUEST FOR PRODUCTION NO. 24**

A copy of ALL executable versions of COMPUTER CODE YOU use, used, developed OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net.

**REQUEST FOR PRODUCTION NO. 25**

ALL COMMUNICATIONS that RELATES TO FACEBOOK, its website, OR the servers it uses, used, accesses OR accessed.

**REQUEST FOR PRODUCTION NO. 26**

ALL COMMUNICATIONS that RELATES TO OR REFERS TO FACEBOOK.

**REQUEST FOR PRODUCTION NO. 27**

A copy of ALL versions of COMPUTER CODE (including, without limitation, source code, object code and scripts) YOU wrote, which YOU used, OR use OR for which YOU paid that was designed to extract information from any website, including thefacebook.com OR facebook.com.

**REQUEST FOR PRODUCTION NO. 28**

ALL DOCUMENTS related to any account YOU created to access any Facebook website, including thefacebook.com AND facebook.com.

1   **REQUEST FOR PRODUCTION NO. 29**

2        ALL COMMUNICATIONS OR DOCUMENTS concerning or that RELATE TO the use

3   of any server, including proxy server, to access FACEBOOK's server(s) OR website(s).

4   **REQUEST FOR PRODUCTION NO. 30**

5        ALL DOCUMENTS reflecting, associated with, OR that RELATE TO any of YOUR

6   responses to Interrogatories in this action.

7

8   Dated: September  9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

9

10

11                                              I. NEEL CHATTERJEE
                                               Attorneys for Plaintiff
12                                              FACEBOOK, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     +1-650-614-7400
6   Facsimile:      +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:     +1-415-773-5700
    Facsimile:      +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                          Case No.  5:08-cv-03468 JF

18              Plaintiff,                    **FACEBOOK, INC.'S FIRST SET OF
                                             REQUESTS FOR PRODUCTION TO
19        v.                                 DEFENDANT VERLAGSGRUPPE
                                             GEORG VON HOLTZBRINCK
20  STUDIVZ LTD., VERLAGSGRUPPE              GmBH RELATING TO PERSONAL
    GEORG VON HOLTZBRINCK GmbH,              JURISDICTION**
21  HOTLZBRINCK NETWORKS GmbH,
    HOLTZBRINCK VENTURES GmbH, and
22  DOES 1-25,

23              Defendants.

24

25            YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of

26  Civil Procedure, to respond to the following requests for production separately and fully, in

27  writing, and under penalty of perjury, within thirty (30) days after service or whatever date is

28  ordered by the Court, whichever is sooner.

1

**<u>DEFINITIONS</u>**

2    A.    "ANY" shall be understood to include and encompass "ALL."  As used herein, the

3    singular shall always include the plural and the present tense shall also include the past tense.

4    The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary

5    to bring within the scope of this request ALL DOCUMENTS or things that might otherwise be

6    construed to be outside its scope.

7    B.    The terms "PERSON" and "PERSONS" mean both natural persons and legal

8    entities, including without limitation, corporations, companies, firms, partnerships, joint ventures,

9    proprietorships, associations, and governmental bodies or agencies.  Unless noted otherwise,

10   references to any person, entity or party herein include its, his, or her agents, attorneys,

11   employees, employers, officers, directors, or others acting on or purporting to act on behalf of

12   said person, entity, or party.

13   C.    "EVIDENCE" or any variant thereof, including but not limited to

14   "EVIDENCING," when used in connection with any document, shall be understood to apply if

15   the document directly or indirectly mentions, discusses, constitutes, concerns, supports

16   contradicts, relates to, refers to, or in any other way deals with the subject matter described in the

17   request in which the term appears.

18   D.    "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to,

19   material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise

20   concerning in any manner whatsoever the subject matter of the inquiry.

21   E.    As used herein, the term "DOCUMENT" means the original and each non-

22   identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic,

23   or other matter, in whatever form, whether in final or draft, including but not limited to all

24   materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning

25   of Rule 34 of the Federal Rules of Civil Procedure.  The word "Document" includes, without

26   limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes,

27   tapes, any other computer media, recorded voice mail messages and any other information stored

28   magnetically, optically or electronically.

1    F.    "COMMUNICATION" as used herein means any contact, oral or documentary,

2    formal or informal, at any place or under any circumstances whatsoever whereby information of

3    any nature is transmitted or transferred, including without limitation, any note, memorandum or

4    other record thereof, or a single person seeing or hearing any information by any means.

5    G.    "VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH," "YOU,"

6    "YOUR," means defendant Verlasgruppe Georg Von Holtzbrinck GmBH and its directors,

7    officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees,

8    investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf,

9    OR purporting to act on its behalf.

10   H.    "STUDIVZ" means defendant StudiVZ, Ltd. and its directors, officers, parents,

11   subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators,

12   attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting

13   to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

14   I.    "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

15   TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

16   officers, directors, trustees, employees, staff members, agents, counsel, representatives,

17   consultants, AND ALL PERSONS acting or purporting to act on its behalf.

18   J.    "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

19   the services provided by STUDIVZ, including without limitation, those provided at the

20   www.studivz.net website, the www.meinvz.net website, the www.schuelervz.net, the

21   www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the

22   www.studentix.pl website, and the www.schuelervz.net website.

23   K.    "USERS OF FACEBOOK" means, without limitation, PERSONS registered to

24   use the services provided by FACEBOOK at www.facebook.com and, previously,

25   www.thefacebook.com.

26   L.    "COMPUTER CODE" means scripts, programs, or other code that YOU use or

27   used or developed or in any way participated or assisted in the development thereof, in any

28   computer language (such as "PHP" or "Perl").

**INSTRUCTIONS**

A.      In responding to the following requests, you are required to provide ALL

DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in

the possession of YOUR attorneys, investigators, employees, agents, representatives, and

guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from

YOUR own personal files.

B.      If YOU object to any of the requests, YOU must state the grounds for any

objection(s).  If YOU object to only part of a request, YOU must state the objection and the

grounds for any objection(s) and respond to the remainder of the request.

C.      If YOU object to the production of any document on the grounds that it is

protected from disclosure by the attorney-client privilege, work-product doctrine, or any other

privilege, YOU are requested to identify each document for which the privilege is claimed and

give ALL information required by applicable case law, including but not limited to the following:

a.      the name of the writer, sender, or initiator of each copy of
the document;

b.      the name of the recipient, addressee, or party to whom any
copy of the document was sent;

c.      the date of each copy of the document, if any, or an estimate
of its date;

d.      a statement of the basis for the claim of privilege; and

e.      description of the document sufficient for the Court to rule
on the applicability and appropriateness of the claimed privilege.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

ALL DOCUMENTS that RELATE TO ANY contracts OR agreements between YOU

AND ANY  business licensed, located, based, OR incorporated in California OR ANY PERSON

currently OR formerly residing OR domiciled in California.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS that RELATE TO ANY USER OF STUDIVZ residing OR

domiciled in California, including ALL COMMUNICATIONS.

4

**REQUEST FOR PRODUCTION NO. 3**

ALL DOCUMENTS that RELATE TO ANY COMMUNICATION between YOU AND FACEBOOK.

**REQUEST FOR PRODUCTION NO. 4**

DOCUMENTS sufficient to IDENTIFY the number AND amount of sales of goods AND services sold OR provided by YOU to current OR former California residents, including PERSONS, businesses, AND USERS of STUDIVZ.

**REQUEST FOR PRODUCTION NO. 5**

DOCUMENTS THAT RELATE TO the relationship of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH to OR with STUDIVZ, including without limitation, the investments of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH, in, AND control OR influence over STUDIVZ.

**REQUEST FOR PRODUCTION NO. 6**

DOCUMENTS sufficient to describe in detail the organizational structure of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH from its creation until the present, including DOCUMENTS sufficient to identify ALL shareholders, officers, employees, investors, AND directors.

**REQUEST FOR PRODUCTION NO. 7**

DOCUMENTS that RELATE TO VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH 's business OR corporate records, including without limitation, meeting minutes, Articles of Incorporation, operating agreements, stock agreements, AND ANY DOCUMENTS that RELATE TO VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH's observance of corporate formalities, as well as Units, Capital Accounts, AND Management Reports

1    **REQUEST FOR PRODUCTION NO. 8**

2           DOCUMENTS that RELATE TO VERLAGSGRUPPE GEORG VON HOLTZBRINCK

3    GmBH 's financial history, including without limitation, financial reports, profit/loss statements,

4    budgets, financial planning DOCUMENTS, accounts payable, accounts receivable, AND loan

5    DOCUMENTS, as well as Financial Reports, Capital Accounts, AND Adjusted Capital Accounts.

6    **REQUEST FOR PRODUCTION NO. 9**

7           DOCUMENTS that RELATE TO ANY contacts OR COMMUNICATIONS YOU have

8    had with PERSONS currently OR formerly residing OR domiciled in California;  businesses

9    (including without limitation, Internet search engines providers such as Google Inc. AND Yahoo!

10   Inc., server providers, advertising agencies, advertisers, Internet service providers, computer

11   equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed,

12   based, OR incorporated in California; AND universities, colleges, high schools located in

13   California, including without limitation, letters, emails, advertising materials, business

14   solicitations, business contacts, telephonic conversations, facsimile transmissions, AND trips to

15   California.

16   **REQUEST FOR PRODUCTION NO. 10**

17          DOCUMENTS sufficient to show, on a monthly basis, how many USERS OF STUDIVZ

18   have been registered on www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it,

19   www.estudiln.net, www.studentix.pl, AND www.schuelervz.net since October 2005, AND how

20   many of those USERS OF STUDIVZ are residents of California.

21    **REQUEST FOR PRODUCTION NO. 11**

22          DOCUMENTS sufficient to show the number AND amount of accounts receivable owed

23   YOU by California residents, including PERSONS AND entities, as well as the goods AND

24   services for which the individual accounts receivable are owed to.

25   **REQUEST FOR PRODUCTION NO. 12**

26          DOCUMENTS sufficient to show ALL of YOUR current AND former personal OR real

27   property currently OR previously located in California.

28

1   **REQUEST FOR PRODUCTION NO. 13**

2       ALL contracts involving YOU in which California law governs.

3   **REQUEST FOR PRODUCTION NO. 14**

4       ALL DOCUMENTS RELATED TO instances when YOU accessed FACEBOOK

5   website, www.facebook.com OR www.thefacebook.com.

6   **REQUEST FOR PRODUCTION NO. 15**

7       IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

8   in California.

9   **REQUEST FOR PRODUCTION NO. 16**

10      ALL DOCUMENTS RELATED TO the services provided by www.studivz.net,

11  www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl AND

12  www.schuelervz.net to USERS OF STUDIVZ, including how they are provided.

13  **REQUEST FOR PRODUCTION NO. 17**

14      ALL DOCUMENTS RELATED TO ANY transaction OR transactions whereby

15  VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH invested in, gave money to, OR

16  obtained an interest in STUDIVZ, including filings AND communications.

