| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| 2 | mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425) |
| 3 | rhung@mofo.com<br>MORRISON & FOERSTER LLP |
| 4 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 5 | Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| 6 | |
| 7 | Attorneys for Defendant<br>YAHOO! INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.<br><br>　　　　　Defendant. | Case No.　Misc. Action 09-80004<br><br>(Case No. 2:07-cv-511 (CE) pending in the Eastern District of Texas)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. Misc. Action 09-80004
sf-2641262

| | |
|---|---|
| 1 | On behalf of Yahoo! Inc. ("Yahoo!"), and pursuant to Civil L.R. 3-16, the undersigned |
| 2 | certifies that as of this date, other than the parties in the above captioned case and the parties in |
| 3 | the following two related actions, *Google Inc. et al. v. Egger et al.*, Case No. C-08-03172-RMW |
| 4 | pending in the Northern District of California before Judge Whyte and *In re Site Technologies,* |
| 5 | *Inc.*, Case No. 99-50736-RLE, pending in the Northern District of California Bankruptcy Court |
| 6 | before Judge Efremsky, there is no such interest to report. |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned additionally certifies that Yahoo! has no parent corporation and that no publicly traded corporation owns ten percent or more of Yahoo!'s stock.

Dated: February 10, 2009              MORRISON & FOERSTER LLP

By:     /s/  Richard S.J. Hung
        Richard S.J. Hung

        Attorneys for Defendant
        YAHOO! INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS          1
Case No. Misc. Action 09-80004
sf-2641262