1    MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
2    RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
3    MORRISON & FOERSTER LLP
425 Market Street
4    San Francisco, CA  94105-2482
Telephone: (415) 268-7000
5    Facsimile: (415) 268-7522

6    ATTORNEYS FOR YAHOO! INC.

7

8                      UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12    SOFTWARE RIGHTS ARCHIVE, LLC,        Case No.    CV 09-80004 MISC.

13                   Plaintiff,         (Case No. 2:07-cv-511 (CE) pending in the
Eastern District of Texas)
14        v.

15    GOOGLE INC., YAHOO! INC., IAC          **CERTIFICATE OF SERVICE**
SEARCH & MEDIA, INC., AOL LLC,
16    and LYCOS, INC.

17                 Defendant.

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
Case No. Misc. Action 09-80004
sf-2641566

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 10, 2009, I served a copy of:

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on the following **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Mark Parnes<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>**mparnes@wsgr.com** | Joseph J. De Hope, Jr.<br>Senior Counsel<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, California 94111<br>**jdehope@hinshawlaw.com** |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 10th day of February, 2009.


| Rebecca Snavely Saelao | /s/ Rebecca Snavely Saelao |
|---|---|
| (typed) | (signature) |

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file Plaintiffs' Certificate of Service. In compliance with General Order 45, X.B., I hereby attest that Rebecca Snavely Saelao has concurred in this filing.

Dated: February 10, 2009

/s/ Richard_S.J. Hung_
Richard S.J. Hung

Certificate of Service
Case No. Misc. Action 09-80004
sf-2641566

1