| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| 2 | mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425) |
| 3 | rhung@mofo.com<br>MORRISON & FOERSTER LLP |
| 4 | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 5 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| 6 | ATTORNEYS FOR YAHOO! INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | **Case No.  C-08-03172-RMW** |
| Plaintiffs, | |
| v. | |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., | **CERTIFICATE OF SERVICE** |
| Defendants. | |
| | |
| SOFTWARE RIGHTS ARCHIVE, LLC, | **Case No.  Misc. Action C-09-80004** |
| Plaintiff, | (Case No. 2:07-cv-511 (CE) pending in the Eastern District of Texas) |
| v. | |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | |
| Defendant. | |

Certificate of Service
Case Nos. C-08-03172-RMW & C-09mc80004
sf-2647222

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 27, 2009, I served a copy of:

**JOINT AMENDED NOTICE OF MOTIONS**

on the following:

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

**BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

| | |
|---|---|
| Mark Parnes<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>**mparnes@wsgr.com** | Joseph J. De Hope, Jr.<br>Senior Counsel<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, California 94111<br>**jdehope@hinshawlaw.com** |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 27th day of February, 2009.

| Rebecca Snavely Saelao | /s/ Rebecca Snavely Saelao |
|---|---|
| (typed) | (signature) |

1    I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this
2    Certificate of Service.  In compliance with General Order 45, X.B., I hereby attest that Rebecca
3    Snavely Saelao has concurred in this filing.
4
     Dated: February 27, 2009
5                                                          /s/ Richard_S.J. Hung
                                                           Richard S.J. Hung
6

Certificate of Service                                                              2
Case Nos. C-08-03172-RMW & C-09mc80004
sf-2647222