1  MARK PARNES, State Bar No. (CA SBN 104775)
   mparnes@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5
   Attorneys for THIRD-PARTY
6  WILSON SONSINI GOODRICH & ROSATI

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10

11 | SOFTWARE RIGHTS ARCHIVE, LLC, ) | CASE NO.: CV 09-8000 4 MISC.
   |                                ) | (Case No. 2:07-CV-511 (CE) JF pending in
12 | Plaintiff,                     ) | the Eastern District of Texas)
   |                                ) |
13 |        v.                      ) | PROOF OF SERVICE
   |                                ) |
14 | GOOGLE INC., YAHOO! INC., IAC  ) | Date:      April 17, 2009
   | SEARCH & MEDIA, INC., AOL LLC, and ) | Time:      9:00 a.m.
15 | LYCOS, INC.,                   ) | Courtroom: Courtroom 6, 4th Floor
   |                                ) | Judge:     Honorable Ronald M. Whyte
16 | Defendants.                    ) |

-1-

3595605v1

PROOF OF SERVICE
CASE NO.: CV 09-8000 4 MISC.
(CASE NO.: 2:07-cv-00511 (CE) JF PENDING IN THE EASTERN DISTRICT OF TEXAS)

Dockets.Justia.com

**PROOF OF SERVICE BY NEXT-DAY DELIVERY**

I, Sherri L. Mills, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050. I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for next-day delivery by an express mail service. In the ordinary course of business, correspondence would be consigned to an express mail service on this date.

On this date, I served the following documents:

**1. MEMORANDUM OF POINTS AND AUTHORITIES OF WILSON SONSINI GOODRICH & ROSATI IN OPPOSITION TO MOTION TO COMPEL BY YAHOO! INC.**

**2. DECLARATION OF MARK PARNES IN OPPOSITION TO MOTION TO COMPEL BY YAHOO! INC.** on the person(s) listed below by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I consigned the envelope(s) to an express mail service by placing them for collection and processing on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

**Richard S.J. Hung, Esq.**
**MORRISON & FOERSTER LLP**
**425 Market Street, 34th Floor**
**San Francisco, CA 94105-2482**

Attorneys for Defendant Yahoo! Inc.

**Lee Landa Kaplan, Esq.**
**SMYSER KAPLAN & VESELKA**
**700 Louisiana Street, Suite 2300**
**Houston, TX 77002**

Attorneys for Plaintiff Software Rights Archive, LLC

**Thomas Bernard Walsh, IV., Esq.**
**FISH & RICHARDSON PC**
**5000 Bank One Center**
**1717 Main Street**
**Dallas, TX 75201**

Attorneys for Defendant Google Inc.

**Harry Lee Gillam, Jr., Esq.**
**GILLAM & SMITH, LLP**
**303 South Washington Avenue**
**Marshall, TX 75670**

Attorneys for Defendants Google, Inc. and AOL LLC.

-2-    3595605v1
PROOF OF SERVICE
CASE NO.: CV 09-8000 4 MISC.
(CASE NO.: 2:07-cv-00511 (CE) JF PENDING IN THE EASTERN DISTRICT OF TEXAS)

| | |
|---|---|
| 1 | **Jennifer A. Kash, Esq.**<br>**QUINN EMANUEL URQUHART**<br>**OLIVER & HEDGES, LLP**<br>**555 Twin Dolphin Drive, Suite 560**<br>**Redwood Shores, CA 94065** |
| 2 | |
| 3 | |
| 4 | Attorneys for Defendants IAC Search &<br>Media, Inc. and Lycos, Inc. |
| 5 | |
| 6 | I declare under penalty of perjury under the laws of the State of California that the |
| 7 | foregoing is true and correct. Executed at Palo Alto, California on March 26, 2009. |
| 8 | |
| 9 |                            /s/ Sherri L. Mills<br>                            Sherri L. Mills |