# EXHIBIT E

**From:** Kaplan, Lee [LKaplan@SKV.com]
**Sent:** Monday, November 24, 2008 6:13 PM
**To:** Parnes, Mark; Hung, Richard S. J.; Bradley, Don; Thomas Walsh
**Cc:** Ho, Francis C.; Knisely, Cyndi L.
**Subject:** RE: SRA v. Yahoo! et al.: Yahoo!'s September 17, 2008 Subpoena

I'd rather have a nail driven through my temple, slowly, than screw around with this on my birthday(!). Rich, please call me Tuesday. Lee

---

**From:** Parnes, Mark [mailto:MParnes@wsgr.com]
**Sent:** Monday, November 24, 2008 6:39 PM
**To:** Hung, Richard S. J.; Kaplan, Lee; Bradley, Don; Thomas Walsh
**Cc:** Ho, Francis C.; Knisely, Cyndi L.
**Subject:** RE: SRA v. Yahoo! et al.: Yahoo!'s September 17, 2008 Subpoena

Rich,

That schedule can work for me if it works for Lee. Take care.

Mark

---

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Monday, November 24, 2008 3:29 PM
**To:** Kaplan, Lee; Bradley, Don; Thomas Walsh
**Cc:** Parnes, Mark; Ho, Francis C.; Knisely, Cyndi L.
**Subject:** RE: SRA v. Yahoo! et al.: Yahoo!'s September 17, 2008 Subpoena

Hi Lee and Mark,

Thanks for your messages. I'm happy to work around your schedules, of course.

The N.D. Cal. motion hearings for January are on Mondays, unfortunately. Will January 26th work?

If so, in light of the holidays, how about December 23rd for your opposition (giving you an extra week and a half), and January 12th for our opposition (giving us a bit more than an extra week, excluding Christmas and New Year's)?

Please let me know.

-- Rich

---

**From:** Kaplan, Lee [mailto:LKaplan@SKV.com]
**Sent:** Monday, November 24, 2008 1:37 PM
**To:** Hung, Richard S. J.; dbradley@wsgr.com; Thomas Walsh
**Cc:** mparnes@wsgr.com; Ho, Francis C.; Knisely, Cyndi L.
**Subject:** RE: SRA v. Yahoo! et al.: Yahoo!'s September 17, 2008 Subpoena

Rich, traveling on the weekend after New Years is pretty hairy, and I have a family commitment that weekend, probably Sunday. (My mother's birthday is Monday, January 5.) I don't really like the next week due to other commitments in other cases and I now see Parnes has a problem. I am going to be out there on 1/23 anyway (a later date that I worked out with Tom Walsh due to his schedule); any chance of matching up with that?
Lee

4/3/2009

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Monday, November 24, 2008 1:58 PM
**To:** Kaplan, Lee; dbradley@wsgr.com
**Cc:** mparnes@wsgr.com; Ho, Francis C.; Knisely, Cyndi L.
**Subject:** SRA v. Yahoo! et al.: Yahoo!'s September 17, 2008 Subpoena


Dear Lee & Don,

I write regarding Yahoo!'s September 17, 2008 subpoena on Wilson Sonsini. I understand from Francis Ho at our firm that Wilson Sonsini has declined to produce any documents at the direction of SRA's counsel, which has indicated that it also represents Site Technologies/Deltapoint.

Yahoo! intends to file a motion to compel later this week with a noticed hearing date of January 5th. I recognize that the holidays are rapidly approaching, though, and would like to avoid causing any of the parties any unnecessary inconvenience during the holiday season. Please let me know if that hearing date will not work for you so that we can agree to a different hearing date and, if necessary, an adjusted briefing schedule. If we have not heard from you by Wednesday morning, we will assume that January 5th is fine.

Regards,

Rich Hung

---

Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7602 (direct)
(415) 268-7522 (fax)
rhung@mofo.com
www.mofo.com

===========================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

===========================================================================

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of

4/3/2009

this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.