# EXHIBIT G

| | |
|---|---|
| From: | Kaplan, Lee [LKaplan@SKV.com] |
| Sent: | Wednesday, December 17, 2008 11:46 AM |
| To: | Hung, Richard S. J. |
| Cc: | Thomas Walsh; Ramon Tabtiang; Jennifer A Kash; Mark Baker; Ho, Francis C.; Knisely, Cyndi L.; vhardy@dpelaw.com; tomsmegal@smegallaw.com |
| Subject: | RE: Call to discuss documents from SRA entities? |

I am on the bankruptcy hearing conf. call at this minute. I have to figure out my family situation as my wife had emergency back surgery last night – which is why I cut my trip short. Everything seems fine but I need to attend to various details and chores. I anticipate being able to discuss these issues either late Thursday afternoon or early afternoon Friday, but will need to get back to you on a good time to discuss. Right now I think the best time would be Friday, between 1 pm and 3 pm Central time (11 to 1 Pacific). Does that work for yall?

llk

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Wednesday, December 17, 2008 1:39 PM
**To:** Kaplan, Lee
**Cc:** Thomas Walsh; Ramon Tabtiang; Jennifer A Kash; Mark Baker; Ho, Francis C.; Knisely, Cyndi L.
**Subject:** SRA: Call to discuss documents from SRA entities?


Hi Lee,

Last week we had discussed talking this week about whether the SRA entities that we subpoenaed would be providing responsive documents.

What's a good time this week to discuss? Let me know.

Thanks – Rich

---

Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7602 (direct)
(415) 268-7522 (fax)
rhung@mofo.com
www.mofo.com

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for

the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

===============================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
===============================================================