# EXHIBIT I

**From:** Kaplan, Lee [LKaplan@SKV.com]
**Sent:** Thursday, February 05, 2009 10:09 AM
**To:** Alison Monahan; Antonio Sistos; brooks@fr.com; Claude Stern; Collin Maloney; Knisely, Cyndi L.; David Wei, Jr.; Demescha King; Ho, Francis C.; Gerald Ivey; Harry Lee Gillam, Jr. ; Jason Wolff; Jennifer Kash; John Bufe; Mark Baker; Jacobs, Michael A.; Mike Jones; Otis Carroll; Ramon Tabtiang; Saelao, Rebecca Snavely; Hung, Richard S. J.; Robert Burns; Sandra Nichols; Terri Mickles; Thomas Walsh, IV
**Cc:** Victor Hardy; Andrew DiNovo; Duvvuri, Raj
**Subject:** Request for continuance in ND California District Court Software Rights Archive, LLC litigation

Dear Counsel:

In preparing our responses to various motions on the February 27 docket before Judge Whyte, we discovered yesterday that Site Technologies, Inc. is in a suspended status for nonpayment of franchise taxes and/or filing of appropriate forms with the State of California. "When a corporation's suspended status comes to light during litigation, the normal practice is for the trial court to permit a short continuance to enable the suspended corporation to effect reinstatement to defend itself in court."
*Cadle Co. v. World Wide Hospitality Furniture, Inc.*, 144 Cal. App. 4th 504, 512-13 (Cal. Ct. App. 2006) (internal quotation marks and modifications omitted). We are in the process of attempting to reinstate it as promptly as possible. However, despite several phone calls with the agency, we do not know exactly how long reinstatement will take. In the meantime, we request your agreement to a short continuance of 2 to 5 weeks of all pending motions on the February 27 docket, including the Motion to Dismiss, Transfer or Stay filed on behalf of all defendants.

Please advise as soon as possible if you agree as our response briefs are due tomorrow on a number of motions.

Regards,
Lee Kaplan

3/31/2009