Price v. Facebook, Inc.

Doc. 26 Att. 10

# EXHIBIT K

Dockets.Justia.com

| | |
|---|---|
| **From:** | Saelao, Rebecca Snavely |
| **Sent:** | Tuesday, February 17, 2009 5:41 PM |
| **To:** | Kaplan, Lee; Duvvuri, Raj |
| **Cc:** | 'Thomas Walsh'; 'Ramon Tabtiang'; 'Jennifer Kash'; 'Claude M. Stern'; 'Mark Baker'; Hung, Richard S. J.; Ho, Francis C.; Knisely, Cyndi L. |
| **Subject:** | SRA v. Google et al. Stipulation & Order |
| **Attachments:** | Stipulation and Order FRE 502 - 1.DOC |

Lee,

Per our discussion last week, regarding a stipulation relating to Yahoo!'s pending motions to compel Wilson Sonsini and Murray & Murray, attached is a proposed stipulation and order pursuant to Federal Rule of Evidence 502(d).

Please let us know your comments and whether you are amenable to this stipulation. We have not yet raised this proposal with counsel for Wilson Sonsini and Murray & Murray, but will do so if the proposed stipulation is acceptable to you.

Thank you,

Rebecca Snavely Saelao | Morrison & Foerster LLP
425 Market Street | San Francisco, CA 94105-2482
Tel: (415) 268-6556 | Fax: (415) 268-7522



Stipulation and
Order FRE 502 ...

1

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

| | |
|---|---|
| 12 SOFTWARE RIGHTS ARCHIVE, LLC, | Case No. Misc. Action C-09-80004 |
| 13 Plaintiff, | (Case No. 2:07-cv-511 (CE) pending in the Eastern District of Texas) |
| 14 v. | |
| 15 GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, | **STIPULATED ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)** |
| 16 and LYCOS, INC. | |
| 17 Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER
Misc. Action C-09-80004

sf-2644746

1  WHEREAS, defendant Yahoo! Inc. served a subpoena relating to this litigation from the
2  Northern District of California on Wilson, Sonsini, Goodrich & Rosati ("WSGR") on September
3  17, 2008, for documents relating to Site Technologies, Inc. ("Site");

4  WHEREAS, defendant Yahoo! Inc. served a second subpoena relating to this litigation
5  from the Northern District of California on Murray & Murray, P.C. on December 22, 2008, also
6  for documents relating to Site;

7  WHEREAS, in response to those subpoenas, counsel for plaintiff Software Rights
8  Archive, LLC ("SRA") asserted the privilege on Site's behalf and objected to WSGR's and
9  Murray & Murray's production of documents responsive to these subpoenas, and WSGR and
10 Murray & Murray produced no documents in reliance on these privilege assertions;

11 WHEREAS, defendants Yahoo!, Google Inc., IAC Search & Media, Inc., AOL, LLC, and
12 Lycos, Inc. (collectively, "Defendants") disputed and continue to dispute whether SRA's counsel
13 may validly assert the attorney-client privilege on Site's behalf or represent Site's interests and
14 whether any privilege protects any responsive documents;

15 WHEREAS, Yahoo! has filed two motions to compel compliance with the subpoenas in
16 Miscellaneous Action No. C-09-80004, currently pending in the Northern District of California,

17 WHEREAS, to conserve party and judicial resources, Defendants, SRA, WSGR, and
18 Murray & Murray, wish to resolve the pending motions to compel by agreeing and stipulating and
19 agree and stipulate that Defendants may review documents responsive to Yahoo!'s subpoenas to
20 WSGR and Murray & Murray, subject to a claw-back provision in the event of an assertion of
21 privilege as to any produced documents; and

22 WHEREAS, Defendants, SRA, WSGR, and Murray & Murray further wish to resolve the
23 pending motions to compel by agreeing and stipulating and agree and stipulate that WSGR's and
24 Murray & Murray's production of documents responsive to Yahoo!'s subpoenas and Defendants
25 review of these same documents will not result in a waiver of any extant privilege; and

26 WHEREAS, Defendants, SRA, WSGR, and Murray & Murray agree and stipulate that
27 Defendants have not waived their rights to dispute or re-raise whether SRA's counsel may validly
28

STIPULATION & [PROPOSED] ORDER
Misc. Action C-09-80004

sf-2644746

assert the attorney-client privilege on Site's behalf or represent Site's interests or whether any privilege protects any responsive documents;

THEREFORE, the parties, WSGR, and Murray & Murray jointly request that the Court enter the following ORDER:

Pursuant to Federal Rule of Evidence Rule 502(d), production of documents responsive to Yahoo!'s subpoenas on WSGR and Murray & Murray and Defendants review of these same documents will not result in a waiver of any extant privilege.

IT IS SO ORDERED.

Dated: _____, 2009

By: _____
Hon. Ronald M. Whyte
United States District Judge

STIPULATION & [PROPOSED] ORDER
Misc. Action C-09-80004

sf-2644746

2

By: _____
Thomas B. Walsh, IV
FISH & RICHARDSON P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091
Email: walsh@fr.com

Attorneys for Defendants GOOGLE INC. and AOL LLC


By: _____
Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com

Attorneys for Defendant YAHOO! INC.


By: _____
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

STIPULATION & [PROPOSED] ORDER
Misc. Action C-09-80004
sf-2644746

1

By: _____
Lee Landa Kaplan (lkaplan@skv.com)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX
77002
Telephone:   (713) 221-2300
Facsimile:   (713) 221-2320

Attorneys for Plaintiff SOFTWARE RIGHTS
ARCHIVE, LLC


By: _____
Mark Parnes
(mparnes@wsgr.com)
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 493-9300
Facsimile:   (650) 493-6811

Attorneys for Third Party WILSON SONSINI
GOODRICH & ROSATI.


By: _____
Joseph J. De Hope, Jr.
(jdehope@hinshawlaw.com)
Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA 94111
Telephone:   (415) 362-6000
Facsimile:   (415) 834-9070
Attorneys for Third Party MURRAY &
MURRAY P.C.

STIPULATION & [PROPOSED] ORDER
Misc. Action C-09-80004
sf-2644746

2