# EXHIBIT A

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

CE~
TRANSCRIPT

SOFTWARE RIGHTS ARCHIVE, LLC          )
                                      )
    v.                                ) Civil Case No.
                                      ) 2:07-cv-511(CE)
GOOGLE INC., YAHOO! INC., IAC         )
SEARCH & MEDIA, INC., AOL,            )
LLC, AND LYCOS, INC.                  )

                              October 2, 2008
                              7:51 a.m.

         The Videotaped Deposition of DANIEL EGGER,

    taken pursuant to notice on behalf of the

    Defendants, at the Marriott Hotel at Research

    Triangle Park, 4700 Guardian Drive, Durham, North

    Carolina 27703, before Suzanne G. Patterson,

    Registered Professional Reporter and Notary Public.

```
                                                                        2
 1  APPEARANCES:

 2          LEE L. KAPLAN, ESQUIRE
            Smyser Kaplan & Veselka, L.L.P.
 3          Bank of America Center
            700 Louisiana, Suite 2300
 4          Houston, Texas 77002

 5                  Representing the Plaintiff

 6

 7          THOMAS B. WALSH, ESQUIRE
            Fish & Richardson, P.C.
            5000 Bank One Center
 8          1717 Main Street
            Dallas, Texas 75201

 9
                    Representing the Defendants,
10                    GOOGLE, INC. and AOL, LLC

11

12          RAMON K. TABTIANG, ESQUIRE
            Fish & Richardson, P.C.
            225 Franklin Street
13          Boston, Massachusetts 02110

14                  Representing the Defendants,
                      GOOGLE, INC. and AOL, LLC

15

16

17          RICHARD S. J. HUNG, ESQUIRE
            Morrison & Foerster LLP
            425 Market Street
18          San Francisco, California 94105-2482

19                  Representing the Defendant,
                      YAHOO! INC.

20

21

22

23

24

25
```

1 APPEARANCES CONTINUED:

2          MARK D. BAKER, ESQUIRE
           Quinn, Emanuel, Urquhart, Oliver
3           & Hedges, LLP
           51 Madison Avenue
4          22nd Floor
           New York, New York 10010

5
                    Representing the Defendants, IAC
6                     Search & Media, Inc. and Lycos,
                      Inc.

7

8

9 ALSO PRESENT:

10          Brent Troublefield, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Q.   I understand that you said you founded that in

2  about 2003; is that correct?

3    A.   I don't remember when we legally formed it, it

4  may have been late '03 or early '04, started thinking

5  about the ideas in the late '03.

6    Q.   And OSRM continues to today.  Does it continue

7  in operation as of today, correct?

8    A.   Yes, that's my business and that's where I work

9  now.

10    Q.   Do you have any relationship with SRA, Inc.?

11    A.   SRA, Inc. doesn't exist anymore.

12    Q.   Did you have a relationship with SRA, Inc.?

13    A.   Yes, I was the sole owner.

14    Q.   Did SRA, Inc. have any employees other than --

15  any employees at all?

16    A.   No.

17    Q.   Did it have any revenues?

18    A.   Minimal.

19    Q.   Did it have any product sales?

20    A.   No.

21    Q.   Did it have a physical facility?

22    A.   I'm sorry, what's a fiscal facility?  Like a

23  credit line?

24    Q.   No.  What I meant is real estate --

25         MR. KAPLAN:  Oh, physical.

1  BY MR. HUNG:

2      Q.   Physical.

3      A.   Oh, I thought you said fiscal.

4           MR. KAPLAN:  It's his accent.

5  BY MR. HUNG:

6      Q.   No, no, no.  I have a non-Texas, non-southern

7  accent.  Physical facility.

8      A.   No.

9      Q.   You said that there might have been minimal

10 revenues, do you recall what the source of those

11 revenues would have been?

12     A.   So, we discussed the possibility of a --

13 licensing these patents, and we might have made a good

14 faith payment or, you know, a payment, that would be

15 the only revenues.  I'm actually not sure we ever even

16 did that because we never -- we never executed a

17 license and we didn't pursue that.  So I'm just not

18 sure if there were -- I couldn't say that for sure

19 there were zero revenues but it was nominal.

20     Q.   You just used the pronoun, we, who is we a

21 reference to?

22     A.   Oh, that's just my habit as a CEO talking about

23 my businesses.  I mean -- I mean myself in my role as

24 managing those companies.

25     Q.   Do you have a role or any involvement with SRA,

1  LLC?

2      A.    Yes, I am a consultant to SRA, LLC.

3      Q.    Are you also the owner of SRA, LLC?

4      A.    No.

5      Q.    Who is the owner of SRA, LLC?

6      A.    I'm actually not sure what entity is the owner,

7  it was -- it was funded by Altitude Capital.

8            THE REPORTER:  Altitude?

9            THE WITNESS:  Altitude, yes.

10 BY MR. HUNG:

11     Q.    Altitude Capital Partners?

12     A.    Yes.

13     Q.    When did your consultancy with SRA, LLC begin?

14     A.    So, I sold -- I sold SRA, I sold SRA, LLC, so I

15 converted SRA, Inc. into SRA, LLC and then sold it and

16 at the time of the sale, I also signed a consulting

17 agreement with SRA, LLC.

18     Q.    Got it.  Do you recall what year that was?

19     A.    That was May of 2007.

20     Q.    I want to make sure I haven't forgotten

21 anything else.  We have talked about Libertech, we've

22 talked about Eno Capital, we talked about OSRM, we

23 talked about SRA, Inc. and SRA, LLC, are there other

24 employment -- have you had other employments other than

25 those positions that we just discussed or management