# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-511 (CE) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC., | § § § § | |
| Defendants. | § § | |

## **DECLARATION OF MICHAEL J. COLLINS**

I, Michael J. Collins, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is within my personal knowledge and is true and correct to the best of my personal knowledge, and that I could testify competently thereto:

1. I have been licensed as a private investigator in the State of Texas (License No. A08864) since 1998. I am of legal age and under no legal disability.

2. On February 13, 2009, I traveled to Marshall, Texas to verify Plaintiff Software Rights Archive, LLC's alleged office located at 104 East Houston Street, Suite 160, Marshall, Harrison County, Texas 75670.

3. Upon entering the building located at 104 East Houston Street, at approximately 10:40 AM CST, I located Suite No. 160. The hallway outside of Suite 160 was dimly lit, as some of the hallway lights had been turned off. Nevertheless, there was nothing on the door for Suite 160 or the walls surrounding Suite 160 that referred to or identified Software Rights Archive, LLC or any other company.

1

4. Upon arriving at Suite 160, I found the door unlocked. I opened the door to Suite 160 and observed that the suite was vacant. The suite contained only bare office furniture, which appeared to be unused, and a telephone.

5. I observed nothing in the suite or the building that indicated or suggested that Software Rights Archive, LLC was located anywhere in the building. I did not observe anyone who appeared to be affiliated with Software Rights Archive, LLC at any time.

6. On February 13, 2009, I traveled to the Harrison County Appraisal District to request records concerning property tax assessments at the 104 East Houston Street, Marshall, Harrison County, Texas address.

7. In response to my request, a representative of the Harrison County Appraisal District provided me with a Property Data Sheet from the Harrison County Appraisal District. Attached as Exhibit A is a true and correct copy of this Property Data Sheet. Exhibit A indicates that the building at 104 East Houston Street, Marshall, Harrison County, Texas address is owned by Harrison Development Corporation. Nowhere does the Property Data Sheet refer to Software Rights Archive, LLC or SRA, LLC.

8. I then asked the representative for a copy of all Business Personal Property Tax Accounts located at 104 East Houston Street, Marshall, Harrison County, Texas. Attached as Exhibit B is a true and correct copy of the documents that the representative provided to me in response to my request. These records relate to personal property tax accounts set up by various tenants of 104 E. Houston Street,

{A48\7854\0006\W0386330.1 }

Marshall, Harrison County, Texas. None of the tenant records in Exhibit B refers to or identifies Software Rights Archive, LLC or SRA, LLC.

9. I then specifically asked the representative to search the Harrison County Appraisal District records for any property tax records associated with Software Rights Archive, LLC.

10. In response to my request, the representative informed me that she had located an entry for Software Rights Archive, LLC among the county tax records on her computer. She also informed me that Software Rights Archive, LLC was listed among these records, however, only because a D/B/A designation for Software Rights Archive, LLC was filed in Harrison County, Texas in November, 2007. The representative further informed me that Software Rights Archive, LLC did not have an active property tax account with the Harrison County Appraisal District and, in fact, has not been set up.

11. I then went to the Harrison County Clerk's office to locate and obtain a copy of any assumed-name certificates on file for Software Rights Archive, LLC. Attached hereto as Exhibit C is a true and correct copy of the only assumed-name certificate that I was able to locate relating to Software Rights Archive, LLC. The certificate, which was filed on November 21, 2007, indicates that "SRA, LLC" is the owner of and doing business as Software Rights Archive, LLC.

12. When I returned to my office later that same day, I then logged on to the Texas Secretary of State official website (https://direct.sos.state.tx.us) and performed searches to determine whether either Software Rights Archive, LLC or SRA, LLC

3

{A48\7854\0006\W0386330.1 }

was registered with the Texas Secretary of State. I was unable to locate registration information for either Software Rights Archive, LLC or SRA, LLC.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20 th day of February, 2009.

