# EXHIBIT B





| | | |
|---|---|---|
| Aktualisiert: | 21.04.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | Daniel California | Daniels Freunde |
| Verzeichnis: | studiVZ | Daniels Seite |
| Hochschule: | TU Hamburg-Harburg | Gruscheln |
| Aktualisiert: | 12.07.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | heidi o.c california, Hennings | heidis Freunde |
| Verzeichnis: | studiVZ | heidis Seite |
| Hochschule: | JvdE Academy Hamburg | Gruscheln |
| Aktualisiert: | 22.07.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | California Mountain Snake | California Mountains Freunde |
| Verzeichnis: | studiVZ | California Mountains Seite |
| Hochschule: | USF San Francisco | Gruscheln |
| Aktualisiert: | 10.02.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | California Dream | Californias Seite |
| Verzeichnis: | studiVZ | Gruscheln |
| Hochschule: | FH Schloss Hohenfels | Nachricht schicken |
| Aktualisiert: | 24.07.2008 | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | California Sundae | Californias Freunde |
| Verzeichnis: | studiVZ | Californias Seite |
| Hochschule: | FH Tulln | Gruscheln |
| Aktualisiert: | 21.01.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | Mel California | Mels Freunde |
| Verzeichnis: | studiVZ | Mels Seite |
| Hochschule: | EBC Düsseldorf | Gruscheln |
| Aktualisiert: | 27.11.2007 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | Tupac - hotel-California | Tupac -s Freunde |
| Verzeichnis: | studiVZ | Tupac -s Seite |
| Hochschule: | G18 Hamburg | Gruscheln |
| Aktualisiert: | 15.07.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | dani california | danis Seite |
| Verzeichnis: | studiVZ | Gruscheln |
| Hochschule: | FH Kirchheim Teck | Nachricht schicken |
| Aktualisiert: | 27.06.2008 | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | dani california | danis Freunde |
| Verzeichnis: | studiVZ | danis Seite |
| Hochschule: | Uni Hohenheim | Gruscheln |
| Aktualisiert: | 09.09.2007 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | OC California | OCs Freunde |
| Verzeichnis: | studiVZ | OCs Seite |
| Hochschule: | Hamburg Media School | Gruscheln |
| Aktualisiert: | 17.12.2007 | Nachricht schicken |
| | | als Freund hinzufügen |

AMD Düsseldorf | studiVZ | meinVZ | Überall                                    Seite: « 1 **2** 3 »

Leute, die 'california' heißen - 42 Treffer


Name: Claudi in California
Verzeichnis: studiVZ
Hochschule: University of Southern California (USC)
Aktualisiert: 27.07.2008

Claudis Freunde
Claudis Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: California Dan
Verzeichnis: studiVZ
Hochschule: FH Osnabrück
Aktualisiert: 23.07.2008

Californias Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: California Republic
Verzeichnis: studiVZ
Hochschule: Uni Frankfurt/M
Aktualisiert: 07.06.2008

Californias Freunde
Californias Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: Danny California
Verzeichnis: studiVZ
Hochschule: Folkwang
Aktualisiert: 19.07.2008

Dannys Freunde
Dannys Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: Max California
Verzeichnis: studiVZ
Hochschule: FH Buxtehude
Aktualisiert: 29.02.2008

Max' Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: Pete CaliforniaKnight
Verzeichnis: studiVZ
Hochschule: University of London
Aktualisiert: 13.04.2007

Petes Freunde
Petes Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: ***Dani California***
Verzeichnis: studiVZ
Hochschule: The American University of Paris
Aktualisiert: 26.07.2008

***Danis Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: Carolina California
Verzeichnis: studiVZ
Hochschule: HPH Hamburg
Aktualisiert: 01.07.2008

Carolina s Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: ★ Dani ★California★
Verzeichnis: studiVZ
Hochschule: FH Riedlingen
Aktualisiert: 29.07.2008

★ Danis Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen


Name: California Love ....
Verzeichnis: studiVZ
Hochschule: FH Gießen-Friedberg
Aktualisiert: 00.07.2008

California Loves Seite
Gruscheln
Nachricht schicken
als Freund hinzufügen



| | | |
|---|---|---|
| Name: | Erik Woody California | Eriks Freunde |
| Verzeichnis: | studiVZ | Eriks Seite |
| Hochschule: | HS Furtwangen | Gruscheln |
| Aktualisiert: | 27.07.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | ★California★ Fairy Tale | ★California★s Freunde |
| Verzeichnis: | studiVZ | ★California★s Seite |
| Hochschule: | FH Worms | Gruscheln |
| Aktualisiert: | 30.07.2008 | Nachricht schicken |
| | | als Freund hinzufügen |
| seit 20 Stunden: | My dream shoes from Hale Bob - I must have them!!! | |



| | | |
|---|---|---|
| Name: | danny california | dannys Freunde |
| Verzeichnis: | studiVZ | dannys Seite |
| Hochschule: | FH Lippe/Höxter | Gruscheln |
| Aktualisiert: | 12.10.2006 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | Jenny California | Jennys Freunde |
| Verzeichnis: | studiVZ | Jennys Seite |
| Hochschule: | Uni Erlangen-Nürnberg | Gruscheln |
| Aktualisiert: | 15.04.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | Judy (Queen of California) | Judys Seite |
| Verzeichnis: | studiVZ | Gruscheln |
| Hochschule: | Uni Münster | Nachricht schicken |
| Aktualisiert: | 22.07.2008 | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | L. A. California | L. A.s Freunde |
| Verzeichnis: | studiVZ | L. A.s Seite |
| Hochschule: | Uni Osnabrück | Gruscheln |
| Aktualisiert: | 04.06.2008 | Nachricht schicken |
| | | als Freund hinzufügen |





| | | |
|---|---|---|
| Name: | California Girl | Californias Freunde |
| Verzeichnis: | studiVZ | Californias Seite |
| Hochschule: | UCLA Los Angeles | Gruscheln |
| Aktualisiert: | 22.07.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | Linda California | Lindas Seite |
| Verzeichnis: | studiVZ | Gruscheln |
| Hochschule: | Uni Frankfurt/M | Nachricht schicken |
| Aktualisiert: | 06.07.2008 | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | Dani California | Danis Freunde |
| Verzeichnis: | studiVZ | Danis Seite |
| Hochschule: | Uni Stuttgart | Gruscheln |
| Aktualisiert: | 30.07.2008 | Nachricht schicken |
| | | als Freund hinzufügen |



| | | |
|---|---|---|
| Name: | Miss California | Miss' Freunde |
| Verzeichnis: | studiVZ | Miss' Seite |
| Hochschule: | HS Heilbronn | Gruscheln |
| Aktualisiert: | 29.07.2008 | Nachricht schicken |
| | | als Freund hinzufügen |

