# EXHIBIT E

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

FACEBOOK, INC.
> PLAINTIFF/PETITIONER

VS.

STUDIVZ LTD., VERLAGSGRUPPE GEORG
VAN HOLTZBRINCK GmbH, HOLTZBRINCK
NETWORKS GmbH, HOLTZBRINK VENTURES
Gmbh AND DOES 1-25
> DEFENDANT/RESPONDENT

CAUSE #:  C08 03468 HRL

CERTIFICATE OF SERVICE

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521 9000
TRACKING #: 4966291

**ORIGINAL
PROOF OF SERVICE**

ORRICK HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
650 289 7184
Page 1 of 1

Geschäftsnummer: 954 E E 2199/06

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
    the (date)     27.06.2006
    at (place, street, number) Bayerstraße 21, 80335 München

in one of the following methods authorized by article 5:

    ☒ (a) in accordance with the provisions of sub-paragraph (a)
         of the first paragraph of article 5 of the Convention.*

    ☐ (b) in accordance with the following particular method:*

    ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:
    (identity and description of person)
    David Ruczer

    relationship to the addressee family, business, or other
    Beschäftigter der Holtzbrinck Networks GmbH

2) that the document has not been served, by reason of the following facts:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
    siehe Anlage

In appropriate cases, documents establishing
the service:

Done at    München    the 06.05.2006

Signature and/or stamp

Steinmeier
Rechtspflegerin