# EXHIBIT F

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.<br>    PLAINTIFF/PETITIONER<br>VS.<br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VAN HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINK VENTURES Gmbh AND DOES 1-25<br>    DEFENDANT/RESPONDENT | CAUSE #: C08 03468 HRL<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way, Seattle, WA 98104
206 521 9000
TRACKING #: 4966290

**ORIGINAL
PROOF OF SERVICE**

ORRICK HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
650 289 7184

Page 1 of 1

Geschäftsnummer: 054 b E 2206/06

# CERTIFICATE

igned authority has the honour to certify, in conformity with article 6 of the Convention,

document has been served*
(date) _____ 25.06.2008 _____
place, street, number) _____ Bayerstraße 21, 80335 München _____

ne of the following methods authorized by article 5:

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method:*
_____
_____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*

documents referred to in the request have been delivered to:
(identity and description of person) _____ Heidi Schubert _____

relationship to the addressee family, business, or other
_____ Beschäftigte bei der Holtzbrinck Ventures GmbH _____

document has not been served, by reason of the following facts:*
_____
_____

ity with the second paragraph of article 12 of the Convention, the applicant is requested to burse the expenses detailed in the attached statement.*

returned: _____ siehe Anlage _____

Done at _____ München _____, the 02.03.2008

Signature and/or stamp
Weihmeier
Rechtspflegerin

ate cases, documents establishing

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | PRASIDENTIN DES OBERLANDESGERICHTS<br>MUNICH<br>PRIELMAYERSTRASSE 5<br>80097 MUNCHEN |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

(identity and address)

**HOLTZBRINCK VENTURES GMBH**
**BAYERSTRASSE 21**
**80335 MUNCHEN**
**GERMANY**

DOB:        Phone:

*[Stamp: Der Präsident des Oberlandesgerichts München, Eing. 0 5. AUG. 2008, Akt ... Haft ... Beil ... Abdr. Nr. 9341 ac - 82108]*

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
  **SEE ATTACHMENT "A" ATTACHED**

Done at Seattle, Washington USA, on Aug 1 2008

Signature and/or stamp

*[Signature: Rick Hamilton]*

PFI  PROCESS
     FORWARDING
     INTERNATIONAL

TRACKING #: 4966290



USM-94 (est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# FACEBOOK V. STUDIVZ

# REQUEST FOR SERVICE ABROAD OF JUDICIAL AND EXTRA JUDICIAL DOCUMENTS – ATTACHMENT A

List of Documents

1. Civil Cover Sheet
2. Summons in a Civil Action
3. Complaint, including Exhibits 1-18
4. Welcome to the USDC for ND of California, Clerk's Office, San Jose
5. ECF Registration Information Handout
6. Standing Order Regarding Case Management in Civil Cases
7. Standing Order for All Judges of the ND California – Contents of Joint Case Management Statement
8. Magistrate Judge Howard R. Lloyd's Standing Order re: Initial Case Management and Discovery Disputes
9. Standing Order re Pretrial Preparation
10. Certificate of Interested Entities or Persons