# EXHIBIT G

Dockets.Justia.com



SEARCH [          ] →  PORTFOLIO   EXITS   STRATEGY   PARTNERS   ABOUT US   BUSINESS PLANS   CONTACT

## studiVZ

AdScale

Audible.de

bookya

brands4friends

Cember.net

DaWanda

decentral.tv/kyte

deutsche-startups.de

Epuls

erento.com

Experteer

FamilyOne

Fettspielen.de

GameDuell

Gute Laune TV

Innofact



studiVZ is the largest and fastest growing student network in Europe. Launched in October 2005, it is used today by 3 million students in Germany, Austria and Switzerland. StudiVZ's exponential growth proves the enormous networking effects that influence social network markets. In September 2006, studiVZ was successfully introduced into further European lands such as Poland, France, Italy and Spain. The aim of the international strategy is to establish the network culture within European high schools and open up boundaries by providing a European wide communications platform.

studiVZ offers its users the chance to make real friends online and furthermore to find out who the friends of their friends are and what interests they have. This is supported by photo profiles, messaging, photo albums and now with over one million themed groups.

Holtzbrinck Ventures holds shares in studiVZ since August 2006.

www.studiVZ.de

- Mamily
- MeinAuto.de
- MindMatics
- MyHammer
- newtron
- Nimbuzz
- Ozon.ru
- Panelbiz
- Panfu
- Parship
- Platinnetz
- Proximic
- studiVZ
- Seatwave
- TalentRun
- TopTarif
- webnews
- virtualnights

PRINT
BACK  TOP