# EXHIBIT H



## studiVZ



studiVZ is the largest and fastest growing student network in Europe. Launched in October 2005, it is used today by more than 3 million students in Germany, Austria and Switzerland. This represents nearly 100% of its target group in these countries. StudiVZ's exponential growth proves the enormous networking effects that influence social network markets. In September 2006, studiVZ was successfully introduced into further European lands such as Poland, France, Italy and Spain. The aim of the international strategy is to establish the network culture within European high schools and open up boundaries by providing a European wide communications platform.

In February 2007, SchülerVZ started and has become the largest network for pupils in Germany, Austria and Switzerland.

studiVZ offers its users the chance to make real friends online and furthermore to find out who the friends of their friends are and what interests they have. This is supported by photo profiles, messaging, photo albums and now with over one million themed groups.

www.studiVZ.de