| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | GARY E. WEISS (STATE BAR NO. 122962)<br>gweiss@orrick.com<br>I. NEEL CHATTERJEE (STATE BAR NO. 173985)<br>nchatterjee@orrick.com<br>JULIO C. AVALOS (STATE BAR NO. 255350)<br>javalos@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  +1-650-614-7400<br>Facsimile:  +1-650-614-7401<br><br>WARRINGTON S. PARKER (STATE BAR NO. 148003)<br>wparker@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:  +1-415-773-5700<br>Facsimile:  +1-415-773-5759<br><br>Attorneys for Plaintiff<br>FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>        Defendant. | Case No.  5:08-cv-03468 JF<br><br>**MANUAL FILING NOTIFICATION**<br>1. **PORTIONS OF SUPPLEMENTAL DECLARATION OF JULIO C. AVALOS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY**<br>2. **EXHIBIT I TO THE SUPPLEMENTAL DECLARATION OF JULIO C. AVALOS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY** |

OHS West:260523439.1

# MANUAL FILING NOTIFICATION

Regarding:

(1) PORTIONS OF SUPPLEMENTAL DECLARATION OF JULIO C. AVALOS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY

(2) EXHIBIT I TO THE SUPPLEMENTAL DECLARATION OF JULIO C. AVALOS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY

(3) This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential - Item Under Seal.**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: September 30, 2008.                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                              _____
                                              JULIO C. AVALOS
                                              Attorneys for Plaintiff
                                              FACEBOOK, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 30, 2008.

Dated: September 30, 2008.             Respectfully submitted,

                                       /s/ Julio C. Avalos /s/
                                       Julio C. Avalos