GARY E. WEISS (STATE BAR NO. 122962)
gweiss@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

WARRINGTON S. PARKER (STATE BAR NO. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-03468 JF |
| Plaintiff, | |
| v. | |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOTLZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, | **PROOF OF SERVICE** |
| Defendant. | |

Dockets.Justia.com

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  On September 30, 2008, I served the within document(s):

1.  **SUPPLEMENTAL DECLARATION OF JULIO C. AVALOS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY**

2.   **EXHIBIT I TO THE SUPPLEMENTAL DECLARATION OF JULIO C. AVALOS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY**

| | |
|---|---|
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on September 30, 2008. |
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on September 30, 2008. |
| | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

William Mielke Walker
**GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars
Los Angeles , CA 90067
Tel: 310-553-3610
Fax: 310-553-0687
email: wwalker@greenbergglusker.com
**Attorney for Defendants
STUDIVZ LTD., VERLAGSGRUPPE
GEORG VON HOLTZBRINCK GmBH,
HOLTZBRINCK NETWORKS GmBH,
HOTZBRINCK VENTURES GmBH**

Executed on September 30, 2008, at Menlo Park, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
ABBY AKO-NAI