STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
Verlagsgruppe Georg von Holtzbrinck
GmbH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-CV-03468 JF <br><br> Assigned To: Hon. Jeremy Fogel <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OF VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH FOR LACK OF PERSONAL JURISDICTION** <br><br> Date: October 31, 2008 <br> Time: 9:00 a.m. <br> Dept./Place: Courtroom 3 <br><br> Complaint Filed: July 18, 2008 |

Price v. Facebook, Inc.

Doc. 34

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    TO THE HONORABLE JEREMY FOGEL, PLAINTIFF FACEBOOK,

2    INC., AND PLAINTIFF'S COUNSEL OF RECORD:

3

4    PLEASE TAKE NOTICE that, because plaintiff Facebook, Inc. and

5    Verlagsgruppe Georg von Holtzbrinck GmbH ("VGH") have stipulated to dismiss

6    VGH from this case without prejudice (Docket No. 27), pursuant to Local Rule 7-7,

7    VGH hereby withdraws without prejudice its MOTION TO DISMISS OF

8    VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH FOR LACK OF

9    PERSONAL JURISDICTION, which was calendared for hearing before Judge

10   Fogel on October 31, 2008 at 9:00 a.m.

11

12   DATED:  October 2, 2008                    GREENBERG GLUSKER FIELDS
                                                CLAMAN & MACHTINGER LLP
13

14

15                                             By:____/s William M. Walker____
                                                  WILLIAM M. WALKER
16                                                Attorneys for Defendant Verlagsgruppe
                                                  Georg von Holtzbrinck GmbH
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS