GARY E. WEISS (STATE BAR NO. 122962)
gweiss@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

WARRINGTON S. PARKER (STATE BAR NO. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>        Defendant. | Case No. 5:08-cv-03468 JF<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**<br><br>Date: October 14, 2008<br>Time: 10:00 A.M.<br>Dept.: Courtroom 2, 5th Floor<br>Judge: Honorable Magistrate Judge Howard R. Lloyd, for Discovery Purposes<br><br>**Complaint Filed: July 18, 2008** |

OHS West:260530111.1

NOTICE OF WITHDRAWAL OF MOTION FOR
EXPEDITED DISCOVERY
CASE NO.: 5:08-CV-03468

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Facebook, Inc. hereby withdraws its Motion for Expedited Discovery Re: Personal Jurisdiction currently scheduled on this Court's calendar for October 14, 2008 at 9:00 a.m., and requests that the matter be taken off the Court's Calendar. Plaintiff withdraws this motion without prejudice.

Dated: October 10, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                       /s/ Warrington S. Parker III /s/
                                       WARRINGTON S. PARKER III
                                       Attorneys for Plaintiff
                                       FACEBOOK, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 10, 2008.

Dated: October 10, 2008.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Warrington S. Parker /s/
　　　　　　　　　　　　　　　　　　　　　　Warrington S. Parker