STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants StudiVZ Ltd.,
Holtzbrinck Networks GmbH, and
Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-CV-03468 JF <br><br> Assigned To: Hon. Jeremy Fogel <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS ON BEHALF OF HOLTZBRINCK NETWORKS GmbH AND HOLTZBRINCK VENTURES GmbH** <br><br> Date: February 13, 2009 <br> Time: 9:00 a.m. <br> Dept./Place: Courtroom 3 <br><br> Complaint Filed: July 18, 2008 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

---

[PROPOSED] ORDER GRANTING HOLTZBRINCK COS.' MOTION TO DISMISS

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    The Motion to Dismiss for Lack of Personal Jurisdiction and *Forum Non*

2    *Conveniens* on Behalf of Holtzbrinck Networks GmbH and Holtzbrinck Ventures

3    GmbH ("Motion") was heard at 9:00 a.m. on February 13, 2009 in Courtroom 3 of

4    the above-entitled Court, the Honorable Jeremy Fogel, United States District Judge,

5    presiding.

6

7    Having considered the files in this case, and the papers and arguments of the

8    parties and the parties' counsel, it is ORDERED that the Motion is GRANTED in

9    its entirety.  This forum cannot exercise personal jurisdiction over Holtzbrinck

10   Networks GmbH and Holtzbrinck Ventures GmbH (collectively "Holtzbrinck

11   Entities"), which are German limited liability companies with their operations in

12   Germany and that do not have the requisite minimum contacts with California.

13

14   In addition, and alternatively, California is an inconvenient forum for this

15   case, and Germany is a much better, and an adequate, alternative forum.  A lawsuit

16   is already proceeding in Germany that covers essentially the same issues and claims

17   that are involved here.  The events that gave rise to this litigation took place in

18   Germany, not California, and plaintiff Facebook, Inc. ("Facebook") alleges the

19   harm to its reputation took place in Germany and other parts of Europe, not

20   California.  There is thus no local interest in having this matter resolved in

21   California.  Given such a lack of nexus between the Holtzbrinck Entities on the one

22   hand and California on the other, the lack of nexus between Facebook's claims and

23   California, the crowded federal dockets, the problems presented by German-

24   speaking witnesses and German documents, the complex choice of law issues, and

25

26   ///

27

28   ///

the risk of inconsistent judgments, it would be an inefficient use of judicial resources for this case to proceed in California instead of in Germany.

IT IS SO ORDERED.

DATED: _____, 2008

_____
The Honorable Jeremy Fogel
United States District Judge