STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants StudiVZ Ltd.,
Holtzbrinck Networks GmbH, and
Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25,<br><br>　　　　Defendants. | Case No. 5:08-CV-03468 JF<br><br>Assigned To: Hon. Jeremy Fogel<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR *FORUM NON CONVENIENS* ON BEHALF OF STUDIVZ LTD.**<br><br>Date: February 13, 2009<br>Time: 9:00 a.m.<br>Dept./Place: Courtroom 3<br><br>Complaint Filed: July 18, 2008 |

[PROPOSED] ORDER GRANTING STUDIVZ'S MOTION TO DISMISS

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  The Motion to Dismiss for Lack of Personal Jurisdiction or, in the
2  Alternative, for *Forum Non Conveniens* on Behalf of StudiVZ Ltd. ("Motion") was
3  heard at 9:00 a.m. on February 13, 2009 in Courtroom 3 of the above-entitled
4  Court, the Honorable Jeremy Fogel, United States District Judge, presiding.

5  Having considered the files in this case, and the papers and arguments of the
6  parties and their counsel, it is ORDERED that the Motion is GRANTED in its
7  entirety. This forum cannot exercise personal jurisdiction over StudiVZ Ltd.,
8  which is a United Kingdom limited liability company with its operations in
9  Germany and does not have the requisite minimum contacts with California.

10  In addition, and alternatively, California is an inconvenient forum for this
11  case, and Germany is a much better, and an adequate, alternative forum. A lawsuit
12  between the parties is already proceeding in Germany that covers essentially the
13  same issues and claims that are involved here. The events that gave rise to this
14  litigation took place in Germany, not California, and plaintiff Facebook, Inc.
15  ("Facebook") alleges the harm to its reputation took place in Germany and other
16  parts of Europe, not California. There is thus no local interest in having this matter
17  resolved in California. Given such a lack of nexus between StudiVZ and California
18  or between Facebook's claims and California, the crowded federal dockets, the
19  problems presented by German-speaking witnesses and German documents, the
20  complex choice of law issues, and the risk of inconsistent judgments, it would be an
21  inefficient use of judicial resources for this case to proceed in California instead of
22  in Germany.

24  IT IS SO ORDERED.

26  DATED: _____, 2008    _____
                                     The Honorable Jeremy Fogel
27                                   United States District Judge

[PROPOSED] ORDER GRANTING STUDIVZ'S MOTION TO DISMISS