Lovells

Warburgstrasse 50
D-20354 Hamburg
Tel: +49 (0) 40 419 93-0
Fax: +49 (0) 419 93-200

**EINSCHREIBEN / RÜCKSCHEIN**
Firma
StudiVZ Ltd
Friedrichstr. 172

10117 Berlin

Yvonne Draheim
LLM. / Univ. Stellenbosch
Rechtsanwältin

Direktwahl: 040 41993 218
yvonne.draheim@lovells.com

Unser Zeichen:
290 sp

***Vorab per e-mail: ed@studiVZ.net***

8. Juni 2006

**UNSERE MANDANTIN: FACEBOOK, INC./USA**
**DIE GESTALTUNG IHRER WEBSITES, INSBESONDERE AUF IHREN DOMAINS <STUDIVZ.DE>, <STUDIVZ.COM>, <STUDIVZ.NET>, <STUDIVERZEICHNIS.DE>, <STUDIVERZEICHNIS.COM> UND <STUDIVERZEICHNIS.NET>**

Sehr geehrte Damen und Herren,

wir zeigen an, dass wir die rechtlichen Interessen der Firma Facebook, Inc. in Angelegenheiten des gewerblichen Rechtschutzes vertreten. Vollmacht wird anwaltlich versichert. Unsere Mandantin hat uns bezüglich der auf vorgenannten Domains abrufbaren Websites gebeten, Ihnen Folgendes mitzuteilen:

Price v. Facebook, Inc. Doc. 43

1. Unsere Mandantin "Facebook, Inc." ist Ihnen sicher bekannt. Bei ihr handelt es sich um den Anbieter einer Suchmaschine, bei der es dem Suchenden ermöglicht wird, personalisierte Suchergebnisse zu erhalten ("Social Search Engine"). Für Einzelheiten verweisen wir auf den Internetauftritt unserer Mandantin unter www.facebook.com. Diese relativ neue Suchmaschinenvariante erfreut sich zunehmender Beliebtheit, und unsere Mandantin war eine der ersten bekannten Anbieter. Nachdem "facebook" in den USA längst bekannt ist, baut es sich nunmehr auch in Europa eine vergleichbare Bekanntheit auf. Um ihre Marktstellung und den aufgebauten Ruf zu wahren, geht unsere Mandantin gegen jegliche Art der Nachahmung vor.

2. Kürzlich wurde unsere Mandantin erstmals darauf aufmerksam, dass Sie auf Ihren Websites eine identische Suchmaschine anbieten.

   Unsere Mandantin benutzt seit Aufnahme ihres Betriebes die o. g. Website. Diese Benutzung hat in der Europäischen Union im Februar 2005 eingesetzt und reicht insbesondere in den USA deutlich weiter zurück. Die Websites auf Ihren Domains sind

HAMLIB01/HAMYD/247097.01
Alicante Amsterdam Berlin Brüssel Chicago Düsseldorf Frankfurt am Main Hamburg Ho-Chi-Minh-Stadt Hongkong London Madrid Mailand Moskau München New York Paris Peking Prag Rom Schanghai Singapur Tokio Warschau Kooperationsbüros: Budapest Zagreb

Lovells ist der Handelsname der in Spanien eingetragenen Kommanditgesellschaft Lovells Boesebeck Droste S.L & Cia

Dockets.Justia.com

abgesehen von der Farbgebung (rot statt blau) nicht nur bei oberflächlicher Betrachtung nahezu identisch. Da Ihre Domains erst im November 2005 auf Ihren Namen registriert wurden, ist diese Benutzung in jedem Fall nachgelagert.

Bei näherer Betrachtung stellt man weitere Übereinstimmungen fest. Insbesondere können beide Websites nicht in Farbe, sondern ausschließlich schwarz/weiß ausgedruckt werden, was ungewöhnlich ist. Darüberhinaus werden bei beiden exakt dieselben Frames ausgedruckt. Zur Veranschaulichung überreichen wir in der Anlage einen Ausdruck und Screenshot der Website unserer Mandantin sowie exemplarisch einen Ausdruck und Screenshot der auf <StudiVZ.de> abrufbaren Website.

