that they should be held jointly and severally liable for any of the alleged violations of copyright and trademark infringement or unfair competition.

6. Facebook has appeared in the German Action to request extensions of time to respond to the complaint and a continuance of the trial date in that action. The requests for extensions of time to respond to the complaint were granted, in part. The request to continue the trial was denied. Accordingly, Facebook's response to the complaint is currently due November 19, 2008, and the trial is scheduled to begin on December 16, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of October, 2008, at Stuttgart, Germany.

_____
Klaus Ikas

Price v. Facebook, Inc.    Doc. 44

Dockets.Justia.com