

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

October 9, 2008

Tina L. Naicker
(650) 289-7160
TNaicker@orrick.com

**VIA E-MAIL**

Stephen Smith
Greenberg, Glusker
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Re: Facebook v. StudiVZ, Case No. 5:08-cv-03468

Dear Mr. Smith:

This letter follows our Rule 26(f) conference earlier today. Facebook will be requesting discovery in the following areas: (1) StudiVZ's corporate structure and organization; (2) marketing by StudiVZ; (3) investments or offers to purchase StudiVZ; (4) contacts with California; (5) access to Facebook's servers, including the number of times it was accessed, by whom, the purpose and the extent of the activities on Facebook; (6) downloading, copying or use of any information from Facebook's website; (7) StudiVZ's design, development, and maintenance of its websites; (8) breach of Facebook's Terms of Use by StudiVZ; (9) damages; (10) consumer (user) confusion. Facebook reserves the right to amend this list.

This discovery, except with respect to consumer or user confusion, all relates to personal jurisdiction issues. In addition, Facebook proposes the following discovery plan, subject to revisions as necessary or by order of the Court:

Price v. Facebook, Inc.                    Doc. 45 Att. 1

| Event | Proposed Deadline |
|---|---|
| Close of Fact Discovery | May 29, 2009 |
| Last Day to Amend Pleadings | March 31, 2009 |
| Last Day to File Non-Dispositive Motions | July 31, 2009 |
| Expert Disclosures by Both Parties | August 7, 2009 |
| Disclosure of Rebuttal Experts | September 7, 2007 |
| Close of Expert Discovery | October 7, 2009 |

OHS West:260529208.2

Dockets.Justia.com



Stephen Smith
October 9, 2008
Page 2

| Last Day to File Dispositive Motions | November 6, 2009 |
| --- | --- |
| Pretrial Disclosures by Both Parties | October 30, 2009 |
| Pretrial Conference | November 23, 2009 |
| Trial (5 days- anticipated trial time) | November 30, 2009 |

Lastly, as discussed in the meet and confer, Facebook understands that Defendants will not make any disclosures that it believes reflects on the merits of this case. Defendants will make initial disclosures only to the extent that Defendants believe they reflect on the issue of personal jurisdiction. Furthermore, Defendants will not agree to respond to discovery that it believes addresses the merits of the case. Please let me know if anything is incorrect, or inaccurate above.

Enclosed is a draft of the Stipulated Protective Order. We will provide the list of search terms in a letter that follows.

Very truly yours,

Tina L. Naicker

Enclosures