13. After Networks and Ventures purchased an equity interest in StudiVZ, Facebook negotiated with Networks and Ventures to purchase their interests in StudiVZ during May and June 2008. Those negotiations concluded without the parties reaching any agreement in late June 2008.

14. Just after the negotiations broke down, on July 9, 2008, Facebook wrote a demand letter to Networks and Ventures, threatening to sue based on the exact same types of claims that Facebook had previously raised in Germany in June 2006 and January 2007 against StudiVZ, as discussed in the accompanying declaration of Klaus Ikas.

15. All of Ventures' and Networks' employees, officers and directors reside in Germany and speak German (or, in a few cases, another European language other than English) as their native language, and all speak German as their every-day language. Ventures and Networks perform their business almost exclusively in the German language. As a result, almost all of its business documents are located in Germany and written in the German language (and would have to be translated, at huge expense).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of October, 2008, at Stuttgart, Germany.

*/s/ Martin Weber*
Martin Weber

Dockets.Justia.com