valued at €2,515,981. In addition, StudiVZ does not act as a general agent of either Networks or Ventures in any matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22 day of October, 2008, at Berlin, Germany.

_____
Michael Brehm

Price v. Facebook, Inc.    Doc. 47

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Dockets.Justia.com