STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants
StudiVZ Ltd., Holtzbrinck Networks GmbH,
and Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-CV-03468 JF <br><br> Assigned To: Honorable Jeremy Fogel <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: DEADLINES FOR PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR *FORUM NON CONVENIENS* AND DEFENDANTS' REPLY PAPERS THERETO** <br><br> Complaint Filed: July 18, 2008 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  The Court, having considered the Joint Stipulation of Plaintiff Facebook, Inc. ("Facebook"), on the one hand, and defendants StudiVZ Ltd., Holtzbrinck Networks GmbH and Holtzbrinck Ventures GmbH (collectively, "Defendants"), on the other hand, and for good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Facebook has up to and including Friday, January 16, 2009 to file and serve its Oppositions to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction Or, In the Alternative, For *Forum Non Conveniens*, and

2. Defendants have up to and including Friday, January 30, 2009 to file their Reply papers to Facebook's Oppositions to Defendants' motions.

DATED: October ___, 2008

_____
THE HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES
DISTRICT COURT