1  STEPHEN S. SMITH (SBN 166539)
   SSmith@GreenbergGlusker.com
2  WILLIAM M. WALKER (SBN 145559)
   WWalker@GreenbergGlusker.com
3  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
4  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
6  Telephone:  310.553.3610
   Fax:  310.553.0687
7
   Attorneys for Defendants studiVZ Ltd.,
8  Holtzbrinck Networks GmbH, and
   Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-03468 JF |
| Plaintiff, | Assigned To: Hon. Jeremy Fogel |
| v. | **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS FOR PROTECTIVE ORDER (1) STAYING DISCOVERY NOT RELATED TO DISPUTED MATERIAL ISSUES RAISED IN DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND** *FORUM NON CONVENIENS* **AND (2) PREVENTING DISCOVERY PRODUCED IN THIS ACTION FROM BEING USED IN FOREIGN COURTS** |
| STUDIVZ LTD., , HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, | |
| Defendants. | |
| | Date:            December 9, 2008<br>Time:           10:00 a.m.<br>Dept./Place:  Courtroom 2, 5th Floor<br>                     Hon. Howard R. Lloyd |
| | Complaint Filed: July 18, 2008 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

The Motion of defendants StudiVZ Ltd., Holtzbrinck Networks GmbH, and Holtzbrinck Ventures GmbH ("Defendants") for an order (1) staying all discovery that does not relate to disputed material issues raised in Defendants' pending motions to dismiss for lack of personal jurisdiction and *forum non conveniens* (the "Motions to Dismiss"), until the Motions to Dismiss are ruled upon by this Court, and (2) that any and all discovery produced in this case shall only be used in this case and in no other (the "Motion for Protective Order") was heard at 10:00 a.m. on December 9, 2008 in Courtroom 2 of the above-entitled Court, the Honorable Howard R. Lloyd, United States Magistrate Judge, presiding.

Having considered the files in this case, and the papers and arguments of the parties and their counsel, it is ORDERED that the Motion for Protective Order is GRANTED in its entirety. It would be unduly burdensome, oppressive, and expensive to require Defendants to respond to, and the Court to be involved in as needed, discovery that is not related to disputed material issues in the Motions to Dismiss, including but not limited to merits discovery, while the Motions to Dismiss are pending, and that it is not proper to use this lawsuit or this Court as vehicles to obtain discovery for use in a foreign case.

Accordingly, all discovery that does not relate to disputed material issues raised in the Motions to Dismiss is hereby stayed until this Court rules on the Motions to Dismiss, and any and all discovery produced in this case, including but not limited to documents, interrogatory responses, responses to requests for admission, and deposition transcripts, may be used in this case but not in foreign courts.

IT IS SO ORDERED.

DATED: _____, 2008        _____
                              The Honorable Howard R. Lloyd
                              United States Magistrate Judge