1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759

11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17 FACEBOOK, INC.,                      Case No.  5:08-cv-03468 JF

18                 Plaintiff,           **FACEBOOK, INC.'S FIRST SET OF
                                        REQUESTS FOR PRODUCTION TO
19        v.                            DEFENDANT STUDIVZ LTD.
                                        RELATING TO PERSONAL
20 STUDIVZ LTD., HOLTZBRINCK            JURISDICTION**
   NETWORKS GmBH, HOLTZBRINCK
21 VENTURES GmBH, and DOES 1-25,

22                 Defendant.

23

24        YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of

25 Civil Procedure, to respond to the following requests for production separately and fully, in

26 writing, and under penalty of perjury, within thirty (30) days after service or whatever date is

27 ordered by the Court, whichever is sooner.

28

# DEFINITIONS

A. "ANY" shall be understood to include and encompass "ALL." As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request ALL DOCUMENTS or things that might otherwise be construed to be outside its scope.

B. The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C. "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D. "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E. As used herein, the term "DOCUMENT" means the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to all materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure. The word "Document" includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, recorded voice mail messages and any other information stored magnetically, optically or electronically.

OHS West:260489132.1

FIRST SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT STUDIVZ, CASE No.:
5:08-cv-03468

F.     "COMMUNICATION" as used herein means any contact, oral or documentary, formal or informal, at any place or under any circumstances whatsoever whereby information of any nature is transmitted or transferred, including without limitation, any note, memorandum or other record thereof, or a single person seeing or hearing any information by any means.

G.     "STUDIVZ," "YOU," "YOUR," means defendant StudiVZ, Ltd. and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

H.     "FACEBOOK" means, without limitation, Facebook, Inc. (formerly TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions, officers, directors, trustees, employees, staff members, agents, counsel, representatives, consultants, AND ALL PERSONS acting or purporting to act on its behalf.

I.     "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use the services provided by STUDIVZ, including without limitation, those provided at the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

J.     "USERS OF FACEBOOK" means, without limitation, PERSONS registered to use the services provided by FACEBOOK at www.facebook.com and, previously, www.thefacebook.com.

K.     "COMPUTER CODE" means scripts, programs, or other code that YOU use or used or developed or in any way participated or assisted in the development thereof, in any computer language (such as "PHP" or "Perl").

## INSTRUCTIONS

A.     In responding to the following requests, you are required to provide ALL DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in the possession of YOUR attorneys, investigators, employees, agents, representatives, and

1 guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from

2 YOUR own personal files.

3      B.    If YOU object to any of the requests, YOU must state the grounds for any

4 objection(s). If YOU object to only part of a request, YOU must state the objection and the

5 grounds for any objection(s) and respond to the remainder of the request.

6      C.    If YOU object to the production of any document on the grounds that it is

7 protected from disclosure by the attorney-client privilege, work-product doctrine, or any other

8 privilege, YOU are requested to identify each document for which the privilege is claimed and

9 give ALL information required by applicable case law, including but not limited to the following:

10           a.    the name of the writer, sender, or initiator of each copy of
11             the document;

12           b.    the name of the recipient, addressee, or party to whom any
            copy of the document was sent;

13           c.    the date of each copy of the document, if any, or an estimate
14             of its date;

15           d.    a statement of the basis for the claim of privilege; and

16           e.    description of the document sufficient for the Court to rule
            on the applicability and appropriateness of the claimed privilege.

17 **REQUESTS FOR PRODUCTION**

18 **REQUEST FOR PRODUCTION NO. 1:**

19     ALL DOCUMENTS that RELATE TO ANY contracts OR agreements between YOU

20 AND ANY business licensed, located, based, OR incorporated in California OR ANY PERSON

21 currently OR formerly residing OR domiciled in California.

22 **REQUEST FOR PRODUCTION NO. 2:**

23     ALL DOCUMENTS that RELATE TO ANY USER OF STUDIVZ residing OR

24 domiciled in California, including ALL COMMUNICATIONS.

25 **REQUEST FOR PRODUCTION NO. 3**

26     ALL DOCUMENTS that RELATE TO ANY COMMUNICATION between YOU AND

27 FACEBOOK.

28

**REQUEST FOR PRODUCTION NO. 4**

DOCUMENTS sufficient to IDENTIFY the number AND amount of sales of goods AND services sold OR provided by YOU to current OR former California residents, including PERSONS, businesses, AND USERS of STUDIVZ.

**REQUEST FOR PRODUCTION NO. 5**

DOCUMENTS THAT RELATED TO the relationship of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH to OR with STUDIVZ, including without limitation, the investments of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH, in, AND control OR influence over STUDIVZ.

**REQUEST FOR PRODUCTION NO. 6**

DOCUMENTS sufficient to describe in detail the organizational structure of STUDIVZ from their creation until the present, including DOCUMENTS sufficient to identify ALL shareholders, officers, employees, investors, AND directors.

**REQUEST FOR PRODUCTION NO. 7**

DOCUMENTS that RELATE TO STUDIVZ's business OR corporate records, including without limitation, meeting minutes, Articles of Incorporation, operating agreements, stock agreements, AND ANY DOCUMENTS that RELATE TO STUDIVZ's observance of corporate formalities, as well as Units, Capital Accounts, AND Management Reports

REQUEST FOR PRODUCTION NO. 8

DOCUMENTS that RELATE TO STUDIVZ's financial history, including without limitation, financial reports, profit/loss statements, budgets, financial planning DOCUMENTS, accounts payable, accounts receivable, AND loan DOCUMENTS, as well as Financial Reports, Capital Accounts, AND Adjusted Capital Accounts.

**REQUEST FOR PRODUCTION NO. 9**

DOCUMENTS that RELATE TO ANY contacts OR COMMUNICATIONS YOU have had with PERSONS currently OR formerly residing OR domiciled in California; businesses

1  (including without limitation, Internet search engines providers such as Google Inc. AND Yahoo!

2  Inc., server providers, advertising agencies, advertisers, Internet service providers, computer

3  equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed,

4  based, OR incorporated in California; AND universities, colleges, high schools located in

5  California, including without limitation, letters, emails, advertising materials, business

6  solicitations, business contacts, telephonic conversations, facsimile transmissions, AND trips to

7  California.

8  **REQUEST FOR PRODUCTION NO. 10**

9       DOCUMENTS sufficient to show, on a monthly basis, how many USERS OF STUDIVZ

10  have been registered on www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it,

11  www.estudiln.net, www.studentix.pl, AND www.schuelervz.net since October 2005, AND how

12  many of those USERS OF STUDIVZ are residents of California.

13  **REQUEST FOR PRODUCTION NO. 11**

14       DOCUMENTS sufficient to show the number AND amount of accounts receivable owed

15  YOU by California residents, including PERSONS AND entities, as well as the goods AND

16  services for which the individual accounts receivable are owed to.

17  **REQUEST FOR PRODUCTION NO. 12**

18       DOCUMENTS sufficient to show ALL of YOUR current AND former personal OR real

19  property currently OR previously located in California.

20  **REQUEST FOR PRODUCTION NO. 13**

21       ALL contracts involving YOU in which California law governs.

22  **REQUEST FOR PRODUCTION NO. 14**

23       ALL DOCUMENTS RELATED TO instances when YOU accessed FACEBOOK

24  website, www.facebook.com OR www.thefacebook.com.

25  **REQUEST FOR PRODUCTION NO. 15**

26       IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

27  in California.

28

**REQUEST FOR PRODUCTION NO. 16**

ALL DOCUMENTS RELATED TO the services provided by www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net to USERS OF STUDIVZ, including how they are provided.

**REQUEST FOR PRODUCTION NO. 17**

ALL DOCUMENTS RELATED TO the circumstances surrounding the formation of STUDIVZ as a company, including filings, investments, communications, capitalization, directors, officers, attorneys, investors, AND reasons for the formation.

**REQUEST FOR PRODUCTION NO. 18**

ALL DOCUMENTS RELATED TO current AND former directors, officers, employees, AND agents of STUDIVZ, including DOCUMENTS RELATED TO dates in these positions, duties, authorities, AND responsibilities.

**REQUEST FOR PRODUCTION NO. 19**

ALL DOCUMENTS RELATED TO YOUR promotions AND marketing activities directed, at least in part, at California residents.

**REQUEST FOR PRODUCTION NO. 20**

DOCUMENTS sufficient to identify ALL of YOUR business relationships with, OR financial interests in, businesses incorporated, located, based, OR with facilities OR offices located in California, including the nature of each relationship, including the name of each business, whether each business is incorporated, located, based OR has facilities OR offices located in California, AND the nature of the relationship, including ANY goods OR services provided.

**REQUEST FOR PRODUCTION NO. 21**

DOCUMENTS sufficient to show the ownership of STUDIVZ, including without limitation PERSON'S names, amounts they contributed OR invested, AND their percent ownership OR control on a by-PERSON basis.

**REQUEST FOR PRODUCTION NO. 22**

ALL DOCUMENTS RELATED TO universities, colleges, high schools, AND institutes

1   of higher learning located in California at which STUDIVZ provides OR provided services
2   including without limitation access to www.studivz.net, www.meinvz.net, www.studiqg.fr,
3   www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net, including
4   without limitation University of California (ALL campuses), California State University (ALL
5   campuses), as well as the USERS OF STUDIVZ using email domains (*e.g.*, name@stanford.edu)
6   from those universities, colleges, high schools, AND institutes of higher learning.

7   **REQUEST FOR PRODUCTION NO. 23**

8   ALL versions of COMPUTER CODE YOU wrote, programmed OR helped develop that
9   RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it,
10  www.estudiln.net, www.studentix.pl, AND www.schuelervz.net.

11  **REQUEST FOR PRODUCTION NO. 24**

12  A copy of ALL executable versions of COMPUTER CODE YOU use, used, developed
13  OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr,
14  www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net.

15  **REQUEST FOR PRODUCTION NO. 25**

16  ALL COMMUNICATIONS that RELATES TO FACEBOOK, its website, OR the servers
17  it uses, used, accesses OR accessed.

18  **REQUEST FOR PRODUCTION NO. 26**

19  ALL COMMUNICATIONS that RELATES TO OR REFERS TO FACEBOOK.

20  **REQUEST FOR PRODUCTION NO. 27**

21  A copy of ALL versions of COMPUTER CODE (including, without limitation, source
22  code, object code and scripts) YOU wrote, which YOU used, OR use OR for which YOU paid
23  that was designed to extract information from any website, including thefacebook.com OR
24  facebook.com.

25  **REQUEST FOR PRODUCTION NO. 28**

26  ALL DOCUMENTS related to any account YOU created to access any Facebook website,
27  including thefacebook.com AND facebook.com.

28

FIRST SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT STUDIVZ, CASE No.:
5:08-cv-03468

1    **REQUEST FOR PRODUCTION NO. 29**

2          ALL COMMUNICATIONS OR DOCUMENTS concerning or that RELATE TO the use

3    of any server, including proxy server, to access FACEBOOK's server(s) OR website(s).

