UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 7, 2008     Time (mins): 3
**Case Number:** CV-08-3468-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | FACEBOOK V. STUDIVZ, LTD, ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present:** Warrington Parket, Annette Hurst | **Attorneys Present:** Stephen Smith |

PROCEEDINGS:

   Case management conference held. Parties are present. The Court adopts the proposed case schedule. The case is set for jury trial on 11/30/09 at 9:00 a.m., pretrial conference on on 11/20/09 at 11:00 a.m., and for further case management conference on 2/13/09 at 9:00 a.m., to be heard with the motions.