1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4
     FACEBOOK, INC.,                    )   CV-08-3468-JF
5                                       )
                    PLAINTIFF,          )   SAN JOSE, CALIFORNIA
6                                       )
             VS.                        )
7                                       )   NOVEMBER 7, 2008
     STUDIVZ, LTD, ET AL,               )
8                                       )
                    DEFENDANT.          )   PAGES 1-5
9    _____    )

10

11                     TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE JEREMY FOGEL
12                   UNITED STATES DISTRICT JUDGE

13

     A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:  ORRICK, HERRINGTON & SUTCLIFEE
     FACEBOOK            BY:  ANNETTE HURST
16                            WARRINGTON PARKER
                         THE ORRICK BUILDING
17                       405 HOWARD STREET
                         SAN FRANCISCO , CA 94105

18

19

20   FOR THE DEFENDANT:  GREENBERG GLUSKER
     STUDIVZ            BY:  STEPHEN SMITH
21   HOLTZBRINCK NETWORKS 1900 AVENUE OF THE STARS
     HOLTZBRINCK VENTURES SUITE 2100
22                            LOS ANGELES, CA 90067

23

24

25   OFFICIAL COURT REPORTER: SUMMER CLANTON, CSR,
                              CERTIFICATE NUMBER 13185

                                                              1

```
1    SAN JOSE, CALIFORNIA          NOVEMBER 7, 2008

2                    P R O C E E D I N G S

3              (WHEREUPON, COURT CONVENED AND THE

4    FOLLOWING PROCEEDINGS WERE HELD:)

5              THE COURT:  FACEBOOK VERSUS STUDIVZ,

6    LIMITED.

7              MS. HURST:  GOOD MORNING, YOUR HONOR.

8              ANNETTE HURST AND WARRINGTON PARKER FROM

9    ORRICK HERRINGTON & SUTCLIFFE.

10             MR. SMITH:  GOOD MORNING, YOUR HONOR.

11             STEPHEN SMITH SPECIALLY APPEARING FOR THE

12   DEFENDANTS STUDIVZ LIMITED, HOLTZBRINCK NETWORKS

13   GMBH, AND HOLTZBRINCK VENTURES, GMBH.

14             THE COURT:  IS THERE A MOTION SET?  OH,

15   I'M SORRY -- I SEE FROM MY NOTES THERE IS A MOTION

16   SET FOR FEBRUARY 13TH.

17             MR. SMITH:  YES, YOUR HONOR.

18             THE COURT:  AND THAT GOES TO THE COURT'S

19   JURISDICTION OVER THE CASE AND THE DEFENDANTS?

20             MS. HURST:  JUST OVER THE PARTIES; YES,

21   YOUR HONOR.

22             THE COURT:  RIGHT.

23             IS THERE ANYTHING THAT CAN BE DONE BEFORE

24   THAT MOTION IS DETERMINED?

25             MS. HURST:  YES, YOUR HONOR.
```

1          WE'VE SERVED DISCOVERY, AND IT IS OUR VIEW

2     THAT THAT SHOULD PROCEED IN THE MEANTIME,

3     PARTICULARLY IN THE NINTH CIRCUIT AND ITS VIEW THAT

4     WE WOULD BE ENTITLED TO JURISDICTIONAL DISCOVERY.

5          WE'VE BEEN MEETING AND CONFERRING

6     REGARDING THE SCOPE OF PROTECTIVE ORDER ISSUES AND

7     I THINK WE'VE COME TO AT LEAST SOME INITIAL

8     AGREEMENT ON THAT, I HOPE, HERE THIS MORNING.

9          AND YOUR HONOR, WE WOULD LIKE TO SET

10    DATES IN THIS CASE BECAUSE WE'RE CONCERNED ABOUT A

11    PATTERN OF STALLING, IF YOU WILL; SO RESPECTFULLY,

12    WE WOULD REQUEST THAT THE COURT SET DATES.

13          IF THE DEFENDANTS ARE SUCCESSFUL IN

14    GETTING THEMSELVES DISMISSED, THOSE DATES WOULD

15    BECOME MOOT, BUT WE WOULD LIKE TO KEEP THE CASE

16    MOVING FORWARD IN THE MEANTIME.

17          THE COURT:  OKAY.

18          WELL, APART FROM THE QUESTION OF WHETHER

19    THE COURT WILL ULTIMATELY HAVE JURISDICTION, IS THE

20    SCHEDULE PLAINTIFFS PROPOSED REALISTIC?

21          MR. SMITH:  ASSUMING OUR MOTIONS TO

22    DISMISS ARE DENIED, YES.

23          THE COURT:  OKAY.  WITHOUT PREJUDICE TO

24    THAT MOTION, AND CERTAINLY NOT CONCEDING ANYTHING

25    BY THIS, I'LL ADOPT THE DATES THAT PLAINTIFF

1   PROPOSED AND THEN WE CAN SEE WHAT HAPPENS ON THE

2   13TH OF FEBRUARY.

3           SO I WILL SET A CMC TO FOLLOW THE HEARING

4   ON THE MOTION, AND IN THE MEANTIME WE WILL

5   PROVISIONALLY, WITHOUT PREJUDICE, ADOPT PLAINTIFF'S

6   SCHEDULE.

7           MR. SMITH:  JUST FOR THE RECORD, I DENY

8   THAT WE WERE STALLING.

9           THE COURT:  I CAN'T IMAGINE WHY I WOULD

10  DO THAT -- BUT NO, I UNDERSTAND.  AND OBVIOUSLY, IF

11  YOU HAVE A FOREIGN CORPORATION, THERE'S ISSUES

12  ABOUT THAT.

13          MS. HURST:  THANK YOU, YOUR HONOR.

14          MR. SMITH:  THANK YOU VERY MUCH

15  YOUR HONOR.

16          (WHEREUPON, THE PROCEEDINGS IN THIS

17  MATTER WERE CONCLUDED.)

18

19

20

21

22

23

24

25

```
 1    STATE OF CALIFORNIA   )

 2                          ) SS:

 3    COUNTY OF SANTA CLARA )

 4

 5             I, THE UNDERSIGNED OFFICIAL COURT

 6    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

 7    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

 8    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

 9    CERTIFY:

10             THAT THE FOREGOING TRANSCRIPT,

11    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

12    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

13    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

14    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

15    TRANSCRIPTION TO THE BEST OF MY ABILITY.

16

17    {_____}

18      SUMMER A. CLANTON

19      OFFICIAL REPORTER, CSR NO. 13185

20

21

22

23

24

25
```