**\*E-FILED 11/21/2008\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | No. C08-03468 JF (HRL) |
| Plaintiffs, | **CLERK'S NOTICE CONTINUING MOTION HEARING** |
| v. | |
| STUDIVZ LTD.; HOLTZBRINCK NETWORKS GmBH; HOLTZBRINCK VENTURES GmBH and DOES 1-25, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT the hearing on defendants' motion for protective order, originally noticed for December 9, 2008, has been **continued to December 16, 2008, 10:00 a.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

Dated: November 21, 2008

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**5:08-cv-3468 Notice has been electronically mailed to:**

Annette L. Hurst ahurst@orrick.com

Gary Evan Weiss gweiss@orrick.com, sdonlon@orrick.com

I. Neel Chatterjee nchatterjee@orrick.com, adalton@orrick.com, kmudurian@orrick.com

Julio Cesar Avalos javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Stephen Shannon Smith , Esq ssmith@greenbergglusker.com

Warrington S. Parker , III wparker@orrick.com

William Mielke Walker wwalker@greenbergglusker.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.