Price v. Facebook, Inc. Doc. 64 Att. 7

# Lovells

Tel: +49 (0) 40 419 93-0
Fax: +49 (0) 419 93-200

**EINSCHREIBEN / RÜCKSCHEIN**
Firma
StudiVZ Ltd
Friedrichstr. 172

10117 Berlin

Yvonne Draheim
LLM. / Univ. Stellenbosch
Rechtsanwältin

Direktwahl: 040 41993 218
yvonne.draheim@lovells.com

Unser Zeichen:
290 sp

***Vorab per e-mail: ed@studiVZ.net***

8. Juni 2006

**UNSERE MANDANTIN: FACEBOOK, INC./USA**
**DIE GESTALTUNG IHRER WEBSITES, INSBESONDERE AUF IHREN DOMAINS <STUDIVZ.DE>, <STUDIVZ.COM>, <STUDIVZ.NET>, <STUDIVERZEICHNIS.DE>, <STUDIVERZEICHNIS.COM> UND <STUDIVERZEICHNIS.NET>**

Sehr geehrte Damen und Herren,

wir zeigen an, dass wir die rechtlichen Interessen der Firma Facebook, Inc. in Angelegenheiten des gewerblichen Rechtschutzes vertreten. Vollmacht wird anwaltlich versichert. Unsere Mandantin hat uns bezüglich der auf vorgenannten Domains abrufbaren Websites gebeten, Ihnen Folgendes mitzuteilen:

1. Unsere Mandantin "Facebook, Inc." ist Ihnen sicher bekannt. Bei ihr handelt es sich um den Anbieter einer Suchmaschine, bei der es dem Suchenden ermöglicht wird, personalisierte Suchergebnisse zu erhalten ("Social Search Engine"). Für Einzelheiten verweisen wir auf den Internetauftritt unserer Mandantin unter www.facebook.com. Diese relativ neue Suchmaschinenvariante erfreut sich zunehmender Beliebtheit, und unsere Mandantin war eine der ersten bekannten Anbieter. Nachdem "facebook" in den USA längst bekannt ist, baut es sich nunmehr auch in Europa eine vergleichbare Bekanntheit auf. Um ihre Marktstellung und den aufgebauten Ruf zu wahren, geht unsere Mandantin gegen jegliche Art der Nachahmung vor.

2. Kürzlich wurde unsere Mandantin erstmals darauf aufmerksam, dass Sie auf Ihren Websites eine identische Suchmaschine anbieten.

   Unsere Mandantin benutzt seit Aufnahme ihres Betriebes die o. g. Website. Diese Benutzung hat in der Europäischen Union im Februar 2005 eingesetzt und reicht insbesondere in den USA deutlich weiter zurück. Die Websites auf Ihren Domains sind

HAMLIB01/HAMYD/247097.01
Alicante Amsterdam Berlin Brüssel Chicago Düsseldorf Frankfurt am Main Hamburg Ho-Chi-Minh-Stadt Hongkong London Madrid Mailand Moskau München New York Paris Peking Prag Rom Schanghai Singapur Tokio Warschau Kooperationsbüros: Budapest Zagreb

Lovells ist der Handelsname der in Spanien eingetragenen Kommanditgesellschaft Lovells Boesebeck Droste S.L & Cia

Dockets.Justia.com

abgesehen von der Farbgebung (rot statt blau) nicht nur bei oberflächlicher Betrachtung nahezu identisch. Da Ihre Domains erst im November 2005 auf Ihren Namen registriert wurden, ist diese Benutzung in jedem Fall nachgelagert.

Bei näherer Betrachtung stellt man weitere Übereinstimmungen fest. Insbesondere können beide Websites nicht in Farbe, sondern ausschließlich schwarz/weiß ausgedruckt werden, was ungewöhnlich ist. Darüberhinaus werden bei beiden exakt dieselben Frames ausgedruckt. Zur Veranschaulichung überreichen wir in der Anlage einen Ausdruck und Screenshot der Website unserer Mandantin sowie exemplarisch einen Ausdruck und Screenshot der auf <StudiVZ.de> abrufbaren Website.

Ein weitergehender Vergleich der Quellcodes beider Seiten zeigt, dass sie nahezu identisch und die Abweichungen nur vereinzelter Natur sind (bspw. <sidebar> statt <leftbar>). Insbesondere findet sich ein Fehler im Quellcode der Website unserer Mandantin auch im Quellcode Ihrer Websites wieder. Das Vergleichsdokument fügen wir zu Ihrer Information in der Anlage bei.

Es liegt insoweit auf der Hand, dass nicht nur die Gestaltung der Website unserer Mandantin nachgeahmt wurde, sondern der Quellcode unserer Mandantin schlichtweg kopiert wurde.

