ⓗ

# heymann

ⓗ Heymann & Partner Rechtsanwälte ı Taunusanlage 1 ı 60329 Frankfurt am Main

Landgericht Köln
Luxemburger Straße 101
50922 Köln

Heymann & Partner
Rechtsanwälte

Taunusanlage 1
60329 Frankfurt am Main

T: +49-69-768 063 - 0
F: +49-69-768 063 - 15
E: info@heylaw.de

www.heylaw.de

Dr. Friedrich Klinkert

Thomas Heymann

Adi Seffer

Dr. Katharina Scheja

Prof. Dr. Jens Ekkenga

Dr. Lars Lensdorf

Dr. Sabine Pittrof
LL.B (Hch. N.S.W.)

Titus Walek

Dr. Andreas Müller-Driver
LL.M. (Georgetown).
Attorney-at-Law (N.Y.)

Dr. Henning Bloß
LL.M. (London)

Piet Bubenzer

Walter Born
Fachanwalt für Arbeitsrecht

Udo Steger

Nora Keßler

Eva Schuz

Dirk Hochapfel

Dr. Peter Gumnior

0249.001 KS/CMW
(bitte bei Antwort angeben)

19.11.2008

## KLAGE

**der Facebook Inc., 471 Emerson Street, CA 94301-1605 Palo Alto, USA, vertreten durch ihre Board-Mitglieder Mark Zuckerberg, Jim Breyer, Peter Thiel und Marc Andreessen,**

- Klägerin -

Prozessbevollmächtigte:        Rechtsanwälte Heymann & Partner,
                              Taunusanlage 1, 60329 Frankfurt am Main,

**gegen**

**die StudiVZ Ltd., Saarbrücker Straße 38, 10405 Berlin, vertreten durch ihre Geschäftsführer Dennis Bemmann, Michael Brehm und Dr. Clemens Riedl,**

- Beklagte -

wegen Unterlassung, Schadensersatz und Feststellung aus u. a. Unlauterem Wettbewerb, Urheberrecht.

**Vorläufiger Streitwert: 1.000.000,- Euro**

Dockets.Justia.com



Namens und in Vollmacht der Klägerin erheben wir – unter Einzahlung der Gerichtskosten durch Verrechnungsscheck – Klage und werden beantragen, wie folgt zu erkennen:

1.  **Die Beklagte wird verurteilt, es zu unterlassen,**

   a.  **den „Look & Feel" und die Bildschirmoberfläche wie aus Anlagen A 1 bis A 4 ersichtlich oder Bearbeitungen hiervon zu vervielfältigen und/oder öffentlich zugänglich zu machen, insbesondere durch**

      aa.  **Verwendung eines Doppelbalkendesigns wie aus Anlage A 1 ersichtlich und/oder**

      bb.  **Verwendung des spezifischen Farbschemas wie aus Anlagen A 2 ersichtlich und/oder**

      cc.  **Verwendung des dreispaltigen Webseitenaufbaus wie aus Anlage A 3 ersichtlich und/oder**

      dd.  **Verwendung einer Typographie (Schriftart und Schriftgröße) wie aus Anlagen A 1, A 2 und A 3 ersichtlich und/oder**

      ee.  **Verwendung eines Stylesheets wie aus Anlage A 1 ersichtlich und/oder**

      ff.  **Verwendung einer Anstups-Funktion („gruscheln") in der konkreten Gestaltung wie aus Anlage A 4 ersichtlich und/oder**

      gg.  **Platzierung von Schaltflächen, Funktionsfeldern und Informationsfeldern wie aus Anlagen A 1, A 2 und A 3 ersichtlich,**

      **oder solche Handlungen durch Dritte vornehmen zu lassen.**

b. im geschäftlichen Verkehr die Bildmarke der Klägerin Registernummer 30663271.3 (Anlage K 10) wie aus Anlage A 5 ersichtlich zu benutzen, insbesondere unter dem Zeichen Dienstleistungen anzubieten oder zu erbringen, wie in Anlagenkonvolut K 5 geschehen.

c. den Quellcode wie auf der DVD in Anlage K 22 (vertraulich, nur für das Gericht) ersichtlich oder Bearbeitungen hiervon zu vervielfältigen oder vervielfältigen zu lassen.

2. Es wird festgestellt, dass die Beklagte verpflichtet ist, der Klägerin wegen der Handlungen gemäß Klageantrag 1 für die Zeit seit dem 01.01.2005 Schadenersatz für die dadurch eingetretenen und künftig noch eintretenden Schäden zu leisten.

3. Die Beklagte wird verurteilt, der Klägerin, bezogen auf den in Klageantrag Nr. 2 genannten Zeitraum, schriftlich Auskunft zu erteilen und Rechnung zu legen über Zeitpunkte und Umfang von Handlungen nach Klageantrag 1 sowie in welcher Höhe die Beklagte Erlöse infolge der Handlungen gemäß Klageantrag 1 erzielt hat, insbesondere – aber nicht darauf beschränkt – aus Werbung und Kooperationen mit anderen Unternehmen, und wie hoch die diesen Erlösen gegenüberstehenden Gemeinkosten sind.

4. Die Beklagte trägt die Kosten des Verfahrens.

5. Das Urteil ist für vorläufig vollstreckbar zu erklären.

Bei Vorliegen der Voraussetzungen des § 307 oder des § 331 ZPO beantragen wir bereits jetzt

den Erlass eines Anerkenntnis- oder Versäumnisurteils.

