STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
StudiVZ Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25,<br><br>        Defendant. | Case No. 5:08-CV-03468 JF<br><br>Assigned To: Hon. Jeremy Fogel<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR *FORUM NON CONVENIENS* TO INFORM COURT OF NEW GERMAN ACTION**<br><br>[Declaration of William M. Walker and Supporting Exhibit Filed Concurrently Herewith]<br><br>Date: February 13, 2009<br>Time: 9:00 a.m.<br>Dept./Place: Courtroom 3<br><br>Complaint Filed: July 18, 2008 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Defendants StudiVZ Ltd. ("StudiVZ"), Holtzbrinck Networks GmbH ("Networks") and Holtzbrinck Ventures GmbH ("Ventures") (collectively "Defendants") respectfully seek permission to file this supplemental memorandum in support of their Motions to Dismiss for Lack of Personal Jurisdiction or, in the alternative, for *Forum Non Conveniens* (the "Motions"). (Docket Nos. 41, 42).

After Defendants' Motions were filed in November, plaintiff Facebook, Inc. ("Facebook") filed a new lawsuit against StudiVZ in Cologne, Germany. Facebook's lawsuit is based upon the identical facts and conduct as Facebook's California action against StudiVZ and the other defendants (the "California Action"). The fact that there are now *two* German actions between the parties on these same issues that are raised in this California Action weighs heavily in favor of a *forum non conveniens* ruling in this Court.

Defendants seek to bring this information to the Court's attention now (rather than in their forthcoming reply memorandum), in order to give Facebook an opportunity to address these issues in its opposition to the Motions.

## I.   BACKGROUND

As discussed in the Motions, Facebook, Inc. ("Facebook") filed the California Action on the same day that StudiVZ filed its own lawsuit against Facebook in the *Landgericht Stuttgart* (district court Stuttgart) in Stuttgart, Germany (the "First German Action"). In the First German Action, StudiVZ seeks a declaratory judgment that StudiVZ does not infringe or violate any of Facebook's rights.

Defendants brought the Motions because: (1) they lack sufficient contacts with California for this Court to exercise jurisdiction over them; and (2) Germany is the proper forum to resolve the parties' disputes. As discussed in the Motions,

(a) there is already a German action between StudiVZ and Facebook;

(b) all of Defendants' alleged actions took place in Germany;

///

1    (c) Facebook alleges that it has suffered harm primarily in Germany and

2    other parts of Europe;

3    (d) all of the people who could have possibly engaged in the conduct alleged

4    by Facebook are located in Germany;

5    (e) those witnesses speak German as their native language, and most would

6    require translators to testify in a United States legal proceeding; and

7    (f) nearly all of the documents related to Facebook's allegations are located

8    in Germany, and the vast majority of those documents are written in German, thus

9    requiring huge translation costs to be used in a United States legal proceeding.

10    (See, e.g. Brehm Decl. ¶ 18) (Docket No. 47).

11

12   **II.**   **FACEBOOK HAS NOW FILED ITS OWN LAWSUIT IN GERMANY.**

13    Since Defendants' Motions were filed last month, Germany's connection to

14    the parties' dispute has grown significantly.

15    On November 19, 2008, Facebook filed a lengthy response in the First German

16    Action, presenting all of Facebook's defenses and evidence (the "Response")

17    (Declaration of Dr. Anton G. Maurer ["Maurer Decl."], ¶ 4(d); Ex. O) (Docket No.

18    65); (Declaration of William M. Walker ["Walker Decl."], ¶¶ 3-4).

19    On the same day, Facebook filed an eighty-eight page long, single-spaced

20    Complaint at the "*Landgericht Köln*" (district court Cologne), in Cologne, Germany

21    against StudiVZ (the "Second German Action") (Exhibit "B1" to Facebook's

22    Response in the First German Action). (Maurer Decl., ¶ 4(d)) (Docket No. 65). The

23    Second German Action is based on the identical facts and conduct as the California

24    Action and seeks affirmative relief against StudiVZ (including monetary damages,

25    injunctive relief, and an accounting). (Walker Decl., ¶¶ 4-6; Ex. F, pp. 2-3).

26    ///

27    ///

28    ///

### III. WITH THE SECOND GERMAN ACTION, EVEN FACEBOOK ACKNOWLEDGES THAT GERMANY IS THE PROPER FORUM.

Putting aside its lack of merit, Facebook's dispute against StudiVZ does not belong in a California court. The fact that Facebook has now filed its own lawsuit in Germany against StudiVZ lays to rest any question that Germany is the proper forum for the parties' disputes.

The Second German Action was filed by Facebook following threats to do so that began more than two and one half years ago.

On June 8, 2006, Facebook's German counsel sent StudiVZ a demand letter written in German, invoking German law, and threatening a lawsuit in Germany. (Declaration of Stephen S. Smith ["Smith Decl."], ¶ 22; Exs. K-L) (Docket Nos. 64, 64-9, 64-10).

Thereafter, on January 3, 2007, Facebook sent StudiVZ another demand letter. It was also drafted by a German law firm, written in German, invoked German law and threatened to sue in Germany. (Smith Decl., ¶ 23; Exs. M-N) (Docket Nos. 64, 64-11, 64-12).

Only *after* StudiVZ filed the First German Action against Facebook did Facebook follow through on its threat to sue StudiVZ in Germany. Notably, Facebook filed the Second German Action *after* Defendants filed their Motion to Dismiss for *Forum non Conveniens* in this Court.

Facebook's filing of the Second German Action particularly impacts factors six and seven of the Ninth Circuit's seven factor *forum non conveniens* test. *Core-Vent Corp. v. Nobel Industries AB*, 11 F.3d 1482, 1487-88 (9th Cir. 1993).

Factor six considers whether Facebook would be able to obtain effective relief in another forum. Now that Facebook is the plaintiff in the Second German Action, in which it seeks several forms of affirmative relief (including but not limited to monetary and injunctive relief and an accounting), there can be no doubt that Facebook will be able to achieve effective relief there if its complaint has merit.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Factor seven considers the existence of an alternative forum.  ***Facebook*** bears the burden of proving that an alternative forum is ***unavailable***.  *Core-Vent*, 11 F.3d at 1490.  Not only is an alternate forum available in Germany (both in Stuttgart and Cologne), but ***Facebook itself*** has acknowledged the existence of that forum for more than two and one half years (beginning with the sending of its first German demand letter), and has now purposefully availed itself of that alternative forum by filing a lengthy and comprehensive lawsuit there.

Simply stated, the Second German Action solidifies the already extremely close connection between Germany and the parties.  Because the Second German Action is based on the identical facts and conduct as the California Action, and because it seeks affirmative relief against StudiVZ (including monetary damages), there is no rational reason for the California Action to proceed.  Therefore, for this reason, as well as all the reasons previously set forth in the Motions (and those that may be set forth in any Reply memoranda), Defendants respectfully request that the Court grant the Motions to Dismiss.

DATED:  December 18, 2008     GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By:    /s Stephen S. Smith
    STEPHEN S. SMITH
    Attorneys for Defendant STUDIVZ LTD.