Price v. Facebook, Inc.

Doc. 72 Att. 2

# EXHIBIT 3

Dockets.Justia.com



