# EXHIBIT 8

einloggen   immatrikulieren   hilfe   klartext

**Immatrikulieren**

E-Mail

Passwort

Einloggen

Aufgefallen aus
Bremen:
Ordnung ist das halbe
Leben - Ich lebe in der
anderen Hälfte!

Du willst auffallen?

Für Deine Immatrikulation bei studiVZ brauchen wir nur Deinen Namen, Deine E-Mail-Adresse und Deine
Hochschule (mit Land). Denk Dir bitte auch ein Passwort aus!

| Vorname | |
| Nachname | |

Damit Dich alte und neue Bekannte im studiVZ finden können, musst Du Deinen
richtigen Namen angeben.

Geburtstag

Geschlecht

Hochschule

Land          USA

Bundesland/Gebiet    California

E-Mail

E-Mail wiederholen

Passwort

Passwort wiederholen

Weiter geht's...

[E-Mail mit dem Bestätigungs-Link nicht erhalten?]

Über uns   AGB   Presse   Jobs   Banner   Impressum   Datenschutz   Verhaltenskodex   Sicherheit