# EXHIBIT 9

conectar　registrarse　ayuda　megáfono

**Registrar**

Página principal
conectar
Registrarse

**Nos preparamos para lo tan esperado!!!**
"Adivinas??" Tú voz tendrá aún + Ecooo!!

### Registrarse - paso 1

Para registrarte en el Estudielenco sólo necesitamos tu nombre, tu e-mail y tu universidad (con provincia). ¡No olvides tu contraseña!

| | |
|---|---|
| Nombre: | |
| Apellidos: | |
| Fecha de nacimiento: | |
| Sexo: | |
| ¿Dónde estudias? | Estados Unidos / California / Hayward |
| E-mail: | |
| Repetir e-mail: | |
| Contraseña: | |
| Repetir contraseña: | |

[ Y seguimos... ]

[ No recibiste el e-mail de confirmación? ]

Condiciones Generales de Uso　Banner　Información legal　Protección de datos