# EXHIBIT 11



# Your Investor Pitch
November 20, 2008

**- strictly confidential -**



# Agenda

1. Overview

2. Team & Advisory Board

3. Product

4. Numbers & Operations

5. Markets & Competition

6. How to Earn Money & Financials

7. Conclusion

# Overview

- **Fastest growing Social Networking Site in the German speaking area**

- **Free of charge with focus on students**

- **High usage ratios**

- **Team with experienced advisers**

- **In the future advertising will generate revenues**

3



# Team
## A Complementary Combination of Abilities

### Ehssan Dariani - CEO

Born in Tehran, 15.07.1980

A-Levels: Naturwiss. ASS Kassel, 1999

Bachelor of Arts in Economics in St. Gallen, Studies in Physics and Mathematics in Göttingen,

Internships
- Spreadshirt, Pittsburgh & Leipzig
- Department of Mathematics, Assistant of Prof. Müller, St. Gallen (Switzerland)
- Marketing Auditorium St. Gallen
- FORUMHSG Recruiting

Projects & Work experience
- Spreadshirt: Online Marketing, Pittsburgh (USA)
- Startup concept in distribution of grooming products
- „Jugend forscht" Arbeitswelt und Technik, 1995

Languages
- German – mother tongue
- Persian – mother tongue
- English – Fluent
- French - Advanced

### Dennis Bemmann - CTO

Born in Gifhorn, 28.07.1978

A-Levels: Gymnasium am Fredenberg, Salzgitter, 1998

„Jugend forscht" 5th position in mathematics / informatics 1997

Studies in Computer Science, Humboldt University Berlin, Germany

Scholarship of the Studienstiftung des Detuschen Volkes (= German National Merit Foundation)

Projects & Work experience
- Chief Organizer of 3rd German Youth Science Congress 2002
- Xilinx Research Labs, developer, Silicon Valley (USA)
- Various free and commercial software projects (conference scheduling, simulation etc.)

Languages
- German – mother tongue
- English – fluent
- Esperanto - fluent
- French - advanced
- Arabic – advanced
- Spanish – advanced

### Michael Brehm – COO

Born in Munich, 22.01.1980

A-Levels: Humanistisches Wilhelmsgymnasium München, 2000

Studies in Business Administration at WHU (Germany); Tec de Monterrey (Mexico) and CEIBS (China)

IHK Price 2005 for the best diploma thesis

Internships
- Hyundai, Controlling, Santiago (Chile)
- Aventis Pharma, Controlling, Shanghai, (China)
- Mundwerk, Sales, Berlin (Germany)
- Ermgassen, M&A Division, London, Great Britain

Work experience
- Merrill Lynch, M&A Division, Frankfurt (Germany)

Languages
- German - mother tongue
- English - fluent
- Spanish - fluent
- Chinese - Basic



# Advisory Board
## Strong Support from experienced Entrepreneurs

### Operations

**Oliver Samwer,**
Ex-CEO Jamba! &
E-Bay Europe

**Lukasz Gadowski,**
CEO Spreadshirt
Non-Executive Director StudiVZ

**Kolja Hebenstreit,**
Head Online Marketing Spreadshirt

### Financial Planning

**Christophe Maire,**
CFO Gate5

**Christian Vollmann,**
Ex-CEO I-love
Non-Executive Director StudiVZ

### IT & Software

**Matthias Spiess,**
CTO Spreadshirt

**Oliver Jung,**
CEO Exxeta

### Venture Capital

**Martin Weber,**
General Partner Holtzbrinck Ventures
Non-Executive Director StudiVZ



# Product
## Personal Page

- **Personal profiles reveal an individually adjusted amount of information**



6


# Numbers
## User Development

- **Clear proof of concept**

- **Viral growth started**

- **After introduction of a fast and scalable server structure rapid growth continues**



7



# Numbers
## New Members per Day

- **During the week new sign-ups are high**

- **Reached phase with about 7.000 new users per day**

- **Further growth acceleration due to new features is expected**



8



# Numbers
## Log-in-Ratios of Members at Most Important Universities

- **Log-in-ratios are important for monetization**

| Last 24 hours | |
|---|---|
| **University** | **Percentage** |
| Uni Münster | 62,3% |
| Uni Köln | 60,6% |
| Uni Mainz | 58,3% |
| RWTH Aachen | 61,0% |
| Uni Bonn | 61,7% |
| Uni Gießen | 60,1% |
| Uni Bochum | 60,1% |
| Uni Marburg | 61,1% |
| Uni Göttingen | 60,5% |



