# EXHIBIT A



FAZ.NET ⁝ Investor ⁝ Märkte ⁝ F.A.Z.-Archiv ⁝ Abo

Frankfurter Allgemeine 13. Januar 2009 Mein FAZjob.NET:

Banking & Finance-Channel

FAZJOB.NET

NEU FAZjob.NET - Tour

Für Arbeitgeber Mediadaten Kontakt

FAZjob.NET > Beruf und Chance > Campus >

Für Bewerber

Beruf und Chance
Arbeitswelt
Vergütung
Arbeitsrecht
Neue Köpfe
Personalprofi
Campus
Stellensuche
F.A.Z.-Community

Umfrage

Ist der Leistungsdruck im Studium zu groß?

Ja, die Bologna-Reform hat Hochschulen zu Abfrage-Anstalten gemacht

Ja, mehr als fünf Klausuren im Semester sind unverantwortlich

Nein, auch früher musste man für Erfolg hart arbeiten

Nein, viele Prüfungen zwischendurch sind besser als eine am Ende des Studiums

Abstimmen GO

Ergebnis

F.A.Z.-Stellensuche

Jobs finden GO

FAZjob.NET-ID

Volltextsuche

(Hilfe)

Jobs der Woche

dm

dm-drogerie markt GmbH + Co. KG
Mitarbeiter/in im Bereich M+B,
Team Werbeplanung und Steuerung

HOCHTIEF

Hochtief AG
Gruppenleiter/-in Personalabrechnung

weitere >>

Studenten im Internet

# „Wir sind eine Alternative zu Sat.1 und Co.“

*Von Anna Loll*

Auf den Spuren von Youtube? Michael Brehm, Ehssan Dariani und Dennis Bemmann (v.l.)

*24. Oktober 2006*

Ehssan Dariani hat viele Freunde. Nämlich 704. So steht es zumindest hellrosa unterlegt auf seiner Seite im Internet. Bald werden es sicherlich noch mehr sein, denn Darianis Geschäft wächst. Und zwar enorm. Der Gründer von StudiVZ.de scheint einen Glücksgriff gemacht zu haben: Das Verzeichnis für Studenten aller Studienrichtungen aus dem deutschsprachigen Raum, eine Plattform, die die Menschen nach dem amerikanischen Vorbild Facebook zusammenführt. Im Juli schoß die Zahl der Neuanmeldungen förmlich in die Höhe: Innerhalb von drei Wochen verdoppelten sich die Registrierungen auf 200 000. Seit der Gründung im Herbst vergangenen Jahres haben sich inzwischen rund 700 000 Studenten registriert, die Millionenschwelle soll spätestens Anfang November übertreten werden. „Dann wird gefeiert“, sagt Dariani und grinst breit. Grund dazu hat der sechsundzwanzigjährige Student der Wirtschaftswissenschaften an der schweizerischen Universität St. Gallen genug. Seine „Pinnwand“, wo die Studenten ihre Meinung loswerden können, ist oll des Lobes. „Super vielen Dank für StudiVZ. Bin schon süchtig“, schreibt ein Nutzer von der Fachhochschule Köln. Auch ein Kommilitone aus Bonn kann sich vor Begeisterung kaum halten: „Danke für diese großartige Idee! Was Besseres hätte einem nicht einfallen können. Seit einigen Monaten macht das Studentenleben noch mehr Spaß!“

## Die Sandkastenfreundin ist drin

Das findet auch Ingmar Knudsen, der seit Juli ehrenamtlich für StudiVZ an der School of Audio Engineering in Berlin tätig ist. Er ist einer von 400 sogenannten „Campus Captains“, die sich darum kümmern, daß StudiVZ am eigenen Studienort bekannt wird. „Das Tolle ist das Konzept“, sagt der Zweiundzwanzigjährige. „Es ist alles verlinkt. Man kann ganz leicht Leute finden, die man im wahren Leben vielleicht nie treffen würde, weil man keine Zeit oder auch nicht die Mittel dazu gehabt hätte.“

StudiVZ hilft bei der Suche nach der Sandkastenliebe.

