Price v. Facebook, Inc. Doc. 73 Att. 2

# EXHIBIT C

Dockets.Justia.com

| heise online | c't | iX | **Technology Review** | Telepolis | mobil | Security | Netze | Open Source | Developer | Resale | Foto | Autos | c't-TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Download | Stellenangebote | Preisvergleich | IT-Markt | heisetreff | Veranstaltungen | Whitepapers | Abo&Heft | Archiv

Schwachstellenmanagement einfach und effizient
Lesen Sie in diesem Whitepaper, wie Sie Netzwerkschwachstellen beseitigen können und dabei die Compliance-Regularien gewährleisten. kostenfreie Teststellung möglich.

Produktivität steigern und Betriebskosten senken
Profitieren Sie von Wide-Area Data Services und optimieren Sie die weltweite Zusammenarbeit in Ihrem Unternehmen. Wie das gehen soll? Lesen Sie hier!



 Leben |  Infotech |  Materie |  Umwelt | Verkehr | Energie | Industrie

**Sie sind Gast**
Einloggen | Registrieren

**Suche**
[         ] los

Blog
Essays
Forum
Service
Archiv


**OpenInnovators.de**
Die Informationsplattform zur Umsetzung von Open Innovation.

**Magazin**



Heft kaufen
Leseprobe
Abonnieren
Mediadaten

RSS-Feed

🔊 TR zum Hören in Zusammenarbeit mit **audible.de**

TR International
USA
Italien

Technologie-Partner

ADT
Berlin Adlershof
Stadt für Wissenschaft Wirtschaft und Medien


audible.de
Hörbücher und Audiomagazine zum Download

## "Ich war damals nicht dabei"
**Von Ben Schwan**

13.11.06
Infotech | Software

14354 Zeichen

Druck | Leserbrief | Weitermailen | Heft bestellen | Forum (7 Kommentare)

*Lukasz Gadowski, Gründer des Online-T-Shirt-Versandes "Spreadshirt", gilt als einer der bekanntesten "Web 2.0"-Investoren in Deutschland, die Start-ups mit erstem Geld aushelfen. Anteile hält er unter anderem an "StudiVZ", bei dessen Verkauf er auch mitverdienen würde. Im Gespräch mit Technology Review weist Gadowski Befürchtungen einer neuen Internet-Blase weit von sich.*

**Technology Review: Herr Gadowski, Sie gehören zum noch verhältnismäßig kleinen Kreis der Vertreter der "Web 2.0"-Szene in Deutschland. Können Sie für Laien verständlich erklären, was der Unterschied zwischen der seit kurzem aufbrausenden zweiten Internet-Welle und der mit Pauken und Trompeten untergegangenen "New Economy" ist?**

**Lukasz Gadowski:** Sie kommt zeitlich später und damit ist auch eine höhere Verbreitung des Internets korreliert. Dies betrifft sowohl die Anzahl der Nutzer und der Breitbandzugänge als auch die Verbreitung in den Köpfen der Menschen, die sich an die Funktionalität gewöhnt und Vertrauen gefasst haben. Oder zur jungen Generation gehören, die bereits stärker mit dem Medium aufgewachsen ist. Der Begriff Web 2.0 selber ist ein Marketingbegriff, der je nach Perspektive für eine ganze Reihe unterschiedlicher Dinge stehen kann.

**Infotech | Software**
The Latest
Chronologie | Glossar | Grundlagen | Big Picture | Akteure
Links | Literatur | Foren
Forschung & Entwicklung | Unternehmen & Produkte | Report | Analyse & Meinung | Fokus | Interviews

