# EXHIBIT D



Dienstag, 13.01.09 | 21:10 Uhr

RSS | Mobil | Podcast | Desktop News | Über uns | Wetter

**netzeitung.de**

Kostenloses NZ-Archiv

Aktuelles | Ansichtssache | Weiterblick | Reise | Gesundheit | Auto & Technik | **Arbeit & Beruf** | Markt & Service

Stellenmarkt | Top Jobs und Headhunter | Seminarmarkt | Bewerbungs-ABC | Vorstellungsgespräch | **Existenzgründung**

Drucken | Versenden

 Neue Lehrmethoden in den USA
**Online-Unterricht statt Klassenzimmer**

 «Suche nach perfektem Job ist Zeitverschwendung»
**Interview zum Frust**

**BILDERSCHAUEN**

 Hallo Köln, da sind wir!

 Vom Dschungel in den «Playboy»

 Weltfußballer des Jahres 2008

## «Die deutsche Trägheit nervt»
06. Okt 2006 10:03


StudiVZ Gründer Dariani
Foto: StudiVZ

Das Internet-Startup «StudiVZ» bietet Networking für Stundeten und ist damit äußerst erfolgreich. Die Netzeitung sprach mit dem 26-jährigen Gründer über die Faulheit der Deutschen und die Kunst, mit dem Internet reich zu werden.

Vor ein paar Monaten hatte Ehssan Dariani 25.000 Euro Schulden und keinen Job. Weil er sich kein Büro leisten konnte, setzte er sich mit seinem Laptop in Berliner Cafés. Sein Ziel: Ein Studentennetzwerk im Internet aufzubauen, das so selbstverständlich genutzt wird, wie Handy und E-Mail.

Nach amerikanischem Vorbild bauten Dariani und zwei Freunde StudiVZ auf. Heute hat das Startup über 30 Mitarbeiter und prominente Investoren, wie die Samwer-Brüder. Bis Ende Oktober wollen die Berliner die Grenze von einer Million Mitglieder knacken.

**Netzeitung:** *Herr Dariani, ihr Startup StudiVZ wächst rasant. Wie fühlt es sich an, bald Millionär zu sein?*

**Ehssan Dariani:** Davon weiß ich noch gar nichts.

**Netzeitung:** *Aber lange wird es doch nicht mehr dauern. Angeblich setzt das amerikanische Studentennetzwerk «Facebook» täglich eine Million Dollar mit Werbung um. Und StudiVZ hat bereits fast 700.000 Mitglieder.*

**Dariani:** Es stimmt schon, das Ding läuft jetzt. Jeden Tag melden sich über 10.000 neue Leute bei uns an. Für die Werbebranche sind Studenten die wichtigste Zielgruppe. Bei uns stapeln sich schon die Anfragen. Mit Werbung wollen wir aber bis Ende des Jahres warten. Erst soll bei StudiVZ alles richtig laufen.

**Netzeitung:** *Im letzten Jahr haben Sie versucht, eine Kette für Herren-Kosmetik aufzubauen – ohne Erfolg. Diesmal hat es geklappt. Haben Sie immer an den Erfolg geglaubt?*

**Dariani:** Ja, das habe ich. Als ich Studentennetzwerke in den USA gesehen habe, da wollte ich das auch in Deutschland haben. Eine meiner Hauptstärken ist es, das menschliche Verhalten zu prognostizieren. Ich habe immer das Gefühl gehabt, dass sich deutsche Studenten für so ein Netzwerk interessieren.

**Netzeitung:** *Sie sind 26 Jahre alt und haben schon ein Unternehmen aufgebaut. Die US-Zeitschrift «Newsweek» schreibt, Europa könnte mehr von ihrer Sorte gebrauchen. Deutsche Studenten seien träge und angepasst.*

**Dariani:** Die Amerikaner haben Recht. Und sind nicht umsonst wirtschaftliche Weltmacht. In den USA sind viel mehr Leute unternehmerisch aktiv. Wenn ein Amerikaner mit etwas Neuem konfrontiert ist, dann spielt er damit rum und probiert es aus. Entweder es funktioniert, oder er schmeißt es weg. Die Deutschen Studenten reagieren viel skeptischer. Diese Trägheit nervt mich.

