# EXHIBIT E

BiNOLi - Urlaub beginnt mit airberlin - Jetzt Sonne buchen!

Schlagzeilen | TV-Programm | RSS | Newsletter | Mobil | Dienste | Startseite | Wetter | DER SPIEGEL

SPIEGEL ONLINE NETZWELT      Suche

NACHRICHTEN   VIDEO   ENGLISH   EINESTAGES   FORUM   SPIEGEL WISSEN   ABO   SHOP

Home | Politik | Wirtschaft | Panorama | Sport | Kultur | **Netzwelt** | Wissenschaft | UniSPIEGEL | SchulSPIEGEL | Reise | Auto

Nachrichten > Netzwelt > Web                                                           Login    Registrierung

15.11.2006                 Drucken | Senden | Bookmark | Feedback | Merken

**INTERVIEW ZU STUDIVZ**                           Schrift:  −  +

## "Wir begrüßen Meinungsvielfalt"

**Gegen die Macher des Community-Portals StudiVZ wurden jüngst eine ganze Reihe von Vorwürfen erhoben: Man nehme Mitbewerbern Domainnamen weg, Design und Konzept seien in den USA abgekupfert. In einem E-Mail-Interview mit SPIEGEL ONLINE nehmen die Macher des Angebotes Stellung.**

**SPIEGEL ONLINE:** Inwieweit handelt es sich bei StudiVZ um einen Facebook-Klon? Die Ähnlichkeiten zum Design der US-Seite sind auffallend, die Fehlermeldungen lassen überraschend freimütig von "fakebook" lesen.


studivz.de
Michael Brehm, Ehssan Dariani, Mitgründer Dennis Bemmann (v.l.): "Stolz auf die tolerante und international geprägte Firmenkultur"

**Ehssan Dariani:** Wir haben amerikanische Plattformen analysiert, die besten Ideen miteinander kombiniert und an die europäische Campuskultur angepasst. Kreativität und Originalität gehören zu den wichtigsten Werten des StudiVZ. Deshalb verzichtet StudiVZ - anders als die meisten anderen Internet-Seiten - auf Anglizismen, und es wurden bestehende Dinge weiterentwickelt. StudiVZ hat das Gruscheln erfunden, hat CampusCaptains, den Liedermacher-Wettbewerb, die "Wer war auf meiner Seite?"-Funktion und vieles mehr. Ideen bauen aufeinander auf und werden weiterentwickelt. Vor all den anderen heute bekannten Netzwerken gab es ebenso Vorläufer, die mehr oder weniger erfolgreich waren. Es würde ja heute auch niemand behaupten BMW sei eine illegitime Kopie von Mercedes, dem Erfinder des Automobils.

**SPIEGEL ONLINE:** Ist Domain-Grabbing, das Übernehmen von Internet-Adressen der Konkurrenz in anderen Regionen, übliches Geschäftsgebaren bei StudiVZ?

**Michael Brehm:** Nein. Für diese Fälle haben wir uns bereits entschuldigt, und es sind entsprechende Handlungen veranlasst worden. Für die eine Domain, an der StudiVZ Rechte besessen hat, wurde bereits letzte Woche ein Löschungsantrag gestellt. Für andere Domains, an denen ein Gesellschafter Rechte gehalten hat, wurde ebenfalls letzte Woche ein Löschungsantrag aufgegeben. Damit betrachten wir die Vorgänge als erledigt.

**STUDIVZ**

**Michael Brehm** und **Ehssan Dariani** sind Mitgründer von StudiVZ.net, einem sozialen Netzwerk-Portal das sich vornehmlich an Studierende richtet. **Tilo Bonow** ist Sprecher des Unternehmens.

**SPIEGEL ONLINE:** Könnte es nicht zu Irritationen führen, dass die Adressen der StudiVZ-Dependancen in Paris, Barcelona und Mailand mit denen der dortigen Filialen der Online-Partnerbörse Parship übereinstimmen? Manche Nutzer sind besorgt über die Sicherheit ihrer privaten Daten - ist da ein Austausch zu erwarten?

