# EXHIBIT F

FAZJOB.NET : Investor      Märkte : F.A.Z.-Archiv : e-paper : Abo : Blogs : Services        Mein FAZ.NET : Login        Suche

Frankfurter Allgemeine FAZ.NET
13. Januar 2009

Home  Politik  **Wirtschaft**  Feuilleton  Sport  Gesellschaft  Finanzen
Reise  Wissen  Auto  Computer  Beruf & Chance  Kunstmarkt  Immobilien  Rhein-Main

FAZ.NET-Sonderseite
Die Finanzkrise

**Aktuell**   **Wirtschaft**   **Unternehmen**

**Diebstahl geistigen Eigentums vorgeworfen**         Artikel-Services

# Netzwerker im Clinch: Facebook verklagt StudiVZ

Von Holger Schmidt



Angriff auf das ungeliebte deutsche Pendant StudiVZ: Facebook-Gründer Mark Zuckerberg

**19. Juli 2008** Der Wettbewerb zwischen dem sozialen Netzwerk Facebook und seinem deutschen Konkurrenten StudiVZ wird nun vor Gericht ausgetragen. Facebook hat StudiVZ vor einem Gericht im kalifornischen San Jose verklagt, als Kopie das intellektuelle Eigentum von Facebook zu missbrauchen.

„StudiVZ hat nicht nur Facebooks Features gestohlen, sondern auch das „Look and Feel", das Design, große Teile der Website-Funktionalitäten und andere Eigentumsrechte wie Style Sheets" heißt es in der Anklageschrift. Ein Vergleich der beiden Seiten zeige, dass sie virtuell identisch seien. Als Beweis für den Diebstahl führt Facebook unter anderem ein Interview mit dem StudiVZ-Gründer Dariani an, in dem dieser zugibt, sich an den Linien des Facebook-Layouts orientiert zu haben.

Anzeige


**Stammzellen sichern!**
Für 6 Euro/Monat Nabelschnurblut für Ihr Kind einlagern.


**Wird ERP genutzt?**
Microsoft Dynamics. ERP- und CRM-Lösungen, die aussehen wie Microsoft Office, werden genutzt.

Anzeige

### Gründer wehrt sich

Der Gründer der Online-Gemeinschaft StudiVZ, Ehssan Dariani, hat sich gegen die Vorwürfe gewehrt. Natürlich sei StudiVZ an Facebook angelehnt, sagte Dariani der Frankfurter Allgemeinen Sonntagszeitung (F.A.S.), aber schlimm sei das nicht. „Die Software hinter der Seite kann man ja gar nicht kopieren, die muss man selbst schreiben."

**Zum Thema**
- Zweifel an schnellem Werbeerfolg in sozialen Netzwerken
- Die Deutschen haben ihre Lieblingsseiten im Netz gefunden
- Mark Zuckerberg und seine Freunde verändern die Gesellschaft
- Web 2.0: Facebook stellt deutsche Seite ins Internet
- Die neuen Helden im Silicon

Tatsächlich sehen die beiden Webseiten einander sehr ähnlich. Sie könnten aber nicht miteinander verwechselt werden, sagte Dariani. „Die Farben unterscheiden sich: StudiVZ ist rot, Facebook ist blau." Sowohl StudiVZ als auch die Eigentümer beim Holtzbrinck-Verlag wollten sich zu der Klage nicht äußern. Branchenkenner spekulieren: Facebook wolle Holtzbrinck mit der Klage dazu bringen, StudiVZ günstig an Facebook zu verkaufen. Das werde aber nicht geschehen, sagte Holtzbrinck-Manager Konstantin Urban der F.A.S., obwohl StudiVZ noch keinen Gewinn abwirft. „StudiVZ läuft so gut, das verkaufen wir nicht."

**Wirtschaft**                                    RSS
Konjunktur            Wirtschaftspolitik
Unternehmen           Netzwirtschaft
Recht & Steuern       Wirtschaftswissen

Dax | Tec | Dow | Nas

Übersicht
Zusammensetzung
Chart
Meldungen
Vortag
DAX 4.637  -1,75 %  13.01 21:08
Kurssuche

Wirtschaft                                FAZ.NET
                      Blättern
Comic
Die Leiden des Banklehrlings Axel

FAZ.NET-RSS-Service
**Keine Schlagzeile verpassen.**
Mit den RSS-Services von FAZ.NET behalten Sie alle Nachrichten stets im Blick.


**Ticker Wirtschaft**              Ressorts    Blättern
Matthias Wissmann: Guter Draht zur Kanzlerin
Ukrainische Pipelines sind Kiews letztes Einflussinstrument
Autoindustrie: Wunsch und Wirklichkeit in Detroit
Post wird Großaktionär: Deutsche Bank vor indirekter Staatsbeteiligung
Japans Konjunktur: Warten auf die Weltwirtschaft

Top-Themen:   Heute   Woche   Monat

**Märkte Aktuell**
Kursabfrage    ISIN / WKN

| Name | Punkte | Prozent |
|---|---|---|
| Dax | 4.636,94 | -1,75 |
| TecDax | 479,40 | +0,29 |

Valley

### Monatelange Gespräche vor der Klage

In der Anklageschrift heißt es weiter, die Gleichheit der Seiten könne dazu führen, dass Nutzer zu dem Schluss kommen, dass es eine Verbindung zwischen Facebook und StudiVZ gebe. Da StudiVZ unkontrollierte Standards für Services, Features und den Schutz der Privatsphäre einsetze, sei dies negativ für Facebook. „StudiVZ hatte viele Daten- und Sicherheitslecks. Weil StudiVZ so viele Aspekte von Facebook kopiert hat, könnten die Nutzer zu dem Schluss kommen, Facebook leide unter denselben Datenschutz- und Sicherheitsproblemen, was nicht der Fall ist", heißt es in der Anklageschrift.


