# EXHIBIT H



# Time-Critical Software Deceleration in an FCCM

| | |
|---|---|
| **Full text** | Publisher Site |
| **Source** | **FCCM** archive<br>**Proceedings of the 12th Annual IEEE Symposium on Field-Programmable Custom Computing Machines** table of contents<br>Pages: 3 - 12<br>Year of Publication: 2004<br>ISBN:0-7695-2230-0 |
| **Authors** | Phil James-Roxby  Xilinx Research Labs, Longmont, CO, USA<br>Gordon Brebner   Xilinx Research Labs, San Jose, CA, USA<br>Dennis Bemmann  Humboldt University, Berlin, Germany |
| **Publisher** | IEEE Computer Society  Washington, DC, USA |
| **Bibliometrics** | Downloads (6 Weeks): n/a,   Downloads (12 Months): n/a,   Citation Count: 3 |

**Additional Information:** abstract   cited by   collaborative colleagues

**Tools and Actions:**   Review this Article
Save this Article to a Binder    Display Formats: BibTex   EndNote   ACM Ref

## ↑ ABSTRACT

In this paper, we explore two important latency issues associated with using an embedded processor as an assistant to programmable logic within a logic-centric system implemented on a platform FPGA. The context is that of the 'software decelerator' - a term introduced by the authors in 2003 to describe a logic-centric counterpart of the familiar hardware accelerator. We first focus on minimizing latency in the logic-processor interface, introducing an efficient interrupt-driven control mechanism. Then, in the context of a case study on packet address lookup, we focus on minimizing latency in memory interfaces, using the processor's hardware cache mechanism for assistance.

## ↑ CITED BY  3

- Ronald Scrofano , Viktor K. Prasanna, Molecular dynamics---Preliminary investigation of advanced electrostatics in molecular dynamics on reconfigurable computers, Proceedings of the 2006 ACM/IEEE conference on Supercomputing, November 11-17, 2006, Tampa, Florida

- Zachary K. Baker , Viktor K. Prasanna, High-throughput linked-pattern matching for intrusion detection systems, Proceedings of the 2005 symposium on Architecture for networking and communications systems, October 26-28, 2005, Princeton, NJ, USA

- Scott Sirowy , Greg Stitt , Frank Vahid, C is for circuits: capturing FPGA circuits as sequential code for portability, Proceedings of the 16th international ACM/SIGDA symposium on Field programmable gate arrays, February 24-26, 2008, Monterey, California, USA

## ↑ Collaborative Colleagues:
Phil James-Roxby: colleagues

Gordon Brebner: colleagues
Dennis Bemmann: colleagues

The ACM Portal is published by the Association for Computing Machinery. Copyright © 2009 ACM, Inc.
Terms of Usage   Privacy Policy   Code of Ethics   Contact Us

Useful downloads: Adobe Acrobat   QuickTime   Windows Media Player   Real Player



Subscribe (Full Service)   Register (Limited Service, Free)   Login

Search:  ○ The ACM Digital Library  ● The Guide





**Dennis Bemmann**

No contact information provided yet.

Authors:
Add personal information

**Affiliation history**
- Humboldt-Universität zu Berlin

**Bibliometrics**: publication history

| | |
|---|---|
| Publication years | 2004-2005 |
| Publication count | 2 |
| Citation Count | 3 |
| Available for download | 0 |
| Downloads (6 Weeks) | 0 |
| Downloads (12 Months) | 0 |

**SEARCH**

[Search Author's Publication]

**Collaborative Colleagues:**
Gordon J Brebner
Philip B James Roxby

**ROLE**
- Author only

**AUTHOR'S COLLEAGUES**
▶ See all colleagues of this author

**SUBJECT AREAS**
See all subject areas

**FEEDBACK**
Please provide us with feedback

**AUTHOR PROFILE PAGES**
(BETA)
Project background

**BOOKMARK & SHARE**



The ACM Portal is published by the Association for Computing Machinery. Copyright © 2009 ACM, Inc.
Terms of Usage   Privacy Policy   Code of Ethics   Contact Us