Price v. Facebook, Inc.

Doc. 73 Att. 7

# EXHIBIT G

Dockets.Justia.com

Dies ist der Cache von Google von http://www.schuelervz.net/l/press/1/. Es handelt sich dabei um ein Abbild der Seite, wie diese am 12. Jan. 2009 19:52:06 GMT angezeigt wurde. Die aktuelle Seite sieht mittlerweile eventuell anders aus. Weitere Informationen

Diese Suchbegriffe sind markiert: **xilinx dennis bemmann** Nur-Text-Version



E-Mail

Passwort

Einloggen

Anmelden

Dinokönig toppen, pinkes Päckchen kriegen. Mach mit!

einloggen    anmelden    hilfe

## Management

schülerVZ    Management    Pressekontakt    Pressedownload    Pressemitteilungen

### Das studiVZ Management

[x] Dr. Clemens Riedl CEO    **Dr. Clemens Riedl** CEO

Dr. Clemens Riedl, Jahrgang 1971, ist seit dem 22. Oktober 2008 CEO der studiVZ Ltd. Seit August 2008 ist er Vice President Sales der studiVZ Ltd. und für die Entwicklung sowie Umsetzung von Vermarktungskonzepten verantwortlich. Nach seinem Studium der Betriebswirtschaftslehre an der Wirtschaftsuniversität Wien, der University of Illinois und der Stanford University promovierte Clemens Riedl an der European Business School in Oestrich-Winkel. Seine berufliche Laufbahn begann er als Assistent der Geschäftsführung beim Verlag Der Tagesspiegel GmbH (1998) und Projektleiter Zeitungen bei der Verlagsgruppe Georg von Holtzbrinck (2000). Zwischen 2005 und 2008 war er als Geschäftsführer für den Verlag Der Tagesspiegel GmbH, dessen Online-Tochter Urban Media GmbH sowie die Zweite Hand Verlags-GmbH verantwortlich.

[x] Michael Brehm COO    **Michael Brehm** COO

Michael Brehm, Jahrgang 1980, ist COO von studiVZ Ltd. Nach seinem Abitur in München ging er mit dem Rucksack für ein Jahr auf Weltreise. 2001 begann er sein Studium an der Wissenschaftlichen Hochschule für Unternehmensführung (WHU) in Vallendar. Nach Auslandsaufenthalten an der China Europe International Business School (CEIBS) in Shanghai, China, und an der EGADE del Tecnológico in Monterrey, Mexiko, schloss er 2005 sein Studium an der WHU erfolgreich ab. Seine Diplomarbeit wurde mit dem IHK-Preis der IHK Koblenz für die beste Diplomarbeit 2005 ausgezeichnet. Noch während der Schulzeit gründete Michael Brehm sein erstes Unternehmen – eine Firma für Snowboard-Kleidung. Während des Studiums sammelte er Berufserfahrung unter anderem bei Ermgassen in London, bei Aventis Pharma in Shanghai und bei Hyundai Motor in Santiago de Chile. Vor seiner Zeit bei studiVZ hat Michael Brehm bei der Bank Merrill Lynch in Frankfurt/M. im Bereich Fusionen & Übernahmen gearbeitet.

[x] Dennis Bemmann CTO    **Dennis Bemmann** CTO

**Dennis Bemmann**, Jahrgang 1978, ist Gründer von studiVZ Ltd. und als CTO verantwortlich für die Technologie. Mit dem Programmieren begann er im Alter von sieben Jahren auf einem Z80-System unter CP/M. Seit 1993 beschäftigt er sich mit Internet-Technologien. Nach seinem Bundessieg bei Jugend forscht 1997 gründete er 2000 das gemeinnützige Jungforscher-Netzwerk juFORUM, bei dem er bis 2005 Technischer Vorstand war. Er organisierte u. a. den Deutschen JungforscherCongress 2003 und rief 2004 das Jungforscher-Magazin Zahnrad ins Leben. Neben seinem Informatik-Studium an der Humboldt-Universität zu Berlin entwickelte er Software und Internet-Anwendungen für verschiedene Unternehmen. Als System Level Designer in den **Xilinx** Research Labs in Longmont, Colorado, und San José, Kalifornien, arbeitete **Dennis Bemmann** an der Entwicklung von Mikrochips für Internet-Router und veröffentlichte mehrere wissenschaftliche Publikationen. Seine Hobbys sind Musik, Sprachen, Reisen und Mikroprozessorentwurf. Zum Abschluss seines Studiums fehlt ihm noch die Diplomarbeit.

Schüler    Eltern und Lehrer    Presse    Impressum    AGB    Datenschutz    Verhaltenskodex

SCHUTZMARKEN – KOFFEINHALTIG. Jetzt CokeFridge MEGA-CODE