I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
  javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION TO ENLARGE TIME PURSUANT TO L.R. 6-3** <br> Room: Courtroom 3, 5th Floor <br> Judge: Honorable Jeremy Fogel |

1       The Court has considered the papers filed in the above-entitled motion and has heard oral argument of counsel.  There Court hereby GRANTS Facebook's Motion to Enlarge Time Pursuant to Local Rule 6-3.  The hearing on Defendants' motions to dismiss is continued for 90 days until _____.  In addition, Facebook shall file and serve supplemental opposition papers on _____.  Defendants shall file and serve their reply papers on _____.

        IT IS SO ORDERED.

Dated:

                                                    Honorable Jeremy Fogel
                                                    United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2009.

Dated:  January 23, 2009.                      Respectfully submitted,

                                               /s/ Thomas J. Gray
                                               Thomas J. Gray