1  STEPHEN S. SMITH (SBN 166539)
   SSmith@GreenbergGlusker.com
2  WILLIAM M. WALKER (SBN 145559)
   WWalker@GreenbergGlusker.com
3  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
4  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
6  Telephone: 310.553.3610
   Fax: 310.553.0687
7
   Attorneys for Defendants
8  StudiVZ Ltd., Holtzbrinck Networks GmbH,
   and Holtzbrinck Ventures GmbH

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

| | |
|---|---|
| 14  FACEBOOK, INC., | Case No. 5:08-CV-03468 JF |
| 15              Plaintiff, | Assigned To: Honorable Jeremy Fogel |
| 16  v. | |
| 17  STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, | **STUDIVZ LTD.'S SUPPLEMENTAL RESPONSES TO FACEBOOK, INC.'S FIRST SET OF SPECIAL INTERROGATORIES** |
| 18 | |
| 19              ~~Defendants.~~ | |
| 20 | Complaint Filed: July 18, 2008 |
| 21 | |

22

23  PROPOUNDING PARTY:     FACEBOOK, INC.

24  RESPONDING PARTY:      STUDIVZ LTD.

25  SET NUMBER:            ONE

26

27

28

37106-00002/1668921.3

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Price v. Facebook, Inc.

Dockets.Justia.com

# I. GENERAL OBJECTIONS

A.     StudiVZ objects to the Special Interrogatories ("Interrogatories") on the grounds that Facebook seeks the right to use evidence obtained in this action in the action pending between Facebook and StudiVZ in Germany (the "German Action"). It is improper under established law to use this lawsuit or this Court as vehicles to obtain discovery for use in a foreign case when that evidence is located outside the United States, as it is here. It is also inconsistent with the District Court's form protective order.

B.     StudiVZ objects to the Interrogatories on the grounds that they seek discovery that is not reasonably related to pertinent disputed personal jurisdictional or *forum non conveniens* issues, which is improper given that there are currently pending motions to dismiss all defendants for lack of personal jurisdiction and *forum non conveniens*.

C.     StudiVZ objects to the Interrogatories to the extent that they would require violation of the privacy rights of its employees and customers as embodied in German and European Union law, including but not limited to the German Constitution, the German Federal Data Protection Act (BDSG), the German Telecommunications Act (TKG), the German Tele Services Data Protection Act (TDDSG), the European Community Data Protection Directive 95/46/EC, Data Protection Directive for Electronic Communication 2002/58/EC and the E-Commerce Directive 2000/31/EC.

D.     StudiVZ objects to the Interrogatories on the grounds that the definition of "STUDIVZ," "YOU," and "YOUR" includes StudiVZ's "directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

representing it acting on its behalf, OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemman." This is improperly overbroad generally and is particularly so given that the discovery purports to relate to personal jurisdiction, since in establishing jurisdiction discovery must be directed only at the party over whom jurisdiction is being asserted.

E.     StudiVZ objects to the Interrogatories to the extent they seek information that is protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the right of privacy and/or any other applicable privileges, doctrines, or immunity from disclosure.

F.     StudiVZ further objects to the Interrogatories to the extent they attempt or purport to impose obligations on StudiVZ beyond those set forth in the Federal Rules of Civil Procedure and the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention") as interpreted and enforced under German law. All definitions and instructions will be treated as having no force or effect to the extent they purport to impose obligations on StudiVZ beyond those set forth in the Federal Rules of Civil Procedure or the Hague Evidence Convention as interpreted and enforced under German law.

**SPECIAL INTERROGATORY NO. 1:**

Describe in detail AND IDENTIFY ALL contacts AND COMMUNICATIONS YOU have had with PERSONS (including without limitation, USERS OF STUDIVZ AND USERS OF FACEBOOK) currently OR formerly residing OR domiciled in California. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 1:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOU" is grossly overbroad. StudiVZ further objects to this interrogatory on the grounds that it is unlimited as to time, and is so overbroad as to be unduly burdensome and harassing. StudiVZ further objects to this interrogatory on the grounds that it is compound. StudiVZ further objects to this interrogatory on the grounds that it seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence. StudiVZ further objects to this interrogatory on the grounds that it is not limited to contacts or communications that occurred within the authorized course and scope of StudiVZ's business.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

StudiVZ was party to only one negotiated contract with a known California resident or that contained an express California choice of law clause as of July 18, 2008. The other party was a company called VMWare Fusion. The contract was a license to use VMWare Fusion's proprietary software to help Windows run on Mac computers. To StudiVZ's knowledge, after engaging in due diligence to determine the answer, the only other contracts that StudiVZ had with any possible residents of California that were in effect as of July 18, 2008 were adhesion contracts, such as form license agreements that one must accept when purchasing software or when software is included with purchased hardware.

Also, as of July 18, 2008, StudiVZ did not have any accounts receivable that

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  were owed to StudiVZ by a known California resident.

2       Also, as of July 18, 2008, StudiVZ did not have any accounts payable that

3  were owed by StudiVZ to a known California resident.

4

**SPECIAL INTERROGATORY NO. 2:**

6       Describe in detail AND IDENTIFY ALL contacts AND

7  COMMUNICATIONS YOU have had with businesses (including without

8  limitation, Internet search engines providers such as Google Inc. AND Yahoo!Inc.,

9  server providers, advertising agencies, advertisers, Internet service providers,

10  computer equipment providers, YOUR licensors AND licensees) currently OR

11  formerly located, licensed, based, OR incorporated in California.  In doing so,

12  IDENTIFY the PERSONS contacted, the location AND time where any such

13  contact OR event occurred, AND the subject matter of the contact OR

14  COMMUNICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 2:**

16       StudiVZ hereby incorporates by reference the general objections set forth

17  above.  StudiVZ further objects to this interrogatory on the grounds that a plaintiff

18  is not entitled to take discovery on personal jurisdiction as a matter of right.  In

19  order to do so, Facebook must either make a *prima facie* showing of jurisdiction

20  over StudiVZ, or it must identify material jurisdictional issues that are in dispute.

