I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  +1-650-614-7400
Facsimile:  +1-650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone:  +1-949-567-6700
Facsimile:  +1-949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> **NOTICE OF DEPOSITION OF MARTIN WEBER RELATING TO PERSONAL JURISDICTION** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil
3  Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Martin
4  Weber, which will commence on January 13, 2009, 2008 at 9:30 A.M. at the law offices of Orrick
5  Hölters & Elsing, located at Friedrichstraße 31, Frankfurt, 60323 Germany or at such other time
6  and place as mutually agreed upon by counsel. The deposition will continue from day to day
7  until completed.

8  The testimony of Martin Weber will be recorded by video, as well as stenographic means
9  including the instant visual display of testimony. The deposition will be taken before an officer
10 authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil
11 Procedure.

13 Dated: January 7, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
THOMAS J. GRAY
Attorneys for Plaintiff
FACEBOOK, INC.

1

NOTICE OF DEPOSITION OF MARTIN WEBER
5:08-CV-03468 JF

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, California 92614-2558. On January 7, 2009, I served the following document(s) entitled **NOTICE OF DEPOSITION OF MARTIN WEBER** on all interested parties to this action in the manner prescribed as follows:

☒ **(MAIL)** By placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Irvine, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service, said practice being that in the ordinary course of business, correspondence with postage thereon fully prepaid is deposited with the U.S. Postal Service the same day as it is placed for collection.

☒ **(EMAIL)** By transmitting via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

☐ **(FACSIMILE)** By transmitting via facsimile the document(s) to the party(ies) at the facsimile number(s) referenced above before 5:00 p.m. on the above date.

☐ **(OVERNIGHT)** I caused the within document(s) to be delivered by overnight courier to the address(es) set forth below.

**Stephen Shannon Smith, Esq.**
**William Mielke Walker**
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars
Suite 2100
LA, CA 90067-4590
310-553-3610
Fax: 310-553-0687
Email: *ssmith@greenbergglusker.com*; *wwalker@greenbergglusker.com*

I am employed in the office of a member of the bar of this court at whose direction such service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 7, 2009, at Irvine, California.

_____
Valerie Cloyd

| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | JULIO C. AVALOS (STATE BAR NO. 255350) |
| | javalos@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: +1-650-614-7400 |
| 5 | Facsimile: +1-650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
| | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 8 | Irvine, CA 92614 |
| | Telephone: +1-949-567-6700 |
| 9 | Facsimile: +1-949-567-6710 |
| 10 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-03468 JF |
| Plaintiff, | **NOTICE OF DEPOSITION OF MICHAEL BREHM RELATING TO PERSONAL JURISDICTION** |
| v. | |
| STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, | |
| Defendants. | |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil |
| 3 | Procedure, Plaintiff Facebook, Inc. will take, by oral examination, the deposition of Michael |
| 4 | Brehm, which will commence on January 12, 2009, 2008 at 9:30 A.M. at the law offices of Orrick |
| 5 | Hölters & Elsing, located at Friedrichstraße 31, Frankfurt, 60323 Germany or at such other time |
| 6 | and place as mutually agreed upon by counsel. The deposition will continue from day to day |
| 7 | until completed. |
| 8 | The testimony of Michael Brehm will be recorded by video, as well as stenographic |
| 9 | means including the instant visual display of testimony. The deposition will be taken before an |
| 10 | officer authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil |
| 11 | Procedure. |

Dated: January 7, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
THOMAS J. GRAY
Attorneys for Plaintiff
FACEBOOK, INC.

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, California 92614-2558. On January 7, 2009, I served the following document(s) entitled **NOTICE OF DEPOSITION OF MICHAEL BREHM** on all interested parties to this action in the manner prescribed as follows:

☒ **(MAIL)** By placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Irvine, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service, said practice being that in the ordinary course of business, correspondence with postage thereon fully prepaid is deposited with the U.S. Postal Service the same day as it is placed for collection.

☒ **(EMAIL)** By transmitting via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

☐ **(FACSIMILE)** By transmitting via facsimile the document(s) to the party(ies) at the facsimile number(s) referenced above before 5:00 p.m. on the above date.

☐ **(OVERNIGHT)** I caused the within document(s) to be delivered by overnight courier to the address(es) set forth below.

**Stephen Shannon Smith, Esq.**
**William Mielke Walker**
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars
Suite 2100
LA, CA 90067-4590
310-553-3610
Fax: 310-553-0687
Email: *ssmith@greenbergglusker.com*; *wwalker@greenbergglusker.com*

I am employed in the office of a member of the bar of this court at whose direction such service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 7, 2009, at Irvine, California.

_____
Valerie Cloyd