STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants studiVZ Ltd.,
Holtzbrinck Networks GmbH, and
Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., , HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25,<br><br>    Defendants. | Case No. 5:08-CV-03468 JF<br><br>Assigned To: Hon. Jeremy Fogel<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF AND ITS COUNSEL DUE TO FACEBOOK'S CANCELLATION OF DEPOSITIONS *AFTER* DEFENSE COUNSEL HAD ALREADY FLOWN TO GERMANY**<br><br>Date:         March 3, 2009<br>Time:        10:00 a.m.<br>Dept./Place:  Courtroom 2, 5th Floor<br>                 Hon. Howard R. Lloyd<br><br>Complaint Filed: July 18, 2008 |

37106-00002/1673974.1

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  The Motion of defendants StudiVZ Ltd., Holtzbrinck Networks GmbH, and
2  Holtzbrinck Ventures GmbH ("Defendants") for an order for sanctions against
3  plaintiff Facebook, Inc. ("Facebook") and its counsel Orrick, Herrington &
4  Sutcliffe LLP ("Orrick") reimbursing Defendants for the fees and costs associated
5  with defense counsel's travel to Germany to attend the depositions of Martin Weber
6  and Michael Brehm, which were noticed by Facebook to take place on January 12
7  and 13, 2009, which Facebook's counsel then canceled *after* defense counsel had
8  already traveled to Germany (the "Motion"), was heard at 10:00 a.m. on March 3,
9  2009 in Courtroom 2 of the above-entitled Court, the Honorable Howard R. Lloyd,
10 United States Magistrate Judge, presiding.

Having considered the files in this case, and the papers and arguments of the parties and their counsel, and for good cause shown, it is ORDERED that the Motion is GRANTED. Accordingly, Facebook and Orrick are hereby ORDERED to pay a monetary sanction to Defendants in the amount of $_____ in connection with their wrongful cancellation of the depositions.

IT IS SO ORDERED.

DATED: _____, 2009    _____
                          The Honorable Howard R. Lloyd
                          United States Magistrate Judge

37106-00002/1673974.1                    1
[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS