Re: <u>Facebook, Inc. v. StudiVZ, et al.</u>
USDC/Northern District, Case No. 5:08-CV-03468 JF

## TRIP TO GERMANY

### BREAKDOWN OF EXPENSES

| Date | Description | Euro | U.S. Dollar Amount |
|---|---|---|---|
| 1/07/09 | Flight from Los Angeles to Munich, Germany | | $2,958.80 |
| 1/08/09 | Taxi fare from Germany Airport to hotel | €60.00 | $79.54 |
| 1/08 - 1/10/09 | Hotel room at Sofitel in Munich, Germany | €560.35 | $743.91 |
| 1/10/09 | Taxi fare from hotel to Germany Airport | €65.00 | $86.17 |
| 1/13/09 | Flight from Paris, France to Los Angeles | | $3,681.30 |
| 1/13/09 | Parking Fee at LAX | | $180.00 |
| | | | **TOTAL: $7,729.72** |

Price v. Facebook, Inc.　　　Doc. 84 Att. 4



**OVATION TRAVEL GROUP**
PHONE: 800-966-0229
E-MAIL OVATION TRAVEL GROUP

**Electronic Invoice**

Print this page | Close window | Help

| | | |
|---|---|---|
| Salesperson: EF | Invoice number: 0060392 | Date: 13JAN2009 |
| For: SMITH/STEPHEN | Record locator: GVIOSN | Customer number: 434387 |

GREENBERG GLUSKER FIELDS
1900 AVENUE OF THE STARS
SUITE 2200
LOS ANGELES CA 90067
ATTN PATRICIA PATRICK

Notes: GOVERNMENT ISSUED ID REQUIRED AT CHECK IN

### Wed, Jan 7

**Air**  LUFTHANSA  Flight # : 453  Business  Meals
From : LOS ANGELES, CA  0900P
Departure Terminal : B        11Hr 20Min
To : MUNICH, GERMANY  0520P  Non Stop
Arrival Terminal : 2
Equipment : AIRBUS INDUSTRIE A346 JET
SMITH/STEPHEN  Seat(s) - 08C

### Thu, Jan 8

**Hotel**  MUNICH, GERMANY  Out - 10JAN
ACCOR HOTELS  2 Night(s)
SOFITEL MUNICH BAYE  1 Room(s) - PREMIUM RATE FULLY FLEXIBLE
BAYERSTRASSE 12  Rate - 149.00EUR Per Night
MUENCHEN DE 80335
Phone 49-89-599480
Guaranteed Late Arrival
Confirmation: 5413JA6568

### Sat, Jan 10

**Air**  LUFTHANSA  Flight # : 4244  Economy  Snack
From : MUNICH, GERMANY  1035A
Departure Terminal : 2        1Hr 40Min
To : PARIS DE GAULLE, FRANCE  1215P  Non Stop
Arrival Terminal : 1
Equipment : CANADAIR REGIONAL JET
SMITH/STEPHEN  Seat(s) - 19F
Notes: OPERATED BY LUFTH CITYLINE

### Thu, Jul 9

**Other**  INFORMATION
HAVE A GREAT TRIP

### Sun, Jan 10

**Hotel**  PARIS DE GAULLE, FRANCE  Out - 13JAN
SMALL LUXURY HTLS  3 Night(s)
HOTEL PAVILLON DE L  1 Room(s) - SUPERIOR ROOM - 22 SQM - QUEEN - A-C - WIFI
28 PLACE DES VOSGES  Rate - 310.00EUR Per Night
PARIS FR 75003
Phone 33-140291919
Guaranteed Late Arrival
Confirmation: 43010649
RQST NON SMOKING

Refunded  LH7393686107  SMITH STEPHEN
Ticket Refund Original Invoice  0050009
Refunded  AX XXXXXXXXXX 1013          2,958.80

|  |  |
|---|---|
| Total base fare amount | 0.00 |
| Total taxes | 0.00 |
| Less Refund Amount | 2,958.80 |
| Total amount due | 0.00 |

FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS AF41
A SERVICE FEE WILL BE CHARGED FOR CALL TO THE
 TRAVEL HELPLINE.
 THANK YOU FOR CHOOSING
THE LAWYERS TRAVEL SERVICE FOR YOUR TRAVEL NEEDS.
PLEASE VISIT OUR ONLINE SURVEY AT
WWW.LAWYERSTRAVEL.COM/SURVEY
----RECOMMENDED WEB SITES FOR INTERNATIONAL TRAVEL------
PRIOR TO DEPARTURE PLEASE VISIT THESE WEB SITES
FOR HEALTH INFORMATION.......... WWW.CDC.GOV
FOR TRAVEL ADVISORIES............ WWW.TRAVEL.STATE.GOV
FOR AIRPORT SECURITY RESTRICTIONS WWW.TSA.GOV
----OTHER RECOMMENDED INTERNATIONAL TRAVEL ADVICE--------
RECONFIRM FLIGHTS 72 HOURS PRIOR TO DEPARTURE
DIRECT WITH THE AIRLINE.
   - -
CHECK IN 2-3 HOURS PRIOR FOR ALL INTERNATIONAL FLIGHTS
   - -
IN THE EVENT OF A LOST/STOLEN PASSPORT. WE ADVISE THAT YOU
TRAVEL WITH A COPY OF THE VITAL INFORMATION PAGES OF YOUR
PASSPORT ALONG WITH 2 PASSPORT SIZED PHOTOS

WE HAVE MADE EVERY EFFORT TO VERIFY ENTRY REQUIREMENTS
YOU MAY WISH TO DOUBLE CHECK WITH YOUR LOCAL EMBASSY
 OR CONSULATE
OR CONTACT US IF YOU HAVE FURTHER QUESTIONS

-----------REQUIRED DOCUMENTS FOR YOUR ITINERARY----------
A VALID PASSPORT IS REQUIRED FOR THIS ITINERARY
-----------REQUIRED DOCUMENTS FOR YOUR ITINERARY----------
A VALID PASSPORT IS REQUIRED FOR THIS ITINERARY
-----------REQUIRED DOCUMENTS FOR YOUR ITINERARY----------
A VALID PASSPORT IS REQUIRED FOR THIS ITINERARY
-----------REQUIRED DOCUMENTS FOR YOUR ITINERARY----------
A VALID PASSPORT IS REQUIRED FOR THIS ITINERARY
LUFTHANSA - FARE INFO -
ANY CHANGES MAY INCUR A HIGHER FARE.
   HU*
   MK-1Y

Your travel arranger provides the information contained in this document. *Virtually There®* is not responsible for the content of this document. If you have any questions about the contents of this document, please contact your travel arranger.

Copyright and Trademark Notices



## Universal Currency Converter© Results

### Printed from the XE Universal Currency Converter at: www.xe.com/ucc

Memo: ............................................................................................................................................

Live rates at 2009.01.16 19:08:04 UTC

**60.00 EUR  =  79.5442 USD**
Euro — United States Dollars
1 EUR = 1.32574 USD   1 USD = 0.754297 EUR

# FAHRPREISQUITTUNG

Bitte vergleichen Sie die Taxi-Nr. auf der Quittung mit der Taxi-Nr. im Fahrzeug



Dipl.-Ing. A. Rezai
Riedererstr. 9, 85737 Ismaning
Mobil +49/ 172 / 890 55 33
e-mail: RezaiA@gmx.de   Steuernummer: 417 / 53396

**Quittungsnummer**
9090 | 200
Taxi Nr.   Jahr. Lfd. Nummer

- ☐ Stadtfahrt
- ☐ Kurierfahrt
- ☐ Krankenfahrt
- ☐ Besorgungsfahrt
- ☐ Starthilfe
- ☐ Zuzahlung (Quittung über Zuzahlung zu Fahrtkosten gemäß § 6a SGB V)
- ☐ Anderes

Netto-Fahrpreis € 60, Ct.
Trinkgeld € Ct.
+ __% MwSt. € Ct.
Brutto-Fahrpreis € 60, Ct.

Im Fahrpreis sind ☒ 7% MwSt.   ☐ 19% MwSt. enthalten

von _MUC_ (Airport)/Bahnhof - Messe - Erding - Freising - München

nach _Bayerstr._ Airport - Bahnhof - Messe - Erding - Freising - München

Name, Anschrift des Rechnungsempfängers

Ismaning, den _08.01.09_  ☐ Fahrgast über Strecke und Fahrpreisabweichung informiert



*Universal Currency Converter© Results*                Using live mid-market rates.

**Printed from the XE Universal Currency Converter at: www.xe.com/ucc**

Memo: ........................................................................................................................

