Price v. Facebook, Inc.     Doc. 84 Att. 5

| Tim | Operator | Client | Client name | Matter | Matter name | Work date | Hours | Reference | Billable | Release Date | Converted | C: | Narrative | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | SSMITH | 37106 | Georg von Holtzbrinck GmbH | 00002 | Facebook, Inc. | 01/05/2009 | 0.25 | 1946194 | Y | 01/09/2009 8:24 | Y | 01/ | Conference with Bloom re prep for German depositions | Converted! 1/1 |
| 276 | SSMITH | 37106 | Georg von Holtzbrinck GmbH | 00002 | Facebook, Inc. | 01/05/2009 | 3.00 | 1946761 | Y | 01/09/2009 8:24 | Y | 01/ | Review and revision of supplemental responses to document demands, meeting with Walker re same, email to clients re | Converted! 1/1 |

Dockets.Justia.com

| Time | Operator | Client | Client name | Matter | Matter name | Work date | Hours | Reference | Billable | Release Date | Converted | C: | Narrative | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | SSMITH | 37106 | Georg von Holtzbrinck GmbH | 00002 | Facebook, Inc. | 01/06/2009 | 0.50 | 1946840 | Y | 01/09/2009 8:24 | Y | 01/ | Prep for trip to Germany for depositions | Converted 1/1 |

| Tim. | Operator | Client | Client name | Matter | Matter name | Work date | Hours | Reference | Billable | Release Date | Converted | C. | Narrative | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | SSMITH | 37106 | Georg von Holtzbrinck GmbH | 00002 | Facebook, Inc. | 01/07/2009 | 6.00 | 1950090 | Y | 01/09/2009 8:24 | Y | 01/ | Travel to Munich | Converted 1/1 |
| 276 | SSMITH | 37106 | Georg von Holtzbrinck GmbH | 00002 | Facebook, Inc. | 01/07/2009 | 1.25 | 1950097 | Y | 01/09/2009 8:24 | Y | 01/ | Preparing for deposition prep meeting | Converted 1/1 |

| Tim | Operator | Client | Client name | Matter | Matter name | Work date | Hours | Reference | Billable | Release Date | Converted | C: | Narrative | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | SSMITH | 37106 | Georg von Holtzbrinck GmbH | 00002 | Facebook, Inc. | 01/08/2009 | 9.50 | 1950091 | Y | 01/09/2009 8:24 | Y | 01/ | Travel to Germany | Converted 1/1 |

| Tim... | Operator | Client | Client name | Matter | Matter name | Work date | Hours | Reference | Billable | Release Date | Converted | C... | Narrative | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | SSMITH | 37106 | Georg von Holtzbrinck GmbH | 00002 | Facebook, Inc. | 01/13/2009 | 13.50 | 19526201 | Y | 01/16/2009 8:57 | Y | 01/... | Flight back to the United States | Converted 1/... |