1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:      +1-650-614-7400
5  Facsimile:      +1-650-614-7401

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza
8  Suite 1600
   Irvine, CA  92614-2558
9  Telephone:      +1-949-567-6700
   Facsimile:      949-567 6710
10
   Attorneys for Plaintiff
11 FACEBOOK, INC.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16 FACEBOOK, INC.,                          Case No.  5:08-cv-03468 JF

17             Plaintiff,
                                            **[PROPOSED] ORDER
18        v.                                SANCTIONING DEFENDANTS FOR
                                            DISCOVERY ABUSES**
19 STUDIVZ LTD., HOTLZBRINCK
   NETWORKS GmBH, HOLTZBRINCK
20 VENTURES GmBH, and DOES 1-25,           Date:        March 3, 2009
                                            Time:        10:00 a.m.
21             Defendants.                  Room:        Courtroom 2, 5th Floor

22                                          Judge:       Honorable Magistrate Judge
                                                          Howard R. Lloyd, for
23                                                        Discovery Purposes

24

25

26

27

28

Dockets.Justia.com

1          The Court, having considered Facebook, Inc.'s ("Facebook") Motion For

2    Sanctions Against Defendants StudiVZ Ltd., Holtzbrinck Ventures GmbH and Holtzbrinck

3    Networks GmbH for Discovery Abuses, the declarations filed in support thereof, and the records

4    on file in this action, hereby orders as follows:

5          IT IS HEREBY ORDERED that Defendants compensate Facebook for costs and

6    attorneys' fees incurred in attending and participating in meet and confer conferences that took

7    place on December 23, 2008, December 30, 2008 and January 6, 2009 as well as costs and

8    attorneys' fees incurred in the preparation of Facebook's Motion to Compel Discovery Responses

9    filed January 27, 2009.  Facebook shall file its evidence in support of the amount no later than

10   _____.

11         IT IS FURTHER ORDERED that a negative inference be drawn regarding

12   discovery withheld by Defendants.  Facebook is to be placed in the position in  which it would

13   have been had that discovery been entirely favorable to it.

14         IT IS FURTHER ORDERED that a Special Master be assigned to all future

15   discovery events, cost to be borne by Defendants, including meet and confer conferences and any

16   depositions of Defendants' witnesses.

17         IT IS SO ORDERED.

18

19   Dated: _____

20                                  Honorable Howard R. Lloyd
                                 United States Magistrate Judge

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that this document(s) filed through the ECF system will be sent

3

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on January 27,

4

2009.

5

6

Dated:  January 27, 2009.           Respectfully submitted,

7

                    /s/ Thomas J. Gray

8

                    Thomas J. Gray

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28