| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | JULIO C. AVALOS (STATE BAR NO. 255350) |
| | javalos@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: +1-650-614-7400 |
| 5 | Facsimile: +1-650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
| | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza |
| 8 | Suite 1600 |
| | Irvine, CA 92614-2558 |
| 9 | Telephone: +1-949-567-6700 |
| | Facsimile: 949-567 6710 |

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-03468 JF |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER COMPELLING DEFENDANTS TO RESPOND TO FACEBOOK'S DISCOVERY REQUESTS** |
| STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, | |
| Defendants. | Date: March 3, 2009<br>Time: 10:00 a.m.<br>Room: Courtroom 2, 5th Floor |
| | Judge: Honorable Magistrate Judge Howard R. Lloyd, for Discovery Purposes |

[PROPOSED] ORDER COMPELLING DEFENDANTS
TO RESPOND TO DISCOVERY REQUESTS
CASE NO.: 5:08-CV-03468

| | |
|---|---|
| 1 | The Court, having considered Facebook, Inc.'s ("Facebook") Motion to Compel |
| 2 | Discovery Responses, the declarations filed in support thereof, and the records on file in this |
| 3 | action, hereby orders as follows: |
| 4 | IT IS HEREBY ORDERED that Defendants StudiVZ Ltd., Holtzbrinck Ventures |
| 5 | GmbH and Holtzbrinck Networks GmbH ("Defendants") respond fully to Facebook's |
| 6 | Interrogatories Nos. 1, 2, 9, 10, 15, 16 and that Defendants produce documents responsive to |
| 7 | Facebook Requests for Production Nos. 1, 13, 14, 16, 23, 25, 27, 28, 29, including all documents |
| 8 | and things related to StudiVZ's accessing or using of Facebook's website, servers and intellectual |
| 9 | property, all design, development and implementation documentation, and the computer source |
| 10 | code for Defendants' websites. |
| 11 | IT IS FURTHER ORDERED that a Special Discovery Master be assigned to be |
| 12 | present at all discovery events, including meet and confers between the parties and any |
| 13 | depositions of Defendants' witnesses. |
| 14 | IT IS SO ORDERED. |

Dated:

Honorable Howard R. Lloyd
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 27, 2009.

Dated: January 27, 2009.                                    Respectfully submitted,

/s/ Thomas J. Gray
Thomas J. Gray