Price v. Facebook, Inc.

Doc. 90 Att. 1

# EXHIBIT 2

Dockets.Justia.com



| | | |
|---|---|---|
| **FCCM** | Conference Dates: | April 5-7, 2009 |
| | Submission Deadline: | Jan 16, 2009 |
| | Location: | Napa, CA |

**Field-Programmable Custom Computing Machines**

- FCCM Home
- Call For Papers
- Program Committee
- Sponsors
- Submit Online!
- Related Links
- Past Programs
- Top 10 Predictions
- Contact

# FCCM 2004

April 20-23, 2004
Napa Valley, California

---

## Session 1: Architecture
### Chair: Scott Hauck (University of Washington)

**Time-Critical Software Deceleration in an FCCM**
*P. James-Roxby, G. Brebner, D. Bemmann* (Xilinx and Humboldt University)

**Design Patterns for Reconfigurable Computing**
*A. DeHon, J. Adams, M. DeLorimier, N. Kapre, Y. Matsuda, H. Naeimi, M. Vanier, M. Wrighton* (Caltech)

**Virtual Memory Window for Portable Reconfigurable Cryptography Coprocessor**
*M. Vuletic, L. Pozzi and P. Ienne* (Swiss Federal Institute of Technology Lausanne)

## Session 2: Tools I
### Chair: Katherine Compton (University of Wisconsin)

**Overview of the FREEDOM Compiler for Mapping DSP Software to FPGAs**
*G. Mittal, D. Zaretsky, X. Tang, P. Banerjee* (Northwestern University)

**PyGen: A MATLAB/Simulink based Tool for Parameterized and Energy**

*J. Ou and V. Prasanna* (University of Southern California)

## Session 3: Arithmetic I
## Chair: Tom Kean (Algotronix)

### Automated Least-Significant Bit Datapath Optimization for FPGAs
*M.L. Chang and S. Hauck* (University of Washington)

### An Arithmetic Library and its Application to the N-body Problem
*K.H. Tsoi, C.H. Ho, H.C. Yeung and P.H.W. Leong* (Chinese University of Hong Kong)

### Unifying Bit-width Optimisation for Fixed-point and Floating-point Designs
*A. Gaffar, O. Mencer, W. Luk and P.Y.K. Cheung* (Imperial College London)

## Session 4: Communications Applications
## Chair: Wayne Luk (Imperial College)

### A Dynamically Reconfigurable, Power-Efficient Turbo Decoder
*J. Liang, R. Tessier and D. Goeckel* (University of Massachusetts)

### A Flexible Hardware Encoder for Low-Density Parity-Check Codes
*D-U Lee, W. Luk, C. Wang, C. Jones, M. Smith, J. Villasenor* (Imperial College of Science Technology and Medicine)

## Session 5: Networking I
## Chair: Brad Hutchings (Tabula)

### ShareStreams: A Scalable Architecture and Hardware Support for High-Speed QoS Packet Schedulers
*R. Krishnamurthy, S. Yalamanchili, K. Schwan, R. West*

(Georgia Tech)

**Deep Packet Filter with Dedicated Logic and Read Only Memories**
*Y. Cho and W. Mangione-Smith* (UCLA)

**A Methodology for Synthesis of Efficient Intrusion Detection Systems on FPGAs**
*Z. Baker and V. Prasanna* (University of Southern California)

## Session 6: Applications I
## Chair: Satnam Singh (Microsoft)

**Smart Camera Based on Reconfigurable Hardware Enables Diverse Real-Time Applications**
*M. Leeser, S. Miller and H. Yu* (Northeastern University)

**FPGA-Based Acceleration of the 3D Finite-Difference Time-Domain Method**
*J. Durbano, F. Ortiz, J. Humphrey, P. Curt, D. Prather* (EM Photonics and University of Delaware)

## Session 7: Tools II
## Chair: Mike Butts (Tabula)

**Register Binding for FPGAs with Embedded Memory**
*H. Al Atat and I. Ouaiss* (Lebanese American University)

**Defect and Fault Tolerance for Reconfigurable Molecular Computing**
*M. Tahoori and S. Mitra* (Northeastern Univ. and Intel)

**Communications Scheduling for Concurrent Processes on Reconfigurable Computers**
*M. Gokhale, C. Ahrens, J. Frigo, C. Wolinski* (Los Alamos National Lab)

## Session 8: Applications II
## Chair: Maya Gokhale (Los Alamos National Lab)

**Reconfigurable Molecular Dynamics Simulator**
*N. Azizi, I. Kuon, A. Egier, A. Darabiha and P. Chow* (University of Toronto)

**Accelerating Seismic Migration Using FPGA-based Coprocessor Platform**
*C. He, M. Lu, C. Sun* (Texas A&M University)

## Session 9: Arithmetic II
## Chair: Andre' DeHon (Caltech)

**Closing the gap: CPU and FPGA Trends in Sustainable Floating-Point BLAS Performance**
*Keith D. Underwood and K. Scott Hemmert* (Sandia National Labs)

**FPGA-Based Implementation of a Robust IEEE-754 Exponential Unit**
*C. Doss and R. Riley* (North Carolina A & T and AFRL)

**On-Line IEEE Floating-Point Arithmetic for FPGAs**
*S. Krueger, P-M. Seidel* (Texas Instruments and Southern Methodist University)

## Session 10: Networking II
## Chair: Jeffrey Arnold (Stretch)

**Scalable Multi-Pattern Matching on High-Speed Networks**
*C. Clark and D. Schimmel* (Georgia Institute of Technology, Atlanta, GA)

**Pre-decoded CAMs for Efficient and High-Speed NIDS Pattern Matching**
*Ioannis Sourdis and Dionisios Pnevmatikatos* (Technical University of Crete)