# EXHIBIT 4


- 
  **Tech**
- 
  **Gadgets**
- 
  **Mobile**
- 
  **Enterprise**
- 
  **CrunchBase**
- 
  **About**
- 
  **More**
- 
  **Advertise**
- 
  **Archives**
- 
  **Company Index**
- 
  **Contact**
- 
  **Jobs**

- **Twitter**
- **CrunchBar**
- **Email**
- **RSS**
- Subscribe:

# Nimbuzz Strikes Major Distribution Deal With StudiVZ, Germany's Largest Social Network

by **Robin Wauters** on November 11, 2008

30 Comments



Holland-based IM and VoIP services provider **Nimbuzz** has just announced a noteworthy strategic partnership with **StudiVZ**, the largest social networking site in Germany famous worldwide for sporting a look closely resembling Facebook, which triggered the Californian company to **file suit** over the summer.

StudiVZ, which counts over 12 million users spanning across Germany, Switzerland, and Austria, will become the first in what Nimbuzz refers to as a series of international networking sites to integrate its technology, bringing real-time web and mobile communication capabilities to online communities. Nimbuzz says similar deals in Turkey, Asia and Italy are imminent.

Nimbuzz' web chat feature is fully integrated into the existing StudiVZ interface allowing IM





conversations between all community members. The full mobile Nimbuzz portfolio including voice calls, chat, file sharing across popular IM communities will also be made available later.

The partnership is effectively a revenue sharing agreement with income generated from ads sold as part of StudiVZ's own advertising opportunities.

Nimbuzz has raised **over $25 million** in three rounds, mostly from Luxembourg-based **Mangrove Capital Partners**. The company claims it is growing at 10,000 registrations per day, with a 25% active user base in over 200 countries.



(Image credit: **Mobile Industry Review**)

### Nimbuzz

minimize widget / get widget

| | |
|---|---|
| **Website:** | nimbuzz.com |
| **Location:** | 2909 LK Rotterdam - Capelle aan den IJssel, Netherlands |







