# EXHIBIT 8

Dockets.Justia.com



