Price v. Facebook, Inc.

Doc. 90 Att. 10

# EXHIBIT 11

Dockets.Justia.com

einloggen   immatrikulieren   hilfe   klartext

**Immatrikulieren**

E-Mail

Passwort

Einloggen

Aufgefallen aus Bremen:
Ordnung ist das halbe Leben - Ich lebe in der anderen Hälfte!

Du willst auffallen?

Für Deine Immatrikulation bei studiVZ brauchen wir nur Deinen Namen, Deine E-Mail-Adresse und Deine Hochschule (mit Land). Denk Dir bitte auch ein Passwort aus!

| | |
|---|---|
| Vorname | |
| Nachname | |

Damit Dich alte und neue Bekannte im studiVZ finden können, musst Du Deinen richtigen Namen angeben.

| | | |
|---|---|---|
| Geburtstag | | |
| Geschlecht | | |
| Hochschule | Land | USA |
| | Bundesland/Gebiet | California |
| E-Mail | | |
| E-Mail wiederholen | | |
| Passwort | | |
| Passwort wiederholen | | |

Weiter geht's...

[E-Mail mit dem Bestätigungs-Link nicht erhalten?]

Über uns   AGB   Presse   Jobs   Banner   Impressum   Datenschutz   Verhaltenskodex   Sicherheit