# EXHIBIT 12

Dockets.Justia.com

conectar   registrarse   ayuda   megáfono

## Registrar

Página principal

conectar

Registrarse

**Nos preparamos para lo tan esperado!!!**
"Adivinas??" Tú voz tendrá aún + Ecooo!!

### Registrarse - paso 1

Para registrarte en el Estudielenco sólo necesitamos tu nombre, tu e-mail y tu universidad (con provincia). ¡No olvides tu contraseña!

Nombre:

Apellidos:

Fecha de nacimiento:

Sexo:

Estados Unidos

¿Dónde estudias?    California

Hayward

E-mail:

Repetir e-mail:

Contraseña:

Repetir contraseña:

**Y seguimos...**

[ No recibiste el e-mail de confirmación? ]

Condiciones Generales de Uso   Banner   Información legal   Protección de datos