**E-Filed 2/2/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ, LTD., et al. <br><br> Defendants. | Case Number C 08-3468 JF (HRL) <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set for February 13, 2009 is CONTINUED to April 10, 2009 at 9:00 a.m. to be heard with the pending Motions To Dismiss. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 2/2/09

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk