## Smith, Steve

**From:**          Parker, Warrington [wparker@orrick.com]
**Sent:**          Thursday, September 11, 2008 1:13 PM
**To:**            Smith, Steve
**Subject:**       Facebook v. StudiVZ

**Attachments:**   SF_Docum.pdf



SF_Docum.pdf (20
KB)

                Please see attached.


Warrington S. Parker III
Of Counsel

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

tel 415 773 5740
fax 415 773 5759
mobile 415 994 7584
wparker@orrick.com

-----Original Message-----
From: sfscan@orrick.com [mailto:sfscan@orrick.com]
Sent: Thursday, September 11, 2008 12:28 PM
To: Parker, Warrington
Subject: SF Document


------------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

    Sent by:                    <sfscan@orrick.com>
    Number of pages:            1
    Document type:              B/W Document
    Attachment File Format:     Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

    http://www.adobe.com

For more information on the HP Digital Sender please visit:

    http://www.digitalsender.hp.com

"EMF <orrick.com>" made the following annotations.
--------------------------------------------------------------------------
==========================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this

Dockets.Justia.com

communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.

================================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
================================================================
================================================================



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

September 10, 2008

Warrington S. Parker III
(415) 773-5740
wparker@orrick.com

*VIA E-MAIL ATTACHMENT*

Stephen S. Smith
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA  90067
ssmith@ggfirm.com

Re:    Facebook v. StudiVZ

Dear Mr. Smith:

At your earliest convenience, please let us know when you are available to hold a conference pursuant to the terms of Federal Rule of Civil Procedure 26.  In addition I would like to discuss with you the scheduling of discovery relating to the motion to dismiss that your client filed yesterday.  Concerning discovery, I would like to speak to you today or tomorrow, at the latest, given the hearing date on your motion.

Very truly yours,

Warrington S. Parker III