# Smith, Steve

**From:** Smith, Steve
**Sent:** Friday, September 12, 2008 2:15 PM
**To:** 'Parker, Warrington'
**Subject:** RE: Facebook v. StudiVZ

Mr. Parker:

I was out yesterday afternoon and today because my wife had an out-patient surgical procedure this morning.  In addition, your letter was sent at 10:13 p.m. German time Thursday night. I have not had an opportunity to discuss the issue with my client. Accordingly, I will not have a substantive response until Monday.  Have a nice weekend.

Steve Smith

```
-----Original Message-----
From: Parker, Warrington [mailto:wparker@orrick.com]
Sent: Thursday, September 11, 2008 1:13 PM
To: Smith, Steve
Subject: Facebook v. StudiVZ

  Please see attached.


Warrington S. Parker III
Of Counsel

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

tel 415 773 5740
fax 415 773 5759
mobile 415 994 7584
wparker@orrick.com

-----Original Message-----
From: sfscan@orrick.com [mailto:sfscan@orrick.com]
Sent: Thursday, September 11, 2008 12:28 PM
To: Parker, Warrington
Subject: SF Document



------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

    Sent by:                    <sfscan@orrick.com>
    Number of pages:            1
    Document type:              B/W Document
    Attachment File Format:     Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

    http://www.adobe.com

For more information on the HP Digital Sender please visit:

    http://www.digitalsender.hp.com
```

1

"EMF <orrick.com>" made the following annotations.
----------------------------------------------------------------------
======================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax
advice contained in this communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-
related penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s) addressed herein.



======================================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE INTENDED RECIPIENT OF THE
TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E- MAIL
IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS
STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit http://www.orrick.com/
======================================================================
======================================================================