## Smith, Steve

| From: | Ako-Nai, Abby [aako-nai@orrick.com] |
|---|---|
| Sent: | Wednesday, September 17, 2008 5:05 PM |
| To: | Smith, Steve |
| Cc: | Chatterjee, I. Neel; Parker, Warrington; Avalos, Julio |
| Subject: | Facebook v. StudiVZ |
| Attachments: | DOC001.PDF; Court Info.PDF; Judge Fogel Standing Ord. re Pretrial.pdf; Mag. Judge Lloyd Standing Ord.pdf; Standing Ord. for All Judges of ND of Cal.pdf; Standing Ord. Re Case Mgmt for SJ Div.pdf; 2008.07.18 Order re Initial CMC.pdf; Consent to a Judge.PDF; 2008.07.24 [FB] Certification of Interested Parties [7].pdf; 2008.07.21 [FB] Declination to Proceed Before Mag Judge [4].pdf; 2008.07.22 [Court] Clerk's Ntc of Impending Reass'mnt to USD Judge [5].pdf |

Please see attached correspondence of today's date with attachments.

**O**rrick Herrington & Sutcliffe LLP
Abby Ako-Nai
Assistant to Sean A. Lincoln, Stacy B. Margolies
Theresa A. Sutton, Julio Avalos and An Doan
1000 Marsh Road
Menlo Park, CA 94025
Tel: 650.614.7430
Fax: 650.614.7401
email: aako-nai@orrick.com

```
"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------
==================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



==================================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
==================================================================
==================================================================
```

2/10/2009



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

tel +1-650-614-7400
fax +1 650-614-7401
WWW.ORRICK.COM

September 17, 2008

Julio C. Avalos
(650) 289-7184
javalos@orrick.com

**VIA E-MAIL ATTACHMENT**

Stephen S. Smith
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
ssmith@ggfirm.com

Re: Facebook v. StudiVZ, et al.

Dear Mr. Smith,

I understand that you mentioned to Warrington Parker in your conversation of September 16, 2008, that you might not have been served with copies of the miscellaneous Northern District papers associated with this matter. I also understand that you do have a copy of the order setting the CMC date.

Our records reflect that copies of these documents were served on your client Verlagsgruppe Georg von Holtzbrinck, GmBH on August 21, 2008 pursuant to the Hague Convention on Service Abroad. Given that you filed a response on behalf of VGH 20 days from that date, I assume that you were aware of the effected service and were in receipt of the service package since then.

In any event, I have attached a copy of each of these documents as a courtesy to you.

Sincerely,

Julio C. Avalos
Attachments

OHS West:260516209.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Facebook, Inc.,

    Plaintiff,

v.

Studivz, Ltd, et.al.,

    Defendants.
_____/

No. C08-03468

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 4, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **November 7, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on October 31, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: July 22, 2008

RICHARD W. WIEKING, Clerk
United States District Court

    /s/ Patty Cromwell
By: Patty Cromwell, Courtroom Deputy
to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

I. Neel Chatterjee    nchatterjee@orrick.com, kmudurian@orrick.com

Warrington S. Parker , III    wparker@hewm.com, Susan.Griffin-Preston@hellerehrman.com

Gary Evan Weiss    gweiss@orrick.com, NAA@orrick.com, rburton@orrick.com, wmoore@orrick.com