# Smith, Steve

**From:** Smith, Steve
**Sent:** Tuesday, September 30, 2008 7:24 AM
**To:** 'wparker@orrick.com'; Walker, William
**Subject:** Re: Facebook v. StudiVZ

Dear Warrington:

As we discussed yesterday, my clients will agree to a date certain for the Rule 26 conference. You and I have scheduled it for October 9, 2008. Please let me know when you have withdrawn the motion for administrative relief and when you have dismissed VGH. If you need a stipulation to dismiss VGH, let me know and I will sign it.

Best,

Steve

----- Original Message -----
From: Parker, Warrington <wparker@orrick.com>
To: Smith, Steve
Sent: Mon Sep 29 17:00:43 2008
Subject: Facebook v. StudiVZ

   See attached.


 <http://www.orrick.com/>
Warrington S. Parker III
Of Counsel
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
tel 415 773 5740
fax 415 773 5759
mobile 415 994 7584
wparker@orrick.com
www.orrick.com <http://www.orrick.com/>




"EMF <orrick.com>" made the following annotations.

------------------------------------------------------------------------

==========================================================



IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS,

we inform you that any tax advice contained in this

communication, unless expressly stated otherwise, was not

intended or written to be used, and cannot be used, for

the purpose of (i) avoiding tax-related penalties under

the Internal Revenue Code or (ii) promoting, marketing or

1

recommending to another party any tax-related matter(s) addressed herein.

============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit http://www.orrick.com/
============================================================
================================================================