1    GARY E. WEISS (STATE BAR NO. 122962)     **5**
       gweiss@orrick.com
2    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
       nchatterjee@orrick.com
3    JULIO C. AVALOS (STATE BAR NO. 255350)
       javalos@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
       1000 Marsh Road
5    Menlo Park, CA 94025
       Telephone:    +1-650-614-7400
6    Facsimile:    +1-650-614-7401

7    WARRINGTON S. PARKER (STATE BAR NO. 148003)
       wparker@orrick.com
8    ORRICK, HERRINGTON & SUTCLIFFE LLP
       The Orrick Building
9    405 Howard Street
       San Francisco, CA 94105-2669
10   Telephone:    +1-415-773-5700
       Facsimile:    +1-415-773-5759
11

Attorneys for Plaintiff
12 FACEBOOK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> **FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HOTLZBRINCK NETWORKS GmBH RELATING TO PERSONAL JURISDICTION** |

YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to respond to the following requests for production separately and fully, in writing, and under penalty of perjury, within thirty (30) days after service or whatever date is ordered by the Court, whichever is sooner.

OHS West:260489514.1        FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT HOTLZBRINCK NETWORKS GMBH, CASE NO.: 5:08-CV-03468

dockets.Justia.com

## DEFINITIONS

A. "ANY" shall be understood to include and encompass "ALL." As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "AND" as well as "OR" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request ALL DOCUMENTS or things that might otherwise be construed to be outside its scope.

B. The terms "PERSON" and "PERSONS" mean both natural persons and legal entities, including without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise, references to any person, entity or party herein include its, his, or her agents, attorneys, employees, employers, officers, directors, or others acting on or purporting to act on behalf of said person, entity, or party.

C. "EVIDENCE" or any variant thereof, including but not limited to "EVIDENCING," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports contradicts, relates to, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

D. "REFER TO" or "RELATE TO" as used herein mean pertaining to, relevant to, material to, evidencing, affecting, comprising, discussing, dealing with, considering or otherwise concerning in any manner whatsoever the subject matter of the inquiry.

E. As used herein, the term "DOCUMENT" means the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to all materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure. The word "Document" includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, recorded voice mail messages and any other information stored magnetically, optically or electronically.

F. "COMMUNICATION" as used herein means any contact, oral or documentary, formal or informal, at any place or under any circumstances whatsoever whereby information of any nature is transmitted or transferred, including without limitation, any note, memorandum or other record thereof, or a single person seeing or hearing any information by any means.

G. "HOTLZBRINCK NETWORKS GmBH," "YOU," "YOUR," means defendant Holtzbrinck Networks GmBH and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf.

H. "STUDIVZ" means defendant StudiVZ, Ltd. and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons and entities representing it acting on its behalf, OR purporting to act on its behalf, including without limitation, Ehassan Dariani and Dennis Bemmann.

I. "FACEBOOK" means, without limitation, Facebook, Inc. (formerly TheFacebook, Inc.), its past and present parents, subsidiaries, affiliates, predecessors, divisions, officers, directors, trustees, employees, staff members, agents, counsel, representatives, consultants, AND ALL PERSONS acting or purporting to act on its behalf.

J. "USERS OF STUDIVZ" means, without limitation, PERSONS registered to use the services provided by STUDIVZ, including without limitation, those provided at the www.studivz.net website, the www.meinvz.net website, the www.studiqg.fr website, www.studiln.it website, the www.estudiln.net website, the www.studentix.pl website, and the www.schuelervz.net website.

K. "USERS OF FACEBOOK" means, without limitation, PERSONS registered to use the services provided by FACEBOOK at www.facebook.com and, previously, www.thefacebook.com.

L. "COMPUTER CODE" means scripts, programs, or other code that YOU use or used or developed or in any way participated or assisted in the development thereof, in any computer language (such as "PHP" or "Perl).

## INSTRUCTIONS

A. In responding to the following requests, you are required to provide ALL DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from YOUR own personal files.

B. If YOU object to any of the requests, YOU must state the grounds for any objection(s). If YOU object to only part of a request, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the request.

