KPMG Deutsche Treuhand-Gesellschaft        Telefon   (02 21) 20 73-00
Aktiengesellschaft                         Telefax   (02 21) 20 73-2 00
Wirtschaftsprüfungsgesellschaft
Barbarossaplatz 1a
D-50674 Köln

**Persönlich & streng vertraulich**          Unser Zeichen     HB
Frau Dr. Anka Reich
Georg von Holtzbrinck GmbH &Co. KG            Ansprechpartner   Helmut Brechtken
Gänsheidestraße 26                                              Tel. +49 221 2073-5848
70184 Stuttgart                                                 Fax +49 1802 11991 3989

6. November 2008

**Preisinformation und unverbindlicher Leistungsvorschlag Unterstützung EDM (Evidence and Disclosure Management) für Georg von Holtzbrinck GmbH & Co. KG**

Sehr geehrte Frau Dr. Reich,

basierend auf unserem Gespräch vom 15. September 2008 in Stuttgart möchten wir Ihnen einen unter dem Vorbehalt eines verbindlichen Angebotes stehenden Vorschlag über die Erbringung von Leistungen und die zugehörige Preisinformationen sowie Kostenschätzung zukommen lassen.

### 1. Ausgangssituation

Das Unternehmen Georg von Holtzbrinck GmbH und Co KG. (im Folgenden „Holtzbrinck") rechnet damit, durch eine in USA durch die Firma „Facebook" angestrebte Klage gegen die Holtzbrinck-Tochter „StudiVZ LTD." (im folgenden „StudiVZ") zur Offenlegung („Disclosure Order") aller potentiell für die Klage relevanten elektronischen Daten von StudiVZ, Holtzbrinck sowie weiterer Tochterunternehmen von Holtzbrinck, speziell Holtzbrinck Networks GmbH und Holtzbrinck Ventures GmbH verpflichtet zu werden.

Die für die Offenlegung potentiell relevanten Daten bei den genannten Unternehmen wurden durch die von Holtzbrinck beauftragten amerikanischen Anwälten von „Greenberg Glusker", Los Angeles, identifiziert und durch KPMG gesichert. Das gesicherte Datenvolumen beträgt 11.900 GByte.

### 2. Anforderungen E-Disclosure

Für eine potentiell nachfolgende Disclosure Order muss Holtzbrinck alle für die Klage relevanten Daten und Kommunikation offenlegen. Für diesen Schritt wird der gesicherte Datenbestand durch die von Holtzbrinck beauftragten Anwälte durchgesehen (Review) und die für den Fall



relevanten Daten aus dem Datenbestand identifiziert, in geeigneter Form extrahiert und dem Gericht vorgelegt.

Der Review der Dokumente wird heute mit informationstechnischen Systemen erheblich effizienter vorbereitet als über das traditionelle papierbasierte Vorgehen: Der gesamte, sehr umfangreiche Datenbestand wird um Dubletten bereinigt, nach Zeiträumen und Datentypen qualifiziert, volltextindiziert und nach Schlüsselworten durchsucht. Hierbei kann typischerweise eine Reduktion des Datenbestandes auf unter 10 % erreicht werden.

Der nach diesen vorbereitenden Schritten verbleibende Bestand an Dokumenten kann dann in der Review-Plattform durch die beauftragten Anwälte qualifiziert werden. Dieser Review wird über einen gesicherten und verschlüsselten Zugang über das Internet weltweit ermöglicht. Die dem Gericht vorzulegende Dokumentenmenge ist häufig deutlich unter 0,1 % der betrachteten Ausgangsdatenmenge.

### 3. Prozessunterstützung KPMG in den verschiedenen Schritten - Leistungen und Vorteile KPMG

**Durch die im folgenden detaillierter beschriebenen Prozessschritte mit den forensischen Werkzeugen wird das durch die Anwälte zu berücksichtigende Datenvolumen erheblich reduziert, hierbei sind Erfahrungswerte von unter 10 % durchaus realistisch. Entsprechend reduziert sich auch der zeitliche Aufwand für den Review durch die Anwälte und die korrespondierenden Kosten wie für die Produktion von Unterlagen.**

Der erreichbare Wert für die Volumenreduktion variiert abhängig von der Auswahl der relevanten Dateitypen, den Schlüsselwörtern für die Volltextsuche sowie den zu berücksichtigenden Zeiträumen.

