| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 2 | JULIO C. AVALOS (STATE BAR NO. 255350) |
| | javalos@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
| | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza |
| 8 | Suite 1600 |
| | Irvine, CA 92614-2558 |
| 9 | Telephone: +1-949-567-6700 |
| | Facsimile: 949-567 6710 |
| 10 | |
| 11 | Attorneys for Plaintiff FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FACEBOOK, INC., | | Case No. 5:08-cv-03468 JF |
| | Plaintiff, | **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION TO STRIKE DECLARATION OF STEPHEN S. SMITH** |
| | v. | |
| STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25, | | Date: March 24, 2009 |
| | | Time: 10:00 a.m. |
| | | Room: Courtroom 2, 5th Floor |
| | Defendants. | Judge: Honorable Magistrate Judge Howard R. Lloyd, for Discovery Purposes |

[PROPOSED] ORDER GRANTING MOTION TO STRIKE
No. 5:08-CV-03468 JF

1  The Court, having considered Facebook Inc.'s ("Facebook") Motion to Strike the
2  Declaration of Stephen S. Smith In Support of Defendants' Motions in Opposition to Facebook's
3  Motion to Compel and For Sanctions, the declarations filed in support thereof, and the records on
4  file in this action, hereby orders as follows:
5  IT IS HEREBY ORDERED that Facebook's request to strike the February 10,
6  2009 Declaration of Stephen S. Smith In Support of Defendants' Oppositions to Facebook's
7  Motions To Compel Discovery and For Sanctions from the record is GRANTED.
8  IT IS SO ORDERED.

10 Dated:

Honorable Howard R. Lloyd
United States Magistrate Judge

OHS West:260612359.1

- 1 -  [PROPOSED] ORDER GRANTING MOTION TO STRIKE
No. 5:08-CV-03468 JF