*E-FILED 3/6/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | No. C08-03468 JF (HRL) |
| Plaintiff, | |
| v. | **INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL** |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH; HOLTZBRINCK NETWORKS GmbH; HOLTZBRINCK VENTURES GmbH; and DOES 1-25, | |
| Defendants. | |

At the March 3, 2009 hearing on plaintiff's motion to compel, the parties were directed to submit a two-page letter with their respective proposals on the issues by March 5, 2009, 9:00 a.m. Defendants' request for a one week extension of time to submit its letter is granted. Defendants' letter shall be filed no later than March 12, 2009, 9:00 a.m.

SO ORDERED.

Dated: March 6, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-3468 Notice has been electronically mailed to:**

Annette L. Hurst ahurst@orrick.com

Gary Evan Weiss gweiss@orrick.com, sdonlon@orrick.com

I. Neel Chatterjee nchatterjee@orrick.com, adalton@orrick.com, htsutsui@orrick.com, kmudurian@orrick.com, mawilliams@orrick.com

Julio Cesar Avalos javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Stephen Shannon Smith , Esq ssmith@greenbergglusker.com

Thomas J. Gray tgray@orrick.com

Warrington S. Parker , III wparker@orrick.com

William Mielke Walker wwalker@greenbergglusker.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.