**United States District Court**
For the Northern District of California

*E-FILED 3/12/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC.,

        Plaintiff,

  v.

STUDIVZ LTD., VERLAGSGRUPPE GEORG
VON HOLTZBRINCK GmbH;
HOLTZBRINCK NETWORKS GmbH;
HOLTZBRINCK VENTURES GmbH; and
DOES 1-25,

        Defendants.

                     /

No. C08-03468 JF (HRL)

**SECOND INTERIM ORDER RE
PLAINTIFF'S MOTION TO COMPEL**

At the March 3, 2009 hearing on plaintiff's motion to compel, the parties were directed to submit a two-page letter with their respective proposals on the issues by March 5, 2009. The court subsequently granted defendants' request for a one week extension of time to submit their letter. The purpose of the post-hearing letters was to have the parties clarify their positions as to the discovery sought by plaintiff. Rather than submit the requested proposal for the specific limits of jurisdictional discovery, defendants in their March 12, 2009 letter ask this court to stay any decision on compelling jurisdictional discovery until they seek certain relief from the presiding judge.

In view of the position taken by defendants in their March 12, 2009 letter, this court finds that plaintiff should be given an opportunity to respond. Accordingly, Facebook shall

1     have until March 16, 2009, 5:00 p.m. to file a response, not to exceed two pages. (Facebook

2     should e-file its letter as opposed to faxing it to chambers.)

3          SO ORDERED.

4     Dated:     March 12, 2009



_____

HOWARD R. LLOYD

UNITED STATES MAGISTRATE JUDGE

**United States District Court**

For the Northern District of California

2

United States District Court

For the Northern District of California

1    **5:08-cv-3468 Notice has been electronically mailed to:**

2    Annette L. Hurst ahurst@orrick.com

3    Gary Evan Weiss gweiss@orrick.com, sdonlon@orrick.com

4    I. Neel Chatterjee nchatterjee@orrick.com, adalton@orrick.com, kmudurian@orrick.com,
     mawilliams@orrick.com

5    Julio Cesar Avalos javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

6    Stephen Shannon Smith , Esq ssmith@greenbergglusker.com

7    Thomas J. Gray tgray@orrick.com, vcloyd@orrick.com

8    Warrington S. Parker , III wparker@orrick.com

9    William Mielke Walker wwalker@greenbergglusker.com

10

11   **Counsel are responsible for distributing copies of this document to co-counsel who have
     not registered for e-filing under the court's CM/ECF program**.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28