STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants StudiVZ Ltd., Holtzbrinck
Networks GmbH and Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br>　　　　　Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br>　　　　　Defendant. | Case No. 5:08-CV-03468 JF <br><br> Assigned To: Hon. Jeremy Fogel <br><br> **[PROPOSED] ORDER GRANTING STUDIVZ'S MOTION FOR ADMINISTRATIVE RELIEF** <br><br><br> Complaint Filed: July 18, 2008 |

37106-00002/1680915.2　　　　　　　　　　1

(Proposed) Order Granting StudiVZ's Motion for Administrative Relief

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Having considered StudiVZ Ltd.'s motion for administrative relief (the "Motion") staying the personal jurisdiction portion of StudiVZ's Motion to Dismiss, along with related discovery, pending the outcome of the *forum non conveniens* portion of that motion; Facebook's opposition thereto; and the files in this case; and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

Accordingly, the personal jurisdiction portion of StudiVZ's Motion to Dismiss, and all discovery related thereto, are hereby stayed pending the outcome of the *forum non conveniens* portion of StudiVZ's Motion to Dismiss.

IT IS SO ORDERED.

DATED: _____, 2009          _____
                                The Honorable Jeremy Fogel
                                United States District Judge