1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza
8  Suite 1600
   Irvine, CA  92614-2558
9  Telephone:    +1-949-567-6700
   Facsimile:    949-567 6710

10
   Attorneys for Plaintiff
11 FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, <br><br> Defendants. | Case No.  5:08-cv-03468 JF <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK INC'S L.R. 6-3 MOTION TO STAY HEARING** <br><br> Date:     April 10, 2009 <br> Time:    9:00 A.M. <br> Room:   3, 5th Floor <br><br> Judge:   Honorable Jeremy Fogel |

1   The Court, having considered Facebook, Inc.'s ("Facebook") L.R. 6-3 Motion to
2   Stay Hearing, the Declaration of Julio C. Avalos submitted in support thereof, as well as the
3   records on file in this action, hereby orders as follows:
4       IT IS HEREBY ORDERED that the April 10, 2009 hearing on Defendants'
5   Motions to Dismiss For Lack of Personal Jurisdiction and *Forum non conveniens* is hereby taken
6   off-calendar until such time as the underlying discovery dispute currently pending before
7   Magistrate Judge Lloyd is resolved. The parties will be responsible for notifying the Court
8   forthwith following such resolution.
9       In the alternate:
10      IT IS HEREBY ORDERED that the April 10, 2009 hearing on Defendants'
11  Motions to Dismiss For Lack of Personal Jurisdiction and *Forum non conveniens* is hereby
12  continued for 90 days. Facebook shall have the opportunity to file a Supplemental Opposition
13  with respect to whether this Court is the proper venue or has personal jurisdiction over
14  Defendants prior to the scheduled hearing.
15      IT IS FURTHER ORDERED that Facebook shall have the opportunity to file a
16  Supplemental Opposition with respect to both the personal jurisdiction and *forum non conveniens*
17  issues prior to the scheduled hearing.
18      IT IS SO ORDERED.
19  Dated:

                                            _____
                                            Honorable Jeremy Fogel
                                            United States District Judge