1. I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
2. JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
3. ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
4. Menlo Park, CA 94025
Telephone: +1-650-614-7400
5. Facsimile: +1-650-614-7401

6. THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
7. ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
8. Suite 1600
Irvine, CA 92614-2558
9. Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>Defendants. | Case No. 5:08-cv-03468 JF<br><br>**[PROPOSED] ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Complaint Filed: July 18, 2008 |

| | |
|---|---|
| 1 | The Court, having considered StudiVZ Ltd.'s motion for administrative relief, |
| 2 | Facebook, Inc.'s motion in opposition thereto, as well as the records on file in this action, hereby |
| 3 | orders as follows: |
| 4 | StudiVZ Ltd.'s Motion for Administration Relief seeking a stay of the personal |
| 5 | jurisdiction portion of its Motion to Dismiss, along with related discovery, pending the outcome |
| 6 | of the *forum non conveniens* portion of that motion IS HEREBY DENIED. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: |
| 9 | Honorable Jeremy Fogel<br>United States District Judge |