more similar cases because it is more relaxed in issuing preliminary injunctions in comparison to other German district courts. However, it is not more competent. Many German district courts have specialized chambers dealing with Competition and IP law issues, including trademarks. This is true for the chamber (bench of three judges) at the *Landgericht Stuttgart* which is dealing with StudiVZ's negative declaratory judgment claim as it is true for the chamber dealing with the complaint filed by Facebook with the *Landgericht Cologne*.

       I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in Stuttgart, Germany on March 25, 2009.

_____
Dr. Anton G. Maurer

Dockets.Justia.c