33 O 374/08

# Verfügung

in dem Rechtsstreit
Facebook Inc. gegen StudiVZ Ltd.

1.
**Gütetermin und früher erster Termin** wird bestimmt auf

**Dienstag, 28.04.2009, 11:00 Uhr,**
02. Etage, Sitzungssaal 0235, Luxemburger Straße 101, 50939 Köln.

2.
**Besondere gerichtliche Auflagen und Hinweise an die beteiligten Parteien:**

a)
Der Beklagten wird aufgegeben, binnen einer Frist von **sechs Wochen** auf die Klageschrift zu erwidern.

b)
Vor dem Landgericht besteht **Anwaltszwang**. Deshalb können die Parteien alle Erklärungen nur durch eine zugelassene Rechtsanwältin oder einen zugelassenen Rechtsanwalt abgeben. Eigene Ausführungen der Partei darf das Gericht nicht berücksichtigen. Etwas anderes gilt, wenn eine Partei annimmt, das Gericht sei für sie nicht zuständig. Diese Erklärung kann sie persönlich abgeben.

Price v. Facebook, Inc.　　　Doc. 134 Att. 1

c)
Die in der richterlichen Verfügung gesetzte Frist beginnt mit der Zustellung der Abschrift dieser Verfügung. Die Erwiderung durch die Rechtsanwältin oder den Rechtsanwalt muss vor Ende der Frist hier eingegangen sein. Geht diese nicht fristgerecht ein, so kann die Partei allein deshalb den Prozess verlieren. Alles, was verspätet vorgebracht wird, darf das Gericht nur berücksichtigen, wenn dies die Erledigung des Rechtsstreites nicht verzögert oder die Verspätung genügend entschuldigt wird.

d)

Dockets.Justia.com

Die Parteien werden ferner darauf hingewiesen, dass das Nichterscheinen im Termin zu einem Verlust des Prozesses führen kann. Gegen die nicht erschienene Partei kann auf Antrag des Gegners ein Versäumnisurteil erlassen werden (§§ 330, 331 ZPO); in diesem Fall müsste die unterlegene Partei auch die Gerichtskosten und die notwendigen Kosten der Gegenseite tragen (§ 91 ZPO). Aus dem Versäumnisurteil kann zudem die Zwangsvollstreckung ohne Sicherheitsleistung betrieben werden (§ 708 Nr. 2 ZPO).

3.
**Hinweis zur Güteverhandlung:**

Sofern eine Partei in der Güteverhandlung nicht erscheint oder die Güteverhandlung erfolglos ist, findet **im unmittelbaren Anschluss an die Güteverhandlung** früher erster Termin zur mündlichen Verhandlung statt.

Köln, 05.12.2008
33. Zivilkammer

Der Vorsitzende
Dr. Schwitanski
Vorsitzender Richter am
Landgericht

Beglaubigt
Edel
Justizbeschäftigte