17  **REQUEST FOR PRODUCTION NO. 18**

18      ALL DOCUMENTS RELATED TO current AND former directors, officers, employees,

19  AND agents of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, including

20  DOCUMENTS RELATED TO dates in these positions, duties, authorities, AND responsibilities.

21  **REQUEST FOR PRODUCTION NO. 19**

22      ALL DOCUMENTS RELATED TO YOUR promotions AND marketing activities

23  directed, at least in part, at California residents.

24  **REQUEST FOR PRODUCTION NO. 20**

25      DOCUMENTS sufficient to identify ALL of YOUR business relationships with, OR

26  financial interests in, businesses incorporated, located, based, OR with facilities OR offices

27  located in California, including the nature of each relationship, including the name of each

28  business, whether each business is incorporated, located, based OR has facilities OR offices

1    located in California, AND the nature of the relationship, including ANY goods OR services

2    provided.

3    **REQUEST FOR PRODUCTION NO. 21**

4       DOCUMENTS sufficient to show the ownership of STUDIVZ, including without

5    limitation PERSON'S names, amounts they contributed OR invested, AND their percent

6    ownership OR control on a by-PERSON basis.

7    **REQUEST FOR PRODUCTION NO. 22**

8       ALL DOCUMENTS RELATED TO universities, colleges, high schools, AND institutes

9    of higher learning located in California at which STUDIVZ provides OR provided services

10    including without limitation access to www.studivz.net, www.meinvz.net, www.studiqg.fr,

11    www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net, including

12    without limitation University of California (ALL campuses), California State University (ALL

13    campuses), as well as the USERS OF STUDIVZ using email domains (*e.g.*, name@stanford.edu)

14    from those universities, colleges, high schools, AND institutes of higher learning.

15    **REQUEST FOR PRODUCTION NO. 23**

16       ALL versions of COMPUTER CODE YOU wrote, programmed OR helped that

17    RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it,

18    www.estudiln.net, www.studentix.pl, AND www.schuelervz.net.

19    **REQUEST FOR PRODUCTION NO. 24**

20       A copy of ALL executable versions of COMPUTER CODE YOU use, used, developed

21    OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr,

22    www.studiln.it, www.estudiln.net, www.studentix.pl, AND schuelervz.net.

23    **REQUEST FOR PRODUCTION NO. 25**

24       ALL COMMUNICATIONS that RELATES TO FACEBOOK, its website, OR the servers

25    it uses, used, accesses OR accessed.

26    **REQUEST FOR PRODUCTION NO. 26**

27       ALL COMMUNICATIONS that RELATES TO OR REFERS TO FACEBOOK.

28

1    **REQUEST FOR PRODUCTION NO. 27**

2         A copy of ALL versions of COMPUTER CODE (including, without limitation, source

3    code, object code and scripts) YOU wrote, which YOU used, OR use OR for which YOU paid

4    that was designed to extract information from any website, including thefacebook.com OR

5    facebook.com.

6    **REQUEST FOR PRODUCTION NO. 28**

7         ALL DOCUMENTS related to any account YOU created to access any Facebook website,

8    including thefacebook.com AND facebook.com.

9    **REQUEST FOR PRODUCTION NO. 29**

10        ALL COMMUNICATIONS OR DOCUMENTS concerning or that RELATE TO the use

11   of any server, including proxy server, to access FACEBOOK's server(s) OR website(s).

12   **REQUEST FOR PRODUCTION NO. 30**

13        ALL DOCUMENTS reflecting, associated with, OR that RELATE TO any of YOUR

14   responses to Interrogatories in this action.

15

16   Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18
                                            _____
19                                               I. NEEL CHATTERJEE
                                                 Attorneys for Plaintiff
20                                               FACEBOOK, INC.

21

22

23

24

25

26

27

28

OHS West:260489473.1

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     +1-650-614-7400
6   Facsimile:     +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:     +1-415-773-5700
    Facsimile:     +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                          Case No.  5:08-cv-03468 JF

18                   Plaintiff,              **FACEBOOK, INC.'S FIRST SET OF
                                             SPECIAL INTERROGATORIES TO
19          v.                               DEFENDANT HOTLZBRINCK
                                             NETWORKS GmBH RELATING TO
20  STUDIVZ LTD., VERLAGSGRUPPE              PERSONAL JURISDICTION**
    GEORG VON HOLTZBRINCK GmBH,
21  HOTLZBRINCK NETWORKS GmBH,
    HOLTZBRINCK VENTURES GmBH, and
22  DOES 1-25,

23                   Defendants.

24

25          Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Facebook, Inc. ("Facebook")

26  hereby propounds the following interrogatories to be answered, under oath, by an officer or agent

27  of Defendant Holtzbrinck Networks GmBH, within 30 days after service of these interrogatories,

28  or whatever date is ordered by the Court, whichever is sooner, as required by Federal Rule of

1    Civil Procedure 33.

2                                **<u>DEFINITIONS</u>**

3         A.      "ANY" shall be understood to include and encompass "ALL."  As used herein, the

4    singular shall always include the plural and the present tense shall also include the past tense.

5    The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary

6    to bring within the scope of this request all documents or things that might otherwise be construed

7    to be outside its scope.

8         B.      The terms "PERSON" and "PERSONS" mean both natural persons and legal

9    entities, including without limitation, corporations, companies, firms, partnerships, joint ventures,

10   proprietorships, associations, and governmental bodies or agencies.  Unless noted otherwise,

11   references to any person, entity or party herein include its, his, or her agents, attorneys,

12   employees, employers, officers, directors, or others acting on or purporting to act on behalf of

13   said person, entity, or party.

14        C.      "EVIDENCE" or any variant thereof, including but not limited to

15   "EVIDENCING," when used in connection with any document, shall be understood to apply if

16   the document directly or indirectly mentions, discusses, constitutes, concerns, supports

17   contradicts, relates to, refers to, or in any other way deals with the subject matter described in the

18   request in which the term appears.

19        D.      "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to,

20   material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise

21   concerning in any manner whatsoever the subject matter of the inquiry.

22        E.      The term "DOCUMENT" means the original and each non-identical copy of ANY

23   written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in

24   whatever form, whether in final or draft, including but not limited to, ALL materials that

25   constitute "writings" or "recordings" or "photographs" within the broadest meaning of the term

26   "Writing" as defined in California Code of Evidence sections 250, 255, and 260, AND ALL

27   materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal

28   Rules of Civil Procedure.  DOCUMENT includes, without limitation, printed matter, electronic

1   mail, materials stored on computer hard drives, diskettes, tapes, ANY other computer media,

2   recorded voice mail messages and ANY other information stored magnetically, optically or

3   electronically.

4       F.      "COMMUNICATION" as used herein means any contact, oral or documentary,

5   formal or informal, at any place or under any circumstances whatsoever whereby information of

6   any nature is transmitted or transferred, including without limitation, any note, memorandum or

7   other record thereof, or a single person seeing or hearing any information by any means.

8       G.      "COMMUNICATION" as used herein means any contact, oral or documentary,

9   formal or informal, at any place or under any circumstances whatsoever whereby information of

10  any nature is transmitted or transferred, including without limitation, any note, memorandum or

11  other record thereof, or a single person seeing or hearing any information by any means.

12      H.      "HOTLZBRINCK NETWORKS GmBH," "YOU," "YOUR," means defendant

13  Verlagsgruppe Georg Von Holtzbrinck GmBH and its directors, officers, parents, subsidiaries,

14  predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND

15  ALL other persons and entities representing it acting on its behalf, OR purporting to act on its

16  behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

17      I.      "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

18  TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

19  officers, directors, trustees, employees, staff members, agents, counsel, representatives,

20  consultants, AND ALL PERSONS acting or purporting to act on its behalf.

21      J.      "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

22  the services provided by STUDIVZ, including without limitation, those provided at the

23  www.studivz.net website, the www.meinvz.net website, the www.schuelervz.net, the

24  www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the

25  www.studentix.pl website and the www.schuelervz.net website.

26      K.      "USERS OF FACEBOOK" means, without limitation, PERSONS registered to

27  use the services provided by FACEBOOK at www.facebook.com and, previously,

28  www.thefacebook.com.

## **INSTRUCTIONS**

1.      If YOU object to any of the interrogatories herein on privilege grounds, state the privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so that the Court can adjudicate the validity of the claim.

2.      "IDENTIFY," when used with respect to a natural person, means state the name, current telephone number and current home or business address of the person(s).  If current information is not available, please provide the last available information regarding the person(s).

3.      "IDENTIFY," and all variants including "IDENTITY" when used with respect to any entity, means state the name, place and date of incorporation or organization, principal place of business, and the identity of all natural persons having knowledge of the matter with respect to which it is named in an answer to an interrogatory.

4.      To "IDENTIFY" a document means:

      a.      to refer to the document's identification or exhibit number if the document has been previously produced or used in discovery or to attach a true copy of the document to the interrogatory answers and to state the document's title and date, or if unknown, the approximate date of creation;

      b.      to identify each person who signed or participated in the preparation of the document;

      c.      to identify each person who is an addressee, including each person to whom a copy was to be sent or who received a copy of the document;

      d.      to summarize the subject matter of the document;

      e.      to provide the present location of the document and the identity of the custodian of the original and each copy thereof; and

      f.      if the document no longer exists, to give the date on which it was destroyed, the identity of the person who destroyed it, and the person under whose authority it was destroyed.

1    5.    "IDENTIFY" a circumstance, occurrence or event, means to describe it in detail,

2  including date, time, surrounding circumstances, PERSONS involved OR present, reasons,

3  effects, results, where AND how it occurred, AND what occurred.

4    6.    In answering the following interrogatories, YOU are required to provide ALL

5  information that is available to YOU within YOUR control, including information in the

6  possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians

7  or any other person acting on YOUR behalf, and not merely information from YOUR own

8  personal knowledge.

9    7.    If YOU cannot answer any interrogatory in full, answer to the extent YOU are able

10  to do so, state the reason for YOUR inability to answer further, and state the knowledge or

11  information available to YOU concerning the unanswered portion.

12    8.    If YOU object to any of the interrogatories, YOU must state the grounds for any

13  objection(s).  If YOU object to only part of an interrogatory, YOU must state the objection and

14  the grounds for any objection(s) and respond to the remainder of the interrogatory.

15    9.    Each answer should be preceded by a reiteration of the full interrogatory to which

16  it responds.

17    10.    For each interrogatory, IDENTIFY ALL persons who provided information or

18  otherwise assisted in preparing YOUR response.

19                                    **INTERROGATORIES**

20  **INTERROGATORY NO. 1:**

21    Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU

22  have had with PERSONS (including without limitation, USERS OF STUDIVZ AND USERS OF

23  FACEBOOK) currently OR formerly residing OR domiciled in California.  In doing so,

24  IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event

25  occurred, AND the subject matter of the contact OR COMMUNICATION.