_____
Michael J. Collins



EXHIBIT A

| Ownership | Legal Information | Exemptions/Deed | Identification ID:P0100885S3/GID:10000.10438.02009.000000 |
|---|---|---|---|
| WARD & OLIVO ATTORNEYS AT LAW<br>380 MADISON AVENUE<br>NEW YORK, NY 10017-2513 | LEGAL: FURN FIX EQUIP<br><br>SITUS: 104 E HOUSTON MAR | DATE: 1/1/1900 | |
| OWNER INTEREST 1.0 | | | |

| ALT: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MIN: | | | | | | | | | |
| XREF: | | | | | | | | | |
| Sale Dt | Type | Vol | Page | Inst | Deed Dt | Price | Value@Sale | Grantee | Grantor |
| 1/1/00 | | | | | 1/1/00 | | | WARD & OLIVO | NO OWNER ON FILE |
| 1/1/00 | | | | | 1/1/00 | | | | |
| 1/1/00 | | | | | 1/1/00 | | | | |

| Geo Quad | Aerial | Map Id | Use | Agent | | | | Mortgage | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | | | |
| Gps# | Imp Cls | Year/Eff Yr | | Sqft | Cpsf | Buildings | Features | Cn Cd | Cn% Dp Cd | Dp% Fm% Ec% Cp% | Adjusted Additional Loc% | Total |
| | | | | .00 | .00 | | | | | | | |

| Code/Description | Hs | Year/Eff Yr | Class | Sqft | Cpsf | Buildings | Features | Cn%Dp Cd | Dp% | Fm% | Ec% | Cp% | Ptd | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Features

Csf Impr :

| | | | | | | | | | | | | HARRISON CAD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Appr By | Appr Dt | Chkd By | Chkd Dt |
| | | | | | | | | | | | | | 1/1/00 | | 1/1/00 |
| | | | | | | | | | | | | User | | Print Date / Time |
| | | | | | | | | | | | | HARRPBVR | | 2/13/2009 10:55:33 AM |

| Lnd Cd | Units / Alt Units | Cpu Cpu Cd | Mkt Cpu | Adj Codes | Adj% | Adj Amt Hs | Mkt Value | Ptd Prd Spec Value | Prod Code / Prod Units / Prod Cpu |
|---|---|---|---|---|---|---|---|---|---|

| | | | | Entity / Description | Txbl Value | Tax Rate | Frz Yr | Ext. Tax Levy | Nbh |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 04 HARRISON CAD | 7,500 | | | | |
| | | | | 05 HARRISON COUNTY | 7,500 | .003169 | | 23.77 | |
| | | | | 36 MARSHALL ISD | 7,500 | .0104 | | 78 | |
| | | | | 12 CITY OF MARSHALL | 7,500 | .0047604 | | 35.7 | |
| | | | | ** ESTIMATED TOTAL | | | | 137.47 | |

| | 2009 | Ptd | Change +/- | Cert | O | Ptd |
|---|---|---|---|---|---|---|
| Impr Hs | 0 | 0 | | 0 | | 0 |
| Impr Non Hs | 0 | 0 | | 0 | | 0 |
| Land Hs | 0 | 0 | | 0 | | 0 |
| Land Non Hs | 0 | 0 | | 0 | | 0 |
| Prod Mkt | 0 | 0 | | 0 | | 0 |
| Per / Min | 7,500 | 7,500 L1 | | 0 | | 0 |
| Total Market | 7,500 | 7,500 | | 0 | | 0 |
| Prod Loss | 0 | 0 | | 0 | | 0 |
| Cap Loss | 0 | 0 | | 0 | | 0 |
| Assessed | 7,500 | 7,500 | | 0 | | 0 |

Quick:
Unk :

EXHIBIT B - 1

| Ownership | Legal Information | Exemptions/Deed | Identification ID:P010088554/GID:10000.10439.02009.000000 |
|---|---|---|---|
| WARE FIRM THE<br>1701 N MARKET ST STE 330<br>DALLAS, TX 75202-1807 | LEGAL: FURN FIX EQUIP<br><br>SITUS: 104 E HOUSTON MAR | DATE: 1/1/1900 | |