Ein weitergehender Vergleich der Quellcodes beider Seiten zeigt, dass sie nahezu identisch und die Abweichungen nur vereinzelter Natur sind (bspw. <sidebar> statt <leftbar>). Insbesondere findet sich ein Fehler im Quellcode der Website unserer Mandantin auch im Quellcode Ihrer Websites wieder. Das Vergleichsdokument fügen wir zu Ihrer Information in der Anlage bei.

Es liegt insoweit auf der Hand, dass nicht nur die Gestaltung der Website unserer Mandantin nachgeahmt wurde, sondern der Quellcode unserer Mandantin schlichtweg kopiert wurde.

3. Die Website unserer Mandantin ist urheberrechtlich geschützt, weil es sich dabei um eine Datenbank handelt. Gemäß § 87 b I 1 UrhG steht unserer Mandantin als Datenbankherstellerin insbesondere das ausschließliche Recht zu, die Datenbank insgesamt oder einen wesentlichen Teil der Datenbank zu vervielfältigen, zu verbreiten und öffentlich wiederzugeben. Ihre Websites basieren jedoch auf dem nur unwesentlich abgeänderten Quellcode der Websites unserer Mandantin, d. h. sie enthalten einen wesentlichen Teil der geschützten Datenbank. Durch die im Wesentlichen übereinstimmenden Quellcodes kann nachgewiesen werden, dass die Benutzung der Ihrer Websites das unserer Mandantin gemäß § 87 b I 1 UrhG zustehende Recht verletzt.

4. Gemäß § 97 I UrhG steht unserer Mandantin daher neben einem Schadensersatzanspruch auch ein Unterlassungsanspruch gegen Sie im Hinblick auf eine solche Benutzung zu. Gemäß § 98 I UrhG kann unsere Mandantin darüberhinaus eine Vernichtung der Website verlangen, weil sie ein zur Verbreitung bestimmtes Vervielfältigungsstück der geschützten Website ist.

5. Ergänzend berufen wir uns auf die Vorschriften des UWG, da die Benutzung einer ihrem äußeren Erscheinungsbild nach nahezu identischen Website offensichtlich auch eine Rufanlehnung bzw. -ausbeutung darstellt.

Unsere Mandantin möchte sich, aber auch Ihnen, den Aufwand und die Kosten eines solchen rechtlichen Vorgehens gern von vornherein ersparen. Angesichts der klaren Rechtsverletzung sollten Sie es überdies auch vermeiden, im Zusammenhang mit der Benutzung der Websites vergebliche Aufwendungen zu tätigen, da deren Löschung sowie die Untersagung entsprechender Benutzung absehbar ist.

Daher fordern wir Sie namens und in Vollmacht unserer Mandantin auf, die beiliegende Unterlassungs- und Verpflichtungserklärung rechtswirksam zu unterzeichnen und uns diese bis spätestens zum

**15. Juni 2006, 12 Uhr**
**(Eingang einer Vorab-Erklärung per Telefax genügt)**

zurück zu übermitteln. Sollte die vorgenannte Erklärung innerhalb der gesetzten Frist nicht oder nicht vollständig bei uns eingehen, würden wir unserer Mandantin raten, die ihr zustehenden Unterlassungs-, Vernichtungs- und Schadensersatzansprüche, auch über die beiliegende Unterlassungs- und Verpflichtungserklärung hinausgehende Ansprüche, gerichtlich geltend zu machen.