4    **REQUEST FOR PRODUCTION NO. 30**

5          ALL DOCUMENTS reflecting, associated with, OR that RELATE TO any of YOUR

6    responses to Interrogatories in this action.

7

8    Dated: October 14, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

9

10

11                                             WARRINGTON S. PARKER III
                                                  Attorneys for Plaintiff
12                                             FACEBOOK, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 14, 2008, I served the within document(s):

**FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT STUDIVZ LTD. RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 14, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 14, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X**    By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Stephen S. Smith                           Attorney for Defendants
William Mielke Walker                    STUDIVZ LTD., HOLTZBRINCK
GREENBERG GLUSKER FIELDS        NETWORKS GmBH, HOTZBRINCK
CLAMAN & MACHTINGER LLP         VENTURES GmBH
1900 Avenue of the Stars
Los Angeles , CA 90067
Tel: 310-553-3610
Fax: 310-553-0687
email: wwalker@greenbergglusker.com

Executed on October 14, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA 94025
    Telephone:    +1-650-614-7400
6   Facsimile:    +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA 94105-2669
10  Telephone:    +1-415-773-5700
    Facsimile:    +1-415-773-5759
11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16

17
    FACEBOOK, INC.,                      Case No.  5:08-cv-03468 JF
18
              Plaintiff,                 **FACEBOOK, INC.'S FIRST SET OF
19                                       REQUESTS FOR PRODUCTION TO
         v.                              DEFENDANT HOLTZBRINCK
20                                       VENTURES GmBH RELATING TO
    STUDIVZ LTD., NETWORKS GmBH,         PERSONAL JURISDICTION**
21  HOLTZBRINCK VENTURES GmBH, and
    DOES 1-25,
22
              Defendants.
23

24          YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of

25  Civil Procedure, to respond to the following requests for production separately and fully, in

26  writing, and under penalty of perjury, within thirty (30) days after service or whatever date is

27  ordered by the Court, whichever is sooner.

28

10-14

## DEFINITIONS

A.     "ANY" shall be understood to include and encompass "ALL." As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request ALL DOCUMENTS or things that might otherwise be construed to be outside its scope.

B.     The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C.     "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D.     "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E.     As used herein, the term "DOCUMENT" means the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to all materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure. The word "Document" includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, recorded voice mail messages and any other information stored magnetically, optically or electronically.

1    F.    "COMMUNICATION" as used herein means any contact, oral or documentary,

2    formal or informal, at any place or under any circumstances whatsoever whereby information of

3    any nature is transmitted or transferred, including without limitation, any note, memorandum or

4    other record thereof, or a single person seeing or hearing any information by any means.

5    G.    "HOLTZBRINCK VENTURES GmBH," "YOU," "YOUR," means defendant

6    Holtzbrinck Ventures GmBH and its directors, officers, parents, subsidiaries, predecessors,

7    successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other

8    persons and entities representing it acting on its behalf, OR purporting to act on its behalf.

9    H.    "STUDIVZ" means defendant StudiVZ, Ltd. and its directors, officers, parents,

10   subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators,

11   attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting

12   to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

13   I.    "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

14   TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

15   officers, directors, trustees, employees, staff members, agents, counsel, representatives,

16   consultants, AND ALL PERSONS acting or purporting to act on its behalf.

17   J.    "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

18   the services provided by STUDIVZ, including without limitation, those provided at the

19   www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website,

20   www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website and the

21   www.schuelervz.net website.

22   K.    "USERS OF FACEBOOK" means, without limitation, PERSONS registered to

23   use the services provided by FACEBOOK at www.facebook.com and, previously,

24   www.thefacebook.com.

25   L.    "COMPUTER CODE" means scripts, programs, or other code that YOU use or

26   used or developed or in any way participated or assisted in the development thereof, in any

27   computer language (such as "PHP" or "Perl").

28

# INSTRUCTIONS

A. In responding to the following requests, you are required to provide ALL DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from YOUR own personal files.

B. If YOU object to any of the requests, YOU must state the grounds for any objection(s). If YOU object to only part of a request, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the request.

C. If YOU object to the production of any document on the grounds that it is protected from disclosure by the attorney-client privilege, work-product doctrine, or any other privilege, YOU are requested to identify each document for which the privilege is claimed and give ALL information required by applicable case law, including but not limited to the following:

        a. the name of the writer, sender, or initiator of each copy of the document;

        b. the name of the recipient, addressee, or party to whom any copy of the document was sent;

        c. the date of each copy of the document, if any, or an estimate of its date;

        d. a statement of the basis for the claim of privilege; and

        e. description of the document sufficient for the Court to rule on the applicability and appropriateness of the claimed privilege.

# REQUESTS FOR PRODUCTION

## REQUEST FOR PRODUCTION NO. 1:

ALL DOCUMENTS that RELATE TO ANY contracts OR agreements between YOU AND ANY business licensed, located, based, OR incorporated in California OR ANY PERSON currently OR formerly residing OR domiciled in California.

## REQUEST FOR PRODUCTION NO. 2:

ALL DOCUMENTS that RELATE TO ANY USER OF STUDIVZ residing OR domiciled in California, including ALL COMMUNICATIONS.

**REQUEST FOR PRODUCTION NO. 3**

ALL DOCUMENTS that RELATE TO ANY COMMUNICATION between YOU AND FACEBOOK.

**REQUEST FOR PRODUCTION NO. 4**

DOCUMENTS sufficient to IDENTIFY the number AND amount of sales of goods AND services sold OR provided by YOU to current OR former California residents, including PERSONS, businesses, AND USERS of STUDIVZ.

**REQUEST FOR PRODUCTION NO. 5**

DOCUMENTS THAT RELATE TO the relationship of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH to OR with STUDIVZ, including without limitation, the investments of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH, in, AND control OR influence over STUDIVZ.

**REQUEST FOR PRODUCTION NO. 6**

DOCUMENTS sufficient to describe in detail the organizational structure of HOLTZBRINCK VENTURES GmBH from its creation until the present, including DOCUMENTS sufficient to identify ALL shareholders, officers, employees, investors, AND directors.

**REQUEST FOR PRODUCTION NO. 7**

DOCUMENTS that RELATE TO HOLTZBRINCK VENTURES GmBH's business OR corporate records, including without limitation, meeting minutes, Articles of Incorporation, operating agreements, stock agreements, AND ANY DOCUMENTS that RELATE TO HOLTZBRINCK VENTURES GmBH's observance of corporate formalities, as well as Units, Capital Accounts, AND Management Reports

**REQUEST FOR PRODUCTION NO. 8**

DOCUMENTS that RELATE TO HOLTZBRINCK VENTURES GmBH's financial history, including without limitation, financial reports, profit/loss statements, budgets, financial planning DOCUMENTS, accounts payable, accounts receivable, AND loan DOCUMENTS, as well as Financial Reports, Capital Accounts, AND Adjusted Capital Accounts.

**REQUEST FOR PRODUCTION NO. 9**

DOCUMENTS that RELATE TO ANY contacts OR COMMUNICATIONS YOU have had with PERSONS currently OR formerly residing OR domiciled in California; businesses (including without limitation, Internet search engines providers such as Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service providers, computer equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed, based, OR incorporated in California; AND universities, colleges, high schools located in California, including without limitation, letters, emails, advertising materials, business solicitations, business contacts, telephonic conversations, facsimile transmissions, AND trips to California.

**REQUEST FOR PRODUCTION NO. 10**

DOCUMENTS sufficient to show, on a monthly basis, how many USERS OF STUDIVZ have been registered on www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net since October 2005, AND how many of those USERS OF STUDIVZ are residents of California.

**REQUEST FOR PRODUCTION NO. 11**

DOCUMENTS sufficient to show the number AND amount of accounts receivable owed YOU by California residents, including PERSONS AND entities, as well as the goods AND services for which the individual accounts receivable are owed to.

**REQUEST FOR PRODUCTION NO. 12**

DOCUMENTS sufficient to show ALL of YOUR current AND former personal OR real property currently OR previously located in California.

**REQUEST FOR PRODUCTION NO. 13**

ALL contracts involving YOU in which California law governs.

**REQUEST FOR PRODUCTION NO. 14**

ALL DOCUMENTS RELATED TO instances when YOU accessed FACEBOOK website, www.facebook.com OR www.thefacebook.com.

**REQUEST FOR PRODUCTION NO. 15**

IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business in California.

**REQUEST FOR PRODUCTION NO. 16**

ALL DOCUMENTS RELATED TO the services provided by www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net to USERS OF STUDIVZ, including how they are provided.

**REQUEST FOR PRODUCTION NO. 17**

ALL DOCUMENTS RELATED TO ANY transaction OR transactions whereby HOLTZBRINCK VENTURES GmBH invested in, gave money to, OR obtained an interest in STUDIVZ, including filings AND communications.

**REQUEST FOR PRODUCTION NO. 18**

ALL DOCUMENTS RELATED TO current AND former directors, officers, employees, AND agents of HOLTZBRINCK VENTURES GmBH, including DOCUMENTS RELATED TO dates in these positions, duties, authorities, AND responsibilities.

**REQUEST FOR PRODUCTION NO. 19**

ALL DOCUMENTS RELATED TO YOUR promotions AND marketing activities directed, at least in part, at California residents.

**REQUEST FOR PRODUCTION NO. 20**

DOCUMENTS sufficient to identify ALL of YOUR business relationships with, OR financial interests in, businesses incorporated, located, based, OR with facilities OR offices located in California, including the nature of each relationship, including the name of each business, whether each business is incorporated, located, based OR has facilities OR offices

1  located in California, AND the nature of the relationship, including ANY goods OR services

2  provided.

3  **REQUEST FOR PRODUCTION NO. 21**

4  DOCUMENTS sufficient to show the ownership of STUDIVZ, including without

5  limitation PERSON'S names, amounts they contributed OR invested, AND their percent

6  ownership OR control on a by-PERSON basis.

7  **REQUEST FOR PRODUCTION NO. 22**

8  ALL DOCUMENTS RELATED TO universities, colleges, high schools, AND institutes

9  of higher learning located in California at which STUDIVZ provides OR provided services

10  including without limitation access to www.studivz.net, www.meinvz.net, www.studiqg.fr,

11  www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net, including

12  without limitation University of California (ALL campuses), California State University (ALL

13  campuses), as well as the USERS OF STUDIVZ using email domains (*e.g.*, name@stanford.edu)

14  from those universities, colleges, high schools, AND institutes of higher learning.

15  **REQUEST FOR PRODUCTION NO. 23**

16  ALL versions of COMPUTER CODE YOU wrote, programmed OR helped develop that

17  RELATES TO www.studivz.net, www.schuelervz.net, www.meinvz.net, www.studiqg.fr,

18  www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net.

19  **REQUEST FOR PRODUCTION NO. 24**

20  A copy of ALL executable versions of COMPUTER CODE YOU use, used, developed

21  OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr,

22  www.studiln.it, www.estudiln.net, www.studentix.pl AND www.schuelervz.net.