3. Die Website unserer Mandantin ist urheberrechtlich geschützt, weil es sich dabei um eine Datenbank handelt. Gemäß § 87 b I 1 UrhG steht unserer Mandantin als Datenbankherstellerin insbesondere das ausschließliche Recht zu, die Datenbank insgesamt oder einen wesentlichen Teil der Datenbank zu vervielfältigen, zu verbreiten und öffentlich wiederzugeben. Ihre Websites basieren jedoch auf dem nur unwesentlich abgeänderten Quellcode der Websites unserer Mandantin, d. h. sie enthalten einen wesentlichen Teil der geschützten Datenbank. Durch die im Wesentlichen übereinstimmenden Quellcodes kann nachgewiesen werden, dass die Benutzung der Ihrer Websites das unserer Mandantin gemäß § 87 b I 1 UrhG zustehende Recht verletzt.

4. Gemäß § 97 I UrhG steht unserer Mandantin daher neben einem Schadensersatzanspruch auch ein Unterlassungsanspruch gegen Sie im Hinblick auf eine solche Benutzung zu. Gemäß § 98 I UrhG kann unsere Mandantin darüberhinaus eine Vernichtung der Website verlangen, weil sie ein zur Verbreitung bestimmtes Vervielfältigungsstück der geschützten Website ist.

5. Ergänzend berufen wir uns auf die Vorschriften des UWG, da die Benutzung einer ihrem äußeren Erscheinungsbild nach nahezu identischen Website offensichtlich auch eine Rufanlehnung bzw. -ausbeutung darstellt.

Unsere Mandantin möchte sich, aber auch Ihnen, den Aufwand und die Kosten eines solchen rechtlichen Vorgehens gern von vornherein ersparen. Angesichts der klaren Rechtsverletzung sollten Sie es überdies auch vermeiden, im Zusammenhang mit der Benutzung der Websites vergebliche Aufwendungen zu tätigen, da deren Löschung sowie die Untersagung entsprechender Benutzung absehbar ist.

Daher fordern wir Sie namens und in Vollmacht unserer Mandantin auf, die beiliegende Unterlassungs- und Verpflichtungserklärung rechtswirksam zu unterzeichnen und uns diese bis spätestens zum

**15. Juni 2006, 12 Uhr**
**(Eingang einer Vorab-Erklärung per Telefax genügt)**

zurück zu übermitteln. Sollte die vorgenannte Erklärung innerhalb der gesetzten Frist nicht oder nicht vollständig bei uns eingehen, würden wir unserer Mandantin raten, die ihr zustehenden Unterlassungs-, Vernichtungs- und Schadensersatzansprüche, auch über die beiliegende Unterlassungs- und Verpflichtungserklärung hinausgehende Ansprüche, gerichtlich geltend zu machen.

Mit freundlichen Grüßen

Yvonne Draheim

Anlagen

HAMLIB01/HAMYD/247097.01

## Unterlassungs- und Verpflichtungserklärung

StudiVZ Ltd, vertreten durch ihren zur Einzelvertretung befugten Director Herrn Ehssan Dariani Voigtstr. 38, 10247 Berlin und/oder Friedrichstr. 172, 10117 Berlin, verpflichtet sich hiermit gegenüber Facebook, Inc., 471, Emerson Street, 94301-1605 Palo Alto, USA, unverzüglich nach Abgabe der vorliegenden Erklärung

1. die Benutzung jeglicher Websites, die im Wesentlichen dem im Annex abgebildeten Gegenstand (äußeres Erscheinungsbild/Quellcode) entsprechen, insbesondere auf den Domains <studivz.de>, <studivz.com>, <studivz.net>, <studiverzeichnis.de>, <studiverzeichnis.com> und <studiverzeichnis.net> einschließlich weiterer Länder- und Sub-Domains, einzustellen.

2. es bei Vermeidung einer für jeden Fall der schuldhaften Zuwiderhandlung an Facebook, Inc. zu zahlenden Vertragsstrafe in Höhe von EUR 5.100,-- zu

**unterlassen,**

die Benutzung der unter Ziff.1 näher bezeichneten Websites und/oder ähnlicher Websites wieder aufzunehmen.

3. jegliche Websites, die dem im Annex abgebildeten Gegenstand im Wesentlichen entsprechen, umgehend durch Löschung oder in sonst geeigneter Weise vernichten, wobei insbesondere sicherzustellen ist, dass alle existierenden Vervielfältigungsstücke (insbesondere auch auf Speichermedien enthaltene Versionen der Websites) erfasst werden.

Berlin, den ____________________

____________________

Für StudiVZ Ltd.
Director Ehssan Dariani