3



**Vorbemerkung**

Die Beklagte betreibt seit dem 11. November 2005 unter den Namen StudiVZ, SchülerVZ (seit 21.02.2007) und meinVZ (seit 28.02.2008) ein sich an verschiedene Benutzergruppen richtendes Soziales Netzwerk im Internet, das eine unmittelbare Nachahmung der Webseite der Klägerin ist. Facebook ist seit 04.02.2004 auf dem Markt in den USA aktiv und versucht seit Anfang 2008 verstärkt auch unter anderem auf dem deutschen Markt Fuß zu fassen, der ihr aber durch die plagiative Webseite der Beklagten versperrt ist. Hierüber ist zwischen den Parteien bereits ein Rechtsstreit in den USA anhängig, was den dortigen Markt betrifft; die Beklagte hat in Stuttgart (Az.: 17 O 423/08) eine negative Feststellungsklage eingebracht, die durch diese Klage unzulässig wird.

Die Klägerin wird nachfolgend darlegen, dass die Beklagte die Webseite der Klägerin bewusst kopiert und über Jahre hinweg systematisch fast ausnahmslos jede der jeweiligen von der Klägerin durchgeführten Veränderungen – insbesondere im Hinblick auf neue „features" – einfach kopierend angepasst hat. Die Klägerin wird nachweisen, dass die Art und Weise dieser Übernahme unter mehreren rechtlichen Aspekten rechtswidrig ist.

Da dieser Rechtsstreit den Kern der Geschäftstätigkeiten der Klägerin und der Beklagten betrifft, betrachtet die Klägerin den nachfolgenden Vortrag als vertraulich und bittet darum, entsprechende Vorkehrungen zu treffen. Die Klägerin wird gleichfalls jeglichen Vortrag der Beklagten als vertraulich betrachten und dementsprechend behandeln.



**Inhaltsverzeichnis**

|  | Randziffer |
|---|---|
| **I. Zu den Parteien** | 1 - 2 |
| **II. Zum Tatsächlichen** |  |
| 1. Das Netzwerk der Klägerin | 3 - 6 |
| 2. Einzigartiger Look and Feel | 7 - 18 |
| 3. Das Netzwerk der Beklagten | 19 - 28 |
| 4. Erfolgsgeschichte des Angebots der Klägerin | 28 - 31 |
| 5. Frühe Plagiatsvorwürfe gegen die Beklagte in der „community" | 31 - 40 |
| 6. Technische Dokumentation der plagiativen Webseite | 40 - 55 |
| 7. Die Entstehung von „StudiVZ" | 56 - 58 |
| 8. Anlehnende Übernahme vs. Dreistes Kopieren | 59 - 66 |
| 9. Quellcode-Diebstahl | 67 - 70 |
| 10. Einräumung der Gründer der Beklagten | 71 - 79 |
| 11. Vorsätzlichkeit der Nachahmung | 80 - 83 |
| 12. Entstandene Marktverwirrung und Herkunftstäuschung | 84 - 93 |
| 13. Beeinträchtigung des guten Rufs der Klägerin | 94 - 105 |
| 14. Wettbewerbsverhältnis der Parteien, Vermögenseinbuße der Klägerin | 106 - 109 |
| 15. Bemühungen der Klägerin um eine einvernehmliche Lösung | 110 - 114 |
| **III.   Zur Rechtslage** |  |
| Zuständigkeit | 115 - 119 |
| 1. Zu den Klageanträgen 1. a. und b. | 120 |
| 1.1 § 8 UWG i.V.m. §§ 3, 4 Nr. 9 UWG | 121 - 140 |
| 1.2. § 14 Abs. 5 MarkenG iVm. § 14 Abs. 1, Abs. 2 Nr. 2, Abs. 3 Nr. 3 MarkenG | 140 – 157 |
| 2. Zum Klageantrag 1 c | 157 - 161 |
| 3. Zum Klageantrag 2. | 162 - 167 |
| 4. Zum Klageantrag 3. | 168 - 169 |



Im Einzelnen:

### I. Zu den Parteien

1     Die Klägerin ist eine „Incorporated" mit Sitz in Palo Alto, USA. Sie wurde im Februar 2004 gegründet und bietet unter der Domain www.facebook.com ein kostenloses sogenanntes Soziales Internet Netzwerk an, in dem jedermann nach Registrierung eine Profilseite erstellen und mit anderen Nutzern in Kontakt treten kann. Ein Farbausdruck der streitgegenständlichen Webseite der Klägerin ist beigefügt als

**Anlage K 1 und K 4.**

2     Die Beklagte wurde als britische Limited mit Sitz in Birmingham und Geschäftsräumen in Berlin im Oktober 2005 von Ehssan Dariani und Dennis Bemmann gegründet. Seit 02.01.2007 ist die Beklagte Teil der Holtzbrinck-Gruppe. Sie bietet ebenfalls ein kostenloses Soziales Netzwerk im Internet an, welches unter den Domains „www.studivz.net", „www.schuelervz.net" und „www.meinvz.net" betrieben wird. StudiVZ richtet sich an Studenten, SchülerVZ an Schüler und meinVZ an Jedermann. Farbausdrucke der aktuellen Webseiten der Klägerin sind beigefügt als

**Anlagenkonvolut K 5.**

### II. Zum Tatsächlichen

### 1. Das Netzwerk der Klägerin

3     Das Netzwerk der Klägerin ist mit mehr als 120 Millionen Nutzern (Stand August 2008) eines der größten Sozialen Netzwerke im Internet der Welt und hat eine beispiellose Erfolgsgeschichte hinter sich.

4     So stammt das Angebot der Klägerin in Gestaltung und Funktion von den damaligen Harvard-Studenten Mark Zuckerberg (heutiger Vorstandvorsitzender der Klägerin) und Dustin Moskovitz, welche die Ursprungs-Fassung der Webseite der Klägerin entwickelten und im Februar 2004 (zunächst nur für Harvard-Studenten) unter der Domain „www.thefacebook.com" veröffentlichten. Im Jahr 2005 erwarb die Klä-

gerin die Domain „www.facebook.com" und führte ihr Angebot unter dieser Domain fort. Außerdem entfiel das „the" aus dem Namen, so dass die Klägerin seither nur noch Facebook heißt. Ein Farbausdruck der Webseite der Klägerin von Oktober 2005 liegt anbei als

**Anlage K 1**

und ist hier abgebildet.