# Operations
## Roadmap

**Next three months**



IM — Online Marketing — Event planer — Facts & Figures

Server infrastructure — First Friend — Gimmics — Stats for Users

**First speed …**

**… than features**

**The following twelve months**



New Server — Internationalization — Alumni

Innovations and improvements. — Pupils



# Markets
## Geographical Expansion

**Potential European Expansion**



**Source:** Eurostat

| Country | # of students | Purchasing Power | Competition | Virality |
|---|---|---|---|---|
| Poland | 1.989.889 | - | + | - |
| Germany | 1.981.373 | ++ | - | o |
| Italy | 1.926.956 | + | ++ | ++ |
| United Kingdom | 1.645.232 | ++ | -- | o |
| France | 1.543.761 | ++ | ++ | + |
| Spain | 1.507.520 | + | ++ | ++ |
| Netherlands | 536.342 | ++ | - | o |
| Hungary | 394.021 | - | + | -- |
| Sweden | 390.371 | ++ | + | o |
| Greece | 374.591 | o | ++ | + |
| Finland | 278.522 | ++ | + | o |
| Czech Republic | 262.530 | - | + | -- |
| Austria | 197.627 | + | + | - |
| Denmark | 184.227 | ++ | + | o |
| Belgium | 179.017 | + | - | o |
| Slovakia | 150.037 | -- | + | o |
| Lithunia | 127.914 | -- | + | -- |
| Ireland | 120.782 | + | -- | o |
| Switzerland | 111.100 | ++ | - | -- |
| Latvia | 111.040 | -- | + | -- |
| Slovenia | 52.534 | - | + | -- |

**7 m Students by End of 2007**



# Markets
## Target Group Expansion

### Pupils



**Students and Pupils in the EU by age** (in million)

- 10-14 years: 26,91
- 15-19 years: 23,90
- 20-24 years: 11,31
- 25-29 years: 3,99

**Source:** Eurostat



**Pupils in the age of 10-19 years by country**

Tier I: Germany
Tier II: France, Poland, Italy, Spain
Tier III: United Kingdom, Netherlands

**Source:** Eurostat

→ **Potential Expansion of Target Group to Pupils**

### Alumni

**Keep users after university time**
→ **Implementation of a special Alumni-Section within the next 24 months**

12


# Benchmarking
StudiVZ vs. Unister

- **Over 20 social network communities with focus on students in Germany**

- **Social Networking is a monopoly game that allows no room for a second player in the relevant market**



13



# How to Earn Money
## Business Models

### Advertising

Implementation of Banners, Text links, deep links from profile declarations to affiliates, Sponsored Groups and eFlyers in different sections of the page

Due to the attractive target group price premia can be realized

Online advertising will grow dramatically over the next years

- **Advertising most important**

- **Premium Services difficult due to student target group**

### Paid Applications

Implementation of a paid access system for certain individual applications

Possible areas would be "Mobile Services" (Short Messaging) or "Shop"

### Premium Services

Conservation of an Open Source Portal while adding a paid access system to some special services

Establishment of an unpaid account, providing only basic functions, and a premium account, paying a membership fee to obtain advanced functions (e.g. more detailed search functions, unlimited amount of pictures & videos to be stored, etc.)

14



# Financials

**Basic Projections for 2007**

- Estimated revenue potential of StudiVZ € 3 to € 10 per member / per year

    MySpace (120m members) US$ 3 per member / per year, break even

    Facebook (8m members) US$ 10 per member / per year, highly profitable

- StudiVZ Members:
    - Beginning of 2007: 2m
    - End of 2007: Between 2m and 7,5m

→Revenue potential between € 6m and € 45m for 2007, with a cost basis of € 4m



# Financials

**P&L (Germany and France only & Google AdSense only)**

**Profit & Loss**

| (in €) | Jun.11 | Jul.11 | Aug.11 | Sep.11 | Okt.11 | Nov.11 | Dez.11 |
|---|---|---|---|---|---|---|---|
| **Income** | - | - | - | - | - | 119.419 | 147.174 |
| **Employees** | 18.000 | 19.000 | 20.000 | 25.000 | 25.000 | 26.000 | 27.000 |
| *% of Total Costs* | 46,9% | 44,4% | 41,0% | 41,7% | 34,9% | 32,0% | 30,2% |
| **Server** | 2.341 | 5.774 | 10.760 | 16.916 | 26.682 | 37.153 | 44.310 |
| **Computer** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Software** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Rent** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Insurance** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Office Equipment** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Telecommunication** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Lawyer** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Accountant** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Marketing** | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 |
| **Travel Costs** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Other** | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Total Costs** | - | - 38.341 | - 42.774 | - 48.760 | - 59.916 | - 68.682 | - 81.153 | - 89.310 |
| **Gross Profit** | - 38.341 | - 42.774 | - 48.760 | - 59.916 | - 68.682 | 38.266 | 57.863 |
| *Margin (%)* | n/m | n/m | n/m | n/m | n/m | n/m | n/m |
| **Depreciation** | | | | | | | |
| **Loss Carryforward** | -38.341 | -81.115 | -129.875 | -189.790 | -258.473 | -220.206 | -162.343 |
| **Tax (35%)** | - | - | - | - | - | - | - |
| **Net Profit / Loss** | - 38.341 | - 42.774 | - 48.760 | - 59.916 | - 68.682 | 38.266 | 57.863 |
| *Margin (%)* | n/m | n/m | n/m | n/m | n/m | n/m | n/m |
| **Accumulated Profit / Loss** | - 38.341 | - 81.115 | -129.875 | -189.790 | -258.473 | -220.206 | - 162.343 |

[SAMPLE]

16



# Conclusions

- **Outstanding growth during the last 3 months**

- **Extension of market-domination**

- **Team around the founders is established**

- **Focus on product development and monetization**

  ➢ **Main aim is to become one of the most profitable websites in Germany**