Das wahre Leben: Für die meisten Neuankömmlinge in der akademischen Welt bedeutet es in erster Linie Anonymität, besonders in einer fremden Stadt. Neue Kontakte fallen nicht jedem leicht und alte Freunde aus der Heimat sind über das Land verstreut. Genau diese Erfahrung machte auch Knudsen, der früher elektronischer Kommunikation eher ablehnend gegenüber stand. Doch das änderte sich, als er vor einem Jahr von Essen nach Berlin zog. Um Kontakt zu halten, lud ihn eine Freundin in das Studi-Verzeichnis ein. Jetzt verbringt er täglich mindestens eine Stunde auf den rot gestalteten Seiten. „Es ist wie eine Lawine. Es melden sich immer mehr an. Ich habe sogar meine Sandkastenfreundin wiedergefunden“, erzählt er.

Anmelden kann sich jeder Student oder zumindest jeder, der sich als solcher ausgibt. Zwei Drittel der Mitglieder loggen sich täglich ein, schreiben Nachrichten, suchen nach Bekannten, vergleichen Lehrveranstaltungen, erstellen Fotoalben oder feilen an der Selbstpräsentation. Ganz frei wird es unter der Rubrik „Über mich“. „Von allem etwas: Neugierig. Unberechenbarer Künstler. Teufelskerl. Keck! Täglicher Kampf gegen Defokussierung, Zerstreuung, Chaos und andere Kräfte der Finsternis. Konservativer Rebell. Bescheidener

Artikel-Service
Seite drucken
Versenden
Lesezeichen
Vorherige Seite

Neue Köpfe

Bannier wird Vertriebsleiter bei Vescore

FAZ JOB-Blog

Coach Me If You Can

Karriere im Takt

Per Anhalter durch die Arbeitswelt

Interaktiv
Zeugnis-Dolmetscher
Rhetoriktricks
Geld für Studenten
Beim Chef punkten

Wir wollen's wissen
Die Weiterbildungsserie

Kolumne
Wie war Dein Tag, Schatz?

Mathematik
Wissenschaft macht Karriere(n)

Mein Weg
Karrieren im Porträt

Suche nach Beiträgen
GO
Profisuche Suchhilfe

Prophet auf allen Gebieten. Suche stets nach Lösungen für Jahrhunderte, nicht bloß für die Gegenwart", schreibt Dariani über sich selbst.

**Facebook stand Pate**

Er scheint in seinem weißen Kapuzenpulli und mit dem kleinen Laptop neben dem Auberginen-Kürbis-Mittagessen genau diesen Anspruch einlösen zu wollen. Er redet überschlagend schnell, findet markige Sätze wie „Man muß Standards setzen, nicht übernehmen" und ruft – ganz der Chef – quer über den Innenhof, als seine spanischen und italienischen Angestellten zur Pause gehen: „Hey, was machen denn unsere Latinos da alleine? Don't separate from the others!"

Doch so ganz stimmt das nicht mit den Standards. Denn viel haben sich Dariani und sein Mitgründer von StudiVZ Dennis Bemmann – vom Konzept bis zum Design – von der amerikanischen Variante des Studentenverzeichnisses „Facebook" abgeguckt. Allerdings macht Dariani aus der Entwicklungsgeschichte seiner seines Projektes kein Geheimnis. „Für mich war schon immer klar, daß ich selbstständig sein wollte", sagt der gebürtige Perser. Nachdem er in Göttingen sein Studium in Mathematik und Physik abgebrochen hatte, ging er an die Schweizer Universität St. Gallen zum Wirtschaftsstudium. Die Studiengebühren waren für ihn kein Hindernis. „Die arbeitet man dann ab. Wenn man nicht an sich glaubt, dann braucht man gar nicht erst anfangen", findet er. Der erste Plan, einen Handelsvertrieb mit Männerkosmetik sich zu eigen zu machen, scheiterte. „Also habe ich nach dem nächsten großen Fang gesucht. Und wo ist das Angeln am Vielversprechendsten, wenn nicht in Übersee in einem jungen Start-up-Unternehmen?" Zwei Monate blieb Dariani im vergangenen Jahr bei der neuen amerikanischen Dependance des Leipziger Unternehmens Spreadshirt. Dort kam er schnell auf die gesuchte Idee: Ein soziales Netzwerk für Studenten zu schaffen. In den Vereinigten Staaten keine Neuheit. „Da dachte ich mir: Das ist gut, übernehmen, machen", sagt Dariani.