**Dein Eigenes T-Shirt**
Gestalte Dein eigenes T-Shirt mit Text & Motiv bei Spreadshirt!
www.SpreadShirt.de

**Fruit of the loom Günstig**
Preiswerte Textilien z.B. T-Shirts, Sweats, Polos, Jacken etc
www.4-FAM.com

**MSU Consulting**
BOS: Erobern Sie neue Märkte und senken Sie gleichzeitig Ihre Kosten
www.m-s-u.de/consulting

**IT-Firmen gesucht**
Hohe fortlaufende Provision für die Vermarktung von Signatursoftware.
www.signagate.de

**HYVE IdeaNet©**
Web2.0 Innovation Plattform für Ideengenerierung und -Management
www.hyve.de/ideanet

**TR: Die hiesigen Start-ups, die man im Zusammenhang mit "Web 2.0" in Deutschland gerne nennt, wirken aktuell nicht gerade überzeugend. "MyVideo" oder "Sevenload" sind Kopien von YouTube, "OpenBC" erinnert stark an den US-Dienst LinkedIn und "StudiVZ", das aktuell in den Schlagzeilen ist, zeigte sogar in seinem Quellcode, dass es als Kopie des erfolgreichen amerikanischen Vorbildes Facebook angelegt wurde. Wo ist da die Innovation?**

**Gadowski:** Alle von Ihnen genannten Unternehmen sind sehr erfolgreich – in diesem Zusammenhang von "nicht gerade überzeugend" zu sprechen finde ich sehr schade. Diese Frage klingt typisch deutsch, negativ konotiert. Zum einen besteht die Innovation darin, dass diese Dinge für den deutschen Markt gemacht wurden. Ich sehe da prinzipiell nichts schlimmes daran. Ferner vereinfachen sie die Dinge: Sevenload und OpenBC sind keine Kopien irgendwelcher US-Vorbilder. Lediglich in ähnlichen beziehungsweise gleichen Kategorien tätig.

**TR: Berechtigte Einwände als "typisch deutsch" abzukanzeln, bringt die Debatte aber nicht weiter. Videodienst ist Videodienst, ein soziales Netzwerk für Berufstätige ein soziales Netzwerk für Berufstätige. Nochmals: Wo ist hier die Innovation? Und wie begründen Sie "sehr erfolgreich"? Tatsächlich anlegbare wirtschaftliche Maßstäbe existieren noch nicht.**

**Gadowski:** Na gut, die Innovation bei "OpenBC" besteht in vielen spezifischen Dienstmerkmalen, welche das Team selbst erfunden und nicht abgekupfert hat. Zum Beispiel das Feature "Besucher auf meiner Seite", mittels welchem Nutzer sehen können, wer auf ihr Profil geklickt hat. Mag sich banal anhören, ist aber sehr wichtig. Ebenfalls







innovativ ist das Geschäftsmodell mittels eines Premium-Dienstes. Das gab es bei LinkedIn nicht. "OpenBC" war damit auch schneller profitabel als LinkedIn.

Auch "Sevenload" hat Maßstäbe in der Nutzerführung gesetzt und geht in der Tiefe der Funktionen aber auch in der Einfachheit der Bedienung weit über YouTube hinaus. Auch hier finden wir wieder ein innovatives Geschäftsmodell, denn Sevenload verdient in Wirklichkeit auch, indem es die Infrasturktur und Software Dritten zur Nutzung überlässt.

Wenn sie Innovation aus rein technischer Sicht definieren, dann sind die Unternehmen aber natürlich weniger innovativ. Keines hat einen neuartigen Computerchip erfunden oder eine effizientere Solarzelle. YouTube aber auch nicht.

Und zum Erfolg und deren wirtschaftlichen Maßstäben: Hmmm, wenn "OpenBC" seine Gewinne ausschütten würde, wären die größeren Anteilseigener wohl alle schon mehrfache Millionäre. Ich empfinde das als Erfolg. "MyVideo" können sie sich als einen Fernsehnkanal mit täglich bald einigen Millionen Zuschauern vorstellen, "StudiVZ" wie eine Zeitschrift, die täglich intensiv von einer Million Stundenten durchgeblättert wird. [Anm. d. Red.: Die genannten Zahlen beruhen auf Eigenangaben der Unternehmen - sie werden bislang nicht unabhängig überprüft.]

Der einzige Grund, warum da noch kein Geld fließt ist doch, dass diese Unternehmen kaum ein Jahr alt sind und sich um ihr Produkt kümmern und noch keine Zeit hatten Vertriebsstrukturen aufzubauen. Mit sehr geringem Kapitaleinsatz binnen wenigen Monaten aus dem nichts eine Art Zeitschrift mit einer Million Lesern pro Tag aufzubauen – ich finde das überaus erfolgreich!