**Mehr im Internet:**
StudiVZ

**Netzeitung:** *Die meisten Mitarbeiter von StudiVZ sind um die 25 Jahre alt. Was unterscheidet Ihr Team von großen Unternehmen?*





Glamour und Krise in Detroit | Amtseinführung auf Probe | Ekel-Cocktails im Dschungel



**NZ-JAHRESRÜCKBLICK**


ANZEIGE


Weiterblick


ANZEIGE


**Dariani:** Bei uns kann jeder sofort Verantwortung übernehmen. Wir hatten einen neuen Praktikanten. An seinem zweiten Tag hat er die Bewerbungsgespräche für weitere Praktikanten übernommen. Manche Leute kriegen Angst, wenn Sie mit Leuten verhandeln, die 20 Jahre älter sind.



Dariani-Profil bei StudiVZ
Foto: StudiVZ

Mir ist das egal. Die haben sich halt ein paar Mal öfter um die Sonne gedreht. In einem Startup gibt es viel mehr Aufgaben, als erledigt werden können. Da ist es wichtig, dass die Leute das Machtergreifen üben und das machen, was sie am besten können. Bei uns gibt es so gut wie keine Hierarchien. Die beste Idee setzt sich durch.

**Netzeitung:** *Vor ein paar Tagen gab es bei StudiVZ eine Nachricht über die Musikband Juli. Dort konnte man Mitglied der StudiVZ-Gruppe «Juli» werden und Konzertkarten gewinnen. Mittlerweile haben sich über 7000 Leute bei der Gruppe angemeldet. Missbrauchen Sie ihre Macht für Marketingzwecke? Als Werbung war der Eintrag nicht gekennzeichnet.*

**Dariani:** Das war recht eindeutig, dass das Werbung war.

**Netzeitung:** *…hatten Sie nicht gesagt, es gebe noch keine Werbung?*

**Dariani:** Wir haben kurz ein neues Werbekonzept getestet über eine Kooperation mit dem Musiklabel Universal. Klar kam da auch Kritik, aber andere Mitglieder haben das sofort verteidigt. Die Nutzer sind unsere besten Anwälte. Die Leute verstehen, dass wir uns irgendwie finanzieren müssen.

**Netzeitung:** *In ihrem Portal gibt es Gruppen, in denen sich Studenten mit gemeinsamen Interessen austauschen können. Eine Gruppe heißt «Kritiker der Politik des Zentralrats der Juden». Das dazu gehörige Bild zeigt einen Geparden, der eine Antilope reißt – ziemlich geschmacklos. Wie wollen Sie mit 30 Mitarbeitern die Inhalte von über 600.000 Studenten kontrollieren?*

**Dariani:** Die genannte Gruppe kenne ich nicht. Es gibt aber viel weniger schwarze Schafe als angenommen. Im Falle eines Falles reguliert sich die Gemeinschaft selbst. Wenn jemand mit einem unechten Profil online geht oder rumpöbelt, dann wird er von anderen Nutzern gemeldet und irgendwann auch entfernt. Wir dürfen Meinungen nicht zensieren, auch wenn sie uns persönlich nicht passen. Die Grenzen setzt der Gesetzgeber. Es gibt bei uns eine liberale Atmosphäre - aber kein Appeasement.

**Netzeitung:** *Was passiert mit den Daten der Nutzer? Viele Firmen würden sich darum reißen.*

**Dariani:** Ich glaube nicht, dass die sich drum reißen. Alle Daten bleiben bei uns. Vertrauen ist unser wichtigstes Kapital. Die gesetzlichen Datenschutzbestimmungen übertreffen wir bei weitem. Jeder Nutzer kann selbst bestimmen, wer wie viel über ihn erfahren darf. Kontaktdaten werden nur bestätigten Freunden angezeigt und Emailadressen überhaupt nicht.

**Netzeitung:** *Planen Sie regionalisierte und personalisierte Werbung? Einem Kölner BWL-Studenten könnte dann etwa die Werbung eines Unternehmensberaters angezeigt werden.*

**Dariani:** Das ist denkbar, aber im Moment nicht geplant. Die Leute sollen Werbung nicht als lästig empfinden, das soll denen auch etwas bringen. Deshalb wird es auch keine Popups und Klingeltöne geben.