**Ehssan Dariani:** StudiVZ hat seinen Sitz in Berlin. Zu administrativen Zwecken brauchen wir für die internationalen Seiten vor Ort eine Anschrift. Parship hat uns als befreundetes

**MOST WANTED**

Netzwelt | Alle Ressorts | Videos

1  Technikärgernis Automatik-Jalousie: Die Verschwörung der Windwächter
2  Statt Kopierschutz: iTunes-Songs wissen, wer sie gekauft hat
3  CES-Trends: Das Netbook-Prinzip wirkt
4  Surftipp: "Leck mich, Äffchen!"
5  Netzwelt-Ticker: Mädchen verschickt 14.500 SMS im Monat

**VIDEOS NETZWELT**                    1 | 2 | 3



CES 2009: Computertechnik in Las Vegas          "Sock and Awe": Der Schuhwurf als Online-Spiel

**EXKLUSIV**

Günstige Klassiker: Die 20 besten Spiele für Playstation 2



Macworld-Messe: Apple-Jünger kuscheln ein letztes Mal

Macworld-Neuvorstellungen: 3D-iPhones und Zwergprojektoren

Spielkonsolen-Plagiate: "Chintendo Vii" und "PolyStation 3"

W-Lan-Verlängerung: Darf's ein bisschen mehr Funknetz sein?

**SPIEGEL SPECIAL**



Heft 7/2008:
Was Kinder klug & glücklich macht

Inhalt
Heft bestellen

**FEHLFUNKTION**

Technikärgernis Frischhalterollen: Frust mit fiesen Folien

Technikärgernis Kinderwagen: Vier Hände für ein Zusammenklappen



Technikärgernis Fernbedienung: Viele kleine Tasten, wenig Bedienung

Technikärgernis Sensorarmatur: Wedeln, bis das Wasser fließt

SPIEGEL ONLINE

verbunden sind, pragmatischerweise gestattet, ihre Anschriften für StudiVZ zu verwenden. Ansonsten bestehen keinerlei Geschäftsbeziehungen geschweige denn irgendein Austausch von Daten.

**SPIEGEL ONLINE:** Inwieweit spiegeln die privaten Aktivitäten von Ehssan Dariani, etwa seine Filmaufnahmen an ungewöhnlichen Orten oder sein Satireverständnis in Bezug auf nationalsozialistische Symbole, die Unternehmenskultur von StudiVZ wider?

**Tilo Bonow**: So wie einige Darstellungen verstanden werden, spiegeln sie nicht die Firmenkultur wider. StudiVZ ist stolz auf seine tolerante und international geprägte Firmenkultur. Mit Mitarbeitern aus mehr als zehn Ländern und verschiedenen Religionen begrüßen wir Meinungsvielfalt. Herrn Dariani tut es leid, dass einige seiner Handlungen missverstanden wurden. Es wird ihm nun bewusst, dass er durch das zunehmende öffentliche Interesse eine besondere Verantwortung trägt.

*Die Fragen stellte Richard Meusers*

### ZUM THEMA AUF SPIEGEL ONLINE

Größte Studenten-Community: Peinliche Pannen bringen StudiVZ in Verruf (15.11.2006)

### MELDUNGEN AUS ANDEREN RESSORTS

#### WISSENSCHAFT



**Neue Arktis-Strategie der USA:** Bushs eisiges Vermächtnis
Neufassung nach 15 Jahren: In den letzten Amtstagen der Regierung Bush haben die USA eine neue Arktis-Strategie veröffentlicht. Washington will mehr Einfluss im hohen Norden - und kündigt an, seine Interessen nötigenfalls auch mit nationalen Alleingängen durchzusetzen. *Von Christoph Seidler* mehr...