StudiVZ-Geschäftsführer Marcus Riecke

Der Klage soll offenbar monatelange Gespräche zwischen Facebook und StudiVZ vorausgegangen, die aber wohl nicht das erhoffte Ergebnis aus der Sicht von Facebook gebracht haben. StudiVZ hat nun 20 Tage Zeit, sich zu den Vorwürfen zu äußern oder seine Website umzubauen.

StudiVZ verfügt zusammen mit SchülerVZ und MeinVZ über rund zehn Millionen Nutzer in Deutschland, während Facebook seine deutsche Version erst im März gestartet hat und nur etwa eine Million Nutzer in Deutschland hat. Weltweit ist Facebook allerdings inzwischen das führende soziale Netzwerk mit mehr als 100 Millionen Nutzern. In Deutschland wird ein soziales Netzwerk heute mit etwa 20 Euro je Nutzer bewertet. International schwankt der Wert zwischen 40 Dollar, die AOL für jedes der 22 Millionen Mitglieder des britischen Netzwerks Bebo gezahlt hat, und etwa 150 Dollar je Nutzer, wie Microsofts Einstieg in Facebook gezeigt hat.

### Gegenklage von StudiVZ

Wie erwartet weist StudiVZ die in den Medienberichten zitierten Vorwürfe als haltlos zurück. Eine Feststellungsklage beim Landgericht Stuttgart soll dies feststellen. StudiVZ-CEO Marcus Riecke: „Nachdem es Facebook trotz aufwendiger Bemühungen bisher nicht gelungen ist, in Deutschland Fuß zu fassen, versucht mach jetzt offensichtlich, den Erfolg von StudiVZ gerichtlich zu verhindern". Mit dem Versuch, StudiVZ mit dem Prozess ohne Erfolgsaussichten zu schädigen, erhebe Facebook den Anspruch auf ein weltweites Monopol bei sozialen Netzwerken.

Text: FAZ.NET, ht.
Bildmaterial: AP, Matthias Lüdecke

**Lesermeinungen zum Beitrag** [14]

- Verkauf waere sinnvoll 22. Juli 2008, 14:34
- Kontra Idee-Patente 20. Juli 2008, 22:09
- Ideen-Patente 20. Juli 2008, 20:48

Drucken  Versenden  Speichern  Vorherige Seite  Lesezeichen

 Verlagsinformation
Neue Business-Literatur: Die wichtigsten Bücher aller relevanten Verlage und Autoren. Kurze Zusammenfassungen für den schnellen Überblick finden Sie hier...

Anzeige

| | | |
|---|---:|---:|
| DowJones | 8.454,38 | -0,23 |
| Nasdaq | 1.538,44 | -0,02 |
| STOXX 50 | 2.411,28 | -1,66 |
| Nikkei 225 | 8.413,91 | -4,79 |
| S&P 500 Zert. | 8,60 | -2,93 |
| Euro/Dollar | 1,32 | -1,39 |
| Bund Future | 125,20 | +0,02 |
| Gold | 822,07 | -0,10 |
| Öl | 44,60 | +5,31 |

**F.A.Z.-Serie**


**Auf einen Espresso**
Wie war die Woche? Ein paar Randnotizen zu den großen und kleinen Schlagzeilen der vergangenen Tage.

**Branchen und Märkte**


**Die wichtigsten Trends und Entwicklungen**
Umfassende Analysen und Kennzahlen zu allen wesentlichen Branchen und Märkten.

**FAZ.NET-Suche**

- ● FAZ.NET — Suchhilfe
- ○ F.A.Z.-Archiv — Profisuche

Suchbegriff [GO]

**Top-Services**



| Aboservices | Buchshop | FAZ.NET als Startseite |
| FAZ.NET-Mobil | Finanzcheck | Kfz-Versicherungen |
| Kulturkalender | Meine Mail | Newsletter |
| Partnersuche | Reiseführer | Rezensionen |
| Routenplaner | RSS-Feed | Software-Portal |
| Staumelder | Ticket-Portal | TV-Programm |
| Wetter | | |

Anzeige

FAZ.NET-Impressum  Die Redaktion  Kodex  Kontakt  Sitemap  Hilfe  Nutzungsbedingungen  Datenschutzerklärung  RSS  Mobil

Online-Werbung  Anzeigen  Leserportal  Jobs bei der F.A.Z.  Mehr über die F.A.Z.

F.A.Z. Electronic Media GmbH 2001 - 2009

http://www.faz.net/s/RubD16E1F55D21144C4AE3F9DDF52B6E1D9/Doc~E8348168B1... 13.01.2009

 **Sekretärin ab 39€ /Monat**
Wir nehmen Anrufe in Ihrem Firmennamen entgegen, Individuell, 24h - Jetzt live gratis testen

 **Priv. Krankenkasse 59 €**
TESTSIEGER Private Kassen ab 59 €. Für Angestellte (EK>48.150,-) und alle Selbständigen.

**100% Kostenlose Community**
Nicht nur für Studenten! - Chatten, Spaß haben, ohne versteckte Kosten.
www.Lokalisten.de/community

**Unfallschaden am Auto**
Komplette Abwicklung des Schadens wird von uns übernommen! Info Hier.
www.carpoint-frankfurt.de

**Millionär in 10 Jahren**
Geld verdienen an der Börse leicht gemacht für jedermann!
www.millionenanlage.de

 Google -Anzeigen