21  Facebook has done neither.  StudiVZ further objects to this interrogatory on the

22  grounds that the definition of "YOU" is grossly overbroad.  StudiVZ further objects

23  to this interrogatory on the grounds that it is unlimited as to time, and is so

24  overbroad as to be unduly burdensome and harassing.  StudiVZ further objects to

25  this interrogatory on the grounds that it is compound.  StudiVZ further objects to

26  this interrogatory on the grounds that it seeks information that is not relevant nor

27  reasonably calculated to lead to the discovery of admissible evidence.  StudiVZ

28  further objects to this interrogatory on the grounds that it is not limited to contacts

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  or communications that occurred within the authorized course and scope of

2  StudiVZ's business.

3      Notwithstanding the foregoing objections, and pursuant to agreements

4  reached during the parties' "meet and confer," StudiVZ responds as follows:

5      StudiVZ was party to only one negotiated contract with a known California

6  resident or that contained an express California choice of law clause as of July 18,

7  2008. The other party was a company called VMWare Fusion. The contract was a

8  license to use VMWare Fusion's proprietary software to help Windows run on Mac

9  computers. To StudiVZ's knowledge, after engaging in due diligence to determine

10  the answer, the only other contracts that StudiVZ had with any possible residents of

11  California that were in effect as of July 18, 2008 were adhesion contracts, such as

12  form license agreements that one must accept when purchasing software or when

13  software is included with purchased hardware.

14      Also, as of July 18, 2008, StudiVZ did not have any accounts receivable that

15  were owed to StudiVZ by a known California resident.

16      Also, as of July 18, 2008, StudiVZ did not have any accounts payable that

17  were owed by StudiVZ to a known California resident.

18

19  **SPECIAL INTERROGATORY NO. 3:**

20      Describe in detail AND IDENTIFY ALL contacts AND

21  COMMUNICATIONS YOU have had with universities AND colleges located in

22  California, including without limitation, letters, emails, advertising materials,

23  business solicitations, business contacts, telephonic conversations, facsimile

24  transmissions. In doing so, IDENTIFY the PERSONS contacted, the location AND

25  time where any such contact OR event occurred, AND the subject matter of the

26  contact OR COMMUNICATION.

27  **RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

28      StudiVZ hereby incorporates by reference the general objections set forth

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOU" is grossly overbroad. StudiVZ further objects to this interrogatory on the grounds that it is unlimited as to time, and is so overbroad as to be unduly burdensome and harassing. StudiVZ further objects to this interrogatory on the grounds that it is compound. StudiVZ further objects to this interrogatory on the grounds that it seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence. StudiVZ further objects to this interrogatory on the grounds that it is not limited to contacts or communications that occurred within the authorized course and scope of StudiVZ's business.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

To the best of StudiVZ's current knowledge, StudiVZ has never directed any advertising or marketing materials specifically to students, colleges or universities located in California.

**SPECIAL INTERROGATORY NO. 4:**

Describe in detail AND IDENTIFY ALL of YOUR trips to California. In doing so, IDENTIFY the PERSONS contacted, the location AND time where any such contact OR event occurred, AND the subject matter of the contact OR COMMUNICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff

37106-00002/1668921.3

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1 is not entitled to take discovery on personal jurisdiction as a matter of right. In

2 order to do so, Facebook must either make a *prima facie* showing of jurisdiction

3 over StudiVZ, or it must identify material jurisdictional issues that are in dispute.

4 Facebook has done neither. StudiVZ further objects to this interrogatory on the

5 grounds that the definition of "YOU" is grossly overbroad. StudiVZ further objects

6 to this interrogatory on the grounds that it is unlimited as to time, and is so

7 overbroad as to be unduly burdensome and harassing. StudiVZ further objects to

8 this interrogatory on the grounds that it is compound. StudiVZ further objects to

9 this interrogatory on the grounds that it seeks information that is not relevant nor

10 reasonably calculated to lead to the discovery of admissible evidence. StudiVZ

11 further objects to this interrogatory on the grounds that it is not limited to trips,

12 contacts or communications that occurred within the authorized course and scope of

13 StudiVZ's business.

14     Notwithstanding the foregoing objections, and pursuant to agreements

15 reached during the parties' "meet and confer," StudiVZ responds as follows:

16     The only travel of which StudiVZ is aware that was taken by an officer,

17 director or employee of StudiVZ to California that was related to that officer's,

18 director's or employee's work for StudiVZ is as follows: in 2006 Ehssan Dariani,

19 Dennis Bemmann and Michael Brehm went together to California to negotiate with

20 Facebook and another U.S. company about a proposed purchase of studiVZ. At the

21 end of 2006, Michael Brehm visited Facebook in California one more time, this

22 time by himself, in connection with those same negotiations with Facebook

23 concerning Facebook's proposed purchase of StudiVZ. In 2008, Dennis Bemmann

24 visited California for due diligence purposes during another attempt by Facebook to

25 buy StudiVZ.

26

27 **SPECIAL INTERROGATORY NO. 5:**

28     IDENTIFY, on a monthly basis, how many USERS OF STUDIVZ have been

37106-00002/1668921.3         8

registered at the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website since October 2005, AND how many of those USERS OF STUDIVZ are residents of, OR PERSONS domiciled in, California.