Live rates at 2009.01.16 19:46:04 UTC

| **560.35 EUR** | = | **743.911 USD** |
|---|---|---|
| Euro | | United States Dollars |
| 1 EUR = 1.32758 USD | | 1 USD = 0.753248 EUR |

```
-K-U-N-D-E-N-B-E-L-E-G-

                              :change rates guaranteed. To save time and money on your currency transfers and foreign
Sofitel Munich Bayerpost
     Bayerstr. 12             ing articles offer an introduction to forex, including tips on getting started and choosing a broker.
   80335 Muenchen             s, Forex News headlines, Live Currency Rates, and Central Bank Rates. If you are ready to trade,
   Tel. 089/59948-0
                              arkets? To get breaking economic news and commentary about currencies and the foreign
Terminal-ID    54274155
TA-Nr 040501   BNr 2696
                              ndustry's most accurate rates to power your website, accounting package or expense management
    Kartenzahlung
    AMERICAN EXPRESS

   EUR  560.35

Karte       ##########2002    :om/ucc/convert.cgi
Verfall-Datum         11/09   rights reserved. "XE" and "Universal Currency Converter" are trade marks of XE
VU-Nr   9507467041
Genehmigungs-Nr    930553     e terms of use located at: http://www.xe.com/legal/.
Datum 10.01.09 07:53 Uhr

*** Karte akzeptiert ***

=========================
AS-Proc-Code = 00 022
00
Capt.-Ref.= 0111
AID59:       17
00 GEN.NR: 17
=========================

Bitte Beleg aufbewahren
und die Kopie an den
Kunden aushändigen

Unterschrift:



-----------------------
```



## SOFITEL
LUXURY HOTELS

MUNICH BAYERPOST

Mr. Stephen Smith
29201 Fountainwoodn Str.
CA 91301 Agoura Hills

USA

| | | | | | |
|---|---|---|---|---|---|
| **Zimmer:** | 365 | | **Kasse:** | 23 / DC | |
| **Anreise:** | 08.01.09 | | **Seite:** | 1 | |
| **Abreise:** | 10.01.09 | | **GastNr:** | 1308665 | |
| **ResNr:** | 830409 | | | | |

**INVOICE** 5413/331227 / 1

Sofitel Munich Bayerpost, 10.01.09

| Datum | St. | Artikel-Bezeichnung | Anzahl | E-Preis (EUR) | Betrag (EUR) |
|---|---|---|---|---|---|
| 08.01 | 1) | Room Service Beverage Rechnung#001000054811 | 1 | 7,20 | 7,20 |
| 08.01 | 1) | Room Service Food Rechnung#001000054811 | 1 | 14,00 | 14,00 |
| 08.01 | 1) | Highspeed Internet | 1 | 24,00 | 24,00 |
| 08.01 | 1) | Logis | 1 | 149,00 | 149,00 |
| 09.01 | 1) | Breakfast Food Rechnung#000400083932 | 1 | 28,00 | 28,00 |
| 09.01 | 1) | Telephone - Guest | 1 | 1,65 | 1,65 |
| 09.01 | 1) | Telephone - Guest | 1 | 3,30 | 3,30 |
| 09.01 | 1) | Telephone - Guest | 1 | 99,00 | 99,00 |
| 09.01 | 1) | Bar Beverage Rechnung#000900035207 | 1 | 13,20 | 13,20 |
| 09.01 | 1) | Bar Food Rechnung#000900035207 | 1 | 15,00 | 15,00 |
| 09.01 | | Gratuity F&B Rechnung#000900035215 | 1 | 5,00 | 5,00 |
| 09.01 | 1) | Highspeed Internet | 1 | 24,00 | 24,00 |
| 09.01 | 1) | Logis | 1 | 149,00 | 149,00 |
| 10.01 | 1) | Breakfast Food man. post da Rest nich buche | 1 | 28,00 | 28,00 |
| 10.01 | | American Express | | | -560,35 |

SOFITEL MUNICH BAYERPOST · BAYERSTRASSE 12 · 80335 MÜNCHEN · GERMANY
TEL +49 (0) 89 59948 0 · FAX +49 (0) 89 59948 1000 · E-MAIL H5413@ACCOR.COM · WWW.SOFITEL.COM
THE NEWGEN HOTELS AG · SITZ DER GESELLSCHAFT: FLIETHSTRASSE 67 · 41061 MÖNCHENGLADBACH · GERMANY
HANDELSREGISTER: MÖNCHENGLADBACH HRB 4600 · VORSTAND: LAURENT PICHERAL, DR. MICHAEL THEIM · AUFSICHTSRATSVORSITZENDER: VOLKER BÜRING
BANKVERBINDUNG: DEUTSCHE POSTBANK AG KÖLN · KONTO-NR. 561 012 507 · BLZ 370 100 50 · IBAN: DE60 370 100 500 561 012 507 · SWIFT-CODE (BIC): PBNKDEFF · UST-IDNR. DE 120 493 093