C. If YOU object to the production of any document on the grounds that it is protected from disclosure by the attorney-client privilege, work-product doctrine, or any other privilege, YOU are requested to identify each document for which the privilege is claimed and give ALL information required by applicable case law, including but not limited to the following:

    a. the name of the writer, sender, or initiator of each copy of the document;

    b. the name of the recipient, addressee, or party to whom any copy of the document was sent;

    c. the date of each copy of the document, if any, or an estimate of its date;

    d. a statement of the basis for the claim of privilege; and

    e. description of the document sufficient for the Court to rule on the applicability and appropriateness of the claimed privilege.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

ALL DOCUMENTS that RELATE TO ANY contracts OR agreements between YOU AND ANY business licensed, located, based, OR incorporated in California OR ANY PERSON currently OR formerly residing OR domiciled in California.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS that RELATE TO ANY USER OF STUDIVZ residing OR domiciled in California, including ALL COMMUNICATIONS.

**REQUEST FOR PRODUCTION NO. 3**

ALL DOCUMENTS that RELATE TO ANY COMMUNICATION between YOU AND FACEBOOK.

**REQUEST FOR PRODUCTION NO. 4**

DOCUMENTS sufficient to IDENTIFY the number AND amount of sales of goods AND services sold OR provided by YOU to current OR former California residents, including PERSONS, businesses, AND USERS of STUDIVZ.

**REQUEST FOR PRODUCTION NO. 5**

DOCUMENTS THAT RELATE TO the relationship of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH to OR with STUDIVZ, including without limitation, the investments of VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, AND HOLTZBRINCK VENTURES GmBH, in, AND control OR influence over STUDIVZ.

**REQUEST FOR PRODUCTION NO. 6**

DOCUMENTS sufficient to describe in detail the organizational structure of HOTLZBRINCK NETWORKS GmBH from its creation until the present, including DOCUMENTS sufficient to identify ALL shareholders, officers, employees, investors, AND directors.

**REQUEST FOR PRODUCTION NO. 7**

DOCUMENTS that RELATE TO HOTLZBRINCK NETWORKS GmBH's business OR corporate records, including without limitation, meeting minutes, Articles of Incorporation, operating agreements, stock agreements, AND ANY DOCUMENTS that RELATE TO HOTLZBRINCK NETWORKS GmBH's observance of corporate formalities, as well as Units, Capital Accounts, AND Management Reports

////

////

////

**REQUEST FOR PRODUCTION NO. 8**

DOCUMENTS that RELATE TO HOTLZBRINCK NETWORKS GmBH's financial history, including without limitation, financial reports, profit/loss statements, budgets, financial planning DOCUMENTS, accounts payable, accounts receivable, AND loan DOCUMENTS, as well as Financial Reports, Capital Accounts, AND Adjusted Capital Accounts.

**REQUEST FOR PRODUCTION NO. 9**

DOCUMENTS that RELATE TO ANY contacts OR COMMUNICATIONS YOU have had with PERSONS currently OR formerly residing OR domiciled in California; businesses (including without limitation, Internet search engines providers such as Google Inc. AND Yahoo! Inc., server providers, advertising agencies, advertisers, Internet service providers, computer equipment providers, YOUR licensors AND licensees) currently OR formerly located, licensed, based, OR incorporated in California; AND universities, colleges, high schools located in California, including without limitation, letters, emails, advertising materials, business solicitations, business contacts, telephonic conversations, facsimile transmissions, AND trips to California.

**REQUEST FOR PRODUCTION NO. 10**

DOCUMENTS sufficient to show, on a monthly basis, how many USERS OF STUDIVZ have been registered on www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net since October 2005, AND how many of those USERS OF STUDIVZ are residents of California.

**REQUEST FOR PRODUCTION NO. 11**

DOCUMENTS sufficient to show the number AND amount of accounts receivable owed YOU by California residents, including PERSONS AND entities, as well as the goods AND services for which the individual accounts receivable are owed to.

**REQUEST FOR PRODUCTION NO. 12**

DOCUMENTS sufficient to show ALL of YOUR current AND former personal OR real property currently OR previously located in California.

**REQUEST FOR PRODUCTION NO. 13**

ALL contracts involving YOU in which California law governs.

**REQUEST FOR PRODUCTION NO. 14**

ALL DOCUMENTS RELATED TO instances when YOU accessed FACEBOOK website, www.facebook.com OR www.thefacebook.com.

**REQUEST FOR PRODUCTION NO. 15**

IDENTIFY ALL of YOUR licenses OR registrations regarding the ability to do business in California.

**REQUEST FOR PRODUCTION NO. 16**

ALL DOCUMENTS RELATED TO the services provided by www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net to USERS OF STUDIVZ, including how they are provided.