KPMG kann Holtzbrinck bei den verschiedenen Schritten des gesamten Prozesses unterstützen:

- **Projektmanagement** von der Projektplanung bis hin zur Dokumentationserstellung,

- „**Daten-Vorbereitung**": Aufbereitung der forensisch gesicherten Beweismittel zur weiteren Be- und Verarbeitung (Wiederherstellung gelöschter Dateien, Unterdrückung der Betriebsystemdateien, Extraktion aller relevanten Dateien – relevante Dateiinhalte und Dateitypen sind hierbei vor der Extraktion eindeutig zu definieren). Bei forensisch gesicherten PC ist hier typischerweise eine Reduktion auf 7 – 10% des ursprünglichen Datenvolumens möglich.

- „**Processing**": Forensische Datenanalyse der derart aufbereiteten Daten mit spezialisierten IT-Methoden nach einer Mehrzahl von Kriterien (z.B. Relevanz, rechtlicher Charakter usw.) zur Herstellung eines möglichst vollständigen Bildes der Kommunikations- und Informationslage, dies beinhaltet:
    - Entduplizierung der Dokumente (Beseitigung von Doppeln aus Rücksicherungen und eMail). Reduktion des Datenvolumens typisch um 50%.



- Identifizierung untersuchungsrelevanter Dokumente (z. B. durch die Verwendung von Schlüsselbegriffen und Zeiträumen bzgl. der wir uns mit den beteiligten Anwälten abstimmen werden) durch Verwendung forensischer Werkzeuge. Unter Schlüsselbegriff wird hierbei ein einzelnes Wort, eine Phrase oder ein boolescher Suchausdruck verstanden. Die Reduktion des Datenvolumens hängt stark von den Schlüsselbegriffen ab, Reduktionen auf weniger als 20% sind realistisch.

- „**Review**": Bereitstellung der extrahierten Daten auf einer IT-Plattform zur Durchsicht und Qualifizierung durch die von Holtzbrinck beauftragten Anwälte,

- „**Produktion**": Aufbereitung der Ergebnisse in Form einer gerichtsverwertbaren Dokumentation, d.h. Umwandlung, wenn erforderlich, in Text- und Tiff-Dateiformate.



## 4. Preise

| Beschreibung | Basis | Sätze € |
|---|---|---|
| **Daten Processing mit Attenex Workbench** | | |
| Processing mit Attenex Workbench (Deduplizierung, Indexierung und Suche) beinhaltet Hardware, Software Lizenzen und Betrieb der Software | | |
| 0 - 500 GB | GByte | 700 |
| 500 GB - 5000 GB | GByte | 600 |
| 5000 GB und mehr | GByte | 500 |
| **Daten Review mit Attenex Docmapper** | | |
| Review Attenex DocMapper (Analyse, Review and Reporting) | | |
| 0 - 100 GB | GByte | 1800 |
| 100 - 1000 GB | GByte | 1500 |
| 1000 GB und mehr | GByte | 1200 |
| Daten Hosting auf Internetplattform (monatlich) | GByte | 50 |
| Review User Zugang auf Internetplattform (monatlich) | Pro User | 50 |
| **Aufwände für Daten-Vorbereitung, Processing und Produktion** | | |
| Extraktion von spezifischen Dateitypen, Umwandlung von eMails | Stunde | 220 |
| Processing Aufwände (Laden, Processing, Handling der Daten) beinhaltet Deduplizierung, Indexierung, Suche | Stunde | 220 |
| individuelles Software-Training (3 Stunden Training enthalten) | Stunde | 220 |
| **Honorarsätze** | | |
| Project Management und Koordination, Qualitätssicherung und Review | | |
| Partner | Stunde | 390 |
| Director | Stunde | 350 |
| Senior Manager | Stunde | 300 |
| Manager | Stunde | 280 |
| Assistant Manager | Stunde | 250 |
| Senior Associate | Stunde | 200 |
| Associate | Stunde | 180 |





**Forensic Technology Services**
**Kostenschätzung (streng vertraulich)**
**für Verlagsgruppe Georg von Holtzbrinck GmbH & Co KG: Datenverarbeitung und Review**

Auftragsannahme nach Prüfung durch KPMG Risk Management und entsprechend den Allgemeine Auftragsbedingungen (AAB) für Wirtschaftsprüfer und Wirtschaftsprüfungsgesellschaften in der Fassung vom 1. Januar 2002