26  **INTERROGATORY NO. 2:**

27    Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU

28  have had with businesses (including without limitation, Internet search engines providers such as

1   Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service

2   providers, computer equipment providers, YOUR licensors AND licensees) currently OR

3   formerly located, licensed, based, OR incorporated in California.  In doing so, IDENTIFY the

4   PERSONS contacted, the location AND time where any such contact OR event occurred, AND

5   the subject matter of the contact OR COMMUNICATION.

6   **INTERROGATORY NO. 3:**

7   Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU

8   have had with universities AND colleges located in California, including without limitation,

9   letters, emails, advertising materials, business solicitations, business contacts, telephonic

10  conversations, facsimile transmissions.   In doing so, IDENTIFY the PERSONS contacted, the

11  location AND time where any such contact OR event occurred, AND the subject matter of the

12  contact OR COMMUNICATION.

13  **INTERROGATORY NO. 4:**

14  Describe in detail AND IDENTIFY ALL of YOUR trips to California.  In doing so,

15  IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event

16  occurred, AND the subject matter of the contact OR COMMUNICATION.

17  **INTERROGATORY NO. 5:**

18  IDENTIFY, on a monthly basis, how many USERS OF STUDIVZ have been registered at

19  the www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr website,

20  www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the

21  www.schuelervz.net website since October 2005, AND how many of those USERS OF

22  STUDIVZ are residents of, OR PERSONS domiciled in, California.

23  **INTERROGATORY NO. 6:**

24  IDENTIFY the number AND amount of accounts receivable owed YOU by PERSONS

25  that, OR who, are California residents OR PERSONS domiciled in California.  In doing so,

26  IDENTIFY the goods AND services for which the individual accounts receivable are owed.

27  **INTERROGATORY NO. 7:**

28  IDENTIFY ALL instances in which YOU have been in California, including without

1    limitation, business, trips, OR recreational trips; living, residing OR domiciling in California;

2    AND flying OR driving to OR through California.  In doing so, IDENTIFY the dates of ALL

3    occurrences AND the length of the stay in California.

4    **INTERROGATORY NO. 8:**

5        IDENTIFY ALL of YOUR current AND former personal OR real property currently OR

6    previously located in California.

7    **INTERROGATORY NO. 9:**

8        IDENTIFY ALL contracts AND agreements involving YOU in which California law

9    governs AND/OR in which the parties to the contract OR agreement agreed as to the jurisdiction

10   of California state courts AND/OR United States federal courts located in California.

11   **INTERROGATORY NO. 10:**

12       IDENTIFY occurrences when YOU AND/OR ANY PERSON on YOUR behalf,

13   including without limitation, Ehssan Dariani and Dennis Bemman, accessed the website,

14   www.facebook.com OR www.thefacebook.com, AND the purposes of each access, including

15   without limitation, ANY COMMUNICATIONS that RELATE TO ANY of the occurrences AND

16   IDENTIFY the USER OF FACEBOOK OR registrant accounts OR email addresses used to

17   access the facebook.com website.

18   **INTERROGATORY NO. 11:**

19       IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

20   in California.

21   **INTERROGATORY NO. 12:**

22       IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities,

23   offices, OR personnel were located in California.

24   **INTERROGATORY NO. 13:**

25       IDENTIFY the services provided through the www.studivz.net website, the

26   www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it website, the

27   www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website

28   to USERS OF STUDIVZ, including without limitation, how the services are provided.

1    **INTERROGATORY NO. 14:**

2        IDENTIFY ALL USERS OF FACEBOOK employed by OR formerly employed by YOU,

3    including including without limitation, any PERSONS who are OR were full-time or part-time

4    employees, independent contractor or agents of YOU, AND their respective email addresses.

5    **INTERROGATORY NO. 15:**

6        IDENTIFY ALL PERSONS responsible in any manner for the design, programming and

7    maintenance of the www.studivz.net website, including without limitation, location of the

8    PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

9    **INTERROGATORY NO. 16:**

10        IDENTIFY ALL PERSONS responsible in any manner for the design, programming and

11    maintenance of the www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it

12    website, the www.estudiln.net website, the www.studentix.pl website AND the

13    www.schuelervz.net website, including without limitation, location of the PERSON, job

14    descriptions, authorities, dates in these positions, duties, AND responsibilities.

15    **INTERROGATORY NO. 17:**

16        IDENTIFY current AND former directors, officers, employees, AND agents of

17    STUDIVZ, including without limitation, dates in these positions, duties, job descriptions,

18    authorities, AND responsibilities.

19    **INTERROGATORY NO. 18:**

20        IDENTIFY ALL of YOUR advertising, promotions AND marketing activities directed, at

21    least in part, at California residents.

22    **INTERROGATORY NO. 19:**

23        IDENTIFY ALL of YOUR business relationships with, OR financial interests in,

24    businesses currently OR formerly incorporated, licensed, located, based, OR with facilities OR

25    offices located in California, including without limitation, the nature of each relationship, the

26    IDENTITY of each business, AND whether each business is incorporated, licensed, located,

27    based OR has facilities OR offices located in California.

28

1    **INTERROGATORY NO. 20:**

2          IDENTIFY ALL reasons why defending this lawsuit in California would burden YOU.

3    **INTERROGATORY NO. 21:**

4          IDENTIFY the ownership of HOTLZBRINCK NETWORKS GmBH, including without

5    limitation, PERSON'S names, amounts they contributed OR invested, AND their percent

6    ownership OR control (including without limitation, Capital Contributions, Percent Interest,

7    Equity Units, Non-Equity Units, Voting Units) on a by-PERSON basis.

8    **INTERROGATORY NO. 22:**

9          IDENTIFY the location of YOUR offices, facilities, server/equipment locations.

10   **INTERROGATORY NO. 23:**

11         IDENTIFY ALL universities, colleges AND institutes of higher learning located in

12   California at which STUDIVZ provides OR provided services including without limitation,

13   access to the  www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr

14   website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website

15   AND the www.schuelervz.net website, including without limitation University of California (all

16   campuses), California State University (all campuses), as well as the USERS OF STUDIVZ using

17   email domains (*e.g.*, name@stanford.edu) from those universities, colleges, high schools, AND

18   institutes of higher learning.

19

20   Dated: September 9, 2008                         ORRICK, HERRINGTON & SUTCLIFFE LLP

21

22

23                                              _____
                                                       I. NEEL CHATTERJEE
                                                       Attorneys for Plaintiff
24                                                      FACEBOOK, INC.

25

26

27

28

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     +1-650-614-7400
6   Facsimile:     +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:     +1-415-773-5700
    Facsimile:     +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16

17
    FACEBOOK, INC.,                        Case No.  5:08-cv-03468 JF
18
                 Plaintiff,                **FACEBOOK, INC.'S FIRST SET OF
19                                          SPECIAL INTERROGATORIES TO
                 v.                         DEFENDANT HOLTZBRINCK
20                                          VENTURES GmBH RELATING TO
    STUDIVZ LTD., VERLAGSGRUPPE            PERSONAL JURISDICTION
21  GEORG VON HOLTZBRINCK GmBH,           RELATING TO PERSONAL
    HOTLZBRINCK NETWORKS GmBH,            JURISDICTION**
22  HOLTZBRINCK VENTURES GmBH, and
    DOES 1-25,
23
                 Defendants.
24

25          Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Facebook, Inc. ("Facebook")

26  hereby propounds the following interrogatories to be answered, under oath, by an officer or agent

27  of Defendant Holtzbrinck Ventures GmBH, within 30 days after service of these interrogatories,

28  or whatever date is ordered by the Court, whichever is sooner, as required by Federal Rule of

Civil Procedure 33.

## **DEFINITIONS**

A.      "ANY" shall be understood to include and encompass "ALL."  As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request all documents or things that might otherwise be construed to be outside its scope.

B.      The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies.  Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C.      "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D.      "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E.      The term "DOCUMENT" means the original and each non-identical copy of ANY written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to, ALL materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of the term "Writing" as defined in California Code of Evidence sections 250, 255, and 260, AND ALL materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure.  DOCUMENT includes, without limitation, printed matter, electronic

1   mail, materials stored on computer hard drives, diskettes, tapes, ANY other computer media,

2   recorded voice mail messages and ANY other information stored magnetically, optically or

3   electronically.

4        F.     "COMMUNICATION" as used herein means any contact, oral or documentary,

5   formal or informal, at any place or under any circumstances whatsoever whereby information of

6   any nature is transmitted or transferred, including without limitation, any note, memorandum or

7   other record thereof, or a single person seeing or hearing any information by any means.

8        G.     "COMMUNICATION" as used herein means any contact, oral or documentary,

9   formal or informal, at any place or under any circumstances whatsoever whereby information of

10   any nature is transmitted or transferred, including without limitation, any note, memorandum or

11   other record thereof, or a single person seeing or hearing any information by any means.

12        H.     "HOTLZBRINCK VENTURES GmBH," "YOU," "YOUR," means defendant

13   Verlagsgruppe Georg Von Holtzbrinck GmBH and its directors, officers, parents, subsidiaries,

14   predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND

15   ALL other persons and entities representing it acting on its behalf, OR purporting to act on its

16   behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

17        I.     "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

18   TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

19   officers, directors, trustees, employees, staff members, agents, counsel, representatives,

20   consultants, AND ALL PERSONS acting or purporting to act on its behalf.

21        J.     "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

22   the services provided by STUDIVZ, including without limitation, those provided at the

23   www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr website,

24   www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website and the

25   www.schuelervz.net website.

26        K.     "USERS OF FACEBOOK" means, without limitation, PERSONS registered to

27   use the services provided by FACEBOOK at www.facebook.com and, previously,

28   www.thefacebook.com.

**<ins>INSTRUCTIONS</ins>**

1.       If YOU object to any of the interrogatories herein on a privilege grounds, state the privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so that the Court can adjudicate the validity of the claim.

2.       "IDENTIFY," when used with respect to a natural person, means state the name, current telephone number and current home or business address of the person(s).  If current information is not available, please provide the last available information regarding the person(s).

3.       "IDENTIFY," and all variants including "IDENTITY" when used with respect to any entity, means state the name, place and date of incorporation or organization, principal place of business, and the identity of all natural persons having knowledge of the matter with respect to which it is named in an answer to an interrogatory.

4.       To "IDENTIFY" a document means:

    a.       to refer to the document's identification or exhibit number if the document has been previously produced or used in discovery or to attach a true copy of the document to the interrogatory answers and to state the document's title and date, or if unknown, the approximate date of creation;

    b.       to identify each person who signed or participated in the preparation of the document;

    c.       to identify each person who is an addressee, including each person to whom a copy was to be sent or who received a copy of the document;

    d.       to summarize the subject matter of the document;

    e.       to provide the present location of the document and the identity of the custodian of the original and each copy thereof; and

    f.       if the document no longer exists, to give the date on which it was destroyed, the identity of the person who destroyed it, and the person under whose authority it was destroyed.