OWNER INTEREST 1.0

ALT:<br>MIN:<br>XREF:

| Sale Dt | Type | Vol | Page | Inst | Deed Dt | Price | Value@Sale | Grantee | Grantor |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/00 | | | | | 1/1/00 | | | WARE FIRM THE | NO OWNER ON FILE |
| 1/1/00 | | | | | 1/1/00 | | | | |
| 1/1/00 | | | | | 1/1/00 | | | | |

| Geo Quad | Aerial | Map Id | Use | Agent | Mortgage |
|---|---|---|---|---|---|
| 0 | | | | | |

| Gqs# | Imp Cls | Year/Eff Yr | Sqft | Cpsf | Buildings | Features | Cn Cd | Cn% | Dp Cd | Dp% | Fn% | Ec% | Cp!% | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Code/Description | Hs | Year/Eff Yr | Class | Sqft | Cpsf | Buildings | Features | Cn%Dp Cd | Dp% | Fn% | Ec% | Cp!% | Ptd | Adjusted | Additional Loc% | Total | Csf Impr: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | .00 | | .00 | | | | | | | | | | | | | |

Features

HARRISON CAD

| Appr By | Appr Dt | Chkd By | Chkd Dt |
|---|---|---|---|
| | 1/1/00 | | 1/1/00 |

| User | Print Date / Time |
|---|---|
| HARRPBYR | 2/13/2009 10:55:43 AM |

| Lnd Cd | Units / Alt Units | Cpu Cpu Cd | Mkt Cpu | Adj Codes | Adj% | Adj Amt Hs | Mkt Value | Ptd | Prd Spec Value | Value | Prod Code / Prod Units / Prod Cpu |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | Entity / Description | Txbl Value | Tax Rate | Frz Yr | Ext. Tax Levy | Nbh | Misc |
|---|---|---|---|---|---|---|---|
| | 04 HARRISON CAD | 7,500 | | | | | |
| | 05 HARRISON COUNTY | 7,500 | .003169 | | 23.77 | | |
| | 36 MARSHALL ISD | 7,500 | .0104 | | 78 | | |
| | 12 CITY OF MARSHALL | 7,500 | .0047604 | | 35.7 | | |
| | ** ESTIMATED TOTAL | | | | 137.47 | | |

| | 2009 | Ptd | Change +/- | Cert | 0 | Ptd |
|---|---|---|---|---|---|---|
| Impr Hs | 0 | 0 | | 0 | | 0 |
| Impr Non Hs | 0 | 0 | | 0 | | 0 |
| Land Hs | 0 | 0 | | 0 | | 0 |
| Land Non Hs | 0 | 0 | | 0 | | 0 |
| Prod Mkt | 0 | 0 | | . | | 0 |
| Per / Min | 7,500 L1 | 7,500 | | | | |
| Total Market | 7,500 | 7,500 | | | | |
| Prod Loss | 0 | 0 | | | | |
| Cap Loss | 0 | 0 | | | | |
| Assessed | 7,500 | 7,500 | | | | |

EXHIBIT B - 2

**Ownership**

SPANGLER LAW PC
C/O: ANDREW W SPANGLER
208 N GREEN ST SUITE 300
LONGVIEW, TX 75601-7312

OWNER INTEREST 1.0

**Legal Information**

LEGAL: FURN FIX

SITUS: 104 E HOUSTON MAR

**Exemptions/Deed**

DATE: 1/1/1900

**Identification** ID:P010088555/GID:10000.08998.02009.000000

ALT:
MIN:
XREF:

| Sale Dt | Type | Vol | Page | Inst | Deed Dt | Price | Value@Sale | Grantee | Grantor |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/00 | | | | | 1/1/00 | | | SPANGLER LAW PC | NO OWNER ON FILE |
| 1/1/00 | | | | | 1/1/00 | | | | |
| 1/1/00 | | | | | 1/1/00 | | | | |

| Geo Quad | Aerial | Map Id | Use | Agent | Mortgage |
|---|---|---|---|---|---|
| 0 | | | | | |

| Grp# | Imp Cls | Year/Eff Yr | Sqft | Cpsf | Buildings | Features | Cn Cd | Cn% | Dp Cd | Dp% | Fn% | Ec% | Cpl% | Adjusted | Additional | Loc% | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | .00 | .00 | | | | | | | | | | | | | |

| Code/Description | Hs | Year/Eff Yr | Class | Sqft | Cpsf | Buildings | Features | Cn% | Dp Cd | Dp% | Fn% | Ec% | Cpl% | Ptd | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Features