Mit freundlichen Grüßen

Yvonne Draheim

Anlagen

## Unterlassungs- und Verpflichtungserklärung

StudiVZ Ltd, vertreten durch ihren zur Einzelvertretung befugten Director Herrn Ehssan Dariani Voigtstr. 38, 10247 Berlin und/oder Friedrichstr. 172, 10117 Berlin, verpflichtet sich hiermit gegenüber Facebook, Inc., 471, Emerson Street, 94301-1605 Palo Alto, USA, unverzüglich nach Abgabe der vorliegenden Erklärung

1. die Benutzung jeglicher Websites, die im Wesentlichen dem im Annex abgebildeten Gegenstand (äußeres Erscheinungsbild/Quellcode) entsprechen, insbesondere auf den Domains <studivz.de>, <studivz.com>, <studivz.net>, <studiverzeichnis.de>, <studiverzeichnis.com> und <studiverzeichnis.net> einschließlich weiterer Länder- und Sub-Domains, einzustellen.

2. es bei Vermeidung einer für jeden Fall der schuldhaften Zuwiderhandlung an Facebook, Inc. zu zahlenden Vertragsstrafe in Höhe von EUR 5.100,-- zu

   **unterlassen,**

   die Benutzung der unter Ziff.1 näher bezeichneten Websites und/oder ähnlicher Websites wieder aufzunehmen.

3. jegliche Websites, die dem im Annex abgebildeten Gegenstand im Wesentlichen entsprechen, umgehend durch Löschung oder in sonst geeigneter Weise vernichten, wobei insbesondere sicherzustellen ist, dass alle existierenden Vervielfältigungsstücke (insbesondere auch auf Speichermedien enthaltene Versionen der Websites) erfasst werden.

Berlin, den ____________________

______________________________

Für StudiVZ Ltd.
Director Ehssan Dariani



TRANSPERFECT

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
WASHINGTON, DC

# CERTIFICATE OF ACCURACY

I, Pamela Boyle of TransPerfect Translations, Inc., do hereby declare that the document attached hereto is a true and accurate translation, from German into English, of a letter dated June 8, 2006 from Yvonne Draheim of Lovells to StudiVZ Ltd. in Berlin.

A copy of the final translation is attached.

I so declare under penalty of perjury under the laws of the State of California on this 21st day of October.

Pam Boyle
TransPerfect Translations, Inc

Sworn to before me this

21st day of October, 2008

Signature, Notary Public

Katharine L Perekslis
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2012
Stamp, Notary Public

**Lovells**

Warburgstrasse 50
D-20354 Hamburg
Tel: +49 (0) 40 419 93-0
Fax: +49 (0) 419 93-200

**REGISTERED MAIL/RETURN RECEIPT**

StudiVZ Ltd
Friedrichstr. 172

10117 Berlin

Yvonne Draheim
LLM./Univ. Stellenbosch
Attorney-at-law

Direct dialing: 040 41993 218
yvonne.draheim@lovells.com

Our reference:
290 sp

***Previously by e-mail: ed@studiVZ.net***

June 8, 2006

**OUR CLIENT: FACEBOOK, INC./USA**
**THE DESIGN OF YOUR WEBSITES, ESPECIALLY ON YOUR DOMAINS <STUDIVZ.DE>, <STUDIVZ.COM>, <STUDIVZ.NET>, <STUDIVERZEICHNIS.DE>, <STUDIVERZEICHNIS.COM> AND <STUDIVERZEICHNIS.NET>**

Dear ladies and gentlemen,

We would like to announce that we represent the legal interests of the company Facebook, Inc. in issues of intellectual property rights. Power of attorney is legally assured. Our client has asked us to inform you of the following regarding the websites that can be accessed on the aforementioned domains:

1. Our client, "Facebook, Inc." is no doubt familiar to you. The company offers a search engine that allows personalized search results to be obtained when searching ("social search engine"). For details, we direct you to the Internet presence of our client at www.facebook.com. This relatively new type of search engine enjoys increasing popularity and our client was one of the first well-known providers. Because "facebook" has been well-known in the USA for a long time, it is now building up comparable popularity in Europe. In order to preserve its market position and existing reputation, our client takes action against any kind of imitation.