23  **REQUEST FOR PRODUCTION NO. 25**

24  ALL COMMUNICATIONS that RELATES TO FACEBOOK, its website, OR the servers

25  it uses, used, accesses OR accessed.

26  **REQUEST FOR PRODUCTION NO. 26**

27  ALL COMMUNICATIONS that RELATES TO OR REFERS TO FACEBOOK.

28

1    **REQUEST FOR PRODUCTION NO. 27**

2       A copy of ALL versions of COMPUTER CODE (including, without limitation, source

3    code, object code and scripts) YOU wrote, which YOU used, OR use OR for which YOU paid

4    that was designed to extract information from any website, including thefacebook.com OR

5    facebook.com.

6    **REQUEST FOR PRODUCTION NO. 28**

7       ALL DOCUMENTS related to any account YOU created to access any Facebook website,

8    including thefacebook.com AND facebook.com.

9    **REQUEST FOR PRODUCTION NO. 29**

10       ALL COMMUNICATIONS OR DOCUMENTS concerning or that RELATE TO the use

11    of any server, including proxy server, to access FACEBOOK's server(s) OR website(s).

12    **REQUEST FOR PRODUCTION NO. 30**

13       ALL DOCUMENTS reflecting, associated with, OR that RELATE TO any of YOUR

14    responses to Interrogatories in this action.

15

16

17    Dated: October 14, 2008            ORRICK, HERRINGTON & SUTCLIFFE LLP

18

19

20                               WARRINGTON S. PARKER III

                                  Attorneys for Plaintiff

21                                   FACEBOOK, INC.

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 14, 2008, I served the within document(s):

**FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HOLTZBRINCK VENTURES GmBH RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 14, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 14, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X**    By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

| | |
|---|---|
| Stephen S. Smith<br>William Mielke Walker<br>**GREENBERG GLUSKER FIELDS**<br>**CLAMAN & MACHTINGER LLP**<br>1900 Avenue of the Stars<br>Los Angeles , CA 90067<br>Tel: 310-553-3610<br>Fax: 310-553-0687<br>email: wwalker@greenbergglusker.com | **Attorney for Defendants**<br>**STUDIVZ LTD., HOLTZBRINCK**<br>**NETWORKS GmBH, HOTZBRINCK**<br>**VENTURES GmBH** |

Executed on October 14, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin

PROOF OF SERVICE

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025
   Telephone:  +1-650-614-7400
6  Facsimile:  +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
11

12 Attorneys for Plaintiff
   FACEBOOK, INC.

RECEIVED

OCT 15 2008

13

14                UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                     SAN JOSE DIVISION

17

| | |
|---|---|
| 18  FACEBOOK, INC., | Case No.  5:08-cv-03468 JF |
| 19             Plaintiff, | **FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HOTLZBRINCK NETWORKS GmBH RELATING TO PERSONAL JURISDICTION** |
| 20      v. | |
| 21  STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, | |
| 22             Defendants. | |
| 23 | |

24          YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of

25  Civil Procedure, to respond to the following requests for production separately and fully, in

26  writing, and under penalty of perjury, within thirty (30) days after service or whatever date is

27  ordered by the Court, whichever is sooner.

28

10-14

# DEFINITIONS

A.    "ANY" shall be understood to include and encompass "ALL." As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request ALL DOCUMENTS or things that might otherwise be construed to be outside its scope.

B.    The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C.    "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D.    "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E.    As used herein, the term "DOCUMENT" means the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to all materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure. The word "Document" includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, recorded voice mail messages and any other information stored magnetically, optically or electronically.

OHS West:260489514.1

F.    "COMMUNICATION" as used herein means any contact, oral or documentary, formal or informal, at any place or under any circumstances whatsoever whereby information of any nature is transmitted or transferred, including without limitation, any note, memorandum or other record thereof, or a single person seeing or hearing any information by any means.

G.    "HOTLZBRINCK NETWORKS GmBH," "YOU," "YOUR," means defendant Holtzbrinck Networks GmBH and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf.

H.    "STUDIVZ" means defendant StudiVZ, Ltd. and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

I.    "FACEBOOK" means, without limitation, Facebook, Inc. (formerly TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions, officers, directors, trustees, employees, staff members, agents, counsel, representatives, consultants, AND ALL PERSONS acting or purporting to act on its behalf.

J.    "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use the services provided by STUDIVZ, including without limitation, those provided at the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

K.    "USERS OF FACEBOOK" means, without limitation, PERSONS registered to use the services provided by FACEBOOK at www.facebook.com and, previously, www.thefacebook.com.

L.    "COMPUTER CODE" means scripts, programs, or other code that YOU use or used or developed or in any way participated or assisted in the development thereof, in any computer language (such as "PHP" or "Perl").

**INSTRUCTIONS**

A.  In responding to the following requests, you are required to provide ALL DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from YOUR own personal files.

B.  If YOU object to any of the requests, YOU must state the grounds for any objection(s). If YOU object to only part of a request, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the request.

C.  If YOU object to the production of any document on the grounds that it is protected from disclosure by the attorney-client privilege, work-product doctrine, or any other privilege, YOU are requested to identify each document for which the privilege is claimed and give ALL information required by applicable case law, including but not limited to the following:

        a.  the name of the writer, sender, or initiator of each copy of the document;

        b.  the name of the recipient, addressee, or party to whom any copy of the document was sent;

        c.  the date of each copy of the document, if any, or an estimate of its date;

        d.  a statement of the basis for the claim of privilege; and

        e.  description of the document sufficient for the Court to rule on the applicability and appropriateness of the claimed privilege.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

ALL DOCUMENTS that RELATE TO ANY contracts OR agreements between YOU AND ANY business licensed, located, based, OR incorporated in California OR ANY PERSON currently OR formerly residing OR domiciled in California.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS that RELATE TO ANY USER OF STUDIVZ residing OR domiciled in California, including ALL COMMUNICATIONS.

**REQUEST FOR PRODUCTION NO. 3**

ALL DOCUMENTS that RELATE TO ANY COMMUNICATION between YOU AND FACEBOOK.

**REQUEST FOR PRODUCTION NO. 4**

DOCUMENTS sufficient to IDENTIFY the number AND amount of sales of goods AND services sold OR provided by YOU to current OR former California residents, including PERSONS, businesses, AND USERS of STUDIVZ.

**REQUEST FOR PRODUCTION NO. 5**

DOCUMENTS THAT RELATE TO the relationship of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH to OR with STUDIVZ, including without limitation, the investments of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH, in, AND control OR influence over STUDIVZ.

**REQUEST FOR PRODUCTION NO. 6**

DOCUMENTS sufficient to describe in detail the organizational structure of HOTLZBRINCK NETWORKS GmBH from its creation until the present, including DOCUMENTS sufficient to identify ALL shareholders, officers, employees, investors, AND directors.

**REQUEST FOR PRODUCTION NO. 7**

DOCUMENTS that RELATE TO HOTLZBRINCK NETWORKS GmBH's business OR corporate records, including without limitation, meeting minutes, Articles of Incorporation, operating agreements, stock agreements, AND ANY DOCUMENTS that RELATE TO HOTLZBRINCK NETWORKS GmBH's observance of corporate formalities, as well as Units, Capital Accounts, AND Management Reports

////

////

////

**REQUEST FOR PRODUCTION NO. 8**

DOCUMENTS that RELATE TO HOTLZBRINCK NETWORKS GmBH's financial history, including without limitation, financial reports, profit/loss statements, budgets, financial planning DOCUMENTS, accounts payable, accounts receivable, AND loan DOCUMENTS, as well as Financial Reports, Capital Accounts, AND Adjusted Capital Accounts.

**REQUEST FOR PRODUCTION NO. 9**

DOCUMENTS that RELATE TO ANY contacts OR COMMUNICATIONS YOU have had with PERSONS currently OR formerly residing OR domiciled in California; businesses (including without limitation, Internet search engines providers such as Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service providers, computer equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed, based, OR incorporated in California; AND universities, colleges, high schools located in California, including without limitation, letters, emails, advertising materials, business solicitations, business contacts, telephonic conversations, facsimile transmissions, AND trips to California.

**REQUEST FOR PRODUCTION NO. 10**

DOCUMENTS sufficient to show, on a monthly basis, how many USERS OF STUDIVZ have been registered on www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net since October 2005, AND how many of those USERS OF STUDIVZ are residents of California.

**REQUEST FOR PRODUCTION NO. 11**

DOCUMENTS sufficient to show the number AND amount of accounts receivable owed YOU by California residents, including PERSONS AND entities, as well as the goods AND services for which the individual accounts receivable are owed to.

**REQUEST FOR PRODUCTION NO. 12**

DOCUMENTS sufficient to show ALL of YOUR current AND former personal OR real property currently OR previously located in California.

1  **REQUEST FOR PRODUCTION NO. 13**

2       ALL contracts involving YOU in which California law governs.

3  **REQUEST FOR PRODUCTION NO. 14**

4       ALL DOCUMENTS RELATED TO instances when YOU accessed FACEBOOK

5  website, www.facebook.com OR www.thefacebook.com.

6  **REQUEST FOR PRODUCTION NO. 15**

7       IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

8  in California.

9  **REQUEST FOR PRODUCTION NO. 16**

10      ALL DOCUMENTS RELATED TO the services provided by www.studivz.net,

11  www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND

12  www.schuelervz.net to USERS OF STUDIVZ, including how they are provided.

13  **REQUEST FOR PRODUCTION NO. 17**

14      ALL DOCUMENTS RELATED TO ANY transaction OR transactions whereby

15  HOTLZBRINCK NETWORKS GmBH invested in, gave money to, OR obtained an interest in

16  STUDIVZ, including filings AND communications.

17  **REQUEST FOR PRODUCTION NO. 18**

18      ALL DOCUMENTS RELATED TO current AND former directors, officers, employees,

19  AND agents of HOTLZBRINCK NETWORKS GmBH, including DOCUMENTS RELATED

20  TO dates in these positions, duties, authorities, AND responsibilities.

21  **REQUEST FOR PRODUCTION NO. 19**

22      ALL DOCUMENTS RELATED TO YOUR promotions AND marketing activities

23  directed, at least in part, at California residents.

24  **REQUEST FOR PRODUCTION NO. 20**

25      DOCUMENTS sufficient to identify ALL of YOUR business relationships with, OR

26  financial interests in, businesses incorporated, located, based, OR with facilities OR offices

27  located in California, including the nature of each relationship, including the name of each

28  business, whether each business is incorporated, located, based OR has facilities OR offices

1 | located in California, AND the nature of the relationship, including ANY goods OR services
2 | provided.

## REQUEST FOR PRODUCTION NO. 21

DOCUMENTS sufficient to show the ownership of STUDIVZ, including without limitation PERSON'S names, amounts they contributed OR invested, AND their percent ownership OR control on a by-PERSON basis.