## Eingangs-Seite Oktober 2005



**facebook**     login register about faq

E-mail

Password:

**Login** **Register**

**Welcome to the Facebook!**

**The Facebook is an online directory that connects people through social networks at schools.**

Now there are two Facebooks: one for people in college and one for people in high school.

The site is open to a lot of schools, but not everywhere yet. We're working on it.

You can use Facebook to:

- Look up people at your school.
- See how people know each other.
- Find people in your classes and groups.

**Login** **Register**

about contact jobs announce advertise terms privacy
a Mark Zuckerberg production
Facebook © 2005

## Login-Seite Oktober 2005



**facebook**     login register about faq

**Login**

Main
Login
Register

Email:

Password:

**Login** **Register**

If you have forgotten your password, click here to reset it.

about contact jobs announce advertise terms privacy
a Mark Zuckerberg production
Facebook © 2005

## Registrierungs-Seite Oktober 2005

**facebook**     login register about help

**Registration**

E-mail

Password:

**Login** **Register**

Register for College   Register for High School

To register for facebook.com, just fill in the fields below. You will have a chance to enter additional
information and submit a picture once you have registered.

Name:

Status:    Undergrad    ♦

Email:
school:

Password :

☐ I have read and understood the Terms of Use,
and I agree to them.

* You can choose any password. It should not be your
school password.

**Register Now!**

about jobs announce advertise terms privacy
a Mark Zuckerberg production
Facebook © 2005

Profil-Seite Oktober 2005

**facebook**

home  search  global  inbox for invite  help  logout

Naomi Gleit's Profile (This is you.)

Quick Search          edit

My Profile
My Friends
My Photos
My Groups
My Places
My Events
My Messages
My Account
My Privacy

**Enter to win our Extreme TV Sweepstakes**

Here are just a few of the cool prizes:

Upgrade
worth $25,000!

enter now ▶

View More Photos of Me (2)
Visualize My Friends
Edit My Profile
Edit My Picture
Edit My Privacy

**Connection**

This is you.

**Access**

Naomi is currently logged in from a non-residential location.

**Friends at Stanford**          edit

Naomi has 156 Stanford friends.

  

Kjerstin Erickson    Guillermo H. Vargas    Lauren Rodriguez

Claire Caldwell    Adam Hunter    Suzi Seals

[ see all of them ]

**Other Schools**          edit
Naomi has friends at...

American (1)    Pt. Holyoke (2)
BC (2)              NYU (5)

Stanford

edit

**Information**

**Account Info**
Name:          Naomi Gleit
Member Since:  March 27, 2004
Last Update:   October 14, 2005

**Basic Info**
School:        Stanford '05
Status:        Alumnus/Alumna
Sex:           Female
Concentration: Science, Technology, and Society
Birthday:      07/14/83
Home Town:     Brooklyn, NY 11215
High School:   Stuyvesant High School '01

**Contact Info**
Contact Email: naomi@facebook.com
School Email:
Screenname:
AIM:

**Personal Info**
University:
Clubs and Jobs:
Favorite Quotes:
Favorite Movies:
Favorite Music:

naomi1983
917.655.1990

green thongs, like nature and clarice.
my job is to club dustin
sorry, havent read since high school english.
the proverse
"All hoss necessities she gotta do plates...'
- kanye west

"If we were not so single-minded
about keeping our lives moving,
and for once could do nothing,
perhaps a huge silence
might interrupt this sadness
of never understanding ourselves
and of threatening ourselves with death.
Perhaps the earth can teach us
as when everything seems to be dead in winter
and later proves to be alive."
-pablo neruda

About Me:    tell me about you.

**Professional Info**          edit
Title:         Humble workman at Facebook
Job Title:     ezra's co-worker

**Groups**          edit
I Thought We Were Boys ∙ Kappa Kappa Gamma ∙ Stanford Transfers ∙
Brooklyn and Queens ∙ Stanford Sorority Girls ∙ Stanford ∙ Girls
Bitches ∙ Class of 2006 ∙ Longlt: For the Children of Uganda

**Places**          edit
Naomi has no places listed.

Nachrichten-Seite Oktober 2005

File Edit View Go Bookmarks Tools Help

http://stanford.facebook.com/mailbox.php

Getting Started Latest Headlines

Dout Search

My Profile
My Friends
My Photos
My Groups
My Places
My Events
My Messages
My Account
My Privacy

## facebook

### My Messages

home search invite help about

You have 56 messages. Displaying messages 1 - 20.

1 2 3 next

Incoming · Outgoing

Quick email to:

Go

| Status | | From | Subject | | |
|--------|---|------|---------|---|---|
| ☐ seen | | Daniel Garcia | JOIN THE CAMP RISING SUN ALUMNI GROUP AT FACEBOOK. | 10.18.05 12:47pm | read reply del |
| ☐ seen | | Kappa Kappa Gamma | Love From Bianca | 10.17.05 4:57pm | read reply del |
| ☐ seen | | Gary Marshall | hs | 10.17.05 | read reply del |
| ☐ ans | | Shira Prenss | hey naomi! | 10.14.05 | read reply del |
| ☐ seen | | Luke Cohler | We might as well be friends... | 10.03.05 | read reply del |
| ☐ seen | | Kappa Kappa Gamma | Party on the Edge | 09.22.05 | read reply del |
| ☐ seen | | Anna Walters | si | 09.13.05 | read reply del |
| ☐ seen | | Stephane Oucts | Hey! | 08.23.05 | read reply del |
| ☐ seen | | Tuan Vo | re: hihi | 08.21.05 | read reply del |
| ☐ ans | | Derek Lebedon | 769 Dake-Dash | 08.18.05 | read reply del |
| ☐ ans | | Eric Nguyen | Addy | 08.10.05 | read reply del |