**Studis gruscheln gern**

Der Informatikstudent Bemmann kümmerte sich bei StudiVZ um die Technik, Dariani um den Rest. Unter anderem dachte er sich den Begriff „Gruscheln" aus, der sich in der Studentenwelt bereits weitenteils für allgemeine Zuneigungsbekundung durchgesetzt hat. Was er genau bedeutet, weiß Dariani selbst nicht. Die Definition sei jedem einzelnen überlassen. „Mal sehen, wie der Duden es definieren wird", scherzt er.

Bei StudiVZ, das seit drei Monaten in Berlin-Mitte in einem zweistöckigen Büro Präsenz zeigt, stehen die Zeichen auf Expansion. Inzwischen hat sich den beiden Gründern noch Michael Brehm, Student der WHU Vallendar, angeschlossen. Rund 30 junge Leute aus verschiedenen Ländern beschäftigt das Unternehmer-Trio an den Computern, zwischen denen die Landesfahnen von Spanien oder Polen stehen. Dort ist StudiVZ seit diesem Monat neuerdings online wie auch in Frankreich und Italien. Doch nicht nur virtuell macht sich der Erfolg des Unternehmens bemerkbar. Schon Ende des Monats zieht StudiVZ erneut um – von Berlin-Mitte in den Prenzlauer Berg. Mehr Platz wird benötigt.

**Angst vor penetranter Werbung**

Finanziert wird das Internetunternehmen durch Kredithilfen von einem Duzend Gesellschafter. Unruhig wurde es unter den jungen Nutzern, als bekannt wurde, daß die Brüder Samwer – die unter anderem den Klingeltonvertreiber Jamba gründeten – ebenfalls StudiVZ unterstützen. Befürchtungen wurden laut, daß sich auf der bis vor kurzem völlig werbefreien Plattform, die noch keinen Gewinn abwirft, die Kommerzialisierung ausbreiten werde. Dariani versucht zu beruhigen. „Wir wollen kostenlos bleiben, trotzdem soll die Werbung dezent sein." Es soll für Produkte oder Angebote geworben werden, die die Nutzer nicht als aufdringlich empfinden, wie etwa die Verlosung von Konzertkarten und die Video-Preview neuer Singles.

Dariani rechnet damit, daß bald jeder zweite Student im deutschsprachigen Raum bei StudiVZ eingetragen sein wird. Angesichts der Nutzermenge könnte sein Unternehmen bald für Werbekunden eine Alternative zu den großen Fernsehsendern

werden. „Unsere Mitglieder sind jung, gut gebildet und haben ein hohes zu erwartendes Einkommen. 20 bis 30 Minuten sind sie täglich im Durchschnitt online. Damit können wir Sat1 und Co. durchaus Konkurrenz machen. "

Text: F.A.Z.
Bildmaterial: Fotolia, StudieVZ

→ **Testen Sie die F.A.Z. 2 Wochen lang kostenlos**

FAZjob.NET als Startseite | FAZjob.NET als Favorit | RSS Feed | SHARE

Impressum | Datenschutzerklärung | Nutzungsbedingungen | Preise | Über uns

Alle freien Jobs und Stellen | Stellenangebote nach Firmen und Unternehmen | Vorteile auf einen Blick | FAZjob.NET - Tour