Nichts für ungut, aber ihre Einwände sind leider nicht berechtigt. Aber bei "MyVideo" und "StudiVZ" haben sie mit dem Nachmachen recht, diese orientieren sich in Modell und Aufmachung sehr an den US-Vorbildern.

**TR: Nun, den Nachbau als Geschäftsmodell gab's doch schon in der "New Economy". Damals hoffte man darauf, von US-Vorbildern aufgekauft zu werden, wie etwa "Alando" durch eBay. Geht es nun wiederum um das schnelle Geld, etwa durch Verkäufe an Medienkonzerne, die sich "Web 2.0"-Kompetenz ins Haus holen wollen?**

**Gadowski:** Die Zielsetzung einzelner Unternehmen ist sicher unterschiedlich, aber klar gibt es eine gewisse Versuchung nach dem schnellen Geld, gerade am Start. Das ist in der Regel aber nie die einzige Motivation. Die Leute wollen was bewegen, Erfolg haben und Spaß am Erfolg und der Zusammenarbeit mir sehr guten Leuten. Und wenn sich erste Erfolge einstellen, sinkt in der Regel auch der Druck, schnell verkaufen zu wollen.

**TR: Wird mit "Web 2.0" tatsächlich Geld gemacht? Die Umsätze, die man aktuell hört, wirken eher unterdurchschnittlich, wenn denn überhaupt welche geschrieben werden.**

**Gadowski:** Unterdurchschnittlich im Vergleich zu was? Wir sollten nicht vergessen, über welche Industrie wir hier eigentlich reden: Über die Medienindustrie auf der einen Seite und über schnellwachsende Technologieunternehmen auf der anderen. Der Vergleich sollte also zum einen mit anderen Medienunternehmen gemacht werden und zum anderen mit Kategorien wie Biotech, Umwelt, Software, Kommunikatationsinfrastruktur, Mobile Datendienste. Die meisten Web 2.0-Unternehmen gibt es seit wenigen Jahren oder Monaten. Ich weiß nicht, welche Umsätze sie dort erwarten würden.

Ich denke aber, dass Web 2.0 - wenn wir es denn so nennen wollen – mit den oben genannten Vergleichsmaßstäben recht gut abschneidet. Wenn man die Kapitalintensität der meisten Geschäftsmodelle einbezieht sogar äußerst hervorragend.

**TR: Das Modell, schnell zu wachsen, ohne Gewinne zu schreiben, gab's aber auch schon in der "New Economy" – funktioniert hat es damals nicht.**

**Gadowski:** Es hat funktioniert, lediglich nicht immer. Und erst nach dem Zusammenbruch der Kapitalmärkte quasi gar nicht mehr. Ein Beispiel wo es funktioniert hat ist "Web.de". Oder "Ciao.com" - heute ein äußerst erfolgreiches und hochprofitables Unternehmen. Oder Google – die hatten doch recht lange kein Geschäftsmodell. Die Massenmedien malen eben gerne Schwarz-Weiß, um es dem Leser einfach zu machen. Daher kommt die Wahrnehmung. Lächerlich!

**TR: Eine Wahrnehmung, die sich allerdings auf Erfahrungen aus der Vergangenheit stützt, die heute gerne vergessen wird. Die positiven Grundideen von "Web 2.0" – Dinge wie Nutzerpartizipation, kostengünstige Firmengründungen dank billiger Infrastruktur sowie die schnelle Erreichung des Marktes dank hoher Internet-Verbreitung – scheinen derzeit wieder massiv in einen Hype umzuschlagen. Warum**

**ist das so? Wäre es nicht besser, wenn Unternehmen in Ruhe aufgebaut würden, bis sie tatsächlich Gewinne abwerfen?**

**Gadowski:** Es geht so schnell und es passiert so viel, weil die Leute begeistert sind, – inspiriert –, Ideen haben und nicht warten wollen mit dem Umsetzen. Angst, dass jemand zuvorkommen könnte, mag da eine Rolle spielen. Ich bin aber ganz sicher, dass es nicht das einzige ist. Die Leute sind eben begeistert von Ihren Ideen und wollen Sie so schnell wie möglich umsetzen. In einigen Fällen wäre Ruhe auch sehr unangebracht – z.B. im Fall "MyVideo". Wir sollten stolz sein, dass es da ein erfolgreiches deutsches Konzept gibt und das Feld nicht nur YouTube gehört.