**Netzeitung:** *Sind Sie der neue Startup-König?*

**Dariani:** (lacht) Warum nicht? Im ernst: Das wäre ein wenig vermessen. Sollen andere beurteilen. Ich freue mich, dass es im Moment gut läuft. Und nach StudiVZ kann ich mir gut vorstellen, noch weitere Unternehmen zu gründen.

*Mit Ehssan Dariani sprach Benjamin Hammer.*

Anzeige:
### NZ-Stellenmarkt



Die größte Stellensuchmaschine mit über 300.000 Angeboten: Nutzen Sie den Stellenmarkt und finden Sie Ihren Job. weiter



Schulfreunde wiederfinden

**LIVE TOP 5**

» Testversion von Microsoft:
  **Wie Windows 7 auf den Desktop kommt**
» Giulia Siegels zweite Dschungelprüfung:
  **«Ein bisschen Frieden» für die Spinnen**
» «Big Brother» sucht verzweifelt Zuschauer :
  **Porno-Star trifft «Heil Hitler»-Grüßerin**
» Erleichterung über Montgomerys Verkauf:
  **«Den Abenteuern der Finanzmärkte entzogen»**
» «Welt mit mehr Partnern und weniger Feinden»:
  **Clinton setzt auf Diplomatie und Entmilitarisierung**

netzeitung.de auf Ihrer iGoogle-Seite



**AUS ANDEREN RESSORTS**

**VERMISCHTES**



300.000 Euro für Hinweise zur Polizistenmörderin:
**Rekord-Kopfgeld für «Phantom von Heilbronn»**

**SPORT**



Skandal um Real-Boss Calderón:
**Wahlfälschung bei den «Königlichen»**

| MARKT & SERVICE | WEB-TIPPS |
|---|---|
| » Shopping | » TV-Programm |
| » Immobilien | » Vorlagen & Verträge |
| » Tarifrechner | » Hotel buchen |
| » Tickets | » Singles |
| » Handwerker suchen | » Preisvergleich Medikamente |
| » Schulfreunde | |

**AUTOGAZETTE.DE**

» Mercedes ML 450 Hybrid:
  **Spät, aber elektrisch**
» Triumph Thruxton:
  **Werkstatt statt Cafe**
» D&W meldet Insolvenz an:
  **Auto-Krise trifft Tuning-Branche**

Anzeige



**Gehalt absichern!**
Stiftung Warentest rät: Jeder sollte eine Berufsunfähigkeits-Versicherung haben!
Mehr Informationen »



**Solarkraftwerke**
Staatlich garantierte Vergütung + Mindestzeichnung bereits ab 1.875 € + Bis zu 12% Rendite!
Mehr Informationen »



**Risikoversicherung**
Schützen Sie Ihre Familie! Risikoversicherung der Hannoverschen Leben - mehrfacher Testsieger!
Mehr Informationen »

| Drucken | Versenden | Bookmark:  

**Nachrichten** | **Politik** | **Wirtschaft** | **Vermischtes** | **Sport** | **Entertainment** | **Internet** | **Kultur** | **Wissenschaft** | **Auto & Technik** | **Arbeit & Beruf**
**Medien** | **Reise** | **Audio-News** | **Desktop-News** | **Mobil** | **Archiv** | **Über uns** | **Impressum** | **Kontakt** | **Mitarbeiter** | **Leserbriefe**

Geschäftsführer: Josef Depenbrock & Robert Rischke | Chefredakteurin: Domenika Ahlrichs | Impressum | Datenschutz
NZ Netzeitung GmbH · Karl-Liebknecht-Str. 29 · 10178 Berlin · Tel.: 030 23 27 6840 · Fax: 030 23 27 6874
Alle Rechte © 2008 NZ Netzeitung GmbH

Vermarktung: DZH Online Media Sales Group GmbH

IT & Security by Procado

[ai:ti]-Quotes&Charts: IT Future AG
Quellen der Börsendaten: IT Future AG, Standard&Poor's Comstock Inc. und weitere.