**Kleinkinder in Gefahr:** Ätherische Öle können Atemnot auslösen
**Fingerlänge und Verhalten:** Langfinger sind gute Aktienhändler
**Grönlands Gletscherschmelze:** Forscher warnen vor Panik-Prognosen
mehr Wissenschaft

#### KULTUR



**"Die weiße Priesterin":** Künstlerin Susanne Wenger ist tot
Als junge Künstlerin kam sie aus Österreich nach Afrika, um dort zur Hohepriesterin einer traditionellen Religion aufzusteigen - und schließlich ein Kunstwerk zu schaffen, das selbst die Unesco ehrte. Jetzt ist Susanne Wenger im Alter von 93 Jahren verstorben. mehr...

**Bestseller-Autor Jiang Rong:** "Ich bin gegen Schocktherapie"
**Abgehört:** Die wichtigsten CDs der Woche
**Gesellschaftsdrama "Zeiten des Aufruhrs":** Als die Ehe öde wurde
mehr Kultur

© SPIEGEL ONLINE 2006
Alle Rechte vorbehalten
Vervielfältigung nur mit Genehmigung der SPIEGELnet GmbH

### TECHNIK-TEST


Thorsten Wulff

**Multimedia-Laptop Qosmio F50:** Diesem Notebook kann man's zeigen
**iPhone-Rivale:** Blackberry patzt beim Touchscreen-Handy

### MUSIK



Höre deine Musik mit SPIEGEL ONLINE. Stelle dein persönliches Radioprogramm zusammen und entdecke neue Musik: Hier klicken!

### SILBERSCHEIBEN



**DVD-Filmbeileger:** Jede Menge Drama
**DVD-Filmbeileger:** Glücksritter auf dem Horrortrip
**DVD-Filmbeileger:** Im tiefen Tal der Höhlenmonster
**DVD-Filmbeileger:** Dänische Bäcker, britische Killer

### COM!X


©TOM

**Comic von ©Tom:** Die Weihnachtsfrau ist blau
**Comic von Jamiri:** Das horizontale Gewerbe
**Comic von ©Tom:** Noch Sushi, Langnase-San?
**Comic von Jamiri:** Cybermobbing

### SPEZIAL-THEMEN NETZWELT



**Gamers' Corner:** Die (Spiele-) Welt ist eine Scheibe
**Datensauger:** P2P, MP3, das Web und die Dauerkrise der Entertainment-Industrie
**YesterTech:** Was gestern Zukunft war
**Stündlich frisch:** Die Top 10 der weltweit verbreitetsten Viren
**Viren:** Alle Nachrichten zum Thema
**SPIEGEL ONLINE exklusiv:** Die Anatomie der Schlapphüte

### SERVICE-ANGEBOTE



Bücher bestellen | Stellenangebote | Immobilien-Börse
Banken-Vergleiche | Partnersuche | Sportwetten
Versicherungs-Vergleiche | Gehaltscheck | Kostenloses Girokonto
Kfz-Versicherung | Kredite vergleichen | Routenplaner
Brutto-Netto-Rechner | Bußgeld-Rechner | Prozesskosten-Rechner
Uni-Tools | Gasanbieter-Vergleich | Benzinpreis-Vergleich
Rezensionen | Währungs-Rechner | Ferientermine
Energiespar-Ratgeber | Hörbuch-Downloads | 2300 Headhunter
Stromanbieter-Vergleich | Handytarife | Kranken-versicherung
buch aktuell | Energie-Vergleiche | Gesetzes-textsuche

ANZEIGE

Home | Politik | Wirtschaft | Panorama | Sport | Kultur | Netzwelt | Wissenschaft | UniSPIEGEL | SchulSPIEGEL
einestages | Reise | Auto | English Site | Video | Schlagzeilen | Forum | Wetter | Dienste
Shop | Abo | DER SPIEGEL | SPIEGEL TV | KulturSPIEGEL | weitere Zeitschriften
SPIEGEL Wissen | manager magazin | manager lounge | Harvard Business Manager | buchreport