**RESPONSE TO SPECIAL INTERROGATORY NO. 5:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that it is overbroad as to time.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

StudiVZ cannot go back into time to search its user records to determine on any given date the number of users it has who are residents of California or who have identified some affiliation with a California college or university. It can only conduct such a search on a then-current basis. StudiVZ conducted two such searches in October 2008 in connection with its then-anticipated motion to dismiss, which has since been filed. The first was conducted on or about October 14, 2008. At that time, there were a total of 11,628,863 users of all StudiVZ Websites. Only 10,272 of those users had identified themselves as being affiliated with California or a California-located university. Specifically, out of the 5,509,971 registered users of the StudiVZ- branded sites, only 8,547 identified themselves as affiliated with universities located in California. Out of the 4,396,184 registered users of the SchuelerVZ-branded sites, only 122 identified themselves as being located in California. Out of the 1,722,708 registered users of the MeinVZ-branded sites,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

only 1,603 identified themselves as being located in California.

The second search was done on or about October 22, 2008. At that time, there were a total of 11,768,965 users of all StudiVZ Websites. Only 11,013 of those users had identified themselves as being affiliated with California or a California-located university. Specifically, out of the 5,534,300 registered users of the StudiVZ-branded sites, only 9,144 had identified themselves as affiliated with universities located in California. Out of the 4,443,708 registered users of the SchuelerVZ-branded sites, only 122 identified themselves as being located in California. Out of the 1,790,957 registered users of the MeinVZ-branded sites, only 1,747 identified themselves as being located in California.

## SPECIAL INTERROGATORY NO. 6:

IDENTIFY the number AND amount of accounts receivable owed YOU by PERSONS that, OR who are, California residents OR PERSONS domiciled in California. In doing so, IDENTIFY the goods AND services for which the individual accounts receivable are owed.

## RESPONSE TO SPECIAL INTERROGATORY NO. 6:

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOU" is grossly overbroad. StudiVZ further objects to this interrogatory on the grounds that it is compound.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

As of July 18, 2008, StudiVZ did not have any accounts receivable that were

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1 owed to StudiVZ by a known California resident.

2

3 **SPECIAL INTERROGATORY NO. 7:**

4     IDENTIFY ALL instances in which YOU have been in California, including

5 without limitation, business trips OR recreational trips; living, residing OR

6 domiciling in California; AND flying OR driving to OR through California. In

7 doing so, IDENTIFY the dates of ALL occurrences AND the length of the stay in

8 California.

9 **RESPONSE TO SPECIAL INTERROGATORY NO. 7:**

10     StudiVZ hereby incorporates by reference the general objections set forth

11 above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff

12 is not entitled to take discovery on personal jurisdiction as a matter of right. In

13 order to do so, Facebook must either make a *prima facie* showing of jurisdiction

14 over StudiVZ, or it must identify material jurisdictional issues that are in dispute.

15 Facebook has done neither. StudiVZ further objects to this interrogatory on the

16 grounds that the definition of "YOU" is grossly overbroad. StudiVZ further objects

17 to this interrogatory on the grounds that it is unlimited as to time, and is so

18 overbroad as to be unduly burdensome and harassing. StudiVZ further objects to

19 this interrogatory on the grounds that it is compound. StudiVZ further objects to

20 this interrogatory on the grounds that it seeks information that is not relevant nor

21 reasonably calculated to lead to the discovery of admissible evidence. StudiVZ

22 further objects to this interrogatory on the grounds that it is not limited to instances

23 that occurred within the authorized course and scope of StudiVZ's business.

24     Notwithstanding the foregoing objections, and pursuant to agreements

25 reached during the parties' "meet and confer," StudiVZ responds as follows:

26     The only travel of which StudiVZ is aware that was taken by an officer,

27 director or employee of StudiVZ to California that was related to that officer's,

28 director's or employee's work for StudiVZ is as follows: in 2006 Ehssan Dariani,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  Dennis Bemmann and Michael Brehm went together to California to negotiate with

2  Facebook and another U.S. company about a proposed purchase of studiVZ. At the

3  end of 2006, Michael Brehm visited Facebook in California one more time, this

4  time by himself, in connection with those same negotiations with Facebook

5  concerning Facebook's proposed purchase of StudiVZ. In 2008, Dennis Bemmann

6  visited California for due diligence purposes during another attempt by Facebook to

7  buy StudiVZ.

8

9  **SPECIAL INTERROGATORY NO. 8:**

10  IDENTIFY ALL of YOUR current AND former personal OR real property

11  currently OR previously located in California.

12  **RESPONSE TO SPECIAL INTERROGATORY NO. 8:**

13  StudiVZ hereby incorporates by reference the general objections set forth

14  above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff

15  is not entitled to take discovery on personal jurisdiction as a matter of right. In

16  order to do so, Facebook must either make a *prima facie* showing of jurisdiction

17  over StudiVZ, or it must identify material jurisdictional issues that are in dispute.

18  Facebook has done neither. StudiVZ further objects to this interrogatory on the

19  grounds that the definition of "YOUR" is grossly overbroad. StudiVZ further

20  objects to this interrogatory on the grounds that it seeks information that is not

21  relevant nor reasonably calculated to lead to the discovery of admissible evidence.

22  Notwithstanding the foregoing objections, and pursuant to agreements

23  reached during the parties' "meet and confer," StudiVZ responds as follows:

24  As of July 18, 2008, StudiVZ owned no real or personal property located in

25  California.

26

27  **SPECIAL INTERROGATORY NO. 9:**

28  IDENTIFY ALL contracts AND agreements involving YOU in which

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   California law governs AND/OR in which the parties to the contract OR agreement

2   agreed as to the jurisdiction of California state courts AND/OR United States

3   federal courts located in California.

4   **RESPONSE TO SPECIAL INTERROGATORY NO. 9:**

5       StudiVZ hereby incorporates by reference the general objections set forth

6   above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff

7   is not entitled to take discovery on personal jurisdiction as a matter of right. In

8   order to do so, Facebook must either make a *prima facie* showing of jurisdiction

9   over StudiVZ, or it must identify material jurisdictional issues that are in dispute.