# SOFITEL
LUXURY HOTELS

MUNICH BAYERPOST

Mr. Stephen Smith
29201 Fountainwoodn Str.
CA 91301 Agoura Hills

USA

| | | | | |
|---|---|---|---|---|
| **Zimmer:** | 365 | | **Kasse:** | 23 / DC |
| **Anreise:** | 08.01.09 | | **Seite:** | 2 |
| **Abreise:** | 10.01.09 | | **GastNr:** | I308665 |
| **ResNr:** | 830409 | | | |

**INVOICE** 5413/331227 / 1

Sofitel Munich Bayerpost, 10.01.09

| Datum St. | Artikel-Bezeichnung | Anzahl | E-Preis (EUR) | Betrag (EUR) |
|---|---|---|---|---|
| | XXXXXXXXXXX200211.09 | | | |

| **Offener Saldo** | | | | **0,00** |
|---|---|---|---|---|

| Beschreibung | Netto (EUR) | MwSt. (EUR) | Brutto (EUR) |
|---|---|---|---|
| Leistungen 19% 1) | 466,68 | 88,67 | 555,35 |
| Leistungen 7% 2) | 0,00 | 0,00 | 0,00 |
| Leistungen 0% 3) | 0,00 | 0,00 | 0,00 |
| Ortstaxe | 0,00 | - | 0,00 |
| Auslagen | 0,00 | - | 0,00 |
| Durchlaufende Posten | 5,00 | - | 5,00 |
| Anzahlunge(n) 19% | 0,00 | 0,00 | 0,00 |
| **Total** | **471,68** | **88,67** | **560,35** |

Die Leistungen 'Durchlaufende Posten' erfolgen im Namen und auf Rechnung des jeweiligen Anbieters.
**Wir danken für Ihren Besuch und wünschen eine gute Heimreise.**



SOFITEL MUNICH BAYERPOST · BAYERSTRASSE 12 · 80335 MÜNCHEN · GERMANY
TEL +49 (0) 89 59948 0 · FAX +49 (0) 89 59948 1000 · E-MAIL H5413@ACCOR.COM · WWW.SOFITEL.COM

THE NEWGEN HOTELS AG · SITZ DER GESELLSCHAFT: FLIETHSTRASSE 67 · 41061 MÖNCHENGLADBACH · GERMANY
HANDELSREGISTER: MÖNCHENGLADBACH HRB 4600 · VORSTAND: LAURENT PICHERAL, DR. MICHAEL THEIM · AUFSICHTSRATSVORSITZENDER: VOLKER BÜRING
BANKVERBINDUNG: DEUTSCHE POSTBANK AG KÖLN · KONTO-NR. 561 012 507 · BLZ 370 100 50 · IBAN: DE60 370 100 500 561 012 507 · SWIFT-CODE (BIC): PBNKDEFF · UST-IDNR: DE 120 493 093



*Universal Currency Converter© Results*                                              Using live mid-market rates.

**Printed from the XE Universal Currency Converter at: www.xe.com/ucc**

Memo: ..................................................................................................................................

Live rates at 2009.01.16 19:07:04 UTC

**65.00 EUR     =     86.1695 USD**
Euro                           United States Dollars
1 EUR = 1.32568 USD            1 USD = 0.754327 EUR

# FAHRPREISQUITTUNG

Bitte vergleichen Sie die Taxi-Nr. auf der Quittung mit der Taxi-Nr. im Fahrzeug

☒ Stadtfahrt
○ Krankenfahrt
○ Besorgungsfahrt
○ Starthilfe

von _____
Flughafen - Bahnhof - <u>Hotel</u> - Messe - Zentrum - Krankenhaus

nach _____
Flughafen - Bahnhof - Hotel - Messe - Zentrum - Krankenhaus

**Taxi Nr. 3095**

€ ___65,-___

Mwst. mit ___% (___%) ist enthalten.
☒ einschließlich Zuschläge

**München, den** _16.1.09_

**TSL GmbH**
Tel. 089 / 578 695 30
Fax. 089 / 578 694 21
Landsberger Str. 455
81241 München
Steuer-Nr: 143/188/10312

ncy transfers and foreign

started and choosing a broker.
Rates. If you are ready to trade.

currencies and the foreign

ackage or expense management

erter" are trade marks of XE



**MSW TRAVEL GROUP**
PHONE: 800-889-2053

Electronic Invoice

Print this page | Close window | Help

Salesperson: BF　　Invoice number: 0057675　　Date: 09JAN2009
For: SMITH/STEPHEN　　　　　　　　　　　　　Record locator: OYAIWE　　Customer number: 434387