**REQUEST FOR PRODUCTION NO. 17**

ALL DOCUMENTS RELATED TO ANY transaction OR transactions whereby HOTLZBRINCK NETWORKS GmBH invested in, gave money to, OR obtained an interest in STUDIVZ, including filings AND communications.

**REQUEST FOR PRODUCTION NO. 18**

ALL DOCUMENTS RELATED TO current AND former directors, officers, employees, AND agents of HOTLZBRINCK NETWORKS GmBH, including DOCUMENTS RELATED TO dates in these positions, duties, authorities, AND responsibilities.

**REQUEST FOR PRODUCTION NO. 19**

ALL DOCUMENTS RELATED TO YOUR promotions AND marketing activities directed, at least in part, at California residents.

**REQUEST FOR PRODUCTION NO. 20**

DOCUMENTS sufficient to identify ALL of YOUR business relationships with, OR financial interests in, businesses incorporated, located, based, OR with facilities OR offices located in California, including the nature of each relationship, including the name of each business, whether each business is incorporated, located, based OR has facilities OR offices

located in California, AND the nature of the relationship, including ANY goods OR services provided.

**REQUEST FOR PRODUCTION NO. 21**

DOCUMENTS sufficient to show the ownership of STUDIVZ, including without limitation PERSON'S names, amounts they contributed OR invested, AND their percent ownership OR control on a by-PERSON basis.

**REQUEST FOR PRODUCTION NO. 22**

ALL DOCUMENTS RELATED TO universities, colleges, high schools, AND institutes of higher learning located in California at which STUDIVZ provides OR provided services including without limitation access to www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net, including without limitation University of California (ALL campuses), California State University (ALL campuses), as well as the USERS OF STUDIVZ using email domains (*e.g.*, name@stanford.edu) from those universities, colleges, high schools, AND institutes of higher learning.

**REQUEST FOR PRODUCTION NO. 23**

ALL versions of COMPUTER CODE YOU wrote, programmed OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net

**REQUEST FOR PRODUCTION NO. 24**

A copy of ALL executable versions of COMPUTER CODE YOU use, used, developed OR helped develop that RELATES TO www.studivz.net, www.meinvz.net, www.studiqg.fr, www.studiln.it, www.estudiln.net, www.studentix.pl, AND www.schuelervz.net.

**REQUEST FOR PRODUCTION NO. 25**

ALL COMMUNICATIONS that RELATES TO FACEBOOK, its website, OR the servers it uses, used, accesses OR accessed.

**REQUEST FOR PRODUCTION NO. 26**

ALL COMMUNICATIONS that RELATES TO OR REFERS TO FACEBOOK.

**REQUEST FOR PRODUCTION NO. 27**

A copy of ALL versions of COMPUTER CODE (including, without limitation, source code, object code and scripts) YOU wrote, which YOU used, OR use OR for which YOU paid that was designed to extract information from any website, including thefacebook.com OR facebook.com.

**REQUEST FOR PRODUCTION NO. 28**

ALL DOCUMENTS related to any account YOU created to access any Facebook website, including thefacebook.com AND facebook.com.

**REQUEST FOR PRODUCTION NO. 29**

ALL COMMUNICATIONS OR DOCUMENTS concerning or that RELATE TO the use of any server, including proxy server, to access FACEBOOK's server(s) OR website(s).

**REQUEST FOR PRODUCTION NO. 30**

ALL DOCUMENTS reflecting, associated with, OR that RELATE TO any of YOUR responses to Interrogatories in this action.

Dated: October 14, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
WARRINGTON S. PARKER III
Attorneys for Plaintiff
FACEBOOK, INC.

OHS West:260489514.1                    9                    FIRST SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT HOTLZBRINCK
NETWORKS GMBH, CASE NO.: 5:08-CV-03468

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On October 14, 2008, I served the within document(s):

**FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HOTLZBRINCK NETWORKS GmBH RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on October 14, 2008.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 14, 2008.

By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**X** By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Stephen S. Smith
William Mielke Walker
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars
Los Angeles, CA 90067
Tel: 310-553-3610
Fax: 310-553-0687
email: wwalker@greenbergglusker.com

Attorney for Defendants
STUDIVZ LTD., HOLTZBRINCK NETWORKS GmBH, HOTZBRINCK VENTURES GmBH

Executed on October 14, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Anne Devlin