**Projekt Übersicht**

**Projektzeitplanung**
noch festzulegen

**Modell A: Datenverarbeitung und Review mit Attenex, Bearbeitung des vollständigen Datenvolumens**

Datenquellen, Volumenschätzung und Grundannahmen
(Anmerkung: Volumenannahmen basieren auf Schätzungen bzgl. Datenmengen
Änderungen in den Annahmen haben direkten Einfluss auf die Kostenschätzung)

Beschreibung

| Annahmen bzgl. Datenvolumen | Anzahl Custodians | Einheit | Total GB's | Anzahl Reviewer |
|---|---|---|---|---|
| Datenvolumen, Anzahl Custodians | 85 | | 1500 | |
| Erwartete Anzahl Reviewer | | | | 20 |
| Erwartete Reduzierung Datenvolumen nach Schlüsselwort Suche | | 80% | 300 | |
| Erwartete Reduzierung Datenvolumen Deduplizierung pro Custodian | | 50% | 150 | |
| Erwartetes zu extrahierendes Datenvolumen für Attenex DocMapper | | | 150 | |

**I. Forensische Datenvorverarbeitung**

| Beschreibung | Satz | Einheit | Anzahl | Aufwand |
|---|---|---|---|---|
| forensische Datenvorverarbeitung (Extraktion relevanter Daten aus PC-Images und Serverdaten) | €220 | pro Stunde | 300 | €66.000 |
| **Summe für Vorverarbeitung** | | | | **€66.000** |

**II. Anwendung Schlüsselwortsuche, Deduplizierung and Verarbeitung mit Attenex**

| Attenex Verarbeitung & Review mit Attenex Workbench und Document Mapper | Satz | Einheit | Anzahl | Aufwand |
|---|---|---|---|---|
| Stufe 1: Verabeitung in Attenex Workbench zur Anwendung der Schlüsselwortsuche, Deduplizierung (Basis 1.500 Gigabyte) | €500 | Gigabyte | 1500 | €750.000 |
| Stufe 2: Attenex Document Mapper Review (Basis 150 Gigabyte) | €1.500 | Gigabyte | 150 | €225.000 |
| **Attenex Training** | | | | |
| Attenex-Schulung der Reviewer | €0 | Stunde | 4 | €0 |
| **Summe für Attenex** | | | | **€975.000** |

| Review Hosting Aufwände | Satz | Einheit | Anzahl | |
|---|---|---|---|---|
| Datenhosting beim Dienstleister für Internet-Review | €50 | Gigabyte x 12 Monate | 1800 | €90.000 |
| Bereitstellung Zugang für Reviewer | €50 | Pro Reviewer x 12 Monate | 240 | €12.000 |
| **Summe for monatliches Hosting** | | | | **€102.000** |

**III. Projekt Management, Qualitätssicherung**

| Beschreibung | Satz | Einheit | Anzahl | Aufwand |
|---|---|---|---|---|
| Projekt Qualitätssicherung durch Partner | €390 | Stunde | 80 | €31.200 |
| Projekt Management und Koordination | €280 | Stunde | 400 | €112.000 |
| **Summe für Projekt Management und Qualitätssicherung** | | | | **€143.200** |
| **Summe** | | | | **€1.286.200** |

**Annahmen:**
1. Datenverarbeitung in den Räumen von KPMG und Vertragspartnern in Deutschland und UK
2. Projektzeitraum gerechnet: 12 Monate
3. Einsatz von Attenex in DataCentern von KPMG und Vertragspartnern in Deutschland und UK, Review über Internet
4. 20 - 30 Schlüsselworte für die Schlüsselwortsuche
5. Daten sind weder korrupt noch verschlüsselt

**Anmerkung:**
nicht inbegriffen sind adhoc-Anfragen und zusätzliche adhoc-Reporting-Anfragen und Auflösung von Anomalien (Dateien, die sich nicht ohne manuelle Eingriffe bearbeiten lassen), diese Services werden nach unseren vereinbarten Honorarsätzen abgerechnet.
Die Aufwände für Projektmanagement und Qualitätssicherung können mit wachsender Komplexität des Projektes ansteigen.
Wir werden Sie im Rahmen des regelmäßigen Reportings entsprechend informieren.