5.      "IDENTIFY" a circumstance, occurrence or event, means to describe it in detail, including date, time, surrounding circumstances, PERSONS involved OR present, reasons, effects, results, where AND how it occurred, AND what occurred.

6.      In answering the following interrogatories, YOU are required to provide ALL information that is available to YOU within YOUR control, including information in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely information from YOUR own personal knowledge.

7.      If YOU cannot answer any interrogatory in full, answer to the extent YOU are able to do so, state the reason for YOUR inability to answer further, and state the knowledge or information available to YOU concerning the unanswered portion.

8.      If YOU object to any of the interrogatories, YOU must state the grounds for any objection(s).  If YOU object to only part of an interrogatory, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the interrogatory.

9.      Each answer should be preceded by a reiteration of the full interrogatory to which it responds.

10.     For each interrogatory, IDENTIFY ALL persons who provided information or otherwise assisted in preparing YOUR response.

## INTERROGATORIES

## INTERROGATORY NO. 1:

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with PERSONS (including without limitation, USERS OF STUDIVZ AND USERS OF FACEBOOK) currently OR formerly residing OR domiciled in California.  In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

## INTERROGATORY NO. 2:

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with businesses (including without limitation, Internet search engines providers such as

1  Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service

2  providers, computer equipment providers, YOUR licensors AND licensees) currently OR

3  formerly located, licensed, based, OR incorporated in California.  In doing so, IDENTIFY the

4  PERSONS contacted, the location AND time where any such contact OR event occurred, AND

5  the subject matter of the contact OR COMMUNICATION.

6  **INTERROGATORY NO. 3:**

7  　　　　Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU

8  have had with universities AND colleges located in California, including without limitation,

9  letters, emails, advertising materials, business solicitations, business contacts, telephonic

10  conversations, facsimile transmissions.   In doing so, IDENTIFY the PERSONS contacted, the

11  location AND time where any such contact OR event occurred, AND the subject matter of the

12  contact OR COMMUNICATION.

13  **INTERROGATORY NO. 4:**

14  　　　　Describe in detail AND IDENTIFY ALL of YOUR trips to California.  In doing so,

15  IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event

16  occurred, AND the subject matter of the contact OR COMMUNICATION.

17  **INTERROGATORY NO. 5:**

18  　　　　IDENTIFY, on a monthly basis, how many USERS OF STUDIVZ have been registered at

19  the www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr website,

20  www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the

21  www.schuelervz.net website since October 2005, AND how many of those USERS OF

22  STUDIVZ are residents of, OR PERSONS domiciled in, California.

23  **INTERROGATORY NO. 6:**

24  　　　　IDENTIFY the number AND amount of accounts receivable owed YOU by PERSONS

25  that, OR who, are California residents OR PERSONS domiciled in California.  In doing so,

26  IDENTIFY the goods AND services for which the individual accounts receivable are owed.

27  **INTERROGATORY NO. 7:**

28  　　　　IDENTIFY ALL instances in which YOU have been in California, including without

1   limitation, business, trips, OR recreational trips; living, residing OR domiciling in California;

2   AND flying OR driving to OR through California.  In doing so, IDENTIFY the dates of ALL

3   occurrences AND the length of the stay in California.

4   **INTERROGATORY NO. 8:**

5       IDENTIFY ALL of YOUR current AND former personal OR real property currently OR

6   previously located in California.

7   **INTERROGATORY NO. 9:**

8       IDENTIFY ALL contracts AND agreements involving YOU in which California law

9   governs AND/OR in which the parties to the contract OR agreement agreed as to the jurisdiction

10   of California state courts AND/OR United States federal courts located in California.

11   **INTERROGATORY NO. 10:**

12       IDENTIFY occurrences when YOU AND/OR ANY PERSON on YOUR behalf,

13   including without limitation, Ehssan Dariani and Dennis Bemman, accessed the website,

14   www.facebook.com OR www.thefacebook.com, AND the purposes of each access, including

15   without limitation, ANY COMMUNICATIONS that RELATE TO ANY of the occurrences AND

16   IDENTIFY the USER OF FACEBOOK OR registrant accounts OR email addresses used to

17   access the facebook.com website.

18   **INTERROGATORY NO. 11:**

19       IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

20   in California.

21   **INTERROGATORY NO. 12:**

22       IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities,

23   offices, OR personnel were located in California.

24   **INTERROGATORY NO. 13:**

25       IDENTIFY the services provided through the www.studivz.net website, the

26   www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it website, the

27   www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website

28   to USERS OF STUDIVZ, including without limitation, how the services are provided.

1    **INTERROGATORY NO. 14:**

2        IDENTIFY ALL USERS OF FACEBOOK employed by OR formerly employed by YOU,

3    including including without limitation, any PERSONS who are OR were full-time or part-time

4    employees, independent contractor or agents of YOU, AND their respective email addresses.

5    **INTERROGATORY NO. 15:**

6        IDENTIFY ALL PERSONS responsible in any manner for the design, programming and

7    maintenance of the www.studivz.net website, including without limitation, location of the

8    PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

9    **INTERROGATORY NO. 16:**

10        IDENTIFY ALL PERSONS responsible in any manner for the design, programming and

11    maintenance of the www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it

12    website, the www.estudiln.net website, the www.studentix.pl website AND the

13    www.schuelervz.net website, including without limitation, location of the PERSON, job

14    descriptions, authorities, dates in these positions, duties, AND responsibilities.

15    **INTERROGATORY NO. 17:**

16        IDENTIFY current AND former directors, officers, employees, AND agents of

17    STUDIVZ, including without limitation, dates in these positions, duties, job descriptions,

18    authorities, AND responsibilities.

19    **INTERROGATORY NO. 18:**

20        IDENTIFY ALL of YOUR advertising, promotions AND marketing activities directed, at

21    least in part, at California residents.

22    **INTERROGATORY NO. 19:**

23        IDENTIFY ALL of YOUR business relationships with, OR financial interests in,

24    businesses currently OR formerly incorporated, licensed, located, based, OR with facilities OR

25    offices located in California, including without limitation, the nature of each relationship, the

26    IDENTITY of each business, AND whether each business is incorporated, licensed, located,

27    based OR has facilities OR offices located in California.

28

FACEBOOK, INC.'s FIRST SET OF SPECIAL
INTERROGATORIES TO DEFENDANT HOLTZBRINCK
CASE NO. 5:08-CV-03468 JF

1  **INTERROGATORY NO. 20:**

2      IDENTIFY ALL reasons why defending this lawsuit in California would burden YOU.

3  **INTERROGATORY NO. 21:**

4      IDENTIFY the ownership of HOLTZBRINCK VENTURES GmBH, including without

5  limitation, PERSON'S names, amounts they contributed OR invested, AND their percent

6  ownership OR control (including without limitation, Capital Contributions, Percent Interest,

7  Equity Units, Non-Equity Units, Voting Units) on a by-PERSON basis.

8  **INTERROGATORY NO. 22:**

9      IDENTIFY the location of YOUR offices, facilities, server/equipment locations.

10  **INTERROGATORY NO. 23:**

11      IDENTIFY ALL universities, colleges AND institutes of higher learning located in

12  California at which STUDIVZ provides OR provided services including without limitation,

13  access to the  www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr

14  website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website

15  AND the www.schuelervz.net website, including without limitation University of California (all

16  campuses), California State University (all campuses), as well as the USERS OF STUDIVZ using

17  email domains (*e.g.*, name@stanford.edu) from those universities, colleges, high schools, AND

18  institutes of higher learning.

19

20

21

22  Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

23

24  _____

25                                                              I. NEEL CHATTERJEE
                                                                Attorneys for Plaintiff
26                                                              FACEBOOK, INC.

27

28

1    GARY E. WEISS (STATE BAR NO. 122962)
     gweiss@orrick.com
2    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
     nchatterjee@orrick.com
3    JULIO C. AVALOS (STATE BAR NO. 255350)
     javalos@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
5    Menlo Park, CA  94025
     Telephone:      +1-650-614-7400
6    Facsimile:      +1-650-614-7401

7    WARRINGTON S. PARKER (STATE BAR NO. 148003)
     wparker@orrick.com
8    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
9    405 Howard Street
     San Francisco, CA  94105-2669
10   Telephone:      +1-415-773-5700
     Facsimile:      +1-415-773-5759
11
   Attorneys for Plaintiff
12   FACEBOOK, INC.

13

               UNITED STATES DISTRICT COURT
14
           NORTHERN DISTRICT OF CALIFORNIA
15
                 SAN JOSE DIVISION
16

17
   FACEBOOK, INC.,                                              Case No.  5:08-cv-03468 JF
18
             Plaintiff,                     **FACEBOOK, INC.'S FIRST SET OF**
19                         **SPECIAL INTERROGATORIES TO**
            v.                                 **DEFENDANT STUDIVZ LTD.**
20                         **RELATING TO PERSONAL**
   STUDIVZ LTD., VERLAGSGRUPPE                       **JURISDICTION**
21   GEORG VON HOLTZBRINCK GmBH,
   HOTLZBRINCK NETWORKS GmBH,
22   HOLTZBRINCK VENTURES GmBH, and
   DOES 1-25,
23
             Defendants.
24

25         Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Facebook, Inc. ("Facebook")

26 hereby propounds the following interrogatories to be answered, under oath, by an officer or agent

27 of Defendant StudiVZ Ltd., within 30 days after service of these interrogatories, or whatever date

28 is ordered by the Court, whichever is sooner, as required by Federal Rule of Civil Procedure 33.

1

## **DEFINITIONS**

2   A.   "ANY" shall be understood to include and encompass "ALL."  As used herein, the

3   singular shall always include the plural and the present tense shall also include the past tense.

4   The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary

5   to bring within the scope of this request all documents or things that might otherwise be construed

6   to be outside its scope.

7   B.   The terms "PERSON" and "PERSONS" mean both natural persons and legal

8   entities, including without limitation, corporations, companies, firms, partnerships, joint ventures,

9   proprietorships, associations, and governmental bodies or agencies.  Unless noted otherwise,

10   references to any person, entity or party herein include its, his, or her agents, attorneys,

11   employees, employers, officers, directors, or others acting on or purporting to act on behalf of

12   said person, entity, or party.

13   C.   "EVIDENCE" or any variant thereof, including but not limited to

14   "EVIDENCING," when used in connection with any document, shall be understood to apply if

15   the document directly or indirectly mentions, discusses, constitutes, concerns, supports

16   contradicts, relates to, refers to, or in any other way deals with the subject matter described in the

17   request in which the term appears.

18   D.   "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to,

19   material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise

20   concerning in any manner whatsoever the subject matter of the inquiry.