Csf Impr :

**HARRISON CAD**

| Appr By | Appr Dt | Chkd By | Chkd Dt |
|---|---|---|---|
| | 1/1/00 | | 1/1/00 |

| User | Print Date / Time |
|---|---|
| HARRPBYR | 2/13/2009 10:55:53 AM |

| Lnd Cd | Units / Alt Units | Cpu | Cpu Cd | Mkt Cpu | Adj Codes | Adj% | Adj Amt | Hs | Mkt Value | Ptd | Prd | Spec Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prod Code / Prod Units / Prod Cpu

| | 2009 | Ptd | Change +/- | Cert | 0 | Ptd |
|---|---|---|---|---|---|---|
| Impr Hs | 0 | | 0 | | 0 | |
| Impr Non Hs | 0 | | 0 | | 0 | |
| Land Hs | 0 | | 0 | | 0 | |
| Land Non Hs | 0 | | 0 | | 0 | |
| Prod Mkt | 0 | | 0 | | 0 | |
| Per / Min | 7,500 | L1 | 0 | | 0 | |
| Total Market | 7,500 | | 0 | | 0 | |
| Prod Loss | 0 | | 0 | | 0 | |
| Cap Loss | 0 | | 0 | | 0 | |
| Assessed | 7,500 | | 0 | | 0 | |

| Entity / Description | Txbl Value | Tax Rate | Frz Yr | Ext. Tax Levy |
|---|---|---|---|---|
| 04 HARRISON CAD | 7,500 | | | |
| 05 HARRISON COUNTY | 7,500 | .003169 | | 23.77 |
| 36 MARSHALL ISD | 7,500 | .0104 | | 78 |
| 12 CITY OF MARSHALL | 7,500 | .0047604 | | 35.7 |
| ** ESTIMATED TOTAL | | | | 137.47 |

Nbh

Mi

Quick Link :

EXHIBIT B - 3

*(Page rotated 90°; property appraisal record)*

**Ownership**
HEARTFIELD LAW FIRM THE
2195 DOWLEN ROAD
BEAUMONT, TX 77706-2534

OWNER INTEREST 1.0

**Legal Information**
LEGAL: FURN FIX

ALT:
MINI:
XREF:

SITUS: 104 E HOUSTON MAR

**Exemptions/Deed**
DATE: 1/1/1900

**Identification** ID:P01008856/GID:10000.04303.02009.000000

| Sale Dt | Type | Vol | Page | Inst | Deed Dt | Price | Value@Sale | Grantee | Grantor | Mortgage |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/00 | | | | | 1/1/00 | | | HEARTFIELD LAW FIRM | NO OWNER ON FILE | |
| 1/1/00 | | | | | 1/1/00 | | | | | |
| 1/1/00 | | | | | 1/1/00 | | | | | |

| Geo Quad | Aerial | Map Id | Use | Agent |
|---|---|---|---|---|
| 0 | | | | |

| Grp# | Imp Cts | Year/Eff Yr | Sqft | Cpst | Buildings | Features | Cn Cd | Cn% | Dp Cd | Dp% | Fn% | Ec% | Cp% | Adjusted | Additional | Loc% | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | .00 | .00 | | | | | | | | | | | | | |

| Code/Description | Hs | Year/Eff Yr | Class | Sqft | Cpst | Buildings | Features | Cn% | Dp Cd | Dp% | Fn% | Ec% | Cp% | Ptd | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Gsf Impr:

**HARRISON CAD**
Appr By / Appr Dt / Chkd By / Chkd Dt
1/1/00 / / 1/1/00
User: HARRPBSYR
Print Date / Time: 2/13/2009 10:56:01 AM