2. Recently, our client became aware that you offer an identical search engine on your websites.

   Our client has used the abovementioned website since beginning operations. This use began in the European Union in February 2005 and clearly extends back even further in the USA. The websites on your domains are

Alicante Amsterdam Berlin Brussels Düsseldorf Frankfurt am Main Hamburg Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Beijing Prague Rome Shanghai Singapore Tokyo Warsaw Cooperative offices: Budapest Zagreb
Lovells is the firm name of the limited partnership registered in Spain as Lovells Boesebeck Droste S.L. & Cia
[cut off]

nearly identical, except for the coloring (red instead of blue), from not only a superficial point of view. As your domains were only registered to your name in November 2005, this use is clearly subsequent in any case.

Upon closer observation, additional similarities are apparent. In particular, both websites can be printed only in black/white, not in color, which is unusual. In addition, exactly the same frames are printed out for both. To illustrate this, we are submitting in the attachment a print-out and screenshot of our client's website and an example of a print-out and screenshot of the website accessible from <StudiVZ.de>.

An advanced comparison of the source codes of both pages shows that they are nearly identical and the differences are only isolated cases (e.g., <sidebar> instead of <leftbar>). In particular, an error in the source code of our client's website can also be found in the source code of your website. We are enclosing the comparative documentation in the attachment for your information.

It is obvious, in this respect, that not only the design of our client's website was imitated, but that our client's source code was copied completely.

3. Our client's website is protected by copyright because it is a database. According to § 87 b I 1 UrhG, our client has the exclusive right, as the creator of the database, to copy, distribute, or publicly reproduce the entire database or a significant part of the database. Your websites, however, are based on the source code of our client's website with only minor changes, i.e., they contain a significant part of the protected database. The substantial agreement of the source codes shows that the use of your website infringes on the right afforded to our client as per § 87 b I 1 UrhG.

4. According to § 97 I UrhG, our client also possesses a right to injunctive relief against you as regards such use, in addition to a claim for damages. According to § 98 I UrhG, our client can additionally request the destruction of the website, because it is a copy of the protected website and is intended for distribution.

5. Finally, we refer to the provisions of the UWG, as the use of a website nearly identical in outward appearance obviously also constitutes imitation and exploitation of a reputation.

Our client would gladly like to save the expenses and costs of such a legal procedure from the outset. In light of the clear infringement, you should also avoid useless expenditures in connection with the use of the website, as its deletion and the prohibition of corresponding use are foreseeable.

Therefore, we request, in the name and by the authorization of our client, that you sign the enclosed cease and desist letter effective in law and send it back to us by, at the latest,

**June 15, 2006, 12 o'clock**
**(Receipt of an advance declaration by fax is sufficient)**

If we do not receive the aforementioned letter or receive only part of it before the deadline, we would counsel our client to legally assert all existing rights to injunction, destruction, and compensation, even claims going beyond the enclosed cease and desist letter.

Best regards,

[*signature*]
Yvonne Draheim

<u>Attachments</u>

## Cease and Desist Letter

StudiVZ Ltd, represented by Director Ehssan Dariani, empowered as sole representative, Voigtstr. 38, 10247 Berlin and/or Friedrichstr. 172, 10117 Berlin, hereby commits itself vis-à-vis Facebook, Inc., 471, Emerson Street, 94301-1605 Palo Alto, USA, immediately after submission of the present letter

1. to immediately cease use of all websites that significantly correspond to the item represented in the annex (outward appearance/source code), especially on the domains <studivz.de>, <studivz.com>, <studivz.net>, <studiverzeichnis.de>, <studiverzeichnis.com> and <studiverzeichnis.net>, including other regional and sub-domains.

2. in order to avoid paying, for every case of violation against Facebook, Inc., a fine amounting to 5.100,-- EURO, to

   **desist**

   from using the websites specified in more detail under Number 1 and/or resuming use of similar websites.

3. to immediately destroy all websites that significantly correspond to the item represented in the annex, by deletion or other appropriate means, where it must particularly be ensured that all existing copies (in particularly, versions of the websites also contained on storage media) are included.

Berlin, on ______________

______________________

For StudiVZ Ltd.
Director Ehssan Dariani