## REQUEST FOR PRODUCTION NO. 22

ALL DOCUMENTS RELATED TO universities, colleges, high schools, AND institutes of higher learning located in California at which STUDIVZ provides OR provided services including without limitation access to www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net, including without limitation University of California (ALL campuses), California State University (ALL campuses), as well as the USERS OF STUDIVZ using email domains (*e.g.*, name@stanford.edu) from those universities, colleges, high schools, AND institutes of higher learning.

## REQUEST FOR PRODUCTION NO. 23

ALL versions of COMPUTER CODE YOU wrote, programmed OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net

## REQUEST FOR PRODUCTION NO. 24

A copy of ALL executable versions of COMPUTER CODE YOU use, used, developed OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net.

## REQUEST FOR PRODUCTION NO. 25

ALL COMMUNICATIONS that RELATES TO FACEBOOK, its website, OR the servers it uses, used, accesses OR accessed.

## REQUEST FOR PRODUCTION NO. 26

ALL COMMUNICATIONS that RELATES TO OR REFERS TO FACEBOOK.

**REQUEST FOR PRODUCTION NO. 27**

A copy of ALL versions of COMPUTER CODE (including, without limitation, source code, object code and scripts) YOU wrote, which YOU used, OR use OR for which YOU paid that was designed to extract information from any website, including thefacebook.com OR facebook.com.

**REQUEST FOR PRODUCTION NO. 28**

ALL DOCUMENTS related to any account YOU created to access any Facebook website, including thefacebook.com AND facebook.com.

**REQUEST FOR PRODUCTION NO. 29**

ALL COMMUNICATIONS OR DOCUMENTS concerning or that RELATE TO the use of any server, including proxy server, to access FACEBOOK's server(s) OR website(s).

**REQUEST FOR PRODUCTION NO. 30**

ALL DOCUMENTS reflecting, associated with, OR that RELATE TO any of YOUR responses to Interrogatories in this action.

Dated: October 14, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

WARRINGTON S. PARKER III
Attorneys for Plaintiff
FACEBOOK, INC.

1

## PROOF OF SERVICE

2

3          I am a resident of the State of California and over the age of eighteen years, and

not a party to the within action.  On October 14, 2008, I served the within document(s):

4

5          **FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO
           DEFENDANT HOTLZBRINCK NETWORKS GmBH RELATING TO PERSONAL**
6          **JURISDICTION**

7              By placing the document(s) listed above in a sealed envelope with postage thereon
8              fully prepaid, in the United States mail at San Francisco, California addressed as set
               forth below on October 14, 2008.
9
               By transmitting via facsimile the document(s) listed above to the fax number(s) set
10             forth below before 5:00 p.m. on October 14, 2008.

11             By causing personal delivery by WESTERN MESSENGER of the document(s)
12             listed above to the person(s) at the address(es) set forth below.

13             By personally delivering the document(s) listed above to the person(s) at the
               address(es) set forth below.
14

15    X        By placing a true and correct copy of the document(s) in a Federal Express envelope
               addressed as set forth below and then sealing the envelope, affixing a pre-paid
16             Federal Express air bill, and causing the envelope to be delivered to a Federal
               Express agent for delivery.

17

18    Stephen S. Smith                          **Attorney for Defendants**
      William Mielke Walker                     **STUDIVZ LTD., HOLTZBRINCK**
19    **GREENBERG GLUSKER FIELDS**              **NETWORKS GmBH, HOTZBRINCK**
      **CLAMAN & MACHTINGER LLP**               **VENTURES GmBH**
20    1900 Avenue of the Stars
      Los Angeles , CA 90067
21    Tel: 310-553-3610
      Fax: 310-553-0687
22    email: wwalker@greenbergglusker.com

23             Executed on October 14, 2008, at San Francisco, California.

24             I declare under penalty of perjury under the laws of the United States that the

25    foregoing is true and correct.

26

27

28                                             _____
                                               Anne Devlin

      OHS West:260530813.1                                              PROOF OF SERVICE

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759

11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17

| | |
|---|---|
| 18  FACEBOOK, INC., | Case No. 5:08-cv-03468 JF |
| 19              Plaintiff, | **FACEBOOK, INC.'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT STUDIVZ LTD. RELATING TO PERSONAL JURISDICTION** |
| 20         v. | |
| 21  STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, | |
| 22              Defendants. | |
| 23 | |

24          Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Facebook, Inc. ("Facebook")

25 hereby propounds the following interrogatories to be answered, under oath, by an officer or agent

26 of Defendant StudiVZ Ltd., within 30 days after service of these interrogatories, or whatever date

27 is ordered by the Court, whichever is sooner, as required by Federal Rule of Civil Procedure 33.

28

# DEFINITIONS

A.     "ANY" shall be understood to include and encompass "ALL." As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request all documents or things that might otherwise be construed to be outside its scope.

B.     The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C.     "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D.     "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E.     The term "DOCUMENT" means the original and each non-identical copy of ANY written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to, ALL materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of the term "Writing" as defined in California Code of Evidence sections 250, 255, and 260, AND ALL materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure. DOCUMENT includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, ANY other computer media,

1  recorded voice mail messages and ANY other information stored magnetically, optically or

2  electronically.

3      F.      "COMMUNICATION" as used herein means any contact, oral or documentary,

4  formal or informal, at any place or under any circumstances whatsoever whereby information of

5  any nature is transmitted or transferred, including without limitation, any note, memorandum or

6  other record thereof, or a single person seeing or hearing any information by any means.

7      G.      "STUDIVZ," "YOU," "YOUR," means defendant StudiVZ, Ltd. and its directors,

8  officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees,

9  investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf,

10  OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis

11  Bemmann.

12      H.      "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

13  TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

14  officers, directors, trustees, employees, staff members, agents, counsel, representatives,

15  consultants, AND ALL PERSONS acting or purporting to act on its behalf.

16      I.      "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

17  the services provided by STUDIVZ, including without limitation, those provided at the

18  www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website,

19  www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website and the

20  www.schuelervz.net website.

21      J.      "USERS OF FACEBOOK" means, without limitation, PERSONS registered to

22  use the services provided by FACEBOOK at www.facebook.com and, previously,

23  www.thefacebook.com.

24                          **INSTRUCTIONS**

25      1.      If YOU object to any of the interrogatories herein on a privilege ground, state the

26  privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so

27  that the Court can adjudicate the validity of the claim.

28

2.    "IDENTIFY," when used with respect to a natural person, means state the name, current telephone number and current home or business address of the person(s). If current information is not available, please provide the last available information regarding the person(s).

3.    "IDENTIFY," and all variants including "IDENTITY" when used with respect to any entity, means state the name, place and date of incorporation or organization, principal place of business, and the identity of all natural persons having knowledge of the matter with respect to which it is named in an answer to an interrogatory.

4.    To "IDENTIFY" a document means:

    a.    to refer to the document's identification or exhibit number if the document has been previously produced or used in discovery or to attach a true copy of the document to the interrogatory answers and to state the document's title and date, or if unknown, the approximate date of creation;

    b.    to identify each person who signed or participated in the preparation of the document;

    c.    to identify each person who is an addressee, including each person to whom a copy was to be sent or who received a copy of the document;

    d.    to summarize the subject matter of the document;

    e.    to provide the present location of the document and the identity of the custodian of the original and each copy thereof; and

    f.    if the document no longer exists, to give the date on which it was destroyed, the identity of the person who destroyed it, and the person under whose authority it was destroyed.

5.    "IDENTIFY" a circumstance, occurrence or event, means to describe it in detail, including date, time, surrounding circumstances, PERSONS involved OR present, reasons, effects, results, where AND how it occurred, AND what occurred.

6.    In answering the following interrogatories, YOU are required to provide ALL information that is available to YOU within YOUR control, including information in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians

1  or any other person acting on YOUR behalf, and not merely information from YOUR own
2  personal knowledge.

3      7.    If YOU cannot answer any interrogatory in full, answer to the extent YOU are able
4  to do so, state the reason for YOUR inability to answer further, and state the knowledge or
5  information available to YOU concerning the unanswered portion.

6      8.    If YOU object to any of the interrogatories, YOU must state the grounds for any
7  objection(s). If YOU object to only part of an interrogatory, YOU must state the objection and
8  the grounds for any objection(s) and respond to the remainder of the interrogatory.

9      9.    Each answer should be preceded by a reiteration of the full interrogatory to which
10  it responds.

11      10.   For each interrogatory, IDENTIFY ALL persons who provided information or
12  otherwise assisted in preparing YOUR response.

13                          **INTERROGATORIES**

14  **INTERROGATORY NO. 1:**

15      Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU
16  have had with PERSONS (including without limitation, USERS OF STUDIVZ AND USERS OF
17  FACEBOOK) currently OR formerly residing OR domiciled in California. In doing so,
18  IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event
19  occurred, AND the subject matter of the contact OR COMMUNICATION.

20  **INTERROGATORY NO. 2:**

21      Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU
22  have had with businesses (including without limitation, Internet search engines providers such as
23  Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service
24  providers, computer equipment providers, YOUR licensors AND licensees) currently OR
25  formerly located, licensed, based, OR incorporated in California. In doing so, IDENTIFY the
26  PERSONS contacted, the location AND time where any such contact OR event occurred, AND
27  the subject matter of the contact OR COMMUNICATION.

28

**INTERROGATORY NO. 3:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with universities AND colleges located in California, including without limitation, letters, emails, advertising materials, business solicitations, business contacts, telephonic conversations, facsimile transmissions. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 4:**

Describe in detail AND IDENTIFY ALL of YOUR trips to California. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 5:**

IDENTIFY, on a monthly basis, how many USERS OF STUDIVZhave been registered at the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website since October 2005, AND how many of those USERS OF STUDIVZ are residents of, OR PERSONS domiciled in, California.

**INTERROGATORY NO. 6:**

IDENTIFY the number AND amount of accounts receivable owed YOU by PERSONS that, OR who, are California residents OR PERSONS domiciled in California. In doing so, IDENTIFY the goods AND services for which the individual accounts receivable are owed.

**INTERROGATORY NO. 7:**

IDENTIFY ALL instances in which YOU have been in California, including without limitation, business, trips, OR recreational trips; living, residing OR domiciling in California; AND flying OR driving to OR through California. In doing so, IDENTIFY the dates of ALL occurrences AND the length of the stay in California.

**INTERROGATORY NO. 8:**

IDENTIFY ALL of YOUR current AND former personal OR real property currently OR

1   previously located in California.

2   **INTERROGATORY NO. 9:**

3         IDENTIFY ALL contracts AND agreements involving YOU in which California law

4   governs AND/OR in which the parties to the contract OR agreement agreed as to the jurisdiction

5   of California state courts AND/OR United States federal courts located in California.

6   **INTERROGATORY NO. 10:**

7         IDENTIFY occurrences when YOU AND/OR ANY PERSON on YOUR behalf,

8   including without limitation, Ehssan Dariani and Dennis Bemman, accessed the website,

9   www.facebook.com OR www.thefacebook.com, AND the purposes of each access, including

10  without limitation, ANY COMMUNICATIONS that RELATE TO ANY of the occurrences AND

11  IDENTIFY the USER OF FACEBOOK OR registrant accounts OR email addresses used to

12  access the facebook.com website.