Done

Foto-Seite Oktober 2005

**facebook**
My Photos

search global your friend senior help logout

My Profile
My Friends
My Photos
My Groups
My Events
My Places
My Messages
My Account
My Privacy

Create a Photo Album
Have any photos to share?
Add them here...
[ Create Album ]

Your Friends' Photo Albums

philippin photos
Logan Torrey Allgren (Cal Poly)

dlgblh
Scott Markle

Darwin's Photos
Darwin Chu

Me
Tiffany Orlowski (Middlebury)

[ show all ]

about   contact   jobs   announce   advertise   terms   privacy
© Mark Zuckerberg production
Facebook © 2005

Find the
flat panel
TV that's
right for you
with Click and
Learn articles.

[ Shop Now ]

HOME DELIVERY
AVAILABLE

Waiting for t.facebook.com...

Privatsphäre-Einstellungen Oktober 2005



## facebook

My Privacy

Quick Search

My Profile
My Friends
My Photos
My Groups
My Poets
My Events
My Messages
My Account
My Privacy

Self-order your
Facebook
Announcement

How it works:

1. Write your
announcement.

2. Choose a start/end
date.

3. Your whole school
will see it!

*effective if all so
announce something*

You can see in searches?
Who can see my profile?
Who can see my contact info?
Profile Details
Block Specific People

**Who can see me in searches?**

⊙ Everyone on Facebook (recommended)
○ Restricted (some people will not be able to add you as a friend)

[Advanced]

**Who can see my profile?**

Allow my friends from all schools and...

⊙ Everyone else at my school
○ Friends of friends at my school
○ Just my friends

[Advanced]

**Who can see my contact info?**

People who cannot see your profile will never see your contact info. Anyone who can see your profile can see the email address you registered your account with.

Allow my friends from all schools and...

⊙ Everyone else at my school
○ Friends of friends at my school
○ Just my friends

[Advanced]

**Profile Details**

Allow those who can see me to also see...

☑ My friends (automatically visible to your friends)
☑ My last login
☑ My upcoming events
☑ My courses
☑ My wall
☑ That I'm a groupie of groups which I know a lot of the members

Block Specific People

12

Done

5    Das Netzwerk der Klägerin beruht nach der Gestaltung von Mark Zuckerberg und Dustin Moskovitz hierbei darauf, dass jeder Nutzer eine Profilseite von sich erstellt, auf der er die von ihm gewünschte Anzahl von Informationen über sich einstellt, z.B. regionale Angaben (Wohnort, besuchte Universität) oder Interessen und Hobbys. Andere Nutzer können diese Seite betrachten und Nachrichten auf der virtuellen Pinnwand des Profilinhabers hinterlassen oder den Nutzer grüßen, was innerhalb der Plattform „poke" heißt, zu Deutsch in etwa „anstupsen" oder „grüßen".

6    Ferner führt jeder Nutzer eine Freundesliste. Mit den Nutzern auf dieser Freundesliste können Nachrichten ausgetauscht werden. Um neue Bekanntschaften zu schließen, kann eine Suche nach bestimmten Kriterien (Interessen, Hobbies etc.) durchgeführt werden. Außerdem kann jeder Nutzer ein Fotoalbum erstellen, in das er Fotos einstellt. Seit dem Start von „thefacebook.com" sind eine Vielzahl von neu entwickelten Funktionen hinzugetreten. Eine Funktionsübersicht der Webseite der Klägerin ist beigefügt als

**Anlage K 8.**

## 2. Einzigartiger „Look & Feel"

7    Die Webseite der Klägerin ist aufgrund ihres innovativen „Look & Feel" hierbei einzigartig. So haben sich die Gründer der Klägerin Mark Zuckerberg und Dustin Moskovitz ganz bewusst für eine schlichte und besonders übersichtliche Benutzeroberfläche der Webseite entschieden, welche die Benutzerführung besonders nutzerfreundlich gestaltet und nicht durch aufblitzende Werbefenster oder ähnliches ablenkt. Des Weiteren erlaubt die Webseite dem Nutzer keine individuelle Anpassung des „Look & Feel" und behält daher eine stets wiedererkennbare äußere Gestaltung.

**Beweis:** Privatgutachten des US-amerikanischen Experten für Soziale Netzwerke Assistant Professor Clifford Lampe (**Anlage K 11**)

8    Der dreispaltige Aufbau der für Internet Netzwerkwebseiten absolut zentralen Profilseiten ermöglichte es dem Nutzer schon in einer frühen Version von 2005 (Seite 7 oben und **Anlage K 1**), links die Hauptfunktionen der Webseite mit einem Klick anzusteuern, in der Mitte die Funktionen der gewählten Unterseite ohne Umwege anzusteuern sowie ein Foto des

Profilinhabers zu sehen und rechts die Informationen über den Nutzer auf einen Blick zu erfassen. Facebook benutzt hierbei nur sehr wenige Grafiken, einen minimalistischen Stil, wobei das Nutzerfoto und ein kleines Werbefeld links noch die auffälligsten Grafiken sind.

**Beweis:** Privatgutachten des US-amerikanischen Experten für Soziale Netzwerke Assistant Professor Clifford Lampe (**Anlage K 11**)

Augenschein

Sachverständigengutachten

9     Gestaltungsprägend und eine Neuheit war schon in der frühen Version der Webseite der Klägerin ferner die einzigartige Verwendung eines einheitlichen Farbschemas. So war das Top-Banner der Webseite der Klägerin in dunklem Blau und darunter in hellerem Blau gehalten. Die Schrift befand sich in weißer Farbe in dem dunkelblauen Bereich, ganz links war das Logo der Klägerin zu sehen (siehe Abbildungen oben).