**TR: Hype gibt es natürlich auch in den USA – angeheizt durch große Deals wie den zwischen Google und dem von Ihnen erwähnten YouTube. Was unterscheidet die deutsche Szene von der amerikanischen? Das derzeit noch weniger Geld im Markt ist? Das hier die aufnahmefähigen Medienkonzerne noch zurückhaltender sind?**

**Gadowski:** Die USA haben eine Vorreiterrolle sowohl was Internet als auch was Unternehmerkultur und Finanzmarkt betrifft. Die deutsche Szene ist viel kleiner und viel unerfahrener. Und weiter weg von einem sehr großen Markt. Und es gibt kein gesundes Verhältnis zum Scheitern. Der deutschen Mentalität fällt es irgendwie schwer zu verstehen, dass es ganz normal ist, wenn Start Ups scheitern. Gescheiterte Unternehmer sind doch keine Betrüger!

**TR: Wenn durch Schnellschüsse Menschen auf der Straße landen, hat das aber mit unternehmerischer Verantwortung wenig zu tun. Und auf genau diese, die in den USA nicht sonderlich verbreitet ist, sollten wir hier zu Lande doch eigentlich stolz sein, oder?**

**Gadowski:** Auf der Straße landen in Deutschland und in den USA immer nur die wenig qualifizierten Kräfte. Dazu muss man aus wirtschaftlicher Sicht leider auch viele Akademiker zählen, die am Markt vorbei "ausgebildet" werden. Die Fachkräfte bleiben nie lange arbeitslos. Und Start-Ups haben in der Regel überwiegend Fachkräfte. Im Silicon Valley formieren sich die Trümmer eines Unternehmens – d.h. die handelnden Personen – blitzschnell wieder neu. Sie verteilen sich auf andere Start-Ups oder die grossen Unternehmen. Ein sehr dynamisches Ökosystem. Hochspannend. Und: Man kann nur dann einen Arbeitsplatz verlieren, wenn vorher auch einer geschaffen wurde.

**TR:** Sie selbst haben das Ende der "New Economy" hautnah mitbekommen – im Gegensatz zu anderen, jüngeren "Web 2.0"-Start-up-Gründern. Ihr Unternehmen "Spreadshirt", das selbst US-Vorbildern wie Cafepress nacheifert, wurde unter anderem als T-Shirt-Lieferant für "Dotcomtod" bekannt, wo man einst "New Economy"-Tode chronologierte.

**Gadowski:** Wie kommen Sie darauf, Spreadshirt würde Vorbildern wie Cafepress nacheifern? Die Idee für Spreadshirt ist unabhängig entstanden. Zu Cafepress gibt es Überschneidungen, aber keine Identität. Schon gar nicht ist es ein Vorbild.

**TR:** Die Geschäftsmodelle sind aber dennoch sehr ähnlich – T-Shirts und anderes Merchandising zum Selbstgestalten mit der Möglichkeit, eigene Shops zu errichten. So viel müssen Sie zugeben.

**Gadowski:** Klar, die Geschäftsmodelle ähneln sich stark. Aber unterscheiden sich in wichtigen Nuancen. Spreadshirt liefert z.B. Qualitätsdrucke während die Cafepress-Ware schnell verblasst. Ganz und gar kein Vorbild.

**TR: Kommt Ihnen die aktuelle Entwicklung nicht manchmal wie ein großes Deja Vu zur "New Economy" vor?**

**Gadowski:** Ich habe damals im wesentlichen das Ende mitbekommen. Bei mir gibt es somit keinen Deja Vu-Effekt. Aber sicher gibt es Parallelen. 1999/2000 war das Ausmaß der Aktivität aber noch mal eine Zehnerpotenz höher. Ich zittere nicht vor der Stunde irgendeines Niedergangs.