10  Facebook has done neither. StudiVZ further objects to this interrogatory on the

11  grounds that the definition of "YOU" is grossly overbroad. StudiVZ further objects

12  to this interrogatory on the grounds that it is unlimited as to time, and is so

13  overbroad as to be unduly burdensome and harassing. StudiVZ further objects to

14  this interrogatory on the grounds that it seeks information that is not relevant nor

15  reasonably calculated to lead to the discovery of admissible evidence.

16      Notwithstanding the foregoing objections, and pursuant to agreements

17  reached during the parties' "meet and confer," StudiVZ responds as follows:

18      StudiVZ was party to only one negotiated contract with a known California

19  resident or that contained an express California choice of law clause as of July 18,

20  2008. The other party was a company called VMWare Fusion. The contract was a

21  license to use VMWare Fusion's proprietary software to help Windows run on Mac

22  computers. To StudiVZ's knowledge, after engaging in due diligence to determine

23  the answer, the only other contracts that StudiVZ had with any possible residents of

24  California that were in effect as of July 18, 2008 were adhesion contracts, such as

25  form license agreements that one must accept when purchasing software or when

26  software is included with purchased hardware.

27

28

# SPECIAL INTERROGATORY NO. 10:

IDENTIFY occurrences when YOU AND/OR ANY PERSON on YOUR behalf, including without limitation, Ehssan Dariani and Dennis Bemman, accessed the website, www.facebook.com OR www.thefacebook.com, AND the purposes of each access, including without limitation, ANY COMMUNICATIONS that RELATE TO ANY of the occurrences AND IDENTIFY the USER OF FACEBOOK OR registrant accounts OR email addresses used to access the facebook.com website.

# RESPONSE TO SPECIAL INTERROGATORY NO. 10:

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOU" is grossly overbroad. StudiVZ further objects to this interrogatory on the grounds that it is unlimited as to time, and is so overbroad as to be unduly burdensome and harassing. StudiVZ further objects to this interrogatory on the grounds that it seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence. StudiVZ further objects to this interrogatory on the grounds that it is not limited to access that occurred within the authorized course and scope of StudiVZ's business.

# SPECIAL INTERROGATORY NO. 11:

IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business in California.

# RESPONSE TO SPECIAL INTERROGATORY NO. 11:

StudiVZ hereby incorporates by reference the general objections set forth

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOUR" is grossly overbroad.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

StudiVZ had no licenses or registrations to do business in California as of July 18, 2008.

## SPECIAL INTERROGATORY NO. 12:

IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities, officers, OR personnel were located in California.

## RESPONSE TO SPECIAL INTERROGATORY NO. 12:

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOU" is grossly overbroad.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

On information and belief, Ehssan Dariani, StudiVZ's then CEO, and Dennis Bemmann knew that Facebook was a California company sometime in 2005.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## SPECIAL INTERROGATORY NO. 13:

IDENTIFY the services provided through the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website AND the www.schuelervz.net website to USERS OF STUDIVZ, including without limitation, how the services are provided.

## RESPONSE TO SPECIAL INTERROGATORY NO. 13:

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that it is so overbroad as to be unduly burdensome and harassing. StudiVZ further objects to this interrogatory on the grounds that it seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

StudiVZ operates three groups of "social networking" websites aimed at German-speaking Europe, called "StudiVZ," "MeinVZ" and "SchuelerVZ." The specific names of the sites within each group vary slightly from country to country, because of the differences in language from country to country, but are each an interpretation of "Studi," "Mein" and "Schueler." The site with the largest number of users is StudiVZ. The site with the most traffic is SchülerVZ. StudiVZ's social networking sites are platforms that are made available to subscribers over the Internet to allow those subscribers to create their own unique personal profiles containing information about themselves, photographs of themselves, their families

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

and their friends, and other data. Users then typically share these data with friends and family who are also subscribers to the site, and with others on the site who have similar interests and backgrounds. All of StudiVZ's operations are located in Germany, and its single office and headquarters are in Berlin, Germany. The first of StudiVZ's sites, studivz.net, was formed in Berlin, Germany in 2005 by two young German citizens. Its target group was, and remains, university students in Germany, Austria and Switzerland. StudiVZ.net engaged in direct, person-to-person marketing on German university campuses to advertise itself and to seek subscribers. It has also engaged in marketing activities in Austria, Switzerland, France, Poland, Italy, Spain and Latin America. It has never at any time engaged in such marketing, or indeed any other type of marketing or advertising, in, or that is directed to, the United States in general or to California in particular. StudiVZ also has small French, Italian, Polish and Spanish social networking sites that target university students in French, Italian, Polish and Spanish-speaking countries. StudiVZ's French, Italian, Polish and Spanish social networking sites target neither the United States in general nor California in particular, and none of these sites markets or advertises in either the United States in general or California in particular. None of the StudiVZ-branded sites is available in English. Later, StudiVZ formed in Germany the social networking site "SchuelerVZ." This site, at schuelervz.net, targets pupils and teenagers before they begin attending a university, and focuses only on Germany, Austria and Switzerland. SchuelerVZ has also never engaged in any marketing or advertising in, or that is directed to, either the United States in general or California in particular. SchuelerVZ is also not available in English. In 2008, StudiVZ launched its third social networking site, "MeinVZ," at meinvz.net. MeinVZ is a social networking site for adults, including those who have graduated from a university. MeinVZ has also never engaged in any marketing or advertising in, or that is directed to, either the United States in general or California in particular. All but one of MeinVZ's sites are in

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  non-English languages.  The one English language site was launched in February

2  2008 and it represents less than 1% of MeinVZ's total user traffic.  That site was

3  created in order to provide a platform for users who speak different, non-English

4  languages to network with each other using a secondary language that is commonly

5  understood between them.  Because English is the most commonly understood,

6  non-native language in continental Europe, it serves as a "lingua franca" for people

7  of diverse speech.  The English-language site was not created to attract native

8  English speakers, let alone Americans or Californians.  The English used on the

9  English-language version of MeinVZ is British English, not American English, and

10  the consultant who was hired to translate MeinVZ's German site into English is a

11  British citizen living in Berlin.  As to all of the StudiVZ sites, the users initiate the

12  contact with the sites, and the users sign up on the sites.  As noted above, the only

13  targeted solicitation undertaken by StudiVZ was on university campuses in

14  Germany, Austria and Switzerland for studivz.net, and the only marketing activities

15  occurred in Germany, Austria, Switzerland, France, Poland, Italy, Spain and Latin

16  America.  All of StudiVZ's sites are provided free of charge to the users.  All of the

17  sites are utilized by the subscribers, in the manner described above, solely as a

18  conduit for the subscribers to interact and to network with each other.