GREENBERG GLUSKER FIELDS
1900 AVENUE OF THE STARS
SUITE 2200
LOS ANGELES CA 90067
ATTN PATRICIA PATRICK

Notes: GOVERNMENT ISSUED ID REQUIRED AT CHECK IN

**Tue, Jan 13**
Air
BRITISH AIRWAYS　　Flight # : 303　　Club EXCL Within UK　　Meals
From : PARIS DE GAULLE, FRANCE　　0750A
Departure Terminal : 2B　　　　　　　　　　　　　　　　1Hr 25Min
To : LONDON HEATHROW, UNITED KINGDOM　　0815A　　Non Stop
Arrival Terminal : 5
SMITH/STEPHEN　　Seat(s) - 03C

**Tue, Jan 13**
Air
BRITISH AIRWAYS　　Flight # : 279　　Club EXCL Within UK　　Meals
From : LONDON HEATHROW, UNITED KINGDOM　　1015A
Departure Terminal : 5　　　　　　　　　　　　　　　　11Hr 10Min
To : LOS ANGELES, CA　　0125P　　Non Stop
Arrival Terminal : B
Equipment : BOEING 747 JET
Notes: SEATS ASSIGNED AT AIRPORT ONLY.

**Sun, Jul 12**
Other　INFORMATION
　　　　HAVE A GREAT TRIP

Ticket number　BA7393461869　SMITH STEPHEN
　　　　　　　　　　　　　　　Billed to  AX  XXXXXXXXXX 1013　　　　　*3,681.30

Total base fare amount　3,286.00
Total taxes　395.30
Net credit card billing　*3,681.30

Total amount due　0.00

FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS AF41
A SERVICE FEE WILL BE CHARGED FOR CALL TO THE
 TRAVEL HELPLINE.
 THANK YOU FOR CHOOSING
THE LAWYERS TRAVEL SERVICE FOR YOUR TRAVEL NEEDS.
PLEASE VISIT OUR ONLINE SURVEY AT
WWW.LAWYERSTRAVEL.COM/SURVEY
----RECOMMENDED WEB SITES FOR INTERNATIONAL TRAVEL----
PRIOR TO DEPARTURE PLEASE VISIT THESE WEB SITES
FOR HEALTH INFORMATION.......... WWW.CDC.GOV
FOR TRAVEL ADVISORIES........... WWW.TRAVEL.STATE.GOV
FOR AIRPORT SECURITY RESTRICTIONS WWW.TSA.GOV
----OTHER RECOMMENDED INTERNATIONAL TRAVEL ADVICE----
RECONFIRM FLIGHTS 72 HOURS PRIOR TO DEPARTURE
 DIRECT WITH THE AIRLINE.

```
                              --
          CHECK IN 2-3 HOURS PRIOR FOR ALL INTERNATIONAL FLIGHTS
                              --
          IN THE EVENT OF A LOST/STOLEN PASSPORT, WE ADVISE THAT YOU
          TRAVEL WITH A COPY OF THE VITAL INFORMATION PAGES OF YOUR
          PASSPORT ALONG WITH 2 PASSPORT SIZED PHOTOS
          --------------------------------------------
          WE HAVE MADE EVERY EFFORT TO VERIFY ENTRY REQUIREMENTS
          YOU MAY WISH TO DOUBLE CHECK WITH YOUR LOCAL EMBASSY
           OR CONSULATE
          OR CONTACT US IF YOU HAVE FURTHER QUESTIONS
          --------------------------------------------
          ---------REQUIRED DOCUMENTS FOR YOUR ITINERARY---------
          A VALID PASSPORT IS REQUIRED FOR THIS ITINERARY
          BRITISH AIRWAYS - FARE INFO -
          ANY CHANGES MAY INCUR A HIGHER FARE.
              HU*
```

Your travel arranger provides the information contained in this document. *Virtually There®* is not responsible for the content of this document. If you have any questions about the contents of this document, please contact your travel arranger.

Copyright and Trademark Notices



```
LAX AIRPORT LOT P4
ONE WORLD WAY
LOS ANGELES, CA 90009

DATE: 01/13/09        TIME: 14:21:40
MERN: 323135813727 STR#: 4381 TERN#: 0047
        S-A-L-E-S  D-R-A-F-T


REF:       0014
BATCH:     362
CD TYPE:   AX
TR TYPE:   PR


TOTAL=       $168.00

ACCT: ************2002    EXP: **/**
AP:   564162
NAME: STEPHEN S SMITH

  CARDMEMBER ACKNOWLEDGES RECEIPT OF
  GOODS AND/OR SERVICES IN THE AMOUNT OF
  THE TOTAL SHOWN HEREON AND AGREES TO
  PERFORM THE OBLIGATIONS SET FORTH BY THE
  CARDMEMBER'S AGREEMENT WITH THE ISSUER

X_____
  TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER
```