*Modell A: Bearbeitung komplette Daten*





**Forensic Technology Services**
**Kostenschätzung (streng vertraulich)**
**für Verlagsgruppe Georg von Holtzbrinck & Co KG: Datenverarbeitung und Review**

Auftragsannahme nach Prüfung durch KPMG Risk Management und entsprechend den Allgemeine Auftragsbedingungen (AAB) für Wirtschaftsprüfer und Wirtschaftsprüfungsgesellschaften in der Fassung vom 1. Januar 2002

**Projekt Übersicht**

**Projektzeitplanung**
noch festzulegen

**Modell B: Datenverarbeitung und Review mit Attenex, Bearbeitung einer Teilmenge (10%) des gesamten Datenvolumens**

**Datenquellen, Volumenschätzung und Grundannahmen**
(Anmerkung: Volumenannahmen basieren auf Schätzungen bzgl. Datenmengen
Änderungen in den Annahmen haben direkten Einfluss auf die Kostenschätzung)

Beschreibung

| Annahmen bzgl. Datenvolumen | Anzahl Custodians | Einheit | Total GB's | Anzahl Reviewer |
|---|---|---|---|---|
| Datenvolumen, Anzahl Custodians | 8 | | 150 | |
| Erwartete Anzahl Reviewer | | | | 20 |
| Erwartete Reduzierung Datenvolumen nach Schlüsselwort Suche | | 80% | 30 | |
| Erwartete Reduzierung Datenvolumen Deduplizierung pro Custodian | | 50% | 15 | |
| Erwartetes zu extrahierendes Datenvolumen für Attenex DocMapper | | | 15 | |

**I. Forensische Datenvorverarbeitung**

| Beschreibung | Satz | Einheit | Anzahl | Aufwand |
|---|---|---|---|---|
| forensische Datenvorverarbeitung (Extraktion relevanter Daten aus PC-Images und Serverdaten) | €220 | pro Stunde | 60 | €13.200 |
| **Summe für Vorverarbeitung** | | | | **€13.200** |

**II. Anwendung Schlüsselwortsuche, Deduplizierung and Verarbeitung mit Attenex**

| Attenex Verarbeitung & Review mit Attenex Workbench und Document Mapper | Satz | Einheit | Anzahl | Aufwand |
|---|---|---|---|---|
| Stufe 1: Verabeitung in Attenex Workbench zur Anwendung der Schlüsselwortsuche, Deduplizierung (Basis 1.500 Gigabyte) | €700 | Gigabyte | 150 | €105.000 |
| Stufe 2: Attenex Document Mapper Review (Basis 150 Gigabyte) | €1.800 | Gigabyte | 15 | €27.000 |
| Attenex Training Attenex-Schulung der Reviewer | €0 | Stunde | 4 | €0 |
| **Summe für Attenex** | | | | **€132.000** |
| Review Hosting Aufwände | Satz | Einheit | Anzahl | |
| Datenhosting beim Dienstleister für Internet-Review | €50 | Gigabyte x 2 Monate | 30 | €1.500 |
| Bereitstellung Zugang für Reviewer | €50 | Pro Reviewer x 2 Monate | 40 | €2.000 |
| **Summe for monatliches Hosting** | | | | **€3.500** |

**III. Projekt Management, Qualitätssicherung**

| Beschreibung | Satz | Einheit | Anzahl | Aufwand |
|---|---|---|---|---|
| Projekt Qualitätssicherung durch Partner | €390 | Stunde | 20 | €7.800 |
| Projekt Management und Koordination | €280 | Stunde | 120 | €33.600 |
| **Summe für Projekt Management und Qualitätssicherung** | | | | **€41.400** |
| **Summe** | | | | **€190.100** |

**Annahmen:**
1. Datenverarbeitung in den Räumen von KPMG und Vertragspartnern in Deutschland und UK
2. Projektzeitraum gerechnet: 2 Monate
3. Einsatz von Attenex in DataCentern von KPMG und Vertragspartnern in Deutschland und UK, Review über Internet
4. 20 - 30 Schlüsselworte für die Schlüsselwortsuche
5. Daten sind weder korrupt noch verschlüsselt

**Anmerkung:**
nicht inbegriffen sind adhoc-Anfragen und zusätzliche adhoc-Reporting-Anfragen und Auflösung von Anomalien (Dateien, die sich nicht ohne manuelle Eingriffe bearbeiten lassen), diese Services werden nach unseren vereinbarten Honorarsätzen abgerechnet
Die Aufwände für Projektmanagement und Qualitätssicherung können mit wachsender Komplexität des Projektes ansteigen.
Wir werden Sie im Rahmen des regelmäßigen Reportings entsprechend informieren.