21   E.   The term "DOCUMENT" means the original and each non-identical copy of ANY

22   written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in

23   whatever form, whether in final or draft, including but not limited to, ALL materials that

24   constitute "writings" or "recordings" or "photographs" within the broadest meaning of the term

25   "Writing" as defined in California Code of Evidence sections 250, 255, and 260, AND ALL

26   materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal

27   Rules of Civil Procedure.  DOCUMENT includes, without limitation, printed matter, electronic

28   mail, materials stored on computer hard drives, diskettes, tapes, ANY other computer media,

-1-

1  recorded voice mail messages and ANY other information stored magnetically, optically or

2  electronically.

3       F.     "COMMUNICATION" as used herein means any contact, oral or documentary,

4  formal or informal, at any place or under any circumstances whatsoever whereby information of

5  any nature is transmitted or transferred, including without limitation, any note, memorandum or

6  other record thereof, or a single person seeing or hearing any information by any means.

7       G.     "STUDIVZ," "YOU," "YOUR," means defendant StudiVZ, Ltd. and its directors,

8  officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees,

9  investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf,

10  OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis

11  Bemmann.

12       H.     "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

13  TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

14  officers, directors, trustees, employees, staff members, agents, counsel, representatives,

15  consultants, AND ALL PERSONS acting or purporting to act on its behalf.

16       I.     "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

17  the services provided by STUDIVZ, including without limitation, those provided at the

18  www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr website,

19  www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website and the

20  www.schuelervz.net website.

21       J.     "USERS OF FACEBOOK" means, without limitation, PERSONS registered to use

22  the services provided by FACEBOOK at www.facebook.com and, previously,

23  www.thefacebook.com.

24       **INSTRUCTIONS**

25       1.     If YOU object to any of the interrogatories herein on a privilege ground, state the

26  privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so

27  that the Court can adjudicate the validity of the claim.

28       2.     "IDENTIFY," when used with respect to a natural person, means state the name,

1  current telephone number and current home or business address of the person(s). If current

2  information is not available, please provide the last available information regarding the person(s).

3      3.    "IDENTIFY," and all variants including "IDENTITY" when used with respect to

4  any entity, means state the name, place and date of incorporation or organization, principal place

5  of business, and the identity of all natural persons having knowledge of the matter with respect to

6  which it is named in an answer to an interrogatory.

7      4.    To "IDENTIFY" a document means:

8          a.    to refer to the document's identification or exhibit number if the document

9  has been previously produced or used in discovery or to attach a true copy of the document to the

10  interrogatory answers and to state the document's title and date, or if unknown, the approximate

11  date of creation;

12          b.    to identify each person who signed or participated in the preparation of the

13  document;

14          c.    to identify each person who is an addressee, including each person to

15  whom a copy was to be sent or who received a copy of the document;

16          d.    to summarize the subject matter of the document;

17          e.    to provide the present location of the document and the identity of the

18  custodian of the original and each copy thereof; and

19          f.    if the document no longer exists, to give the date on which it was

20  destroyed, the identity of the person who destroyed it, and the person under whose authority it

21  was destroyed.

22      5.    "IDENTIFY" a circumstance, occurrence or event, means to describe it in detail,

23  including date, time, surrounding circumstances, PERSONS involved OR present, reasons,

24  effects, results, where AND how it occurred, AND what occurred.

25      6.    In answering the following interrogatories, YOU are required to provide ALL

26  information that is available to YOU within YOUR control, including information in the

27  possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians

28

1  or any other person acting on YOUR behalf, and not merely information from YOUR own

2  personal knowledge.

3        7.     If YOU cannot answer any interrogatory in full, answer to the extent YOU are able

4  to do so, state the reason for YOUR inability to answer further, and state the knowledge or

5  information available to YOU concerning the unanswered portion.

6        8.     If YOU object to any of the interrogatories, YOU must state the grounds for any

7  objection(s).  If YOU object to only part of an interrogatory, YOU must state the objection and

8  the grounds for any objection(s) and respond to the remainder of the interrogatory.

9        9.     Each answer should be preceded by a reiteration of the full interrogatory to which

10  it responds.

11       10.     For each interrogatory, IDENTIFY ALL persons who provided information or

12  otherwise assisted in preparing YOUR response.

**INTERROGATORIES**

13

**INTERROGATORY NO. 1:**

14

15       Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU

16  have had with PERSONS (including without limitation, USERS OF STUDIVZ AND USERS OF

17  FACEBOOK) currently OR formerly residing OR domiciled in California.  In doing so,

18  IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event

19  occurred, AND the subject matter of the contact OR COMMUNICATION.

20  **INTERROGATORY NO. 2:**

21       Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU

22  have had with businesses (including without limitation, Internet search engines providers such as

23  Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service

24  providers, computer equipment providers, YOUR licensors AND licensees) currently OR

25  formerly located, licensed, based, OR incorporated in California.  In doing so, IDENTIFY the

26  PERSONS contacted, the location AND time where any such contact OR event occurred, AND

27  the subject matter of the contact OR COMMUNICATION.

28

**INTERROGATORY NO. 3:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with universities AND colleges located in California, including without limitation, letters, emails, advertising materials, business solicitations, business contacts, telephonic conversations, facsimile transmissions.   In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 4:**

Describe in detail AND IDENTIFY ALL of YOUR trips to California.  In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 5:**

IDENTIFY, on a monthly basis, how many USERS OF STUDIVZhave been registered at the www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website since October 2005, AND how many of those USERS OF STUDIVZ are residents of, OR PERSONS domiciled in, California.

 **INTERROGATORY NO. 6:**

IDENTIFY the number AND amount of accounts receivable owed YOU by PERSONS that, OR who, are California residents OR PERSONS domiciled in California.  In doing so, IDENTIFY the goods AND services for which the individual accounts receivable are owed.

**INTERROGATORY NO. 7:**

IDENTIFY ALL instances in which YOU have been in California, including without limitation, business, trips, OR recreational trips; living, residing OR domiciling in California; AND flying OR driving to OR through California.  In doing so, IDENTIFY the dates of ALL occurrences AND the length of the stay in California.

**INTERROGATORY NO. 8:**

IDENTIFY ALL of YOUR current AND former personal OR real property currently OR

1    previously located in California.

2    **INTERROGATORY NO. 9:**

3         IDENTIFY ALL contracts AND agreements involving YOU in which California law

4    governs AND/OR in which the parties to the contract OR agreement agreed as to the jurisdiction

5    of California state courts AND/OR United States federal courts located in California.

6    **INTERROGATORY NO. 10:**

7         IDENTIFY occurrences when YOU AND/OR ANY PERSON on YOUR behalf,

8    including without limitation, Ehssan Dariani and Dennis Bemman, accessed the website,

9    www.facebook.com OR www.thefacebook.com, AND the purposes of each access, including

10   without limitation, ANY COMMUNICATIONS that RELATE TO ANY of the occurrences AND

11   IDENTIFY the USER OF FACEBOOK OR registrant accounts OR email addresses used to

12   access the facebook.com website.

13   **INTERROGATORY NO. 11:**

14        IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

15   in California.

16   **INTERROGATORY NO. 12:**

17        IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities,

18   offices, OR personnel were located in California.

19   **INTERROGATORY NO. 13:**

20        IDENTIFY the services provided through the www.studivz.net website, the

21   www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it website, the

22   www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website

23   to USERS OF STUDIVZ, including without limitation, how the services are provided.

24   **INTERROGATORY NO. 14:**

25        IDENTIFY ALL USERS OF FACEBOOK employed by OR formerly employed by YOU,

26   including including without limitation, any PERSONS who are OR were full-time or part-time

27   employees, independent contractor or agents of YOU, AND their respective email addresses.

28

**INTERROGATORY NO. 15:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.studivz.net website, including without limitation, the location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**INTERROGATORY NO. 16:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website, including without limitation, the location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**INTERROGATORY NO. 17:**

IDENTIFY current AND former directors, officers, employees, AND agents of STUDIVZ, including without limitation, dates in these positions, duties, job descriptions, authorities, AND responsibilities.

**INTERROGATORY NO. 18:**

IDENTIFY ALL of YOUR advertising, promotions AND marketing activities directed, at least in part, at California residents.

**INTERROGATORY NO. 19:**

IDENTIFY ALL of YOUR business relationships with, OR financial interests in, businesses currently OR formerly incorporated, licensed, located, based, OR with facilities OR offices located in California, including without limitation, the nature of each relationship, the IDENTITY of each business, AND whether each business is incorporated, licensed, located, based OR has facilities OR offices located in California.

**INTERROGATORY NO. 20:**

IDENTIFY ALL reasons why defending this lawsuit in California would burden YOU.

**INTERROGATORY NO. 21:**

IDENTIFY the ownership of STUDIVZ, including without limitation, PERSON'S names, amounts they contributed OR invested, AND their percent ownership OR control (including

1   without limitation, Capital Contributions, Percent Interest, Equity Units, Non-Equity Units,

2   Voting Units) on a by-PERSON basis.

3   **INTERROGATORY NO. 22:**

4         IDENTIFY the location of YOUR offices, facilities, server/equipment locations.

5   **INTERROGATORY NO. 23:**

6         IDENTIFY ALL universities, colleges AND institutes of higher learning located in

7   California at which STUDIVZ provides OR provided services including without limitation,

8   access to the  www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr

9   website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website

10  AND the www.schuelervz.net website, including without limitation University of California (all

11  campuses), California State University (all campuses), as well as the USERS OF STUDIVZ using

12  email domains (*e.g*., name@stanford.edu) from those universities, colleges, high schools, AND

13  institutes of higher learning.

14

15

16

17  Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

18

19

20                                                        I. NEEL CHATTERJEE
                                                          Attorneys for Plaintiff
21                                                         FACEBOOK, INC.

22

23

24

25

26

27

28

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:     +1-650-614-7400
6  Facsimile:     +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:     +1-415-773-5700
   Facsimile:     +1-415-773-5759
11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17
   FACEBOOK, INC.,                          Case No.  5:08-cv-03468 JF
18
                  Plaintiff,                **FACEBOOK, INC.'S FIRST SET OF
19                                           SPECIAL INTERROGATORIES TO
           v.                                DEFENDANT VERLAGSGRUPPE
20                                           GEORG VON HOLTZBRINCK
   STUDIVZ LTD., VERLAGSGRUPPE               GmBH RELATING TO PERSONAL
21 GEORG VON HOLTZBRINCK GmBH,               JURISDICTION**
   HOTLZBRINCK NETWORKS GmBH,
22 HOLTZBRINCK VENTURES GmBH, and
   DOES 1-25,
23
                  Defendants.
24

25         Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Facebook, Inc. ("Facebook")

26 hereby propounds the following interrogatories to be answered, under oath, by an officer or agent

27 of Defendant Verlagsgruppe Georg Von Holtzbrinck GmBH, within 30 days after service of these

28 interrogatories, or whatever date the Court orders, whichever is sooner, as required by Federal

FIRST SET OF SPECIAL INTERROGATORIES TO
                                               DEFENDANT VERLAGSGRUPPE GEORG VON
                                               HOLTZBRINCK GmBH CASE NO.: 5:08-CV-03468

1    Rule of Civil Procedure 33.

2                                    **DEFINITIONS**

3          A.       "ANY" shall be understood to include and encompass "ALL."  As used herein, the

4    singular shall always include the plural and the present tense shall also include the past tense.