Features

| Lnd Cd | Units / Alt Units | Cpu Cpu Cd | Mkt Cpu | Adj Codes | Adj% | Adj Amt | Hs | Mkt Value | Ptd | Prd Spec Value | Prod Code / Prod Units / Prod Cpu |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | 2009 | Ptd | Change +/- | Cert | O | Ptd | | Entity / Description | Txbl Value | Tax Rate | Frz Yr | Ext Tax Levy | Nbh |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Impr Hs | 0 | 0 | | 0 | 0 | 0 | | 04 HARRISON CAD | 2,000 | .003169 | | 6.34 | |
| Impr Non Hs | 0 | 0 | | 0 | 0 | 0 | | 05 HARRISON COUNTY | 2,000 | .0104 | | 20.8 | |
| Land Hs | 0 | 0 | | 0 | 0 | 0 | | 36 MARSHALL ISD | 2,000 | .0047604 | | 9.52 | |
| Land Non Hs | 2,000 | 2,000 L1 | | 0 | 0 | 0 | | 12 CITY OF MARSHALL | | | | | |
| Prod Mkt | 0 | 0 | | 0 | 0 | 0 | | ** ESTIMATED TOTAL | | | | 36.66 | |
| Per / Min | 0 | 0 | | 0 | 0 | 0 | | | | | | | |
| Total Market | 2,000 | 2,000 | | | | | | | | | | | |
| Prod Loss | 0 | 0 | | | | | | | | | | | |
| Cap Loss | 0 | 0 | | | | | | | | | | | |
| Assessed | 2,000 | 2,000 | | | | | | | | | | | |

Quick Lnk:

EXHIBIT B - 4

# Ownership

MCKOOL SMITH PC
C/O: TAX ADVISORS GROUP INC
PO BOX 671287
DALLAS, TX 75367-1287

OWNER INTEREST 1.0

# Legal Information

LEGAL: FURN FIX EQPT

SITUS: 104 E HOUSTON MAR

# Exemptions/Deed

DATE: 1/1/1900

# Identification

ID: P0000567408 / GID: 10000.06315.01996.000000

**NOTES: REAL GEO 05220 00260

ALT:
MIN:
XREF:

| Sale Dt | Type | Vol | Page | Inst | Deed Dt | Price | Value@Sale | Grantee | Grantor |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/00 | | | | | 1/1/00 | | | | |
| 1/1/00 | | | | | 1/1/00 | | | | |
| 1/1/00 | | | | | 1/1/00 | | | | |

| Grps# | Imp Cls | Geo Quad | Aerial | Map Id | Use | Agent | Mortgage |
|---|---|---|---|---|---|---|---|
| 0 | | | | | LSE | | |

| Code/Description | Hs | Year/Eff Yr | Class | Sqft | Cpsf | Buildings | Features | Cn Cd | Cn% | Dp Cd | Dp% | Fn% | Ec% | CpI% | Adjusted | Additional | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | .00 | | .00 | | | | | | | | | | | | | |

Csd Impr:

| Features | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Lnd Cd | Units / Alt Units | Cpu Cpu Cd | Mkt Cpu | Adj Codes | Adj% | Adj Amt Hs | Mkt Value | Ptd Prd Spec Value | Value |
|---|---|---|---|---|---|---|---|---|---|

HARRISON CAD

| Appr By | Appr Dt | Chkd By | Chkd Dt |
|---|---|---|---|
| | 1/1/99 | | 1/1/00 |

User: HARRPBVR
Print Date / Time: 2/13/2009 10:58:16 AM

| | | Entity / Description | Txbl Value | Tax Rate | Frz Yr | Ext. Tax Levy | Nbh |
|---|---|---|---|---|---|---|---|
| | | 05 HARRISON COUNTY | 282,360 | .003169 | | 894.8 | N03 |
| | | 36 MARSHALL ISD | 282,360 | .0104 | | 2,936.54 | N04 |
| | | 12 CITY OF MARSHALL | 282,360 | .0047604 | | 1,344.15 | PERATTY |
| | | 04 HARRISON CAD | | | | | |
| | | ** ESTIMATED TOTAL | | | | 5,175.49 | |

Prod Code / Prod Units / Prod Cpu

| | 2009 Ptd | Change +/- | Cert 2008 | Ptd |
|---|---|---|---|---|
| Impr Hs | 0 | 0 | 0 | |
| Impr Non Hs | 0 | 0 | 0 | |
| Land Hs | 0 | 0 | 0 | |
| Land Non Hs | 0 | 0 | 0 | |
| Prod Mkt | 282,360 L1 | 0 | 331,980 L1 | |
| Per / Min | 282,360 | -49,620 | 331,980 | |
| Total Market | 282,360 | -49,620 | 331,980 | |
| Prod Loss | 0 | 0 | 0 | |
| Cap Loss | 0 | 0 | 0 | |
| Assessed | 282,360 | -49,620 | 331,980 | |