13  **INTERROGATORY NO. 11:**

14        IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

15  in California.

16  **INTERROGATORY NO. 12:**

17        IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities,

18  offices, OR personnel were located in California.

19  **INTERROGATORY NO. 13:**

20        IDENTIFY the services provided through the www.studivz.net website, the

21  www.meinvz.net website,  the www.studiqg.fr website, www.studiln.it website, the

22  www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website

23  to USERS OF STUDIVZ, including without limitation, how the services are provided.

24  **INTERROGATORY NO. 14:**

25        IDENTIFY ALL USERS OF FACEBOOK employed by OR formerly employed by YOU,

26  including including without limitation, any PERSONS who are OR were full-time or part-time

27  employees, independent contractor or agents of YOU, AND their respective email addresses.

28

**INTERROGATORY NO. 15:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.studivz.net website, including without limitation, the location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**INTERROGATORY NO. 16:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website, including without limitation, the location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**INTERROGATORY NO. 17:**

IDENTIFY current AND former directors, officers, employees, AND agents of STUDIVZ, including without limitation, dates in these positions, duties, job descriptions, authorities, AND responsibilities.

**INTERROGATORY NO. 18:**

IDENTIFY ALL of YOUR advertising, promotions AND marketing activities directed, at least in part, at California residents.

**INTERROGATORY NO. 19:**

IDENTIFY ALL of YOUR business relationships with, OR financial interests in, businesses currently OR formerly incorporated, licensed, located, based, OR with facilities OR offices located in California, including without limitation, the nature of each relationship, the IDENTITY of each business, AND whether each business is incorporated, licensed, located, based OR has facilities OR offices located in California.

**INTERROGATORY NO. 20:**

IDENTIFY ALL reasons why defending this lawsuit in California would burden YOU.

**INTERROGATORY NO. 21:**

IDENTIFY the ownership of STUDIVZ, including without limitation, PERSON'S names, amounts they contributed OR invested, AND their percent ownership OR control (including

1  without limitation, Capital Contributions, Percent Interest, Equity Units, Non-Equity Units,

2  Voting Units) on a by-PERSON basis.

3  **INTERROGATORY NO. 22:**

4       IDENTIFY the location of YOUR offices, facilities, server/equipment locations.

5  **INTERROGATORY NO. 23:**

6       IDENTIFY ALL universities, colleges AND institutes of higher learning located in

7  California at which STUDIVZ provides OR provided services including without limitation,

8  access to the www.studivz.net website, the www.meinvz.net website,  the www.studiqg.fr

9  website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website

10 AND the www.schuelervz.net website, including without limitation University of California (all

11 campuses), California State University (all campuses), as well as the USERS OF STUDIVZ using

12 email domains (*e.g.*, name@stanford.edu) from those universities, colleges, high schools, AND

13 institutes of higher learning.

14

15 Dated: October 14, 2008                        ORRICK, HERRINGTON & SUTCLIFFE LLP

16

17

18                                               WARRINGTON S. PARKER III
                                                 Attorneys for Plaintiff
19                                               FACEBOOK, INC.

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 14, 2008, I served the within document(s):

**FACEBOOK, INC.'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT STUDIVZ LTD. RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 14, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 14, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X** By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

| | |
|---|---|
| Stephen S. Smith<br>William Mielke Walker<br>**GREENBERG GLUSKER FIELDS**<br>**CLAMAN & MACHTINGER LLP**<br>1900 Avenue of the Stars<br>Los Angeles , CA 90067<br>Tel: 310-553-3610<br>Fax: 310-553-0687<br>email: wwalker@greenbergglusker.com | **Attorney for Defendants**<br>**STUDIVZ LTD., HOLTZBRINCK**<br>**NETWORKS GmBH, HOTZBRINCK**<br>**VENTURES GmBH** |

Executed on October 14, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin

OHS West:260530813.1

PROOF OF SERVICE

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
11

12 Attorneys for Plaintiff
   FACEBOOK, INC.

RECEIVED

OCT 15 2008

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17

18  FACEBOOK, INC.,                    Case No.  5:08-cv-03468 JF

19            Plaintiff,               **FACEBOOK, INC.'S FIRST SET OF**
                                       **SPECIAL INTERROGATORIES TO**
20       v.                            **DEFENDANT HOLTZBRINCK**
                                       **VENTURES GmBH RELATING TO**
21  STUDIVZ LTD., HOTLZBRINCK          **PERSONAL JURISDICTION**
    NETWORKS GmBH, HOLTZBRINCK
22  VENTURES GmBH, and DOES 1-25,

23            Defendants.

24        Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Facebook, Inc. ("Facebook")

25  hereby propounds the following interrogatories to be answered, under oath, by an officer or agent

26  of Defendant Holtzbrinck Ventures GmBH, within 30 days after service of these interrogatories,

27  or whatever date is ordered by the Court, whichever is sooner, as required by Federal Rule of

28

1 Civil Procedure 33.

2 **<u>DEFINITIONS</u>**

3   A.   "ANY" shall be understood to include and encompass "ALL." As used herein, the
4 singular shall always include the plural and the present tense shall also include the past tense.
5 The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary
6 to bring within the scope of this request all documents or things that might otherwise be construed
7 to be outside its scope.

8   B.   The terms "PERSON" and "PERSONS" mean both natural persons and legal
9 entities, including without limitation, corporations, companies, firms, partnerships, joint ventures,
10 proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise,
11 references to any person, entity or party herein include its, his, or her agents, attorneys,
12 employees, employers, officers, directors, or others acting on or purporting to act on behalf of
13 said person, entity, or party.

14   C.   "EVIDENCE" or any variant thereof, including but not limited to
15 "EVIDENCING," when used in connection with any document, shall be understood to apply if
16 the document directly or indirectly mentions, discusses, constitutes, concerns, supports
17 contradicts, relates to, refers to, or in any other way deals with the subject matter described in the
18 request in which the term appears.

19   D.   "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to,
20 material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise
21 concerning in any manner whatsoever the subject matter of the inquiry.

22   E.   The term "DOCUMENT" means the original and each non-identical copy of ANY
23 written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in
24 whatever form, whether in final or draft, including but not limited to, ALL materials that
25 constitute "writings" or "recordings" or "photographs" within the broadest meaning of the term
26 "Writing" as defined in California Code of Evidence sections 250, 255, and 260, AND ALL
27 materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal
28 Rules of Civil Procedure. DOCUMENT includes, without limitation, printed matter, electronic

1    mail, materials stored on computer hard drives, diskettes, tapes, ANY other computer media,

2    recorded voice mail messages and ANY other information stored magnetically, optically or

3    electronically.

4         F.     "COMMUNICATION" as used herein means any contact, oral or documentary,

5    formal or informal, at any place or under any circumstances whatsoever whereby information of

6    any nature is transmitted or transferred, including without limitation, any note, memorandum or

7    other record thereof, or a single person seeing or hearing any information by any means.

8         G.     "COMMUNICATION" as used herein means any contact, oral or documentary,

9    formal or informal, at any place or under any circumstances whatsoever whereby information of

10    any nature is transmitted or transferred, including without limitation, any note, memorandum or

11    other record thereof, or a single person seeing or hearing any information by any means.

12         H.     "HOTLZBRINCK VENTURES GmBH," "YOU," "YOUR," means defendant

13    Verlagsgruppe Georg Von Holtzbrinck GmBH and its directors, officers, parents, subsidiaries,

14    predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND

15    ALL other persons and entities representing it acting on its behalf, OR purporting to act on its

16    behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

17         I.     "FACEBOOK" means, without limitation, Facebook, Inc. (formerly

18    TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions,

19    officers, directors, trustees, employees, staff members, agents, counsel, representatives,

20    consultants, AND ALL PERSONS acting or purporting to act on its behalf.

21         J.     "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use

22    the services provided by STUDIVZ, including without limitation, those provided at the

23    www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website,

24    www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website and the

25    www.schuelervz.net website.

26         K.     "USERS OF FACEBOOK" means, without limitation, PERSONS registered to

27    use the services provided by FACEBOOK at www.facebook.com and, previously,

28    www.thefacebook.com.

<u>**INSTRUCTIONS**</u>

1.    If YOU object to any of the interrogatories herein on a privilege grounds, state the privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so that the Court can adjudicate the validity of the claim.

2.    "IDENTIFY," when used with respect to a natural person, means state the name, current telephone number and current home or business address of the person(s). If current information is not available, please provide the last available information regarding the person(s).

3.    "IDENTIFY," and all variants including "IDENTITY" when used with respect to any entity, means state the name, place and date of incorporation or organization, principal place of business, and the identity of all natural persons having knowledge of the matter with respect to which it is named in an answer to an interrogatory.

4.    To "IDENTIFY" a document means:

    a.    to refer to the document's identification or exhibit number if the document has been previously produced or used in discovery or to attach a true copy of the document to the interrogatory answers and to state the document's title and date, or if unknown, the approximate date of creation;

    b.    to identify each person who signed or participated in the preparation of the document;

    c.    to identify each person who is an addressee, including each person to whom a copy was to be sent or who received a copy of the document;

    d.    to summarize the subject matter of the document;

    e.    to provide the present location of the document and the identity of the custodian of the original and each copy thereof; and

    f.    if the document no longer exists, to give the date on which it was destroyed, the identity of the person who destroyed it, and the person under whose authority it was destroyed.

OHS West:260487345.1

5. "IDENTIFY" a circumstance, occurrence or event, means to describe it in detail, including date, time, surrounding circumstances, PERSONS involved OR present, reasons, effects, results, where AND how it occurred, AND what occurred.

6. In answering the following interrogatories, YOU are required to provide ALL information that is available to YOU within YOUR control, including information in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely information from YOUR own personal knowledge.

7. If YOU cannot answer any interrogatory in full, answer to the extent YOU are able to do so, state the reason for YOUR inability to answer further, and state the knowledge or information available to YOU concerning the unanswered portion.

8. If YOU object to any of the interrogatories, YOU must state the grounds for any objection(s). If YOU object to only part of an interrogatory, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the interrogatory.

9. Each answer should be preceded by a reiteration of the full interrogatory to which it responds.

10. For each interrogatory, IDENTIFY ALL persons who provided information or otherwise assisted in preparing YOUR response.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with PERSONS (including without limitation, USERS OF STUDIVZ AND USERS OF FACEBOOK) currently OR formerly residing OR domiciled in California. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 2:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with businesses (including without limitation, Internet search engines providers such as

Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service providers, computer equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed, based, OR incorporated in California. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 3:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with universities AND colleges located in California, including without limitation, letters, emails, advertising materials, business solicitations, business contacts, telephonic conversations, facsimile transmissions. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 4:**

Describe in detail AND IDENTIFY ALL of YOUR trips to California. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 5:**

IDENTIFY, on a monthly basis, how many USERS OF STUDIVZ have been registered at the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website since October 2005, AND how many of those USERS OF STUDIVZ are residents of, OR PERSONS domiciled in, California.