10     Diese Grundgestaltung der Webseite der Klägerin ist auch Gegenstand der Bildmarke Register-Nr. 30663271.3 (Ausdruck des Registerauszugs des DPMA anbei als

**Anlage K 10**).

11     In gespiegelter Weise wurde das Farbschema im eigentlichen Anzeigebereich in der mittleren und rechten Spalte verwendet. Überschriften waren hier in weißer Schrift und mit dem helleren Blau des Top-Banners unterlegt, das dunklere Blau des Top-Banners diente hier als untere Farbe.

12     Zudem bleibt beim typischen und jahrelang gepflegten „Look & Feel" der Klägerin der Aufbau der Benutzeroberfläche auf jeder Unterseite der Webseite stets gleich, so dass der Nutzer selbst auf einer für ihn neuen Unterseite weiß, welche Funktion wo zu finden ist. Dies führt dazu, dass die Benutzeroberfläche von Facebook einen hohen Wiedererkennungswert und Identifikationsfaktor aufweist. Die Nutzer fühlen sich „wie zuhause".

**Beweis:** Farbausdruck der Webseite der Klägerin von Oktober 2005 (**Anlage K 1**)

Privatgutachten des US-amerikanischen Experten für Soziale Netzwerke Assistant Professor Clifford Lampe (**Anlage K 11**)

Privatgutachten des ö.b.u.v. EDV-Sachverständigen Dipl.-Prog. Bernward Schrader, Seiten 16 ff. (**Anlage K 12**)

Sachverständigengutachten

13    Diese Entscheidungen der Klägerin bezüglich ihres „Look & Feel" und ihrer Benutzeroberfläche stellte ein starkes Alleinstellungsmerkmal gegenüber anderen damals aktiven Sozialen Netzwerken dar, als die Klägerin 2004 den Markt der Sozialen Netzwerke betrat.

14    Insbesondere ein Vergleich mit anderen Webseiten aus der Anfangszeit der klägerischen Webseite und damit der Sozialen Netzwerke insgesamt macht diese Einzigartigkeit deutlich. So sind viele Webseiten mit Bildern, Animationen und verschiedenen Farben regelrecht überladen, wohingegen die Webseite der Klägerin dagegen wohltuend, schlicht, einheitlich und übersichtlich gehalten ist. So verfügt allein die Eingangsseite des Sozialen Netzwerks MySpace, das inzwischen von Facebook überholte vormals größte Soziale Netzwerk der Welt, über 14 Grafiken, die Eingangsseite von Facebook dagegen über eine. Auch an der Profilseite zeigt sich dieses Alleinstellungsmerkmal der klägerischen Webseite. So benutzt Facebook im minimalistischen Stil nur sehr wenige Grafiken auf der Profilseite, wobei das Nutzerfoto und ein kleines Werbefenster links die wesentlichen Grafiken sind. MySpace dagegen benutzt viele und sehr dominante Grafiken, um dadurch eine „wildere" Benutzeroberfläche zu erzeugen. Die dagegen bewusst durchweg auf Benutzerfreundlichkeit ausgelegte Benutzeroberfläche von Facebook war zum Zeitpunkt der Erstveröffentlichung der Webseite der Klägerin eine Neuheit.

**Beweis:** Farbausdrucke der Webseiten anderer Anbieter Sozialer Netzwerke von November 2008 in Gegenüberstellung (**Anlagenkonvolut K 7**)

Privatgutachten des US-amerikanischen Experten für Soziale Netzwerke Assistant Professor Clifford Lampe (**Anlage K 11**)

Privatgutachten des ö.b.u.v. EDV-Sachverständigen Dipl.-Prog.
Bernward Schrader, Seiten 16 ff. (**Anlage K 12**)

Sachverständigengutachten

15 Die wesentlichen Alleinstellungsmerkmale der Benutzeroberfläche der Klägerin lassen sich daher wie folgt zusammenfassen:

- Facebook benutzt wenige Grafiken und einen minimalistischen Stil,
- Facebook benutzt ein einheitliches und unaufdringliches Farbschema,
- Facebook verwendet ein einzigartiges Farbschema des Top-Banners mit der dunklen Farbe oben und der helleren Farbe unten sowie der weißen Schrift auf dunklem Grund und einem Logo links oben,
- Facebook spiegelt das Top-Banner Farbschema im Anzeigebereich,
- Facebook benutzt einen dreispaltigen Aufbau der Profilseiten,
- Facebook schränkt die Individualisierung von Seiten ein,
- alle Unterseiten von Facebook sind einheitlich gestaltet.

16 Um den hierdurch erzielten hohen Erkennungsfaktor des „Look & Feel" der klägerischen Webseite beizubehalten, hat die Klägerin stets nur behutsame Änderungen an der Gestaltung ihrer Benutzeroberfläche vorgenommen und die wesentlichen Erkennungsmerkmale unverändert gelassen. Stets wurde der dreispaltige Aufbau der Profilseite, ein maßgebliches Unterscheidungsmerkmal der Webseite der Klägerin von Konkurrenzangeboten, beibehalten. Das Farbschema blieb im Wesentlichen gleich und im Top-Banner wurde die weiße Schrift auf dunklem Grund konsequent durchgehend benutzt (siehe Abbildungen unten und in **Anlage K 4**).

**Beweis:** Farbausdruck der Webseite der Klägerin von September 2008 (**Anlage K 4**)

Profil-Seite September 2008





Nachrichten-Seite September 2008



ⓗ

18

17      Das prägende Element der Aufteilung der Bildschirmoberfläche der Profilseiten in drei Spalten und die bewusst übersichtliche Aufmachung sind über die Jahre hinweg bewusst ebenso fortgeführt worden wie das besondere Farbschema und die im Top-Banner auf dunklem Grund befindlichen weißen Schrift. Für die Nutzer ist dieser Webseitenaufbau untrennbar mit der Klägerin verbunden.