**TR: Neben der "Spreadshirt"-Führung betätigen Sie sich auch als Investor mit kleinen Summen. Was versprechen Sie sich davon? An die Börse kann man "Web 2.0"-Firmen derzeit ja noch nicht bringen.**

**Gadowski:** Ich verspreche mir davon, jungen Unternehmen und Unternehmern zu helfen, erfolgreich zu sein und selber Teil dieses Erfolges zu sein. Ferner will ich die Unternehmerkultur in Deutschland fördern, deswegen blogge ich auch unter gruenderszene.de zu dem Thema.

**TR: Wenn Börsengänge wieder funktionieren – warum sollte man in ein**

**Unternehmen wie z.B. "OpenBC" investieren, das weniger Umsätze macht, als eine mittelgroße Restaurantkette? Warum macht "Web 2.0" das plötzlich "sexier"?**

**Gadowski:** (lacht). Wenn man Unternehmen bewertet – nichts anderes tut ja die Börse – sind drei der wichtigsten Faktoren: Umsatz, Profitabilität, Wachstumsrate. Wenn sie sich diese Zahlen bei "OpenBC" anschauen, werden sie da sicher den einen oder anderen Unterschied zu einer mittelgroßen Restaurantkette entdecken.

**TR: Wo? Nur 13 Prozent der "OpenBC"-Mitglieder von nicht ganz 1,5 Millionen (Karteileichen inklusive) bezahlen laut dem Unternehmen eine Monatsgebühr von 5,95 Euro, alle anderen nichts. Da macht jede Restaurantkette mehr Umsatz pro Besucher.**

**Gadowski:** Oje, jetzt muss ich mal Kopfrechnen. 150.000 x 6 x 12... hmmm... macht glaube ich 10,8 Mio Umsatz. Serverkosten, Personal, etc. da wird ein EBIT von ca. 20-30 Prozent übrig bleiben. Ist jetzt grob geschätzt, aber doch eine hübsche Summe. Der Vergleich mit einem Restaurant ist aber echt ein wenig albern, bei "OpenBC" fehlen die variablen Kosten, usw.

**TR: Nun, dann lassen Sie es uns eben mit einer Fitnesskette vergleichen, die nur ein geringes monatliches Entgelt nimmt. Zurück zum Thema: Die "New Economy" endete wegen ihrer Substanzlosigkeit in einer handfesten Wirtschaftskrise mit einer Pleitewelle und ganz realen Arbeitslosen. Droht nicht dasselbe, wenn nun wieder auf Hype gesetzt wird?**

**Gadowski:** Die New Economy endete in ihrer Substanzlosigkeit aber auch mit Erfolgsstories wie "1und1", "Web.de", "Getmobile", "Mobile.de" oder "Sedo" und vielen mehr. Es gab in der New Economy eine Übertreibung nach oben, nach der Pleitewelle eine Übertreibung nach unten.

Trotz dieser widrigen Umstände gibt es auch auss dieser Phase Erfolge, zum Beispiel "Zanox", "OpenBC", "Netviewer" oder eben "Spreadshirt". Die Wahrheit liegt irgendwo in der Mitte und in dieser haben wir uns glaube ich ganz gut eingependelt. Es wird natürlich wieder Pleiten geben und auch noch mehr Erfolgsgeschichten. Ich freue mich auf die Erfolge und auf die Erfahrungen, die in den Pleiten gemacht werden. Denn diese Erfahrungen legen den Grundstein für noch mehr Erfolgsstories.

**TR: Gesamtwirtschaftlich negative Auswirkungen einer neuen Internet-Blase sehen Sie also nicht?**

**Gadowski:** Ich sehe keine Blase, also befürchte ich auch keine gesamtwirtschaftlichen Auswirkungen einer solchen. Ich bin auch kein Makroökonom, es scheint mir aber, dass Konjunkturzyklen durchaus normal sind. Und in einer Rezession stecken wir gerade nicht.

TR: Wir bedanken uns für das Gespräch.

14354 Zeichen

Druck | Leserbrief | Weitermailen | Heft bestellen | Forum (7 Kommentare)

Copyright © 2009 Heise Zeitschriften Verlag                                    Datenschutzhinweis  Impressum  Kontakt
International: heise online UK, heise Security UK, heise open source UK, heise networks UK, heise online Polska, heise Security Polska, heise Open Source Polska, heise Networks Polska