19      StudiVZ is currently in the process of closing down all of its international,

20  i.e., non-German speaking country, websites and expects that process to be

21  completed soon.

22

23  **SPECIAL INTERROGATORY NO. 14:**

24      IDENTIFY ALL USERS OF FACEBOOK employed by OR formerly

25  employed by YOU, including without limitation, any PERSONS who are OR were

26  full-time or part-time employees, independent contractors or agents of YOU, AND

27  their respective email addresses.

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**RESPONSE TO SPECIAL INTERROGATORY NO. 14:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOU" is grossly overbroad. StudiVZ further objects to this interrogatory on the grounds that it is unlimited as to time, and is so overbroad as to be unduly burdensome and harassing. StudiVZ further objects to this interrogatory on the grounds that it seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**SPECIAL INTERROGATORY NO. 15:**

IDENTIFY ALL PERSONS responsible in any manner for the design, programming and maintenance of the www.studivz.net website, including without limitation the location of the PERSON, job descriptions, authorities, dates in these positions, duties, AND responsibilities.

**RESPONSE TO SPECIAL INTERROGATORY NO. 15:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that it is unlimited as to time, and is so overbroad as to be unduly burdensome and harassing. StudiVZ further objects to this interrogatory on the grounds that it seeks information that is not relevant nor reasonably calculated to

1  lead to the discovery of admissible evidence.

2      Notwithstanding the foregoing objections, and pursuant to agreements

3  reached during the parties' "meet and confer," StudiVZ responds as follows:

4      StudiVZ is concurrently producing to Facebook two partial organizational

5  charts, showing the employees who were the heads of the company departments in

6  charge of design, programming, operations and marketing as of July 18, 2008 and

7  January 1, 2009. Those charts are attached hereto and incorporated herein as

8  Exhibit "A."

9

10  **SPECIAL INTERROGATORY NO. 16:**

11      IDENTIFY ALL PERSONS responsible in any manner for the design,

12  programming and maintenance of the www.studivz.net website, the

13  www.meinvz.net website, the www.studiqg.fr website, the www.studiln.it website,

14  the www.estudiln.net website, the www.studentix.pl website AND the

15  www.schuelervz.net website, including without limitation, the location of the

16  PERSON, job descriptions, authorities, dates in these positions, duties, AND

17  responsibilities.

18  **RESPONSE TO SPECIAL INTERROGATORY NO. 16:**

19      StudiVZ hereby incorporates by reference the general objections set forth

20  above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff

21  is not entitled to take discovery on personal jurisdiction as a matter of right. In

22  order to do so, Facebook must either make a *prima facie* showing of jurisdiction

23  over StudiVZ, or it must identify material jurisdictional issues that are in dispute.

24  Facebook has done neither. StudiVZ further objects to this interrogatory on the

25  grounds that it is unlimited as to time, and is so overbroad as to be unduly

26  burdensome and harassing. StudiVZ further objects to this interrogatory on the

27  grounds that it seeks information that is not relevant nor reasonably calculated to

28  lead to the discovery of admissible evidence.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

StudiVZ is concurrently producing to Facebook two partial organizational charts, showing the employees who were the heads of the company departments in charge of design, programming, operations and marketing as of July 18, 2008 and January 1, 2009. Those charts are attached hereto and incorporated herein as Exhibit "A."

**SPECIAL INTERROGATORY NO. 17:**

IDENTIFY current AND former directors, officers, employees, AND agents of STUDIVZ, including without limitation, dates in these positions, duties, job descriptions, authorities, AND responsibilities.

**RESPONSE TO SPECIAL INTERROGATORY NO. 17:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "STUDIVZ" is grossly overbroad. StudiVZ further objects to this interrogatory on the grounds that it is unlimited as to time, and is so overbroad as to be unduly burdensome and harassing. StudiVZ further objects to this interrogatory on the grounds that it seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

StudiVZ is concurrently producing to Facebook two partial organizational charts, showing the employees who were the heads of the company departments in

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

charge of design, programming, operations and marketing as of July 18, 2008 and January 1, 2009. Those charts are attached hereto and incorporated herein as Exhibit "A." In addition, the current directors of StudiVZ are as follows: the Managing Directors are Clemens Riedl, Michael Brehm and Dennis Bemmann, and the Non-Executive Directors are Konstantin Urban, Michael Weber and Claas van Delden.

**SPECIAL INTERROGATORY NO. 18:**

IDENTIFY ALL of YOUR advertising, promotions, AND marketing activities directed, at least in part, at California residents.

**RESPONSE TO SPECIAL INTERROGATORY NO. 18:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOUR" is grossly overbroad. StudiVZ further objects to this interrogatory on the grounds that it is unlimited as to time, and is so overbroad as to be unduly burdensome and harassing. StudiVZ further objects to this interrogatory on the grounds that it seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence. StudiVZ further objects to this interrogatory on the grounds that it is not limited to activities that occurred within the authorized course and scope of StudiVZ's business.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

StudiVZ has never directed any advertisements or other marketing materials specifically to students, colleges or universities located in California or other people

1    who reside in California.