*Modell B: Bearbeitung 10% Daten*



Selbstverständlich richten wir das Projekt flexibel und klar nach Ihren Anforderungen aus.

Nach Abstimmung Ihrer individuellen Anforderungen an dieses Projekt und Klärung der relevanten Rahmenparameter erstellen wir Ihnen gerne ein verbindliches Angebot, das neben einer spezifizierteren Leistungsbeschreibung auch die Vereinbarung weitergehender Rahmenbedingungen (neben und über die Regelung in Nr. 5 nachstehend hinaus) wie etwa der Verständigung über unsere Haftung vorsehen wird.

Wir sind im Rahmen dieses Projektes bereit, Ihnen eine Reduzierung unserer Honorarsätze um 10% einzuräumen.

## 5. Weitergehende, nicht abschließende Hinweise zu den inhaltliche und technischen Rahmenbedingungen

Die Speicherung der erhobenen Daten und deren Verarbeitung erfolgt dabei auf gesonderten, speziell abgesicherten Datenverarbeitungseinrichtungen von KPMG in München, Köln und London, UK.

Ein Zugriff auf die Daten ist im ersten Schritt des Pre-Processings und des EDM-Processings ausschließlich lokal und vor Ort in Köln, München oder London, UK, möglich.

Die Bereitstellung der Daten für den zugriffsgeschützten Review über das Internet erfolgt über KPMG in London, UK.

Wir weisen an dieser Stelle ausdrücklich darauf hin, dass eine **rechtliche Beurteilung** des dargestellten Sachverhalts nicht Gegenstand des Projektes ist.

Die Übergabe bzw. Übermittlung der notwendigen Daten an uns erfolgt im Rahmen aller einschlägigen gesetzlichen Vorschriften. Holtzbrinck stellt in Absprache mit seinem Datenschutzbeauftragten und ggf. den Betroffenen bzw. den Organen der Arbeitnehmervertretung sicher, dass die relevanten rechtlichen Bestimmungen eingehalten werden und die projektbezogene Nutzung sowie ggf. die weitere Aufbewahrung der Daten durch KPMG zulässig durchgeführt werden können.

Vorsorglich weisen wir darauf hin, dass im Falle der Übergabe von Originaldatenträgern unsere Haftung für Schäden oder technische Defekte dieser Originaldatenträger auf solche Fälle beschränkt ist, in denen wir den Schadenseintritt grob fahrlässig oder vorsätzlich herbeigeführt haben.

Wir machen Sie darauf aufmerksam, dass sich die Art des Projektes sowohl in ihrem Umfang als auch in ihren Zielen wesentlich von einer Jahresabschlussprüfung oder ähnlichen Tätigkeiten unterscheidet. Demzufolge erteilen wir kein Testat und geben keine andere Form der Bescheini-



gung oder Zusicherung hinsichtlich der von uns für unsere Arbeit gegebenenfalls herangezogenen Jahresabschlüsse oder des internen Kontrollsystems der Holtzbrinck-Gruppe.

KPMG wird während des Projektes auf Grundlage aktueller Erkenntnisse fortlaufend überprüfen, ob sich ein Interessenkonflikt ergibt. Sofern wir einen derartigen Interessenkonflikt feststellen können, stellt dieser einen wichtigen Grund dar, der KPMG berechtigt, die Fortführung des Projektes ohne Angabe von Gründen abzulehnen. KPMG wird in diesem Fall von ihrer Verpflichtung zur Erbringung weiterer Leistungen befreit. Sonstige wichtige Gründe, die zur Erfüllungsverweigerung berechtigen, sind zum Beispiel:

- Vorliegen einer Interessenkollision (§ 53 Wirtschaftsprüferordnung),
- Besorgnis der Befangenheit (§ 49 Wirtschaftsprüferordnung),
- Schwerwiegende Beeinträchtigung eines bestehenden Mandatsverhältnisses.

Für Rückfragen und weitere Erläuterungen zu diesem unverbindlichen Vorschlag über unsere Leistungserbringung und Preisinformation stehen wir Ihnen gerne persönlich zur Verfügung.

Mit freundlichen Grüßen,

Günter Degitz  Helmut Brechtken
Partner  Manager