5    The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary

6    to bring within the scope of this request all documents or things that might otherwise be construed

7    to be outside its scope.

8          B.       The terms "PERSON" and "PERSONS" mean both natural persons and legal

9    entities, including without limitation, corporations, companies, firms, partnerships, joint ventures,

10   proprietorships, associations, and governmental bodies or agencies.  Unless noted otherwise,

11   references to any person, entity or party herein include its, his, or her agents, attorneys,

12   employees, employers, officers, directors, or others acting on or purporting to act on behalf of

13   said person, entity, or party.

14         C.       "EVIDENCE" or any variant thereof, including but not limited to

15   "EVIDENCING," when used in connection with any document, shall be understood to apply if

16   the document directly or indirectly mentions, discusses, constitutes, concerns, supports

17   contradicts, relates to, refers to, or in any other way deals with the subject matter described in the

18   request in which the term appears.

19         D.       "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to,

20   material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise

21   concerning in any manner whatsoever the subject matter of the inquiry.

22         E.       The term "DOCUMENT" means the original and each non-identical copy of ANY

23   written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in

24   whatever form, whether in final or draft, including but not limited to, ALL materials that

25   constitute "writings" or "recordings" or "photographs" within the broadest meaning of the term

26   "Writing" as defined in California Code of Evidence sections 250, 255, and 260, AND ALL

27   materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal

28   Rules of Civil Procedure.  DOCUMENT includes, without limitation, printed matter, electronic

1   mail, materials stored on computer hard drives, diskettes, tapes, ANY other computer media,

2   recorded voice mail messages and ANY other information stored magnetically, optically or

3   electronically.

4        F.        "COMMUNICATION" as used herein means any contact, oral or documentary,

5   formal or informal, at any place or under any circumstances whatsoever whereby information of

6   any nature is transmitted or transferred, including without limitation, any note, memorandum or

7   other record thereof, or a single person seeing or hearing any information by any means.

8        G.        "COMMUNICATION" as used herein means any contact, oral or documentary,

9   formal or informal, at any place or under any circumstances whatsoever whereby information of

10  any nature is transmitted or transferred, including without limitation, any note, memorandum or

11  other record thereof, or a single person seeing or hearing any information by any means.

12       H.        "VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH," "YOU,"

13  "YOUR," means defendant Verlagsgruppe Georg Von Holtzbrinck GmBH and its directors,

14  officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees,

15  investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf,

16  OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis

17  Bemmann.

18       I.        "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

19  TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

20  officers, directors, trustees, employees, staff members, agents, counsel, representatives,

21  consultants, AND ALL PERSONS acting or purporting to act on its behalf.

22       J.        "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

23  the services provided by STUDIVZ, including without limitation, those provided at the

24  www.studivz.net website, the www.meinvz.net website,  the www.schuelervz.net website, the

25  www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the

26  www.studentix.pl website and the www.schuelervz.net website.

27       K.        "USERS OF FACEBOOK" means, without limitation, PERSONS registered to

28  use the services provided by FACEBOOK at www.facebook.com and, previously,

OHS West:260487299.1                    - 3 -

1   www.thefacebook.com.

2                                           **INSTRUCTIONS**

3          1.      If YOU object to any of the interrogatories herein on privilege grounds, state the

4    privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so

5    that the Court can adjudicate the validity of the claim.

6          2.      "IDENTIFY," when used with respect to a natural person, means state the name,

7    current telephone number and current home or business address of the person(s).  If current

8    information is not available, please provide the last available information regarding the person(s).

9          3.      "IDENTIFY," and all variants including "IDENTITY" when used with respect to

10   any entity, means state the name, place and date of incorporation or organization, principal place

11   of business, and the identity of all natural persons having knowledge of the matter with respect to

12   which it is named in an answer to an interrogatory.

13         4.      To "IDENTIFY" a document means:

14                 a.      to refer to the document's identification or exhibit number if the document

15   has been previously produced or used in discovery or to attach a true copy of the document to the

16   interrogatory answers and to state the document's title and date, or if unknown, the approximate

17   date of creation;

18                 b.      to identify each person who signed or participated in the preparation of the

19   document;

20                 c.      to identify each person who is an addressee, including each person to

21   whom a copy was to be sent or who received a copy of the document;

22                 d.      to summarize the subject matter of the document;

23                 e.      to provide the present location of the document and the identity of the

24   custodian of the original and each copy thereof; and

25                 f.      if the document no longer exists, to give the date on which it was

26   destroyed, the identity of the person who destroyed it, and the person under whose authority it

27   was destroyed.

28

5.      "IDENTIFY" a circumstance, occurrence or event, means to describe it in detail, including date, time, surrounding circumstances, PERSONS involved OR present, reasons, effects, results, where AND how it occurred, AND what occurred.

6.      In answering the following interrogatories, YOU are required to provide ALL information that is available to YOU within YOUR control, including information in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely information from YOUR own personal knowledge.

7.      If YOU cannot answer any interrogatory in full, answer to the extent YOU are able to do so, state the reason for YOUR inability to answer further, and state the knowledge or information available to YOU concerning the unanswered portion.

8.      If YOU object to any of the interrogatories, YOU must state the grounds for any objection(s).  If YOU object to only part of an interrogatory, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the interrogatory.

9.      Each answer should be preceded by a reiteration of the full interrogatory to which it responds.

10.     For each interrogatory, IDENTIFY ALL persons who provided information or otherwise assisted in preparing YOUR response.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with PERSONS (including without limitation, USERS OF STUDIVZ AND USERS OF FACEBOOK) currently OR formerly residing OR domiciled in California.  In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 2:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with businesses (including without limitation, Internet search engines providers such as

1  Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service

2  providers, computer equipment providers, YOUR licensors AND licensees) currently OR

3  formerly located, licensed, based, OR incorporated in California.  In doing so, IDENTIFY the

4  PERSONS contacted, the location AND time where any such contact OR event occurred, AND

5  the subject matter of the contact OR COMMUNICATION.

6  **INTERROGATORY NO. 3:**

7          Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU

8  have had with universities AND colleges located in California, including without limitation,

9  letters, emails, advertising materials, business solicitations, business contacts, telephonic

10  conversations, facsimile transmissions.   In doing so, IDENTIFY the PERSONS contacted, the

11  location AND time where any such contact OR event occurred, AND the subject matter of the

12  contact OR COMMUNICATION.

13  **INTERROGATORY NO. 4:**

14          Describe in detail AND IDENTIFY ALL of YOUR trips to California.  In doing so,

15  IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event

16  occurred, AND the subject matter of the contact OR COMMUNICATION.

17  **INTERROGATORY NO. 5:**

18          IDENTIFY, on a monthly basis, how many USERS OF STUDIVZ have been registered at

19  the www.studivz.net website, the www.meinvz.net website,  the www.schuelervz.net website, the

20  www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the

21  www.studentix.pl website AND the www.schuelervz.net website since October 2005, AND how

22  many of those USERS OF STUDIVZ are residents of, OR PERSONS domiciled in, California.

23   **INTERROGATORY NO. 6:**

24          IDENTIFY the number AND amount of accounts receivable owed YOU by PERSONS

25  that, OR who, are California residents OR PERSONS domiciled in California.  In doing so,

26  IDENTIFY the goods AND services for which the individual accounts receivable are owed.

27  **INTERROGATORY NO. 7:**

28          IDENTIFY ALL instances in which YOU have been in California, including without

1  limitation, business, trips, OR recreational trips; living, residing OR domiciling in California;

2  AND flying OR driving to OR through California.  In doing so, IDENTIFY the dates of ALL

3  occurrences AND the length of the stay in California.

4  **INTERROGATORY NO. 8:**

5      IDENTIFY ALL of YOUR current AND former personal OR real property currently OR

6  previously located in California.

7  **INTERROGATORY NO. 9:**

8      IDENTIFY ALL contracts AND agreements involving YOU in which California law

9  governs AND/OR in which the parties to the contract OR agreement agreed as to the jurisdiction

10  of California state courts AND/OR United States federal courts located in California.

11  **INTERROGATORY NO. 10:**

12      IDENTIFY occurrences when YOU AND/OR ANY PERSON on YOUR behalf,

13  including without limitation, Ehssan Dariani and Dennis Bemman, accessed the website,

14  www.facebook.com OR www.thefacebook.com, AND the purposes of each access, including

15  without limitation, ANY COMMUNICATIONS that RELATE TO ANY of the occurrences AND

16  IDENTIFY the USER OF FACEBOOK OR registrant accounts OR email addresses used to

17  access the facebook.com website.

18  **INTERROGATORY NO. 11:**

19      IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

20  in California.

21  **INTERROGATORY NO. 12:**

22      IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities,

23  offices, OR personnel were located in California.

24  **INTERROGATORY NO. 13:**

25      IDENTIFY the services provided through the www.studivz.net website, the

26  www.meinvz.net website,  the www.studiqg.fr website, the www.schuelervz.net website, the

27  www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the

28  www.schuelervz.net website to USERS OF STUDIVZ, including without limitation, how the

1   services are provided.

2   **INTERROGATORY NO. 14:**

3       IDENTIFY ALL USERS OF FACEBOOK employed by OR formerly employed by YOU,

4   including including without limitation, any PERSONS who are OR were full-time or part-time

5   employees, independent contractor or agents of YOU, AND their respective email addresses.

6   **INTERROGATORY NO. 15:**

7       IDENTIFY ALL PERSONS responsible in any manner for the design, programming and

8   maintenance of the www.studivz.net website, including without limitation, location of the

9   PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

10  **INTERROGATORY NO. 16:**

11      IDENTIFY ALL PERSONS responsible in any manner for the design, programming and

12  maintenance of the www.meinvz.net website, the www.schuelervz.net website, the

13  www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the

14  www.studentix.pl website AND the www.schuelervz.net website, including without limitation,

15  location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND

16  responsibilities.

17  **INTERROGATORY NO. 17:**

18      IDENTIFY current AND former directors, officers, employees, AND agents of

19  STUDIVZ, including without limitation, dates in these positions, duties, job descriptions,

20  authorities, AND responsibilities.

21  **INTERROGATORY NO. 18:**

22      IDENTIFY ALL of YOUR advertising, promotions AND marketing activities directed, at

23  least in part, at California residents.

24  **INTERROGATORY NO. 19:**

25      IDENTIFY ALL of YOUR business relationships with, OR financial interests in,

26  businesses currently OR formerly incorporated, licensed, located, based, OR with facilities OR

27  offices located in California, including without limitation, the nature of each relationship, the

28  IDENTITY of each business, AND whether each business is incorporated, licensed, located,

1   based OR has facilities OR offices located in California.