Quick Link:

EXHIBIT B - 5

Doc 7017919 Bk OR Vol 3764 Pg 100



DANA DeBEAUVOIR
Travis County Clerk
(512) 854-9188
P.O. Box 149325, Austin, Texas 78714-9325
5501 Airport Blvd, Austin, Texas 78751
www.co.travis.tx.us

FILED FOR RECORD
2007 NOV 21 AM 10:45

PATSY COX
CO CLERK, HARRISON CO
_____ DEPUTY

## Assumed Name Records Certificate of Ownership
### For Unincorporated Business or Profession

Notice: "Certificates of Ownership" are valid only for a period not to exceed 10 years from the date filed in the County Clerk's Office (Chapter 36, Section 1, Title 4 of the Business and Commerce Code). This Certificate properly executed is to be filed immediately with the County Clerk.

**Business Name:** Software Rights Archive LLC

**Business Address:** 104 E. Houston Street Suite 160

**City:** Marshall **State:** TX **ZIP Code:** 75670

This Assumed Name will be used for 10 years unless indicated here: _____

Business is to be conducted as (check one):
☐ Proprietorship ☐ Joint Venture ☐ Real Estate Investment Trust ☐ Joint Stock Company
☐ Limited Partnership ☐ Sole Practitioner ☐ General Partnership ☒ Other (name type) Limited Liability

I/WE, the undersigned, are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct and there is/are no ownership(s) in said business other than those listed herein below. Names of owners:

Name: SRA LLC by Anita McKenzie  Signature: Anita McKenzie
Residence Address: 104 E. Houston Street #160  City: Marshall  State: TX  ZIP: 75670

Name: _____  Signature: _____
Residence Address: _____  City: _____  State: _____  ZIP: _____

Name: _____  Signature: _____
Residence Address: _____  City: _____  State: _____  ZIP: _____

FOR USE BY NOTARY AND CLERK OF THE COURT, DEPUTY. The State of: _____ County: _____
Before me, the undersigned authority, on this day personally appeared: Anita McKenzie known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that he/she/they signed the same purpose and consideration therein expressed. Given under my hand and seal of office, on _____, 20 ___.

Signature of Notary Public in and for the State of: TEXAS

**INFORMATION WHERE DOCUMENT SHOULD BE RETURNED**
(to be completed by applicant):
In the spaces below, clearly print the name, address, city, state, and ZIP code where this document should be returned:
Software Rights Archive LLC
104 E. Houston St., Suite 160
Marshall, TX 75670

Seal of the Notary Public or Clerk of the Court, Deputy


GREGORY S. FERGUESON
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-31-2008

Form of Identification presented: Sot TX

THE INSTRUMENT TO WHICH THIS CERTIFICATE IS AFFIXED IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE
ATTEST February 12, 2007
PATSY COX, COUNTY CLERK
HARRISON COUNTY, TEXAS
_____ DEPUTY

EXHIBIT C - 1

Doc Bk Vol Pg
7017919 OR 3784 101

STATE OF TEXAS COUNTY OF HARRISON
I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of
Harrison County
as stamped hereon by me
Nov 21, 2007
HONORABLE PATSY COX, COUNTY CLERK
Harrison County

7017919
Return to: Brown McCarroll

[Notary stamp: GREGORY S. FERGUSON, Notary Public, My Comm. Exp. 12-31-2008]

1127 Judson Rd.
Suite 220
Longview, TX. 75601

I, PATSY COX, COUNTY CLERK OF HARRISON COUNTY, TEXAS, HEREBY CERTIFIES THAT THE FOREGOING, CONSISTING OF 2 PAGES, IS A TRUE CORRECT AND FULL COPY OF THE INSTRUMENT HEREWITH SET OUT AS APPEARS OF RECORD IN THE COUNTY CLERK'S OFFICE OF HARRISON COUNTY, TEXAS, THIS 12 DAY OF February, 2009
PATSY COX, COUNTY CLERK
BY [signature] DEPUTY

EXHIBIT C - 2