**INTERROGATORY NO. 6:**

IDENTIFY the number AND amount of accounts receivable owed YOU by PERSONS that, OR who, are California residents OR PERSONS domiciled in California. In doing so, IDENTIFY the goods AND services for which the individual accounts receivable are owed.

**INTERROGATORY NO. 7:**

IDENTIFY ALL instances in which YOU have been in California, including without

1  limitation, business, trips, OR recreational trips; living, residing OR domiciling in California;

2  AND flying OR driving to OR through California. In doing so, IDENTIFY the dates of ALL

3  occurrences AND the length of the stay in California.

4  **INTERROGATORY NO. 8:**

5      IDENTIFY ALL of YOUR current AND former personal OR real property currently OR

6  previously located in California.

7  **INTERROGATORY NO. 9:**

8      IDENTIFY ALL contracts AND agreements involving YOU in which California law

9  governs AND/OR in which the parties to the contract OR agreement agreed as to the jurisdiction

10  of California state courts AND/OR United States federal courts located in California.

11  **INTERROGATORY NO. 10:**

12      IDENTIFY occurrences when YOU AND/OR ANY PERSON on YOUR behalf,

13  including without limitation, Ehssan Dariani and Dennis Bemman, accessed the website,

14  www.facebook.com OR www.thefacebook.com, AND the purposes of each access, including

15  without limitation, ANY COMMUNICATIONS that RELATE TO ANY of the occurrences AND

16  IDENTIFY the USER OF FACEBOOK OR registrant accounts OR email addresses used to

17  access the facebook.com website.

18  **INTERROGATORY NO. 11:**

19      IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

20  in California.

21  **INTERROGATORY NO. 12:**

22      IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities,

23  offices, OR personnel were located in California.

24  **INTERROGATORY NO. 13:**

25      IDENTIFY the services provided through the www.studivz.net website, the

26  www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the

27  www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website

28  to USERS OF STUDIVZ, including without limitation, how the services are provided.

**INTERROGATORY NO. 14:**

IDENTIFY ALL USERS OF FACEBOOK employed by OR formerly employed by YOU, including including without limitation, any PERSONS who are OR were full-time or part-time employees, independent contractor or agents of YOU, AND their respective email addresses.

**INTERROGATORY NO. 15:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.studivz.net website, including without limitation, location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**INTERROGATORY NO. 16:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website, including without limitation, location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**INTERROGATORY NO. 17:**

IDENTIFY current AND former directors, officers, employees, AND agents of STUDIVZ, including without limitation, dates in these positions, duties, job descriptions, authorities, AND responsibilities.

**INTERROGATORY NO. 18:**

IDENTIFY ALL of YOUR advertising, promotions AND marketing activities directed, at least in part, at California residents.

**INTERROGATORY NO. 19:**

IDENTIFY ALL of YOUR business relationships with, OR financial interests in, businesses currently OR formerly incorporated, licensed, located, based, OR with facilities OR offices located in California, including without limitation, the nature of each relationship, the IDENTITY of each business, AND whether each business is incorporated, licensed, located, based OR has facilities OR offices located in California.

1    **INTERROGATORY NO. 20:**

2       IDENTIFY ALL reasons why defending this lawsuit in California would burden YOU.

3    **INTERROGATORY NO. 21:**

4       IDENTIFY the ownership of HOLTZBRINCK VENTURES GmBH, including without

5 limitation, PERSON'S names, amounts they contributed OR invested, AND their percent

6 ownership OR control (including without limitation, Capital Contributions, Percent Interest,

7 Equity Units, Non-Equity Units, Voting Units) on a by-PERSON basis.

8    **INTERROGATORY NO. 22:**

9       IDENTIFY the location of YOUR offices, facilities, server/equipment locations.

10    **INTERROGATORY NO. 23:**

11       IDENTIFY ALL universities, colleges AND institutes of higher learning located in

12 California at which STUDIVZ provides OR provided services including without limitation,

13 access to the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr

14 website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website

15 AND the www.schuelervz.net website, including without limitation University of California (all

16 campuses), California State University (all campuses), as well as the USERS OF STUDIVZ using

17 email domains (*e.g.*, name@stanford.edu) from those universities, colleges, high schools, AND

18 institutes of higher learning.

19

20

21

22    Dated: October 14, 2008            ORRICK, HERRINGTON & SUTCLIFFE LLP

23

24

25                             WARRINGTON S. PARKER III
                             Attorneys for Plaintiff

26                             FACEBOOK, INC.

27

28

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 14, 2008, I served the within document(s):

**FACEBOOK, INC.'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT HOLTZBRINCK VENTURES GmBH RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 14, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 14, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X**    By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Stephen S. Smith
William Mielke Walker
**GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars
Los Angeles , CA 90067
Tel: 310-553-3610
Fax: 310-553-0687
email: wwalker@greenbergglusker.com

**Attorney for Defendants
STUDIVZ LTD., HOLTZBRINCK
NETWORKS GmBH, HOTZBRINCK
VENTURES GmBH**

Executed on October 14, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin

1    GARY E. WEISS (STATE BAR NO. 122962)
     gweiss@orrick.com
2    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
     nchatterjee@orrick.com
3    JULIO C. AVALOS (STATE BAR NO. 255350)
     javalos@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
5    Menlo Park, CA 94025
     Telephone:    +1-650-614-7400
6    Facsimile:    +1-650-614-7401

7    WARRINGTON S. PARKER (STATE BAR NO. 148003)
     wparker@orrick.com
8    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
9    405 Howard Street
     San Francisco, CA 94105-2669
10   Telephone:    +1-415-773-5700
     Facsimile:    +1-415-773-5759
11

12   Attorneys for Plaintiff
     FACEBOOK, INC.

13

RECEIVED

OCT 15 2008

GGFCR

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17

18   FACEBOOK, INC.,                      Case No.  5:08-cv-03468 JF

19              Plaintiff,                **FACEBOOK, INC.'S FIRST SET OF
                                          SPECIAL INTERROGATORIES TO
20        v.                              DEFENDANT HOTLZBRINCK
                                          NETWORKS GmBH RELATING TO
21   STUDIVZ LTD., HOTLZBRINCK            PERSONAL JURISDICTION**
     NETWORKS GmBH, HOLTZBRINCK
22   VENTURES GmBH, and DOES 1-25,

23              Defendants.

24        Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Facebook, Inc. ("Facebook")

25   hereby propounds the following interrogatories to be answered, under oath, by an officer or agent

26   of Defendant Holtzbrinck Networks GmBH, within 30 days after service of these interrogatories,

27   or whatever date is ordered by the Court, whichever is sooner, as required by Federal Rule of

28

Civil Procedure 33.

## **DEFINITIONS**

A. "ANY" shall be understood to include and encompass "ALL." As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request all documents or things that might otherwise be construed to be outside its scope.

B. The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C. "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D. "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E. The term "DOCUMENT" means the original and each non-identical copy of ANY written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to, ALL materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of the term "Writing" as defined in California Code of Evidence sections 250, 255, and 260, AND ALL materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure. DOCUMENT includes, without limitation, printed matter, electronic

mail, materials stored on computer hard drives, diskettes, tapes, ANY other computer media, recorded voice mail messages and ANY other information stored magnetically, optically or electronically.

F. "COMMUNICATION" as used herein means any contact, oral or documentary, formal or informal, at any place or under any circumstances whatsoever whereby information of any nature is transmitted or transferred, including without limitation, any note, memorandum or other record thereof, or a single person seeing or hearing any information by any means.

G. "COMMUNICATION" as used herein means any contact, oral or documentary, formal or informal, at any place or under any circumstances whatsoever whereby information of any nature is transmitted or transferred, including without limitation, any note, memorandum or other record thereof, or a single person seeing or hearing any information by any means.

H. "HOTLZBRINCK NETWORKS GmBH," "YOU," "YOUR," means defendant Verlagsgruppe Georg Von Holtzbrinck GmBH and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

I. "FACEBOOK" means, without limitation, Facebook, Inc. (formerly TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions, officers, directors, trustees, employees, staff members, agents, counsel, representatives, consultants, AND ALL PERSONS acting or purporting to act on its behalf.

J. "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use the services provided by STUDIVZ, including without limitation, those provided at the www.studivz.net website, the www.meinvz.net website, the www.schuelervz.net, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website and the www.schuelervz.net website.

K. "USERS OF FACEBOOK" means, without limitation, PERSONS registered to use the services provided by FACEBOOK at www.facebook.com and, previously, www.thefacebook.com.

## INSTRUCTIONS

1.      If YOU object to any of the interrogatories herein on privilege grounds, state the privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so that the Court can adjudicate the validity of the claim.

2.      "IDENTIFY," when used with respect to a natural person, means state the name, current telephone number and current home or business address of the person(s).  If current information is not available, please provide the last available information regarding the person(s).

3.      "IDENTIFY," and all variants including "IDENTITY" when used with respect to any entity, means state the name, place and date of incorporation or organization, principal place of business, and the identity of all natural persons having knowledge of the matter with respect to which it is named in an answer to an interrogatory.

4.      To "IDENTIFY" a document means:

     a.      to refer to the document's identification or exhibit number if the document has been previously produced or used in discovery or to attach a true copy of the document to the interrogatory answers and to state the document's title and date, or if unknown, the approximate date of creation;

     b.      to identify each person who signed or participated in the preparation of the document;

     c.      to identify each person who is an addressee, including each person to whom a copy was to be sent or who received a copy of the document;

     d.      to summarize the subject matter of the document;

     e.      to provide the present location of the document and the identity of the custodian of the original and each copy thereof; and

     f.      if the document no longer exists, to give the date on which it was destroyed, the identity of the person who destroyed it, and the person under whose authority it was destroyed.

OHS West:260487340.1

5.     "IDENTIFY" a circumstance, occurrence or event, means to describe it in detail, including date, time, surrounding circumstances, PERSONS involved OR present, reasons, effects, results, where AND how it occurred, AND what occurred.

6.     In answering the following interrogatories, YOU are required to provide ALL information that is available to YOU within YOUR control, including information in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely information from YOUR own personal knowledge.

7.     If YOU cannot answer any interrogatory in full, answer to the extent YOU are able to do so, state the reason for YOUR inability to answer further, and state the knowledge or information available to YOU concerning the unanswered portion.

8.     If YOU object to any of the interrogatories, YOU must state the grounds for any objection(s). If YOU object to only part of an interrogatory, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the interrogatory.