      **Beweis:** Privatgutachten des US-amerikanischen Experten für Soziale Netzwerke Assistant Professor Clifford Lampe (**Anlage K 11**)

      Privatgutachten des ö.b.u.v. EDV-Sachverständigen Dipl.-Prog. Bernward Schrader, Seiten 16 ff. (**Anlage K 12**)

      Sachverständigengutachten

18      Aus diesem Grunde hat die Klägerin erst wieder Ende September 2008 eine behutsame Erneuerung ihrer Webseite vorgenommen, welche die wesentlichen Erkennungsmerkmale beibehält.

### 3. Das Netzwerk der Beklagten

19      Die Webseite der Beklagten, zunächst „www.studivz.de", später außerdem „www.studivz.net" und „www.studivz.com", war von Beginn an eine (deutschsprachige) Übernahme der Webseite der Klägerin. Die Benutzeroberfläche wurde nahezu 1:1 übernommen, wobei die einzige Änderung der Austausch der Farben Dunkelblau/Hellblau durch Rot/Hellrot ist (siehe Abbildungen unten).



## Eingangs-Seite Dezember 2005



**STUDIVERZEICHNIS**  einloggen  immatrikulieren  über uns  hilfe

**Bist Du schon drin?**

E-mail

Passwort

Einloggen

**Noch kein Account?**

Immatrikulieren

- Finde andere Studis an Deiner Hochschule!
- Finde heraus, was für Leute in Deinen Lehrveranstaltungen sitzen!
- Finde Kommilitonen für Lern- und Übungsgruppen!
- Finde heraus, wer wen kennt!

Über uns  Kontakt  AGB  Datenschutz

## Login-Seite Dezember 2005

**STUDIVERZEICHNIS**  einloggen  immatrikulieren  über uns  hilfe

**Einloggen**

Hauptseite
Einloggen
Immatrikulieren

Email

Passwort

Einloggen  Immatrikulieren

Passwort verschlampt?

Über uns  Kontakt  AGB  Datenschutz

## Registrierungs-Seite Dezember 2005

**STUDIVERZEICHNIS**  einloggen  immatrikulieren  über uns  hilfe

**Immatrikulieren**

Hauptseite
Einloggen
Immatrikulieren

**Immatrikulieren - Schritt 1**

Für Deine Immatrikulation beim Studiverzeichnis brauchen wir nur Deinen Namen, Deine Email-Adresse und Deine Hochschule (mit Land). Denk Dir auch ein Passwort aus!

Vorname:

Nachname:

Geschlecht:

Land (Hochschule):

Email:

Art der Email-Adresse:

Passwort:

Passwort wiederholen:

Weiter geht's...

Über uns  Kontakt  AGB  Datenschutz

20 Sämtliche prägenden Elemente der Benutzeroberfläche von Facebook wurden wie aus den Abbildungen oben und unten ersichtlich übernommen:

- Die bewusst besonders schlichte, übersichtliche und daher auf Benutzerfreundlichkeit optimierte Bildschirmoberfläche,
- das einzigartige Farbschema des Top-Banners mit der dunklen Farbe oben und der helleren Farbe unten sowie der weißen Schrift auf dunklem Grund und einem Logo links oben,
- das Spiegeln des Top-Banner Farbschemas im Anzeigebereich,
- der dreispaltige Aufbau der Profilseiten mit der exakten Verteilung der Hauptfunktionen links, den Unterfunktionen und dem Profilfoto mittig und den Informationen rechts,
- die eingeschränkte Individualisierung von Seiten,
- die Einheitlichkeit aller Unterseiten.

**Beweis:** Farbausdruck der Webseite der Beklagten von Dezember 2005 (**Anlage K 2**) und Farbausdruck der Webseiten der Beklagten von November 2008 (**Anlagenkonvolut K 5**)

Gegenüberstellung von Screenshots der Webseiten von Facebook und StudiVZ aus dem Jahr 2005 (**Anlage K 3**)

Gegenüberstellung von Screenshots der Webseiten von Facebook und StudiVZ aus dem Jahr 2008 (**Anlage K 6**)



## Eingangs-Seite November 2008



## Profilseite November 2008





## Nachrichten-Seite November 2008







Foto-Seite November 2008 („Foto verlinken"-Funktion)



Insbesondere wurde der dreispaltige Aufbau der Profilseiten sogar bis in die Pixelbreite der einzelnen Spalten hinein exakt kopiert. Auch Schriftart und Schriftgrößen wurden nahezu identisch übernommen.

**Beweis:** Farbausdruck der Webseite der Beklagten von Dezember 2005 (**Anlage K 2**) und Farbausdruck der Webseiten der Beklagten von November 2008 (**Anlagenkonvolut K 5**)

Gegenüberstellung von Screenshots der Webseiten von Facebook und StudiVZ aus dem Jahr 2005 (**Anlage K 3**)

Privatgutachten des US-amerikanischen Experten für Soziale Netzwerke Assistant Professor Clifford Lampe (**Anlage K 11**)

Privatgutachten des ö.b.u.v. EDV-Sachverständigen Dipl.-Prog. Bernward Schrader, Seiten 10 ff. (**Anlage K 12**)

Sachverständigengutachten

Man beachte bei der nachfolgenden Gegenüberstellung einer Facebook-Profilseite von Mai 2006 und einer StudiVZ-Profilseite von November 2008 vor allem die exakt gleiche Positionierung der Schaltflächen links sowie der Informationsfelder rechts, insbesondere „Information" bzw. „Information", „Groups" bzw. „Gruppen" und „Wall" bzw. „Pinnwand":

# facebook

Nadia Medina's Profile (This is you)