2

**SPECIAL INTERROGATORY NO. 19:**

4    IDENTIFY ALL of YOUR business relationships with, OR financial

5    interests in, businesses currently OR formerly incorporated, licensed, located,

6    based, OR with facilities OR offices located in California, including without

7    limitation, the nature of each relationship, the IDENTIFY of each business, AND

8    whether each business is incorporated, licensed, located, based OR has facilities OR

9    offices located in California.

**RESPONSE TO SPECIAL INTERROGATORY NO. 19:**

11    StudiVZ hereby incorporates by reference the general objections set forth

12    above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff

13    is not entitled to take discovery on personal jurisdiction as a matter of right. In

14    order to do so, Facebook must either make a *prima facie* showing of jurisdiction

15    over StudiVZ, or it must identify material jurisdictional issues that are in dispute.

16    Facebook has done neither. StudiVZ further objects to this interrogatory on the

17    grounds that the definition of "YOUR" is grossly overbroad. StudiVZ further

18    objects to this interrogatory on the grounds that it is vague and ambiguous as to the

19    term "business relationships." StudiVZ further objects to this interrogatory on the

20    grounds that it is unlimited as to time, and is so overbroad as to be unduly

21    burdensome and harassing. StudiVZ further objects to this interrogatory on the

22    grounds that it seeks information that is not relevant nor reasonably calculated to

23    lead to the discovery of admissible evidence. StudiVZ further objects to this

24    interrogatory on the grounds that it is not limited to relationships or interests within

25    the authorized course and scope of StudiVZ's business.

26    Notwithstanding the foregoing objections, and pursuant to agreements

27    reached during the parties' "meet and confer," StudiVZ responds as follows:

28    StudiVZ did not own, as of July 18, 2008, any California resident companies

37106-00002/1668921.3                    23

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

or businesses.

**SPECIAL INTERROGATORY NO. 20:**

IDENTIFY ALL reasons why defending this lawsuit in California would burden YOU.

**RESPONSE TO SPECIAL INTERROGATORY NO. 20:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOU" is grossly overbroad.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

StudiVZ is a U.K. limited liability company with its principal place of business in Germany. All of StudiVZ's operations are located in Germany, and its single office and headquarters are in Berlin, Germany. The first of the StudiVZ Websites, studivz.net, was formed in Berlin, Germany in 2005 by two young German citizens. Its target group was, and remains, university students in Germany, Austria and Switzerland. StudiVZ has never at any time engaged in any type of marketing or advertising in, or that is directed to, the United States or other English speaking countries in general or to California in particular. None of StudiVZ's websites target either users in the United States in general nor California in particular. None of the StudiVZ-branded websites is available in English. StudiVZ has also formed, in Germany, the social networking site "SchuelerVZ." This site, at schuelervz.net, targets pupils and teenagers before they begin attending a university, and focuses solely on Germany. SchuelerVZ has also never engaged

in any marketing or advertising in, or that is directed to, either the United States in general or California in particular. SchuelerVZ is also not available in English.

In 2008, StudiVZ launched its third social networking site, MeinVZ, at meinvz.net. MeinVZ is a social networking site for adults, including those who have graduated from a university. MeinVZ has also never engaged in any marketing or advertising in, or that is directed to, either the United States in general or California in particular. All but one of MeinVZ's sites are in non-English languages. The one English language site was launched in February 2008 and represents less than 1% of MeinVZ's total user traffic. That site was created in order to provide a platform for users who speak *different, non-English* languages to network with each other using a secondary language that is commonly understood between them. Because English is the most commonly understood, non-native language in continental Europe, it serves as a "lingua franca" for people of diverse speech. The English-language site was not created to attract native English speakers, let alone Americans or Californians. The English used is British English, not American English, and the consultant who was hired to translate MeinVZ's German site into English is a British citizen living in Berlin.

Like most other internet sites on the "World Wide Web," the StudiVZ Websites may be accessed by California residents, just as they may be accessed by residents of Iceland, New Zealand or Japan. But the sites are not directed at or marketed to the United States, let alone California.

As of October 22, 2008, there were a total of 11,768,965 current users of all of the StudiVZ Websites. Only 11,013 of those users, or *less than a tenth of one percent* (0.094%) have identified themselves as being affiliated with California or a California-located university. Specifically, out of the 5,534,300 registered users of the StudiVZ- branded sites, only 9,144 – 0.1652% – have identified themselves as affiliated with universities located in California. Out of the 4,443,708 registered users of the SchuelerVZ-branded sites, only 122 – 0.0027% – identify themselves

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

as being located in California. Out of the 1,790,957 registered users of the MeinVZ-branded sites, only 1,747 – 0.098% – identify themselves as being located in California.

StudiVZ does not direct its activities to California residents. It is not registered or qualified to do business in California. It does not have any officers, directors, employees or independent contractors based in California. It does not have a California agent for service of process.

StudiVZ has a single office in Berlin, Germany. It has no offices or facilities in California, nor does it have any telephone or facsimile listings or mailing addresses in California.

None of StudiVZ's officers, directors or employees reside or are domiciled in California. No meetings of its management board or equity holders have been held in California.

StudiVZ does not maintain any books or records in California. It has no bank accounts or other tangible personal or real property in California. It has no sales in California, has had no California income and has not paid any California income taxes.

Germany is an adequate, available alternative forum and, indeed, is a much better forum than California. Most obviously, all of the conduct allegedly engaged in by StudiVZ was engaged in from Germany, by German residents. Those actors communicated predominantly in German. German is their native language and the vast majority of the written documents related to this action are in German.