2   **INTERROGATORY NO. 20:**

3        IDENTIFY ALL reasons why defending this lawsuit in California would burden YOU.

4   **INTERROGATORY NO. 21:**

5        IDENTIFY the ownership of VERLAGSGRUPPE GEORG VON HOLTZBRINCK

6   GmBH, including without limitation, PERSON'S names, amounts they contributed OR invested,

7   AND their percent ownership OR control (including without limitation, Capital Contributions,

8   Percent Interest, Equity Units, Non-Equity Units, Voting Units) on a by-PERSON basis.

9   **INTERROGATORY NO. 22:**

10        IDENTIFY the location of YOUR offices, facilities, server/equipment locations.

11   **INTERROGATORY NO. 23:**

12        IDENTIFY ALL universities, colleges AND institutes of higher learning located in

13   California at which STUDIVZ provides OR provided services including without limitation,

14   access to the  www.studivz.net website, the www.schuelervz.net website, the www.meinvz.net

15   website,  the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the

16   www.studentix.pl website AND the www.schuelervz.net website, including without limitation

17   University of California (all campuses), California State University (all campuses), as well as the

18   USERS OF STUDIVZ using email domains (*e.g.*, name@stanford.edu) from those universities,

19   colleges, high schools, AND institutes of higher learning.

20

21   Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

22

23

24   _____
                                              I. NEEL CHATTERJEE
                                              Attorneys for Plaintiff
25                                            FACEBOOK, INC.

26

27

28

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:     +1-650-614-7400
6  Facsimile:     +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:     +1-415-773-5700
   Facsimile:     +1-415-773-5759

11

   Attorneys for Plaintiff
12 FACEBOOK, INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17 FACEBOOK, INC.,                    Case No.  5:08-cv-03468 JF

18              Plaintiff,            **NOTICE OF DEPOSITION OF
                                      DENNIS BEMMANN**
19      v.

20 STUDIVZ LTD., VERLAGSGRUPPE
   GEORG VON HOLTZBRINCK GmBH,
21 HOTLZBRINCK NETWORKS GmBH,
   HOLTZBRINCK VENTURES GmBH, and
22 DOES 1-25,

23              Defendants.

24

25

26

27

28

   OHS West:260510397.1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil

3    Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Dennis

4    Bemmann, which will commence at a day to be determined pending determination of Facebook's

5    Motion For Expedited Personal Jurisdiction Discovery, at 9:00 A.M. at the law offices of Orrick,

6    Herrington & Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such other

7    time and place as mutually agreed upon by counsel.  The deposition will continue from day to day

8    until completed.

9         The testimony of Dennis Bemmann will be recorded by video, as well as stenographic

10   means including the instant visual display of testimony.  The deposition will be taken before an

11   officer authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil

12   Procedure.

13

14   Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

15

16   _____

17                                              Warrington S. Parker III
                                                Attorneys for Plaintiff
18                                              FACEBOOK, INC.

19

20

21

22

23

24

25

26

27

28

OHS West:260510397.1

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     +1-650-614-7400
6   Facsimile:     +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:     +1-415-773-5700
    Facsimile:     +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                          UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                                SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                        Case No.  5:08-cv-03468 JF

18                  Plaintiff,             **NOTICE OF DEPOSITION OF
                                           EHASSAN DARIANI**
19          v.

20  STUDIVZ LTD., VERLAGSGRUPPE
21  GEORG VON HOLTZBRINCK GmBH,
    HOTLZBRINCK NETWORKS GmBH,
22  HOLTZBRINCK VENTURES GmBH, and
    DOES 1-25,
23
                    Defendants.
24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil

3    Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Ehassan

4    Dariani, which will commence at a day to be determined pending determination of Facebook's

5    Motion For Expedited Personal Jurisdiction Discovery, at 9:00 A.M. at the law offices of Orrick,

6    Herrington & Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such other

7    time and place as mutually agreed upon by counsel.  The deposition will continue from day to day

8    until completed.

9    The testimony of Ehassan Dariani will be recorded by video, as well as stenographic

10   means including the instant visual display of testimony.  The deposition will be taken before an

11   officer authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil

12   Procedure.

13

14   Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

15

16   _____

17                                               Warrington S. Parker III
                                                 Attorneys for Plaintiff
18                                               FACEBOOK, INC.

19

20

21

22

23

24

25

26

27

28

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:     +1-650-614-7400
6  Facsimile:     +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:     +1-415-773-5700
   Facsimile:     +1-415-773-5759
11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17 FACEBOOK, INC.,                        Case No.  5:08-cv-03468 JF

18                  Plaintiff,            **NOTICE OF DEPOSITION OF
                                          HOTLZBRINCK NETWORKS GmBH
19       v.                               PURSUANT TO FED.R.CIV.P.
                                          30(B)(6) RELATING TO PERSONAL
20 STUDIVZ LTD., VERLAGSGRUPPE            JURISDICTION**
   GEORG VON HOLTZBRINCK GmBH,
21 HOTLZBRINCK NETWORKS GmBH,
   HOLTZBRINCK VENTURES GmBH, and
22 DOES 1-25,

23                  Defendants.

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3    Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Holtzbrink

4    Networks GmBH, which will commence at a day to be determined pending determination of

5    Facebook's Motion For Expedited Personal Jurisdiction Discovery, at 9:00 A.M. at the law offices

6    of Orrick, Herrington & Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such

7    other time and place as mutually agreed upon by counsel.  The deposition will continue from day

8    to day until completed.

9    Pursuant to Rule 30(b)(6), Holtzbrink Networks GmBH shall designate one or more

10   officers, directors, managing agents, or other persons who consent and are knowledgeable to

11   testify on Holtzbrink Networks GmBH's behalf on the subjects identified in the attached Exhibit

12   A.

13   The testimony of Holtzbrink Networks GmBH will be recorded by video, as well as

14   stenographic means including the instant visual display of testimony.  The deposition will be

15   taken before an officer authorized by law to administer oaths pursuant to Rule 28 of the Federal

16   Rules of Civil Procedure.

17

18   Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

19

20
                                               _____
21                                                      I. NEEL CHATTERJEE
                                                        Attorneys for Plaintiff
22                                                      FACEBOOK, INC.

23

24

25

26

27

28

**Exhibit A – Deposition Topics**

1. All contracts Holtzbrink Networks GmBH has entered into with California businesses or residents.

2. All contracts Holtzbrink Networks GmBH has entered into that are governed by California law.

3. Any promotions, advertising or marketing Holtzbrink Networks GmBH has done in print media or over the Internet.

4. Holtzbrink Networks GmBH's business travel to California.

5. Business telephone calls made by Holtzbrink Networks GmBH to California.

6. The nature and amount of sales of goods and services of Holtzbrink Networks GmBH to California residents and percentage of total sales to California residents.

7. Holtzbrink Networks GmBH 's business solicitation of California businesses and residents.

8. Holtzbrink Networks GmBH's business relationship and contacts with Plaintiff.

9. Holtzbrink Networks GmBH's conduct of business formalities, including meetings of directors, shareholders, investors, principles, and/or officers of Holtzbrink Networks GmBH, financial records, formation, and corporate documents.

10. Holtzbrink Networks GmBH's past and present directors, officers, agents, principles, managers, employees, and/or similar individuals and their respective duties, authorities, job descriptions, and responsibilities.

11. Actions taken on behalf of Holtzbrink Networks GmBH related to accessing the Facebook.com website and appropriating or using any information or data.

12. The design, programming and maintenance of the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

13. The relationship of Verlagsgruppe Georg Von Holtzbrink GmBH, Holtzbrinck Networks GmBH, and Holtzbrinck Ventures GmBH with StudiVZ, Ltd., including

1    without limitation, the investments of Verlagsgruppe Georg Von Holtzbrink

2    GmBH, Holtzbrinck Networks GmBH, and Holtzbrinck Ventures GmBH in, and

3    control or influence over StudiVZ.

4    14.    StudiVZ's business relationships or contacts with companies located in California,

5    other than Facebook.

6    15    California residents that are enrolled in or use StudiVZ's websites.

7    16.    StudiVZ's knowledge of Facebook, including the location and organizational

8    structure of Facebook, at the time StudiVZ was developing its websites.

9    17.    The number of StudiVZ founders, directors, officers, employees, and/or

10    consultants who were members of Facebook at the time StudiVZ was developing

11    its websites.

12    18.    The frequency and scope of the activities on Facebook of the founders, directors,

13    officers, employees and/or consultants who were members of Facebook at the time

14    StudiVZ was developing its websites.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     +1-650-614-7400
6   Facsimile:     +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:     +1-415-773-5700
    Facsimile:     +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                     Case No.  5:08-cv-03468 JF

18               Plaintiff,             **NOTICE OF DEPOSITION OF
                                        HOTLZBRINCK VENTURES GmBH
19       v.                             PURSUANT TO FED.R.CIV.P.
                                        30(B)(6) RELATING TO PERSONAL
20  STUDIVZ LTD., VERLAGSGRUPPE         JURISDICTION**
    GEORG VON HOLTZBRINCK GmBH,
21  HOTLZBRINCK NETWORKS GmBH,
    HOLTZBRINCK VENTURES GmBH, and
22  DOES 1-25,

23               Defendants.

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3    Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Holtzbrink

4    Ventures GmBH, which will commence at a day to be determined pending determination of

5    Facebook's Motion For Expedited Personal Jurisdiction Discovery, at 9:00 A.M. at the law offices

6    of Orrick, Herrington & Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such

7    other time and place as mutually agreed upon by counsel.  The deposition will continue from day

8    to day until completed.

9        Pursuant to Rule 30(b)(6), Holtzbrink Ventures GmBH shall designate one or more

10   officers, directors, managing agents, or other persons who consent and are knowledgeable to

11   testify on Holtzbrink Ventures GmBH's behalf on the subjects identified in the attached Exhibit

12   A.

13       The testimony of Holtzbrink Ventures GmBH will be recorded by video, as well as

14   stenographic means including the instant visual display of testimony.  The deposition will be

15   taken before an officer authorized by law to administer oaths pursuant to Rule 28 of the Federal

16   Rules of Civil Procedure.

17

18   Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

19

20   _____

21                                              I. NEEL CHATTERJEE
                                                Attorneys for Plaintiff
22                                              FACEBOOK, INC.

23

24

25

26

27

28

**Exhibit A – Deposition Topics**

1.  All contracts Holtzbrink Ventures GmBH has entered into with California businesses or residents.

2.  All contracts Holtzbrink Ventures GmBH has entered into that are governed by California law.

3.  Any promotions, advertising or marketing Holtzbrink Ventures GmBH has done in print media or over the Internet.

4.  Holtzbrink Ventures GmBH 's business travel to California.

5.  Business telephone calls made by Holtzbrink Ventures GmBH to California.

6.  The nature and amount of sales of goods and services of Holtzbrink Ventures GmBH to California residents and percentage of total sales to California residents.