9.     Each answer should be preceded by a reiteration of the full interrogatory to which it responds.

10.    For each interrogatory, IDENTIFY ALL persons who provided information or otherwise assisted in preparing YOUR response.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with PERSONS (including without limitation, USERS OF STUDIVZ AND USERS OF FACEBOOK) currently OR formerly residing OR domiciled in California. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**INTERROGATORY NO. 2:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with businesses (including without limitation, Internet search engines providers such as

1    Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service

2    providers, computer equipment providers, YOUR licensors AND licensees) currently OR

3    formerly located, licensed, based, OR incorporated in California. In doing so, IDENTIFY the

4    PERSONS contacted, the location AND time where any such contact OR event occurred, AND

5    the subject matter of the contact OR COMMUNICATION.

6    **INTERROGATORY NO. 3:**

7       Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU

8    have had with universities AND colleges located in California, including without limitation,

9    letters, emails, advertising materials, business solicitations, business contacts, telephonic

10   conversations, facsimile transmissions. In doing so, IDENTIFY the PERSONS contacted, the

11   location AND time where any such contact OR event occurred, AND the subject matter of the

12   contact OR COMMUNICATION.

13   **INTERROGATORY NO. 4:**

14       Describe in detail AND IDENTIFY ALL of YOUR trips to California. In doing so,

15   IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event

16   occurred, AND the subject matter of the contact OR COMMUNICATION.

17   **INTERROGATORY NO. 5:**

18       IDENTIFY, on a monthly basis, how many USERS OF STUDIVZ have been registered at

19   the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website,

20   www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the

21   www.schuelervz.net website since October 2005, AND how many of those USERS OF

22   STUDIVZ are residents of, OR PERSONS domiciled in, California.

23   **INTERROGATORY NO. 6:**

24       IDENTIFY the number AND amount of accounts receivable owed YOU by PERSONS

25   that, OR who, are California residents OR PERSONS domiciled in California. In doing so,

26   IDENTIFY the goods AND services for which the individual accounts receivable are owed.

27   **INTERROGATORY NO. 7:**

28       IDENTIFY ALL instances in which YOU have been in California, including without

1  limitation, business, trips, OR recreational trips; living, residing OR domiciling in California;

2  AND flying OR driving to OR through California. In doing so, IDENTIFY the dates of ALL

3  occurrences AND the length of the stay in California.

4  **INTERROGATORY NO. 8:**

5        IDENTIFY ALL of YOUR current AND former personal OR real property currently OR

6  previously located in California.

7  **INTERROGATORY NO. 9:**

8        IDENTIFY ALL contracts AND agreements involving YOU in which California law

9  governs AND/OR in which the parties to the contract OR agreement agreed as to the jurisdiction

10  of California state courts AND/OR United States federal courts located in California.

11  **INTERROGATORY NO. 10:**

12        IDENTIFY occurrences when YOU AND/OR ANY PERSON on YOUR behalf,

13  including without limitation, Ehssan Dariani and Dennis Bemman, accessed the website,

14  www.facebook.com OR www.thefacebook.com, AND the purposes of each access, including

15  without limitation, ANY COMMUNICATIONS that RELATE TO ANY of the occurrences AND

16  IDENTIFY the USER OF FACEBOOK OR registrant accounts OR email addresses used to

17  access the facebook.com website.

18  **INTERROGATORY NO. 11:**

19        IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business

20  in California.

21  **INTERROGATORY NO. 12:**

22        IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities,

23  offices, OR personnel were located in California.

24  **INTERROGATORY NO. 13:**

25        IDENTIFY the services provided through the www.studivz.net website, the

26  www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the

27  www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website

28  to USERS OF STUDIVZ, including without limitation, how the services are provided.

**INTERROGATORY NO. 14:**

IDENTIFY ALL USERS OF FACEBOOK employed by OR formerly employed by YOU, including including without limitation, any PERSONS who are OR were full-time or part-time employees, independent contractor or agents of YOU, AND their respective email addresses.

**INTERROGATORY NO. 15:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.studivz.net website, including without limitation, location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**INTERROGATORY NO. 16:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website, including without limitation, location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**INTERROGATORY NO. 17:**

IDENTIFY current AND former directors, officers, employees, AND agents of STUDIVZ, including without limitation, dates in these positions, duties, job descriptions, authorities, AND responsibilities.

**INTERROGATORY NO. 18:**

IDENTIFY ALL of YOUR advertising, promotions AND marketing activities directed, at least in part, at California residents.

**INTERROGATORY NO. 19:**

IDENTIFY ALL of YOUR business relationships with, OR financial interests in, businesses currently OR formerly incorporated, licensed, located, based, OR with facilities OR offices located in California, including without limitation, the nature of each relationship, the IDENTITY of each business, AND whether each business is incorporated, licensed, located, based OR has facilities OR offices located in California.

OHS West:260487340.1

FIRST SET OF SPECIAL INTERROGATORIES TO
DEFENDANT HOTLZBRINCK NETWORKS GMBH
CASE NO. 5:08-CV-03468 JF

**INTERROGATORY NO. 20:**

IDENTIFY ALL reasons why defending this lawsuit in California would burden YOU.

**INTERROGATORY NO. 21:**

IDENTIFY the ownership of HOTLZBRINCK NETWORKS GmBH, including without limitation, PERSON'S names, amounts they contributed OR invested, AND their percent ownership OR control (including without limitation, Capital Contributions, Percent Interest, Equity Units, Non-Equity Units, Voting Units) on a by-PERSON basis.

**INTERROGATORY NO. 22:**

IDENTIFY the location of YOUR offices, facilities, server/equipment locations.

**INTERROGATORY NO. 23:**

IDENTIFY ALL universities, colleges AND institutes of higher learning located in California at which STUDIVZ provides OR provided services including without limitation, access to the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website, including without limitation University of California (all campuses), California State University (all campuses), as well as the USERS OF STUDIVZ using email domains (*e.g.*, name@stanford.edu) from those universities, colleges, high schools, AND institutes of higher learning.

Dated: October 14, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

WARRINGTON S. PARKER III
Attorneys for Plaintiff
FACEBOOK, INC.

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 14, 2008, I served the within document(s):

**FACEBOOK, INC.'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT HOTLZBRINCK NETWORKS GmBH RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 14, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 14, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X**    By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Stephen S. Smith
William Mielke Walker
**GREENBERG GLUSKER FIELDS**
**CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars
Los Angeles , CA 90067
Tel: 310-553-3610
Fax: 310-553-0687
email: wwalker@greenbergglusker.com

**Attorney for Defendants**
**STUDIVZ LTD., HOLTZBRINCK**
**NETWORKS GmBH, HOTZBRINCK**
**VENTURES GmBH**

Executed on October 14, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759

11

   Attorneys for Plaintiff
12 FACEBOOK, INC.

13                   UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17 FACEBOOK, INC.,                    Case No.  5:08-cv-03468 JF

18              Plaintiff,            **AMENDED NOTICE OF
                                      DEPOSITION OF STUDIVZ, LTD.
19      v.                            PURSUANT TO FED.R.CIV.P.
                                      30(B)(6) RELATING TO PERSONAL
20 STUDIVZ LTD., HOTLZBRINCK          JURISDICTION**
   NETWORKS GmBH, HOLTZBRINCK
21 VENTURES GmBH, and DOES 1-25,

22              Defendants.

23

24

25

26

27

28

OHS West:260510450.1

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3   Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of StudiVZ, Ltd,

4   which will commence on November 13, 2008, at 9:00 A.M. at the law offices of Orrick,

5   Herrington & Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such other

6   time and place as mutually agreed upon by counsel.  The deposition will continue from day to day

7   until completed.

8       Pursuant to Rule 30(b)(6), StudiVZ shall designate one or more officers, directors,

9   managing agents, or other persons who consent and are knowledgeable to testify on StudiVZ's

10  behalf on the subjects identified in the attached Exhibit A.

11      The testimony of StudiVZ will be recorded by video, as well as stenographic means

12  including the instant visual display of testimony.  The deposition will be taken before an officer

13  authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil

14  Procedure.

15

16  Dated: October 15, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                                             _____
                                               *W.S. Parker*
19                                             WARRINGTON S. PARKER III
                                               Attorneys for Plaintiff
20                                             FACEBOOK, INC.

21

22

23

24

25

26

27

28

OHS West:260510450.1

## Exhibit A – Deposition Topics

1. All contracts StudiVZ has entered into with California businesses or residents.

2. All contracts StudiVZ has entered into that are governed by California law.

3. Any promotions, advertising or marketing StudiVZ has done in print media or over the Internet.

4. StudiVZ's business travel to California.

5. Business telephone calls made by StudiVZ to California.

6. The nature and amount of sales of goods and services to California residents and percentage of total sales to California residents.

7. StudiVZ's business solicitation of California businesses and residents.

8. StudiVZ's business relationship and contacts with Plaintiff.

9. StudiVZ's conduct of business formalities, including meetings of directors, shareholders, investors, principles, and/or officers of StudiVZ, financial records, formation, and corporate documents.

10. StudiVZ's past and present directors, officers, agents, principles, managers, employees, and/or similar individuals and their respective duties, authorities, job descriptions, and responsibilities.

11. Actions taken on behalf of StudiVZ related to accessing the Facebook.com website and appropriating or using any information or data.

12. The design, programming and maintenance of the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

14. StudiVZ's business relationships or contacts with companies located in California, other than Facebook.

15. California residents that are enrolled in or use StudiVZ's websites.

16. StudiVZ's knowledge of Facebook, including the location and organizational structure of Facebook, at the time StudiVZ was developing its websites.

1    17.    The number of StudiVZ founders, directors, officers, employees, and/or

2    consultants who were members of Facebook at the time StudiVZ was developing

3    its websites.

4    18.    The frequency and scope of the activities on Facebook of the founders, directors,

5    officers, employees and/or consultants who were members of Facebook at the time

6    StudiVZ was developing its websites.

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 15, 2008, I served the within document(s):

**AMENDED NOTICE OF DEPOSITION OF STUDIVZ, LTD. PURSUANT TO FED.R.CIV.P. 30(B)(6) RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 15, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 15, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X**    By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

| | |
|---|---|
| Stephen S. Smith | **Attorney for Defendants** |
| William Mielke Walker | **STUDIVZ LTD., HOLTZBRINCK** |
| **GREENBERG GLUSKER FIELDS** | **NETWORKS GmBH, HOTZBRINCK** |
| **CLAMAN & MACHTINGER LLP** | **VENTURES GmBH** |
| 1900 Avenue of the Stars | |
| Los Angeles , CA 90067 | |
| Tel: 310-553-3610 | |
| Fax: 310-553-0687 | |
| email: wwalker@greenbergglusker.com | |

Executed on October 15, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17 FACEBOOK, INC.,                    Case No.  5:08-cv-03468 JF

18          Plaintiff,                **AMENDED NOTICE OF
                                      DEPOSITION OF HOTLZBRINCK
19    v.                              NETWORKS GmBH PURSUANT TO
                                      FED.R.CIV.P. 30(B)(6) RELATING
20 STUDIVZ LTD., VERLAGSGRUPPE        TO PERSONAL JURISDICTION**
   GEORG VON HOLTZBRINCK GmBH,
21 HOTLZBRINCK NETWORKS GmBH,
   HOLTZBRINCK VENTURES GmBH, and
22 DOES 1-25,

23          Defendants.

24

25

26

27

28

OHS West:260510378.1

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3   Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Holtzbrink

4   Networks GmBH, which will commence November 10, 2008, at 9:00 A.M. at the law offices of

5   Orrick, Herrington & Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such

6   other time and place as mutually agreed upon by counsel. The deposition will continue from day

7   to day until completed.