Home  search  browse  invite  help  logout     **Tools**

Search
- My Profile
- My Friends
- My Photos
- My Groups
- My Events
- My Messages
- My Account
- My Privacy

reveal yourself with a special **Panasonic** graduation offer

go there now

Panasonic



View More Photos of Me (55)
Edit My Profile
Edit My Picture
Edit My Privacy

**Status**
Nadia is in the ATL. Updated 2 hours ago

**Texas Friends** (96 friends at Texas)     See All

Rebekah Ada · Ryan Wied · Bhavesh Patel · Ruben Garen · Chloe Wilkes · Haren Patel

**Friends in Other Networks**
Austin, TX (20)
Baltimore, MD (1)
Baylor (3)
Ben Davis High School (1)

barbCCG (1)
Baltimore... MD (1)
Chester (1)
Orlando, FL (2)
Philadelphia

## Information     edit

**Account Info**
Name:  Nadia Medina
Networks:  Texas A&M '05
Last Update:  May 30, 2006

**Basic Info**
Sex:  Male
Birthday:  November 17, 2005
Hometown:  Houston, TX

**Contact Info**
Email:  nm@mail.utexas.edu
AIM Screenname:  eliyon11
Mobile:  713.301.1946
Current Address:  1818 Lakeshore Blvd #29
Austin, 78741

Website:  http://www.NovDs1.com
http://www.HauteOffice.com
http://www.FacebookProfile.com

**Education Info**
College:  Texas '05
High School:  Langham Creek High School '01

**Photos**     edit     See All
You have 4 albums.

Facebook Trick 3 · Created Nov 19
Testing 2 · Created Nov 19

**Groups**     edit     See All
You are in 5 groups.
Hook Campus SUCKS!!! • I Love the Guy at the Wendy's in the Union • Zoroastrian and Proud of It • THE KunaRoa FanClub • I Buy From GRACE A ROCKS!

**The Wall**     Write Something | See All
Displaying 10 of 70 wall posts.

Anukita Kahlakovako (TCU) wrote at 11:28am
I confirmed you!!...in case you didn't notice :-)
Wall-to-Wall • Write on Anukita's Wall • Delete

Fernsea Kavanna (East Brunswick High School) wrote at 4:52pm Nov 29, 2006
the sucks, all you college people are out for the summer and im still here in 90 degrees weather still with 20 more days
Wall-to-Wall • Write on Fernsea's Wall • Delete

---

# StudiVZ

Start
Meine Seite – andern
Meine Freunde
Meine Fotos
Meine Gruppen
Nachrichten(neu)
Mein Account
Privatsphäre

Hier gibt's nichts zu sehen!

## STUDIVERZEICHNIS
California Mountain Snakes Seite (USP Sa...)



**Werbung**
Keine Werbung gefunden

**Information**

**Account**
Name:  California Mountain Snake
Netzwerk:  blahhZ
Letztes Update:  10.02.2008

**Allgemeines**
Hochschule  USP San Francisco
Geschlecht  weiblich
Geburtstag  15.02.1977

**Persönliches**
Musikgeschmack...  Twisted Nerve
Arbeit
Interessen / con  Hölzkiaft
Filme  Abenteuerkommando Tödliche Viren

**Gruppen**
- Die ewigen Hosten
- In dieser Gruppe sind nur Prominente

**Pinnwand**
Zeige 10 von 12 Einträgen     Diese schreiben | Alle ansehen



Magnus Becker (Uni Münster) schrieb am 15.06.2005 um 03.21 Uhr
Alles ok?
[Nachricht schicken]

Ringo Treibsel (Bremen) schrieb am 27.02.2005 um 23.00 Uhr
Hi, ja hat er - is aber kein Ding!! Meine angeblaasten Idioten werden sich um ihn kümmern :-)
[Nachricht schicken]

Cry for Dawn (Uni Paderborn) schrieb

California Mountain ist auf keiner Foto verlinkt
Alle Freunde von California Mountain anzeigen
California Mountain eine Nachricht schicken
California Mountain privatisfo
California Mountain als Freund hinzufügen
California Mountain melden / gjhcofeen.

**Gemeinsame Freunde**
Du hast keine gemeinsamen Freunde mit California Mountain.

**Freunde (private Hochschulen)**
California Mountain hat 2 Freunde an der USP San Francisco.

Magnus Becker · Seven of Nine · Die Gravde (Bendd)

**Freunde (andere Hochschulen)**
California Mountain hat 24 Freunde an

22    Ferner hat die Beklagte Textteile der Webseite der Klägerin identisch übernommen. So befinden sich auf der Startseite der Webseite der Klägerin von Oktober 2005 die drei Punkte „Look up people at your school", „See how people know each other" und „Find people in your classes and groups". Die Beklagte hat auf ihrer Webseite von Dezember 2005 die vier Punkte

- „Finde andere Studis an Deiner Hochschule" (was schlicht das „Look up people at your school" der Klägerin direkt ins Deutsche übersetzt ist),
- „Finde heraus, was für Leute in Deinen Lehrveranstaltungen sitzen" (was „Find people in your classes and groups" ins Deutsche übersetzt ist),
- „Finde Kommilitonen für Lern- und Übungsgruppen" und
- „Finde heraus, wer wen kennt" (was dem „See how people know each other" der Klägerin entspricht).



23    Die Beklagte hat insgesamt umfassend das Erfolgskonzept der Klägerin und ihre Webseite kopiert, das Logo der Klägerin durch ihres ersetzt, den Text ins Deutsche übersetzt und in der Reihenfolge verändert.

⒣

24    So wurden ebenfalls der

- Login-Bereich auf der linken Seite, mit dem Feld für die Email-Adresse oben und dem Passwort unten,
- die Schaltflächen oben rechts, mit der exakten Reihenfolge der Schaltflächen „login" (Klägerin) bzw. „einloggen" (Beklagte), „register" (Klägerin) bzw. „Immatrikulieren" (Beklagten), „about" (Klägerin) bzw. „über uns" (Beklagte) und „help" (Klägerin) bzw. „hilfe" (Beklagte) kopiert.