Facebook has known since June 2006 that German law recognizes and provides remedies for its claims. Facebook's German counsel researched the law applicable to Facebook's claims and then, on June 8, 2006, sent a demand letter in German asserting claims exclusively under German law to StudiVZ in Germany. Then, again, on January 3, 2007, Facebook's German lawyers sent another demand letter in German to StudiVZ in Germany, again raising claims exclusively under

1 German law.

2       Because those letters threatened litigation, including injunctive relief,

3 StudiVZ filed "Schutzschriften" (precautionary defense/opposition briefs, evidence

4 and offers of proof) in the district courts of Berlin and Hamburg on June 21, 2006

5 in response to Facebook's June 8, 2006 demand letter, and on January 12, 2007 in

6 the district courts of Berlin, Hamburg and Stuttgart in response to Facebook's

7 January 3, 2007 demand letter. The "Schutzschriften" are essentially oppositions to

8 potential/anticipated complaints and motions seeking injunctive relief, and include

9 evidence, and offers of additional proof such as the testimony of specific witnesses.

10 The Schutzschriften are only "triggered", however, if the plaintiff actually initiates

11 actions in German court seeking such relief. Although Facebook did not initiate

12 any such actions at the time, the Schutzschriften/oppositions to the motions that

13 Facebook threatened to file were formally filed in court in Germany long ago.

14       The claims raised by Facebook's German lawyers in the June 8, 2006 and

15 January 3, 2007 demand letters were raised pursuant to German law, but were based

16 on the same facts that Facebook now alleges give rise to the claims raised in the

17 instant lawsuit – that StudiVZ committed wrongs by copying the look and feel of

18 Facebook's website.

19       After Ventures and Networks became equity holders in StudiVZ in August

20 2006 and October 2007, Facebook sought to negotiate to purchase Ventures' and

21 Networks' ownership interests in StudiVZ. Those negotiations took place in the

22 Spring of 2008.

23       Just after those negotiations broke down, on July 9, 2008, Facebook wrote a

24 demand letter to Networks and Ventures, threatening to sue based on the exact

25 same types of claims that Facebook had raised in *Germany* in June 2006 and

26 January 2007.

27       Because Germany is clearly the more appropriate forum for the resolutions of

28 such disputes, on July 18, 2008, StudiVZ filed a declaratory relief action against

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   Facebook in Stuttgart, Germany (the "Stuttgart Action"). In the Stuttgart Action,

2   StudiVZ seeks a declaratory judgment that it has not engaged in the wrongful

3   conduct alleged by Facebook in its three prior demand letters. On that same day,

4   Facebook filed the present action, alleging the same claims that it asserted in June

5   2006, January 2007 and July 2008.

6       Germany is the principal if not exclusive location of the acts alleged by

7   Facebook in its complaint. The conduct allegedly engaged in by StudizVZ is

8   alleged to have taken place in Germany and Europe. Facebook affirmatively

9   alleges that the harm it has supposedly suffered has been suffered in Germany and

10   other parts of Europe. All of the people who could have possibly engaged in the

11   conduct alleged by Facebook are located in Germany. Those witnesses speak

12   German as their native language. Most would require translators to testify in a

13   United States legal proceeding. Nearly all of the documents related to the claims

14   alleged by Facebook are located in Germany. The vast majority of those

15   documents are written in the German language, thus requiring huge translation

16   costs to be used in a United States legal proceeding.

17       Facebook has appeared in the Stuttgart Action. The first trial hearing in the

18   German Action took place on December 16, 2008.

19       At the same time that Facebook filed its response in the Stuttgart Action, it

20   also initiated its own, affirmative action against StudiVZ in Cologne, Germany (the

21   "Cologne Action"). The complaint in the Cologne Action includes within it all of

22   the facts alleged in this US action, plus additional facts related to Facebook's

23   claims. Although the law cited is different than in this action (i.e., German law

24   instead of U.S. law), the acts and injuries complained of are the same.

25       The Cologne action was expressly incorporated into Facebook's response in

26   the Stuttgart action. Thus, there are now pending in Germany two separate actions

27   that encompass within them everything that is alleged in the instant action, plus

28   additional alleged facts and injuries. The German courts are fully empowered to

37106-00002/1668921.3                    28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   decide the issues alleged in those two German actions under German law and

2   United States and California law.  Given that 99% of the conduct alleged and harm

3   allegedly suffered took place in Germany, that all of the alleged bad actors are

4   residents of Germany, that all of the documents in the allegedly bad actor's

5   possessions are located in Germany and are written in German, it makes much more

6   sense and would be much more convenient for everyone involved to have all issues

7   in dispute litigated in Germany than in California or the United States.

8        It is also the case that personal jurisdiction cannot be maintained over

9   StudiVZ (and the other defendants) in the United States, whereas there is no dispute

10  that all parties are subject to personal jurisdiction in Germany.

11       Finally, the parties should not be forced to litigate the exact same dispute and

12  issues in two different, parallel proceedings at the same time.  It is terribly

13  inefficient and expensive, wastes judicial resources, and leads to the distinct

14  possibility of conflicting orders, judgments, etc.  StudiVZ must retain two sets of

15  lawyers -- one in the United States and one in Germany.  It must pay for the

16  translation of all its documents, either by literally translating them or by spending a

17  tremendous amount of billable time explaining what each document means to its

18  American, non-German-speaking counsel.  The depositions of the defense

19  witnesses will all take place in Germany, necessitating huge amounts of travel

20  expenses and travel time billed by the lawyers.  The depositions will take longer

21  than would otherwise be necessary because of the need for interpreters whenever

22  the witness is unable to testify in English, which will be the case to varying degrees

23  for each defense witness.  As to every relevant consideration, this U.S. action is by

24  far the more inconvenient forum.

25

26  **SPECIAL INTERROGATORY NO. 21:**

27       IDENTIFY the ownership of STUDIVZ, including without limitation,

28  PERSON'S names, amounts they contributed OR invested, AND their percent

37106-00002/1668921.3                        29

ownership OR control (including without limitation, Capital Contributions, Percent Interest, Equity Units, Non-equity Units, Voting Units) on a by-PERSON basis.