7.  Holtzbrink Ventures GmBH's business solicitation of California businesses and residents.

8.  Holtzbrink Ventures GmBH 's business relationship and contacts with Plaintiff.

9.  Holtzbrink Ventures GmBH's conduct of business formalities, including meetings of directors, shareholders, investors, principles, and/or officers of Holtzbrink Ventures GmBH, financial records, formation, and corporate documents.

10. Holtzbrink Ventures GmBH 's past and present directors, officers, agents, principles, managers, employees, and/or similar individuals and their respective duties, authorities, job descriptions, and responsibilities.

11. Actions taken on behalf of Holtzbrink Ventures GmBH related to accessing the Facebook.com website and appropriating or using any information or data.

12. The design, programming and maintenance of the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

13. The relationship of Verlagsgruppe Georg Von Holtzbrink GmBH, Holtzbrinck

- 2 -

1    Networks GmBH, and Holtzbrinck Ventures GmBH with StudiVZ, Ltd., including

2    without limitation, the investments of Verlagsgruppe Georg Von Holtzbrink

3    GmBH, Holtzbrinck Networks GmBH, and Holtzbrinck Ventures GmBH in, and

4    control or influence over StudiVZ.

5    14.    StudiVZ's business relationships or contacts with companies located in California,

6    other than Facebook.

7    15    California residents that are enrolled in or use StudiVZ's websites.

8    16.    StudiVZ's knowledge of Facebook, including the location and organizational

9    structure of Facebook, at the time StudiVZ was developing its websites.

10    17.     The number of StudiVZ founders, directors, officers, employees, and/or

11    consultants who were members of Facebook at the time StudiVZ was developing

12    its websites.

13    18.    The frequency and scope of the activities on Facebook of the founders, directors,

14    officers, employees and/or consultants who were members of Facebook at the time

15    StudiVZ was developing its websites.

16

17

18

19

20

21

22

23

24

25

26

27

28

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:      +1-650-614-7400
6  Facsimile:      +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:      +1-415-773-5700
   Facsimile:      +1-415-773-5759
11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13                          UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

15                                 SAN JOSE DIVISION

16

17 FACEBOOK, INC.,                          Case No.  5:08-cv-03468 JF

18                 Plaintiff,               **NOTICE OF DEPOSITION OF
                                            STUDIVZ, LTD. PURSUANT TO
19          v.                              FED.R.CIV.P. 30(B)(6) RELATING
                                            TO PERSONAL JURISDICTION**
20 STUDIVZ LTD., VERLAGSGRUPPE
   GEORG VON HOLTZBRINCK GmbH,
21 HOTLZBRINCK NETWORKS GmbH,
   HOLTZBRINCK VENTURES GmbH, and
22 DOES 1-25,

23                 Defendants.

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3    Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of StudiVZ, Ltd,

4    which will commence at a day to be determined pending determination of Facebook's Motion For

5    Expedited Personal Jurisdiction Discovery, at 9:00 A.M. at the law offices of Orrick, Herrington &

6    Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such other time and place as

7    mutually agreed upon by counsel.  The deposition will continue from day to day until completed.

8    Pursuant to Rule 30(b)(6), StudiVZ shall designate one or more officers, directors,

9    managing agents, or other persons who consent and are knowledgeable to testify on StudiVZ's

10   behalf on the subjects identified in the attached Exhibit A.

11   The testimony of StudiVZ will be recorded by video, as well as stenographic means

12   including the instant visual display of testimony.  The deposition will be taken before an officer

13   authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil

14   Procedure.

15

16   Dated: September 9, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18
                                            _____
19                                          I. NEEL CHATTERJEE
                                            Attorneys for Plaintiff
20                                          FACEBOOK, INC.

21

22

23

24

25

26

27

28

**Exhibit A – Deposition Topics**

1.   All contracts StudiVZ has entered into with California businesses or residents.

2.   All contracts StudiVZ has entered into that are governed by California law.

3.   Any promotions, advertising or marketing StudiVZ has done in print media or over the Internet.

4.   StudiVZ's business travel to California.

5.   Business telephone calls made by StudiVZ to California.

6.   The nature and amount of sales of goods and services to California residents and percentage of total sales to California residents.

7.   StudiVZ's business solicitation of California businesses and residents.

8.   StudiVZ's business relationship and contacts with Plaintiff.

9.   StudiVZ's conduct of business formalities, including meetings of directors, shareholders, investors, principles, and/or officers of StudiVZ, financial records, formation, and corporate documents.

10.   StudiVZ's past and present directors, officers, agents, principles, managers, employees, and/or similar individuals and their respective duties, authorities, job descriptions, and responsibilities.

11.   Actions taken on behalf of StudiVZ related to accessing the Facebook.com website and appropriating or using any information or data.

12.   The design, programming and maintenance of the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

14.   StudiVZ's business relationships or contacts with companies located in California, other than Facebook.

15   California residents that are enrolled in or use StudiVZ's websites.

16.   StudiVZ's knowledge of Facebook, including the location and organizational structure of Facebook, at the time StudiVZ was developing its websites.

1      17.     The number of StudiVZ founders, directors, officers, employees, and/or consultants who were members of Facebook at the time StudiVZ was developing its websites.

18.     The frequency and scope of the activities on Facebook of the founders, directors, officers, employees and/or consultants who were members of Facebook at the time StudiVZ was developing its websites.

1    GARY E. WEISS (STATE BAR NO. 122962)
     gweiss@orrick.com
2    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
     nchatterjee@orrick.com
3    JULIO C. AVALOS (STATE BAR NO. 255350)
     javalos@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
5    Menlo Park, CA  94025
     Telephone:     +1-650-614-7400
6    Facsimile:     +1-650-614-7401

7    WARRINGTON S. PARKER (STATE BAR NO. 148003)
     wparker@orrick.com
8    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
9    405 Howard Street
     San Francisco, CA  94105-2669
10   Telephone:     +1-415-773-5700
     Facsimile:     +1-415-773-5759
11
     Attorneys for Plaintiff
12   FACEBOOK, INC.

13                          UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

15                                SAN JOSE DIVISION

16

17   FACEBOOK, INC.,                          Case No.  5:08-cv-03468 JF

18                  Plaintiff,                **NOTICE OF DEPOSITION OF
                                              VERLAGSGRUPPE GEORG VON
19          v.                                HOLTZBRINCK GmBH PURSUANT
                                              TO FED.R.CIV.P. 30(B)(6)
20   STUDIVZ LTD., VERLAGSGRUPPE              RELATING TO PERSONAL
     GEORG VON HOLTZBRINCK GmBH,              JURISDICTION**
21   HOTLZBRINCK NETWORKS GmBH,
     HOLTZBRINCK VENTURES GmBH, and
22   DOES 1-25,

23                  Defendants.

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3    Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of

4    Verlagsgruppe Georg Von Holtzbrink, GmBH, which will commence at a day to be determined

5    pending determination of Facebook's Motion For Expedited Personal Jurisdiction Discovery, at

6    9:00 A.M. at the law offices of Orrick, Herrington & Sutcliffe located at 1000 Marsh Road, Menlo

7    Park, CA, 94025, or at such other time and place as mutually agreed upon by counsel.  The

8    deposition will continue from day to day until completed.

9    Pursuant to Rule 30(b)(6), Verlagsgruppe Georg Von Holtzbrink, GmBH shall designate

10   one or more officers, directors, managing agents, or other persons who consent and are

11   knowledgeable to testify on Verlagsgruppe Georg Von Holtzbrink, GmBH's behalf on the

12   subjects identified in the attached Exhibit A.

13   The testimony of Verlagsgruppe Georg Von Holtzbrink, GmBH will be recorded by

14   video, as well as stenographic means including the instant visual display of testimony.  The

15   deposition will be taken before an officer authorized by law to administer oaths pursuant to Rule

16   28 of the Federal Rules of Civil Procedure.

17

18   Dated: September 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

19

20
                                          _____
21                                              I. NEEL CHATTERJEE
                                               Attorneys for Plaintiff
22                                             FACEBOOK, INC.

23

24

25

26

27

28

**<u>Exhibit A – Deposition Topics</u>**

1.   All contracts Verlagsgruppe Georg Von Holtzbrink, GmBH has entered into with California businesses or residents.

2.   All contracts Verlagsgruppe Georg Von Holtzbrink, GmBH has entered into that are governed by California law.

3.   Any promotions, advertising or marketing Verlagsgruppe Georg Von Holtzbrink, GmBH has done in print media or over the Internet.

4.   Verlagsgruppe Georg Von Holtzbrink, GmBH's business travel to California.

5.   Business telephone calls made by Verlagsgruppe Georg Von Holtzbrink, GmBH to California.

6.   The nature and amount of sales of goods and services of Verlagsgruppe Georg Von Holtzbrink, GmBH to California residents and percentage of total sales to California residents.

7.   Verlagsgruppe Georg Von Holtzbrink, GmBH's business solicitation of California businesses and residents.

8.   Verlagsgruppe Georg Von Holtzbrink, GmBH's business relationship and contacts with Plaintiff.

9.   Verlagsgruppe Georg Von Holtzbrink, GmBH's conduct of business formalities, including meetings of directors, shareholders, investors, principles, and/or officers of Verlagsgruppe Georg Von Holtzbrink, GmBH, financial records, formation, and corporate documents.

10.  Verlagsgruppe Georg Von Holtzbrink, GmBH's past and present directors, officers, agents, principles, managers, employees, and/or similar individuals and their respective duties, authorities, job descriptions, and responsibilities.

11.  Actions taken on behalf of Verlagsgruppe Georg Von Holtzbrink, GmBH related to accessing the Facebook.com website and appropriating or using any information or data.

12.  The design, programming and maintenance of the www.studivz.net website, the

1    www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website,

2    the www.estudiln.net website, the www.studentix.pl website, and the

3    www.schuelervz.net website.

13.    The relationship of Verlagsgruppe Georg Von Holtzbrink GmBH, Holtzbrinck

Networks GmBH, and Holtzbrinck Ventures GmBH with StudiVZ, Ltd., including

without limitation, the investments of Verlagsgruppe Georg Von Holtzbrink

GmBH, Holtzbrinck Networks GmBH, and Holtzbrinck Ventures GmBH in, and

control or influence over StudiVZ.

14.    StudiVZ's business relationships or contacts with companies located in California,

other than Facebook.

15    California residents that are enrolled in or use StudiVZ's websites.

16.    StudiVZ's knowledge of Facebook, including the location and organizational

structure of Facebook, at the time StudiVZ was developing its websites.

17.     The number of StudiVZ founders, directors, officers, employees, and/or

consultants who were members of Facebook at the time StudiVZ was developing

its websites.

18.    The frequency and scope of the activities on Facebook of the founders, directors,

officers, employees and/or consultants who were members of Facebook at the time

StudiVZ was developing its websites.