8      Pursuant to Rule 30(b)(6), Holtzbrink Networks GmBH shall designate one or more

9   officers, directors, managing agents, or other persons who consent and are knowledgeable to

10   testify on Holtzbrink Networks GmBH's behalf on the subjects identified in the attached Exhibit

11   A.

12      The testimony of Holtzbrink Networks GmBH will be recorded by video, as well as

13   stenographic means including the instant visual display of testimony. The deposition will be

14   taken before an officer authorized by law to administer oaths pursuant to Rule 28 of the Federal

15   Rules of Civil Procedure.

16

17   Dated: October 15, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

18

19                                              _W.S. Parker_____

20                                              WARRINGTON S. PARKER III
                                                Attorneys for Plaintiff
21                                              FACEBOOK, INC.

22

23

24

25

26

27

28

<u>**Exhibit A – Deposition Topics**</u>

1.     All contracts Holtzbrink Networks GmBH has entered into with California businesses or residents.

2.     All contracts Holtzbrink Networks GmBH has entered into that are governed by California law.

3.     Any promotions, advertising or marketing Holtzbrink Networks GmBH has done in print media or over the Internet.

4.     Holtzbrink Networks GmBH's business travel to California.

5.     Business telephone calls made by Holtzbrink Networks GmBH to California.

6.     The nature and amount of sales of goods and services of Holtzbrink Networks GmBH to California residents and percentage of total sales to California residents.

7.     Holtzbrink Networks GmBH 's business solicitation of California businesses and residents.

8.     Holtzbrink Networks GmBH's business relationship and contacts with Plaintiff.

9.     Holtzbrink Networks GmBH's conduct of business formalities, including meetings of directors, shareholders, investors, principles, and/or officers of Holtzbrink Networks GmBH, financial records, formation, and corporate documents.

10.     Holtzbrink Networks GmBH's past and present directors, officers, agents, principles, managers, employees, and/or similar individuals and their respective duties, authorities, job descriptions, and responsibilities.

11.     Actions taken on behalf of Holtzbrink Networks GmBH related to accessing the Facebook.com website and appropriating or using any information or data.

12.     The design, programming and maintenance of the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

13.     The relationship of Verlagsgruppe Georg Von Holtzbrink GmBH, Holtzbrinck Networks GmBH, and Holtzbrinck Ventures GmBH with StudiVZ, Ltd., including

1     without limitation, the investments of Verlagsgruppe Georg Von Holtzbrink

2     GmBH, Holtzbrinck Networks GmBH, and Holtzbrinck Ventures GmBH in, and

3     control or influence over StudiVZ.

4   14.   StudiVZ's business relationships or contacts with companies located in California,

5     other than Facebook.

6   15   California residents that are enrolled in or use StudiVZ's websites.

7   16.   StudiVZ's knowledge of Facebook, including the location and organizational

8     structure of Facebook, at the time StudiVZ was developing its websites.

9   17.   The number of StudiVZ founders, directors, officers, employees, and/or

10     consultants who were members of Facebook at the time StudiVZ was developing

11     its websites.

12   18.   The frequency and scope of the activities on Facebook of the founders, directors,

13     officers, employees and/or consultants who were members of Facebook at the time

14     StudiVZ was developing its websites.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 15, 2008, I served the within document(s):

**AMENDED NOTICE OF DEPOSITION OF HOTLZBRINCK NETWORKS GmBH PURSUANT TO FED.R.CIV.P. 30(B)(6) RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 15, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 15, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X**    By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

| | |
|---|---|
| Stephen S. Smith | **Attorney for Defendants** |
| William Mielke Walker | **STUDIVZ LTD., HOLTZBRINCK** |
| **GREENBERG GLUSKER FIELDS** | **NETWORKS GmBH, HOTZBRINCK** |
| **CLAMAN & MACHTINGER LLP** | **VENTURES GmBH** |
| 1900 Avenue of the Stars | |
| Los Angeles , CA 90067 | |
| Tel: 310-553-3610 | |
| Fax: 310-553-0687 | |
| email: wwalker@greenbergglusker.com | |

Executed on October 15, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin

1   GARY E. WEISS (STATE BAR NO. 122962)
    gweiss@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA 94025
    Telephone:    +1-650-614-7400
6   Facsimile:    +1-650-614-7401

7   WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA 94105-2669
10  Telephone:    +1-415-773-5700
    Facsimile:    +1-415-773-5759

11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                     Case No.  5:08-cv-03468 JF

18                Plaintiff,            **AMENDED NOTICE OF
                                        DEPOSITION OF HOLTZBRINCK
19        v.                            VENTURES GmBH PURSUANT TO
                                        FED.R.CIV.P. 30(B)(6) RELATING
20  STUDIVZ LTD., HOLTZBRINCK           TO PERSONAL JURISDICTION**
    NETWORKS GmBH, HOLTZBRINCK
21  VENTURES GmBH, and DOES 1-25,

22                Defendants.

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Holtzbrink Ventures GmBH, which will commence on November 11, 2008, at 9:00 A.M. at the law offices of Orrick, Herrington & Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such other time and place as mutually agreed upon by counsel. The deposition will continue from day to day until completed.

Pursuant to Rule 30(b)(6), Holtzbrink Ventures GmBH shall designate one or more officers, directors, managing agents, or other persons who consent and are knowledgeable to testify on Holtzbrink Ventures GmBH's behalf on the subjects identified in the attached Exhibit A.

The testimony of Holtzbrink Ventures GmBH will be recorded by video, as well as stenographic means including the instant visual display of testimony. The deposition will be taken before an officer authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure.

Dated: October 15, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

_WarringtonS. Parker III_

WARRINGTON S. PARKER III
Attorneys for Plaintiff
FACEBOOK, INC.

2

## Exhibit A -- Deposition Topics

1. All contracts Holtzbrink Ventures GmBH has entered into with California businesses or residents.

2. All contracts Holtzbrink Ventures GmBH has entered into that are governed by California law.

3. Any promotions, advertising or marketing Holtzbrink Ventures GmBH has done in print media or over the Internet.

4. Holtzbrink Ventures GmBH 's business travel to California.

5. Business telephone calls made by Holtzbrink Ventures GmBH to California.

6. The nature and amount of sales of goods and services of Holtzbrink Ventures GmBH to California residents and percentage of total sales to California residents.

7. Holtzbrink Ventures GmBH's business solicitation of California businesses and residents.

8. Holtzbrink Ventures GmBH 's business relationship and contacts with Plaintiff.

9. Holtzbrink Ventures GmBH's conduct of business formalities, including meetings of directors, shareholders, investors, principles, and/or officers of Holtzbrink Ventures GmBH, financial records, formation, and corporate documents.

10. Holtzbrink Ventures GmBH 's past and present directors, officers, agents, principles, managers, employees, and/or similar individuals and their respective duties, authorities, job descriptions, and responsibilities.

11. Actions taken on behalf of Holtzbrink Ventures GmBH related to accessing the Facebook.com website and appropriating or using any information or data.

12. The design, programming and maintenance of the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

13. The relationship of Verlagsgruppe Georg Von Holtzbrink GmBH, Holtzbrinck

Networks GmBH, and Holtzbrinck Ventures GmBH with StudiVZ, Ltd., including

without limitation, the investments of Verlagsgruppe Georg Von Holtzbrink

GmBH, Holtzbrinck Networks GmBH, and Holtzbrinck Ventures GmBH in, and

control or influence over StudiVZ.

14.　StudiVZ's business relationships or contacts with companies located in California, other than Facebook.

15　California residents that are enrolled in or use StudiVZ's websites.

16.　StudiVZ's knowledge of Facebook, including the location and organizational structure of Facebook, at the time StudiVZ was developing its websites.

17.　The number of StudiVZ founders, directors, officers, employees, and/or consultants who were members of Facebook at the time StudiVZ was developing its websites.

18.　The frequency and scope of the activities on Facebook of the founders, directors, officers, employees and/or consultants who were members of Facebook at the time StudiVZ was developing its websites.

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 15, 2008, I served the within document(s):

**AMENDED NOTICE OF DEPOSITION OF HOTLZBRINCK VENTURES GmBH PURSUANT TO FED.R.CIV.P. 30(B)(6) RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 15, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 15, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X** By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Stephen S. Smith
William Mielke Walker
**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars
Los Angeles , CA 90067
Tel: 310-553-3610
Fax: 310-553-0687
email: wwalker@greenbergglusker.com

**Attorney for Defendants**
**STUDIVZ LTD., HOLTZBRINCK NETWORKS GmBH, HOTZBRINCK VENTURES GmBH**

Executed on October 15, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin

RECEIVED

OCT 16 2009

1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13                 UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 FACEBOOK, INC.,                    Case No.  5:08-cv-03468 JF

18              Plaintiff,            **AMENDED NOTICE OF
                                      DEPOSITION OF DENNIS
19      v.                            BEMMANN RELATING TO
                                      PERSONAL JURISDICTION**
20 STUDIVZ LTD., HOTLZBRINCK
   NETWORKS GmBH, HOLTZBRINCK
21 VENTURES GmBH, and DOES 1-25,

22              Defendants.

23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil

3    Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Dennis

4    Bemmann, which will commence on November 12, 2008, at 9:00 A.M. at the law offices of

5    Orrick, Herrington & Sutcliffe located at 1000 Marsh Road, Menlo Park, CA, 94025, or at such

6    other time and place as mutually agreed upon by counsel. The deposition will continue from day

7    to day until completed.

8    The testimony of Dennis Bemmann will be recorded by video, as well as stenographic

9    means including the instant visual display of testimony. The deposition will be taken before an

10   officer authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil

11   Procedure.

12

13   Dated: October 15, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

14

15                                              _____

16                                              WARRINGTON S. PARKER III
                                                Attorneys for Plaintiff
17                                              FACEBOOK, INC.

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  On October 14, 2008, I served the within document(s):

**AMENDED NOTICE OF DEPOSITION OF DENNIS BEMMANN**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 15, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 15, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X**  By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

| | |
|---|---|
| Stephen S. Smith<br>William Mielke Walker<br>**GREENBERG GLUSKER FIELDS**<br>**CLAMAN & MACHTINGER LLP**<br>1900 Avenue of the Stars<br>Los Angeles , CA 90067<br>Tel: 310-553-3610<br>Fax: 310-553-0687<br>email: wwalker@greenbergglusker.com | **Attorney for Defendants**<br>**STUDIVZ LTD., HOLTZBRINCK**<br>**NETWORKS GmBH, HOTZBRINCK**<br>**VENTURES GmBH** |

Executed on October 15, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anne Devlin