**Beweis:** Farbausdruck der Webseite der Klägerin von Oktober 2005 (**Anlage K 1**)

Farbausdruck der Webseite der Beklagten von Dezember 2005 (**Anlage K 2**)

Gegenüberstellung von Screenshots der Webseiten von Facebook und StudiVZ aus dem Jahr 2005 (**Anlage K 3**)

25    Auch bei den Funktionen, die einen wesentlichen Teil des „Look & Feel" ausmachen, da sie dem Nutzer das Vertrautheitsgefühl geben, das Gefühl „zuhause" zu sein, hat sich die Beklagte eifrig bei der Klägerin „bedient", wie sich aus nachfolgender Gegenüberstellung der wesentlichen Funktionen der Webseite der Beklagten und der Klägerin, auch beigefügt als

**Anlage K 9**,

ergibt.

26    Hier hat die Beklagte jeweils die Markteinführung einer neuen Funktion durch die Klägerin abgewartet und nur dann übernommen, wenn die neue Funktion von den Nutzern gut angenommen worden ist. War die Funktion erfolgreich, so wurde die Funktion von der Beklagten in gestalterisch gleicher oder ähnlicher Weise übernommen.

**Beweis:** Mark Howitson, Justitiar der Klägerin, als

- Zeuge -

28



| Funktion | Facebook seit | StudiVZ seit |
|---|---|---|
| Anlegen und Gestalten einer Profilseite mit Foto des Nutzers | Februar 2004 | November 2005 |
| Suche nach Bekannten und Freunden | Februar 2004 | November 2005 |
| Hinzufügen von Personen auf eine Freundesliste | Februar 2004 | November 2005 |
| Grüßen oder Anstupsen anderer Nutzer | Februar 2004 unter der Bezeichnung "poke" | November 2005 unter der Bezeichnung „gruscheln" |
| Versenden von persönlichen Nachrichten an andere Nutzer | Februar 2004 | November 2005 |
| Gründung oder Beitritt zu Gruppen, in denen über bestimmte Themenbereiche diskutiert werden kann | September 2004 | November 2005 |
| Pinnwand auf der Seite des Nutzers, auf der andere Nutzer Kurznachrichten hinterlassen können | September 2004 | November 2005 |
| Einstellen von Videos und Fotos | Oktober 2005 (Fotos) Mai 2007 (Videos) | November 2005 (Fotos) |
| Markieren von Personen auf Fotos | Wahrscheinlich Oktober 2005 unter der Bezeichnung "tag" | September 2006 unter der Bezeichnung „Fotos verlinken" |
| Fenster, in dem der Nutzer seinen aktuellen Status (z.B. krank, traurig etc.) für andere sichtbar angeben kann | April 2006 | Juni 2007 |
| Beobachtungsliste, die über Neuigkeiten im Freundeskreis informiert | September 2006 unter der Bezeichnung "News-Feed" | Einführung wird nach eigener Aussage von StudiVZ geprüft |
| Einbindung von Applikationen externer Entwickler in die Webseite durch die Nutzer | Mai 2007 | Einführung durch Beitritt zur „OpenSocial"-Initiative von Google im Oktober 2008 eingeleitet |
| Chatten mit Personen von der Freundesliste (Instant Messenger) | April 2008 unter der Bezeichnung "Chat" | Oktober 2008 unter der Bezeichnung „Plauderkasten" |

29

⒣

27      Genauso verhält es sich mit den neueren Webseiten der Beklagten, Schü-
lerVZ und meinVZ. Diese weisen den gleichen „Look & Feel" wie die
„Mutter" StudiVZ auf, die selbst schon ein Plagiat der Webseite der Klä-
gerin ist. Die Beklagte hat nur das Farbschema Rot/Hellrot (StudiVZ) auf
Rosa/Hellrosa (SchülerVZ) bzw. Orange/Hellorange (meinVZ) variiert.

**Beweis:** Farbausdruck der Webseiten der Beklagten (**Anlagenkonvolut
K 5**)

Augenschein der Webseiten „www.schuelervz.net" und
„www.meinvz.net"

### 4. Erfolgsgeschichte des Angebots der Klägerin

28      Beim Start am 04.02.2004 stand das Internetnetzwerk der Klägerin nur
Studenten der Universität Harvard offen. Bereits Ende Februar war aber
mehr als die Hälfte aller Studenten der Universität Harvard „eingetreten".
Daraufhin begann die Klägerin bereits im März 2004 ihr Angebot nach
und nach für alle Studenten an Universitäten in den USA und sukzessive
Kanada zu öffnen. Im September 2005 folgte eine Öffnung für US-
amerikanische Schüler und schließlich im September 2006 die Öffnung
für alle Menschen weltweit. Vor kurzem wurde die Marke von 120 Milli-
onen aktiven Facebook-Nutzern weltweit überschritten.

**Beweis im Bestreitensfall:** Mark Howitson, Justitiar der Klägerin, als

**- Zeuge -**

Wikipedia-Eintrag über die Klägerin (wird
ggf. nachgereicht)

29      Die Beklagte hat diesen Erfolg zum Anlass genommen, eine <u>1:1-Kopie</u>
von Facebook auf den deutschen Markt zu bringen. Hieraus haben ihre
Gründer – Ehssan Dariani und Marc Bemmann – auch gar keinen Hehl
gemacht. So hat Ehssan Dariani zuerst gegenüber Spiegel International im
Juli 2006 geäußert (Übersetzung durch die Unterzeichnerin):

„Es mag sein, dass wir uns am Facebook Layout entlang orien-
tiert haben."