**RESPONSE TO SPECIAL INTERROGATORY NO. 21:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "STUDIVZ" is grossly overbroad.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

Holtzbrinck Networks GmbH ("Networks") and Holtzbrinck Ventures GmbH ("Ventures") own respectively 85% and 15% of StudiVZ.

**SPECIAL INTERROGATORY NO. 22:**

IDENTIFY the location of YOUR offices, facilities, server/equipment locations.

**RESPONSE TO SPECIAL INTERROGATORY NO. 22:**

StudiVZ hereby incorporates by reference the general objections set forth above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff is not entitled to take discovery on personal jurisdiction as a matter of right. In order to do so, Facebook must either make a *prima facie* showing of jurisdiction over StudiVZ, or it must identify material jurisdictional issues that are in dispute. Facebook has done neither. StudiVZ further objects to this interrogatory on the grounds that the definition of "YOUR" is grossly overbroad.

Notwithstanding the foregoing objections, and pursuant to agreements reached during the parties' "meet and confer," StudiVZ responds as follows:

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    StudiVZ's offices are in Berlin, Germany. It is a United Kingdom limited

2    liability company and therefore maintains an office address in the United Kingdom.

3    But that U.K. office has nothing to do with the operations of the company.

4    StudiVZ's servers and equipment are located primarily in Berlin, Germany, but

5    some are also in other cities in Germany.

6

7    **SPECIAL INTERROGATORY NO. 23:**

8        IDENTIFY ALL universities, colleges AND institutes of higher learning

9    located in California at which STUDIVZ provides OR provided services including

10   without imitation, access to the www.studivz.net website, the www.meinvz.net

11   website, the www.studiqg.fr website, the www.studiln.it website, the

12   www.estudiln.net website, the www.studentix.pl website AND the

13   www.schuelervz.net website, including without limitation University of California

14   (all campuses), California State University (all campuses), as well as the USERS

15   OF STUDIVZ using email domains (*e.g.*, name@stanford.edu) from those

16   universities, colleges, high schools AND institutes of higher learning.

17   **RESPONSE TO SPECIAL INTERROGATORY NO. 23:**

18       StudiVZ hereby incorporates by reference the general objections set forth

19   above. StudiVZ further objects to this interrogatory on the grounds that a plaintiff

20   is not entitled to take discovery on personal jurisdiction as a matter of right. In

21   order to do so, Facebook must either make a *prima facie* showing of jurisdiction

22   over StudiVZ, or it must identify material jurisdictional issues that are in dispute.

23   Facebook has done neither. StudiVZ further objects to this interrogatory on the

24   grounds that the definition of "STUDIVZ" is grossly overbroad. StudiVZ further

25   objects to this interrogatory on the grounds that it is compound and exceeds

26   Facebook's 30 allowed interrogatories. StudiVZ further objects to this

27   interrogatory on the grounds that it is unlimited as to time, and is so overbroad as to

28   be unduly burdensome and harassing. StudiVZ further objects to this interrogatory

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   on the grounds that it seeks information that is not relevant nor reasonably

2   calculated to lead to the discovery of admissible evidence.  StudiVZ further objects

3   to the interrogatory on the grounds that it infringes upon the users' privacy rights.

4         Notwithstanding the foregoing objections, and pursuant to agreements

5   reached during the parties' "meet and confer," StudiVZ responds as follows:

6         StudiVZ's websites are accessible from any and all colleges, universities and

7   institutions of higher learning that provide internet access all over the world,

8   including California.  But StudiVZ does not specifically target its activities at

9   colleges, universities or institutes of higher learning in California.

10  DATED:  December 24, 2008          GREENBERG GLUSKER FIELDS
11                                      CLAMAN & MACHTINGER LLP

12

13                                      By: _____
                                            STEPHEN S. SMITH
14                                          WILLIAM M. WALKER
                                            Attorneys for Defendants StudiVZ
15                                          Ltd., Holtzbrinck Networks GmbH,
                                            and Holtzbrinck Ventures GmbH
16

17

18

19

20

21

22

23

24

25

26

27

28

37106-00002/1668921.3                        32

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## VERIFICATION

I, Michael Brehm, declare as follows:

I have read the foregoing "STUDIVZ LTD.'S SUPPLEMENTAL RESPONSES TO FACEBOOK, INC.'S FIRST SET OF SPECIAL INTERROGATORIES" and know the contents therein. I am the Chief Operating Officer of StudiVZ, Ltd. The matters stated therein are either true of my own knowledge or I am informed and believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Berlin, Germany on December 24, 2008.

Michael Brehm

33

# PROOF OF SERVICE
## CCP §1011, CCP §1013a(3)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On December 24, 2008, I served the foregoing document described as **STUDIVZ LTD.'S SUPPLEMENTAL RESPONSES TO FACEBOOK, INC.'S FIRST SET OF SPECIAL INTERROGATORIES** on the interested parties in this action

☒        by placing ☒ the **original** ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Thomas Gray, Esq. **(ORIGINAL)**                    Attorneys for Plaintiff Facebook, Inc.
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558

Gary E. Weiss, Esq.  **(COPY)**
gweiss@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

## BOTH BY E-MAIL AND U.S. MAIL:

☒        As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  A true and correct copy of the document was also e-mailed to Thomas Gray, Esq., tgray@orrick.com, and to Gary E. Weiss, Esq. at gweiss@orrick.com.

Executed on December 24, 2008, at Los Angeles, California.

## BY PERSONAL SERVICE:

☐        I delivered such envelope by hand to the offices of the addressee.

Executed on _____, at Los Angeles, California.

☒ (Fed)        I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Nancy L. Luis

_____
SIGNATURE

---

**PROOF OF SERVICE**

37106-00002/1664763.1

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590