Beglaubigte Fotokopie            Anlage K 12

# Gutachten

## Privatgutachten

des ö.b.u.v. EDV – Sachverständigen
Dipl. Prog. Bernward Schrader
Burgstraße 26, 31134 Hildesheim,

### für

facebook Inc. Palo Alto, USA

c/o

Rechtsanwaltssozietät Heymann & Partner,
Frankfurt am Main

### in Sachen

facebook ./. StudiVZ

### Aktenzeichen:

0249.001 KS/PE

Das Gutachten umfaßt 24 Seiten sowie die spezifizierten Anlagen.

Beglaubigt

Rechtsanwalt

Dockets.Justia.com

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

## I. Auftrag

### I. 1.

Das hier vorliegende Privatgutachten erfolgte im Auftrag der Firma facebook Inc., 471 Emerson Street, CA 94301-1605 Palo Alto, USA vom 14.10.2008 durch Rechtsanwaltssozietät Heymann & Partner, Taunusanlage 1, 60329 Frankfurt am Main.

### I. 2.

Die bewertenden Ausführungen dieses Gutachten beziehen sich auf Fragen welche sich aus dem o.g. Auftrag wie folgt ergeben:

*a)*

*Wodurch zeichnet sich die grafische Gestaltung der facebook.com-Site aus? Was sind die spezifischen Wiedererkennungsmerkmale?*

*b)*

*Wie hat sich diese Gestaltung der Facebook-Site zwischen der ersten und der zweiten Version geändert?*

*c)*

*Was sind im Vergleich dazu die charakteristischen Merkmale der Studivz.de Seite im Hinblick auf „Look&Feel"?*

*Wie stellt sich dies bei einer Seite-für-Seite erfolgenden Gegenüberstellung dar?*

Beglaubigt

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

---

**d)**

*Wodurch unterscheiden sich Facebook und StudiVZ von Wettbewerbern im Bereich der sozialen Netzwerke, insbesondere bezogen auf gestalterische Möglichkeiten und Funktionen?*

I. 3.

Zusammen mit der Auftragserteilung erhielt ich zwei Ordner mit farbigen ScreenShots (Bildschirmausdrucken).

In diesen Ordnern befanden sich ca. 250 Farbdrucke von ScreenShots, welche die Internetpräsentationen der streitigen Parteien wie folgt wiedergeben:

Facebook-Version 2005/2006,
Facebook-Version bis Mitte 2008.

StudiVZ-Version 2008 (aktuelle Version).

Für meine Feststellungen und Beurteilungen unter IV. und V. habe ich diese farbigen ScreenShots als Anknüpfungstatsache teilweise zu Grunde gelegt. In diesem Zusammenhang wurden diese ScreenShots von mir analysiert und untersucht.

Ich weise vorsorglich darauf hin, dass ich <u>nicht</u> festgestellt habe, ob die Urheberschaft dieser ScreenShots tatsächlich das seinerzeit vorhandene Präsentationsbild wiedergibt.

Über die Authenzität dieses Bildmateriales wäre somit ggf. außerhalb dieses Gutachtens Rechtenschaft abzugeben.

Beglaubigt
*Mayes - Nagel*
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

---

Ich habe allerdings bei den Untersuchungen keine begründeten Zweifel daran gewonnen, dass es sich tatsächlich um Originale (authentische) ScreenShots von den betroffenen Internetpräsentationen handelt.

I. 4.

Für meine Feststellungen und Beurteilungen habe ich die streitgegenständlichen Internetpräsenzen zum Stichtag meiner Gutachtenerstattung <u>online</u> bewertet. Die dabei gewonnenen Informationen (insbesondere die Präsentationsdarstellungen) haben in Form von Anlagen als ausgewählte Beispiele Einzug in dieses Gutachten gehalten.

Dabei kommt es auch zur Darstellung von dritten, unbeteiligten Personen, die ihre Informationen im Internet auf diese Weise zugänglich machen.

Das vorliegende Gutachten darf nur soweit verwendet werden, dass die Persönlichkeitsrechte dieser beteiligten Dritten nicht berührt werden.

Insbesondere dürfen diese Personeninformationen – soweit es sich nicht um den Selbsteintrag des Sachverständigen handelt – nicht außerhalb des Gutachtenauftrages resp. des zu Grunde liegenden Rechtsstreites veröffentlicht werden.

## II.  Vorbemerkungen

II. 1.

Neben aktuellen Recherchen auf den streitgegenständlichen Internetpräsenzen (SNS, Soziale Netzwerke) habe ich auf Bildmaterial des Auftraggebers zurück gegriffen, welches mir mit dem Auftrag zur Verfügung gestellt wurde.

Beglaubigt

*Mayer-Lage*

Rechtsanwalt

# Gutachten

### des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Auf ca. 250 ScreenShots aus dem Zeitraum 2005 bis 2008 wurden mir Beispiele der grafischen und funktionalen Präsentation der Facebook.com-Seiten und StudiVZ.de-Seiten vorgelegt.

Ich habe dieses Bildmaterial vollständig ausgewertet.

Um dieses Gutachten und seine Anlagen nicht zu überfrachten, habe ich da, wo ich Bezug auf diese ScreenShots nehme, einzelne Beispiele herausgegriffen und in den Anlagen beispielhaft dokumentiert.

Dies bedeutet nicht, dass dies die einzigen von mir aufgedeckten Vergleichsfälle sind.

Ich weise vorsorglich darauf hin, dass die von mir in den Anlagen beispielhaft dokumentierten Auszüge durch weitere Beispiele aus den mir vorgelegten Farbauszügen gestützt werden können.

II. 2.

Die Internetpräsentation StudiVZ.de besteht aus mehreren gleichartigen Derivaten. Dies sind z. B. StudiVZ für Studenten mit Matrikelnummern, meinVZ für ehemalige oder nicht Studierende, schülerVZ für Schüler etc..

Die Präsentationen dieser sozialen Verzeichnisse stehen unter einer Konstruktion und sind sowohl vom Layout als auch funktional nahezu identisch.

Für meine Untersuchungen und Feststellungen über einen Selbsteintrag habe ich die für mich passende Kategorie „meinVZ.de" gewählt und in den Anlagen dokumentiert.

Beglaubigt

*Mayer-Nagel*

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

---

Sofern ich im weiteren Gutachten daher von „StudiVZ" spreche und auf meinen Selbsteintrag Bezug nehme, so ist damit das synonyme Verzeichnis „mein VZ" zu Grunde gelegt.

Für die Objektivität der Feststellungen und Beurteilungen hat diese Unterscheidung keine Bedeutung.

II. 3.

Zum besseren Verständnis meiner Ausführungen unter IV. und V. seien hier zwei EDV / DTP Fachbegriffe zunächst allgemeinverständlich erläutert:

II.3.1.

**StyleSheets:**

StyleSheets sind Formatvorlagen.

Wenn ein Programmierer einer Internetpräsentation sicherstellen will, dass alle seine Einzelseiten, aus denen sich die Gesamtpräsentation zusammensetzt, ein einheitliches Aussehen (Layout) bekommen, so wird er dafür sorgen müssen, dass diesem Aussehen eine einheitliche Formatvorlage zu Grunde liegt, die sich auf die Programmierung aller Seiten beziehen kann.

In der Praxis wird er dabei zunächst das von ihm gewünschte Layout, also das optische Erscheinungsbild seiner Präsentation, hinsichtlich Farben, Aufteilung, Schriften, Schriftgrößen etc. festlegen und diese Festlegungen dann in einem sogenannten „StyleSheet" zusammenfassen.

Das StyleSheet stellt Programmcodes dar, welche die Anzeigegeräte für die Internetpräsentation (Browser) auswerten können (und müssen).

Beglaubigt
*Mayes-Hagel*
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Hat ein Internetprogrammierer also die grafischen und typografischen Merkmale seiner Präsentation festgelegt, kann er diese Festlegungen in einem StyleSheet entsprechend programmieren und dieses StyleSheet dann all seinen Seiten zu Grunde legen. Dadurch wird sichergestellt, dass die Seiten beispielsweise eine einheitliche Aufteilung und Farbe, einheitliche Schriftgrößen in Überschriften, Unterüberschriften etc. sowie bestimmte Schriftstile beinhalten.

Diese StyleSheets (Programmiersequenzen) kann ein Sachverständiger auswerten, wenn er die Seiten lädt. Der entsprechende Programmcode des Urhebers wird über das Internet beim Aufruf der Seiten an den Browser übertragen und dort interpretiert um die gewünschte Darstellung zu gewährleisten.

II.3.2.
## Grafische und typografische Analyse:

Die grafische (Layout) Gestaltung sowie die typografische (schriftgesetzte) Gestaltung einer Internetpräsentation lässt sich sachverständig analysieren.

Natürlich kann man das Layout und die Typografie zweier Internetseiten durch bloßes subjektives Betrachten beurteilen. Man kann dabei zu dem Schluss kommen, dass sich bestimmte optische Merkmal ähnlich oder nicht ähnlich sind.

Schlussendlich bleibt so eine subjektive Betrachtung aber unzureichend, da die Programmierer einer Internetpräsenz durchaus getrennt voneinander (und unabhängig) arbeiten können, um trotzdem im Ergebnis optisch ähnliche Ergebnisse (auch zufällig) zu erzeugen.

Beglaubigt

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Erst die grafische und typografische Analyse eines Layouts (hier: einer Internetseite) erlaubt genauere Rückschlüsse auf Ähnlichkeiten oder Unähnlichkeiten. Bei der grafischen und typografischen Analyse wird das Dokument (hier einzelne Internetseiten) in seine Bestandteile und seine räumlichen Merkmale zerlegt. Außerdem werden die zu Grunde liegenden Schriftstile und Anordnungen sowohl in Bezug auf Größen als auch auf den Textfluss etc. ausgewertet.

Ich habe für meine Feststellungen und Beurteilungen u.a. eine sachverständige grafische und typografische Analyse durchgeführt.

Ich gehe unter IV.1. bei der Beschreibung der Untersuchungsmethodik noch einmal kurz darauf ein.

## III. Ortstermine

III. 1.

Die Wahrnehmung von Ortsterminen war nicht notwendig.

Alle Feststellungen und Beurteilungen konnten aufgrund des Datenmaterials (vor allem farbige ScreenShots) sowie eigener Recherchen im Internet von mir durchgeführt werden.

Beglaubigt

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

## IV.   Feststellungen, Bewertungen und Beurteilungen

### IV. 1.
**Methodik der Analyse und der Untersuchungen:**

Die Beweisfragen zu diesem Gutachten, wie sie unter I.2. gelistet sind, hinterfragen nicht nur absolute sondern auch relative Qualitäten. Neben der Frage, wodurch sich beispielsweise die Facebook Präsentationen auszeichnen, sollte auch festgestellt werden, wie sich im <u>Vergleich</u> dazu die StudiVZ Präsentation darstellt.

Die Beurteilung von absoluten als auch von relativen Qualitäten erfordert die Zugrundelegung eines Bewertungsmaßstabes. Es reicht nicht aus, die streitgegenständlichen Seiten optisch zu betrachten und zu dem Ergebnis zu gelangen, sie seien ähnlich, sehr ähnlich, gleich oder nicht ähnlich etc.

Derartigen Beurteilungen muss daher eine strukturierte Analyse zu Grunde liegen um den „Augenschein" zu verifizieren.

Meine Analyse und die Beurteilungen sowie die daraus resultierenden Feststellungen beruhen auf drei typischen Kategorien:

a)  Programmatische Analyse (Untersuchung des Programmcodes), insbesondere der verwendeten StyleSheets (Formatvorlagen).

b)  Funktionale Analyse der Präsentationen, insbesondere in Bezug auf die Art der Informationsdarstellung (Layout und Look&Feel) sowie der Funktionen zur Interaktion mit der Präsentation (Bediener-Ergonomie).

c)  Analyse des Layouts (also der grafischen und typografischen Merkmale) der Präsentation nach den Begrifflichkeiten des Desktop Publishings (DTP).

Beglaubigt

*Mayer-Segel*
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Dabei wird das Layout und Look&Feel einer Präsentation in seine Bestandteile gegliedert und mit den technisch üblichen Bezeichnungen versehen.

Nach der Analyse einer Präsentation (resp. seines Layouts und Look &Feel) können nicht nur Feststellungen zu den absoluten Qualitäten der Präsentation getroffen werden, sondern auch Vergleiche mit anderen Präsentationen (hier also der Vergleich zwischen Facebook und StudiVZ) durchgeführt werden.

Die Ähnlichkeit resp. Unähnlichkeit (eben den Vergleich) der Seiten gebe ich mit einem prozentualen Deckungsgrad an.
Ein Deckungsgrad von 0 % entspricht der Feststellung „keinerlei Ähnlichkeit".
Ein Deckungsgrad von 100 % führt wiederum zu der Feststellung „absolut identisch".

Bei der Beantwortung der Beweisfragen des Auftraggebers in Bezug auf die vergleichende Analyse werde ich daher einem von mir festgestellten Deckungsgrad in Prozent angeben können.

IV.2.

## Analyse und Untersuchungen des vorgelegten sowie online recherchierten Präsentationsmaterials:

Meine **Online-Recherchen** zum Stichtag der Ausarbeitung dieses Gutachtens, der 44 KW 2008, beziehen sich auf Selbsteinträge bei den Internetpräsenzen „StudiVZ (meinVZ)" und „Facebook" **in der aktuellen Version**.

Programmatische Analyse der StyleSheets:
Der Programmcode der Formatvorlagen, der sogenannten „StyleSheets" wird zum Browser eines Anwenders übertragen und kann dort ausgewertet werden.

Beglaubigt

Mayes-Llagel
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Ich habe die StyleSheets der Facebook Präsentation und der StudiVZ Präsentation untersucht und verglichen.

Dabei komme ich zu folgendem Ergebnis:

Auf Anlage A.2.1 habe ich das aktuelle und grundsätzliche Format der StudiVZ Präsentation am Beispiel der Profileseite dargestellt. Das StyleSheet von StudiVZ gliedert dieses Layout in die Titelzeile (1), eine Navigationsleiste links (2), das Informationspanel, bestehend aus der Profilspalte links (3) und rechts (4) sowie die Fußzeile (5) der Präsentation. Als Beispiel für meine Feststellungen habe ich hier die sogenannte „Profileseite" eines Eintrages gewählt, weil sie die höchste Informationsdichte und Varianz der Präsentation ausweist.

Gemäß Anlage A.2.2 habe ich exakt über diese original StudiVZ Profilseite das StyleSheet der Facebook Präsentation gelegt, so wie es die Firma Facebook etwa im Zeitraum 2005/2006 (und ggf. auch später noch) verwendet hat.

Die programmatische Übereinstimmung der StyleSheets der StudiVZ Seite ist dabei so weit mit der ursprünglichen Facebook Programmierung identisch, dass nach Anwendung des Facebook StyleSheets auf die StudiVZ Seite gemäß Anlage A.2.2 eine hohe Deckungsrate erreicht wird.

Vergleicht man diese Anlehnung an die Facebook StyleSheets dann noch mit der Anlage A.2.3, so wird ersichtlich, in welchem Maße die StudiVZ Seite an die original Facebook Präsentation aus dem Jahre 2005/2006 hinsichtlich der StyleSheets tatsächlich angelehnt ist.

Dies bedeutet technisch, dass die StyleSheet Programmierung der StudiVZ Seite so mit der Facebook Programmierung harmoniert, dass sie bei Überlagerung mit einem Facebook StyleSheet ein Aussehen annimmt (Anlage

Beglaubigt

*Mayer-Llegel*

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

A.2.2), welches in hohem Maße mit der originalen Facebook Präsentation der Anlage A.2.3 übereinstimmt.

Ich habe diesen Vorgang der Überlagerung der StyleSheets dann für eine weitere Seite ebenfalls durchgeführt, um das Ergebnis zu verifizieren. Die Anlagen A.2.4, A.2.5 und A.2.6 geben ein weiteres Beispiel dieser programmatischen Übereinstimmung wieder. Im zweiten Beispiel der Anlagen A.2.4 bis A.2.6 habe ich die sogenannte Seite der „Berechtigungen" (My Privacy) zu Grunde gelegt. Auf Anlage A.2.4 sieht man die aktuelle, originale Seite zur Einstellung der Privatsphäre bei StudiVZ. Auf Anlage A.2.5 wird diese Seite wiederum mit dem StyleSheet von Facebook überlagert und dann gegen eine originale Facebookseite aus 2005/2006 gemäß Anlage A.2.6 verglichen.

Auch bei diesem Beispiel komme ich zu einem hohen Deckungsgrad hinsichtlich der vorliegenden Formatvorlagen. Der Deckungsgrad geht so weit, dass sogar Bezeichnungen und Schrifttypen identisch sind. Ich bitte dazu auf den Anlagen A.2.5 und A.2.6 die Bezeichnung „My Privacy" zu vergleichen.

Zur besseren Übersicht habe ich auf Anlage A.2.8 diese Genealogie der Seitenangleichung noch einmal nebeneinander gestellt. Also noch einmal:

Bild links der Anlage A.2.8 StudiVZ Seite,
Bild Mitte StudiVZ Seite nach Anwendung des Facebook StyleSheets,
Bild links original Facebook Seite.

Diese Feststellung in Bezug auf die Programmatik des Layouts ist nur möglich, wenn der zu Grunde liegende Programmcode des StyleSheets einen hohen Deckungsgrad (Identität) aufweist. Als Gegenbeispiel dazu führe ich die Anlage A.2.7 an. Dort habe ich auf einer Präsentation eines dritten Anbieters für soziale Netzwerke (myspace.com) ebenfalls das Facebook StyleSheet angewendet und festgestellt, dass auf Grund der programmatischen

Beglaubigt

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Unterschiedlichkeit zwischen myspace.com und Facebook keine Angleichung durch das StyleSheet erfolgt.

Die Anwendung des Facebook StyleSheets auf dieser Seite bleibt ohne sichtbare Veränderungen.

Ich fasse diese Feststellung noch einmal wie folgt zusammen:

Die Programmatik des Layouts der StudiVZ Seite (StyleSheet) ist so weit an die Facebook Präsentation von 2005/2006 angelehnt, dass eine Anwendung des StyleSheets auf die StudiVZ Seiten dazu führt, dass diese in ihrem Aussehen, deutlich an die Seiten von Facebook erinnern.

Nach dieser vor allem optischen Untersuchung der Formatvorlagen habe ich die zu Grunde liegenden StyleSheets der aktuellen Facebookversion sowie der aktuellen StudiVZ Version noch einmal in einigen Merkmalen gegenüber gestellt. Anlage A.1 gibt diese Gegenüberstellung wieder.

So konnte ich feststellen, dass beide Seiten auf nahezu die selben Schriftfamilien (font-family) zurückgreifen. Die StyleSheet Angaben für die Überschrifteneinträge (Header) sind sowohl hinsichtlich der Größe als auch der Position sehr stark vergleichbar.

Darüber hinaus fanden sich bei der Namensgebung in den StyleSheets ebenfalls Ähnlichkeiten. So finden sich im StyleSheet von StudiVZ Namensgebungen, wie sie auch im Facebook StyleSheet verwendet werden (vgl. Anlage A.1 unten).

Beglaubigt

*Mayer-Legel.*

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Untersuchung der funktionalen Merkmale:

Ich habe die funktionalen Merkmale der Facebook Version 2005/2006, der aktuellen StudiVZ Version 2008 gegenüber gestellt. Anlage A.3 gibt diese Gegenüberstellung wieder.

Für diese Gegenüberstellung wurden von mir verschiedene Seiten der Gesamtpräsentation funktional untersucht und gelistet. Dies gilt gemäß Anlage A.3 für die Seiten **„Anmelden und Registrieren", „Profilseite eines Mitglieds"**, die Seite zur Einstellung der Parameter für die **„Privatsphäre"** sowie im Hinblick auf die **Navigationselemente**.

Aufschlussreich ist der Vergleich der StudiVZ Version 2008 mit der ersten Facebook Version von 2005/2006. Ich habe diese Gegenüberstellung in den Spalten 2 und 3 der Anlage A.3 wiedergegeben.

Bei einem Vergleich der Funktionalitäten zwischen StudiVZ und Facebook 2005/2006 ist festzustellen, dass eine erhebliche Anzahl von Funktionalitäten der untersuchten Seiten identisch ist. Diese Identität geht so weit, dass die Bezeichnung der Funktionalität nicht nur ähnlich, sondern in weiten Teilen gleich ist (sofern man hier eine sinngemäße Übersetzung vom Englischen ins Deutsche zuläßt).

Der funktionale Vergleich der StudiVZ Version 2008 mit der Facebook Version 2005/2006 fördert eine erhebliche Anzahl von Übereinstimmungen und nur eine geringe Anzahl von Abweichungen zu Tage.
Diese Analyse erlaubt Angaben zum Deckungsgrad hinsichtlich der Funktionalität (Bediener-Ergonomie).

Die Funktionalitäten und ihre Ergonomie stehen wiederum in Abhängigkeit vom eingesetzten Layout.

Beglaubigt
Mayer-Legel.
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Grafische und typografische Analyse der Präsentationen:

Ich habe die Facebook Präsentation 2005/2006 und die aktuelle StudiVZ Version 2008 grafisch und typografisch untersucht und komme dabei zu folgendem Ergebnis:

Anlage A.4.1 gibt die Profileseite der Facebook Version 2005/2006 wieder. Über diese Darstellung (Layout) habe ich einen Rahmen gelegt, um diese Seite grafisch aufzulösen. Anlage A.4.1 gibt diesen Analyserahmen wieder. Die dort von mir analysierte Einteilung ist evidenter Teil der Struktur des grafischen Layouts dieser Seite. Auf Anlage A.4.2 gebe ich diesen Analyserahmen ohne Grafik wieder und benenne die DTP-gerechten Bezeichnungen. Die Profilseite besteht danach aus:

1. Titelzeile (Header),
2. Seitennavigation links mit Facebooklogo, Suchfeld (Quicksearch) und Aktionsfeldern,
3. Werbebanner,
4. linke Spalte des Infopanels mit Bildpräsentation des Teilnehmers (sogenannte Sidebar),
5. die rechte Spalte des Infopanels mit den Listeninformationen des Teilnehmers in kaskadiertem Layout, als da z.B. sind:

   H1 = Hauptüberschrift
   H2 = Unterüberschrift und
   Liste = Kontextinformation.

Diese Analyse des Layouts ist zwar so noch nicht vollständig, aber schon aussagekräftig und ausreichend genug für einen Vergleich.

Gemäß Anlage A.4.3 habe ich dann diesen identischen Rahmen mit einer StudiVZ Profileseite aus 2008 unterlegt.

Beglaubigt

*Mayes-Legel.*
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

*Anm.: Die junge Dame auf Anlage A.4.3 mit dem Namen „California Mountain Snake" hat ihr Profil offensichtlich am 10.02.2008 angelegt.*

<u>Lege ich also diese StudiVZ Profilseite auf den Analyserahmen von Facebook gemäß Anlage A.4.3, decken sich alle von mir selektierten Layoutmerkmale!</u>

Gemäß Anlage A.4.4 gilt das im übrigen auch für eine online recherchierte StudiVZ Präsentation zum Zeitpunkt der Gutachtenerstattung.

Diese Feststellung eines Deckungsgrades beruht somit nicht nur auf einer rein optischen Augenscheinnahme und Feststellung einer Ähnlichkeit, sondern auf einer sachverständigen Analyse des zu Grunde gelegten Layouts.

Dieses von mir hier zur Dokumentation gewählte Beispiel der Anlage A.4.x erreicht einen **Deckungsgrad von 80 - 85 %**.

Die Untersuchung des Anlagenkonvoluts des Auftraggebers führte bei anderen Seiten als dieser Profilseite zu ähnlich hohen Übereinstimmungen in Bezug auf die Facebookversion 2005/2006 und die StudiVZ Präsentation.

IV.3.

<u>Untersuchung der Entwicklung der Facebook Präsentation:</u>

Ich habe untersucht, wie sich die Facebook Präsentation im Zeitraum 2005 bis 2008, also von der ersten Generation bis zur zweiten Version, grafisch und typografisch annähernd entwickelt hat. Ich dokumentiere diese Entwicklung beispielhaft auf den Anlagen A.5.1 und A.5.2.

Betrachten wir zunächst Anlage A.5.1.

Beglaubigt

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

In Bild 1 sieht man eine Profileseite der ersten Generation aus 2005/2006, wie ich sie auch schon in anderen Anlagen verwendet habe.

Die Analyse des Layouts habe ich bereits auf Anlage A.4 dokumentiert. Diese Präsentation aus der ersten Generation zeichnet sich dadurch aus, dass sie zweidimensional angelegt und in feste Bereiche eingeteilt ist. So befindet sich beispielsweise die Hauptnavigation immer in der Titelzeile (Header), die Seitennavigation jeweils links oben, der Werbebanner links unten und die darzustellenden Informationen -seien es Listinformationen oder auch Inhaltsinformationen - in der Bildmitte in einem auf zwei Spalten orientierten Infopanel.

Das typografische Layout ist dabei kaskadiert ausgeführt. Das bedeutet, es besteht in einem Panel eine Liste von Haupttiteln, welche in Untertitel gegliedert sind. Bei einer Navigation auf den Untertitel geht eine Liste auf und stellt die zugehörenden Informationen dar resp. lässt sie bearbeiten.

Dies wird als kaskadisches Layout bezeichnet.

Bild 2 der Anlage A.5.1 gibt die zweite Generation der Facebook Präsentation bis etwa Mitte 2008 wieder. Während die grafischen Eigenschaften des Layouts erheblich verändert wurden, sind die typografischen Merkmale weitestgehend erhalten geblieben (z. B. kaskadische Ausführung). Die Titelzeile ist jedoch bereits um eine Seitennavigation erweitert und die Navigationspunkte in der Navigationsleiste durch mnemotechnische Icons ergänzt worden.

Die Informationsdichte ist komplexer geworden und um weitere logische Bereiche, wie z. B. den Menüpunkt „Mini-Feed" bereichert worden.

Wesentliche Seitenfunktionen wurden zudem farbig unterlegt und markiert.

Beglaubigt

Rechtsanwalt

# Gutachten

### des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Auf Anlage A.5.2 habe ich eben diese Entwicklung der Facebookseiten noch einmal an einem anderen Beispiel wiedergegeben. Es handelt sich hierbei um eine Listausgabe, wie beispielsweise von Freunden eines Teilnehmers.

Während man in Bild 1 noch den typischen Listencharakter und die weitestgehend statische Gestaltung des Layouts erkennt, sind in Bild 2, der zweiten Generation der Facebook Version, ebenfalls erhebliche Modifikationen durchgeführt worden. Die Listendarstellung ist nicht mehr fortlaufend, sondern mit einer Seitenorientierung versehen.

Zusätzlich wurden Reiter auf der Liste angebracht, um eine Aufteilung der Liste nach sinnvollen Kriterien durchzuführen. Dies erweitert den Funktionsumfang der ersten Generation deutlich.

Diese Umstellungen bei der zweiten Facebook Präsentation bis Mitte 2008 zieht sich durch alle von mir untersuchten Seiten der Präsentationen.

IV.4.
Vergleich der Facebook- und StudiVZ Präsentation mit anderen sozialen Netzwerkpräsentationen:

Ich habe beispielhaft die Facebook- und StudiVZ Präsentationen mit folgenden Präsentationen von Drittanbietern verglichen:

myspace.com
xing.com
linkedin.com

In Bezug auf die Präsentation „myspace.com" hatte ich gemäß Anlage A.2.7 bereits einen Vergleich in Bezug auf die Programmatik angestellt.

Beglaubigt

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Die weiteren Untersuchungen haben ergeben, dass sich die Präsentation „myspace.com" vollständig von den Präsentationen „facebook.com" und „studiVZ.de" unterscheidet. Sowohl hinsichtlich der Layouts, des Look&Feels sowie der Funktionalitäten können keine signifikanten Übereinstimmungen von mir festgestellt werden.

Dies gilt ebenfalls für die Präsentationen „xing.com" und „linkedin.com".

Eine Darstellung der von mir getroffenen Feststellungen auf Grafiken in Anlagen erübrigt sich hier, da ich bei meinen Feststellungen auf keine signifikanten Übereinstimmungen dieser Präsentationen Dritter mit facebook.com und studiVZ.de getroffen bin. Die drei von mir untersuchten Präsentationen von Drittanbietern sind dem gegenüber so unterschiedlich, dass sich ein Vergleich in keiner Weise bemühen lässt. Ein Vergleich wäre schlicht und einfach unsinnig. Diese drei genannten Präsentationen sind beispielhaft in keiner Weise mit den von mir untersuchten Facebook- und StudiVZ Untersuchungen übereinstimmend. Darüber hinaus zielen andere Verzeichnisse häufig auf spezielle Nutzerschichten, z.B. nach beruflichen Kriterien oder Interessenlagen. StudiVZ und facebook bedienen hingegen offensichtlich <u>alle</u> Anwenderkathegorien.

IV.5.

In Bezug auf die von mir getroffenen Analysen, Feststellungen und Beurteilungen komme ich zu folgenden Deckungsgraden zwischen den streitgegenständlichen Präsentationen facebook.com und studivz.de in Bezug auf das von mir untersuchte Onlinematerial und die Grafiken des Anlagenkonvoluts sowie an Hand der von mir wiedergegebenen Beispiele in den Anlagen:

Beglaubigt

*Mayer-Lleyn.*
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

a)  Programmatische Deckung (StyleSheets) ca.          **70 bis 80%**

b)  Funktionale Übereinstimmung der Facebook Version
     2005/2006 zu StudiVZ 2008, ca.          **80 %**

c)  Deckungsangabe zum grafischen und typografischen
     Layout, zwischen Facebook Version 2005/2006 und
     StudiVZ 2008          **80 bis 85 %**

in Bezug auf das von mir untersuchte Onlinematerial und die Grafiken des
Anlagenkonvoluts sowie an Hand der von mir wiedergegebenen Beispiele in
den Anlagen.

## V.   Zusammenfassung und Schlussbemerkungen

V.1.

Die Internetpräsentationen für soziale Netzwerke facebook.com und
StudiVZ.de wurden von mir an Hand von Archivmaterial des Auftraggebers (ca.
250 Seiten mit grafischen ScreenShots) sowie durch eigene Onlinerecherchen
im Zuge von Selbsteinträgen bei den beiden Präsentationen analysiert.

Die Analyse erfolgte in den drei Kategorien:

–   Programmatische Analyse,
–   Funktionale Analyse,
–   Analyse der grafischen und typografischen Gestaltung (Layout und
     Look&Feel).

Beglaubigt
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Die dabei gewonnenen Feststellungen habe ich unter IV. dezidiert dargelegt. Die von mir vorgenommenen Feststellungen erlauben die objektive Angabe eines Deckungsgrades in Prozent in Bezug auf die Übereinstimmung der Präsentationen von facebook.com und StudiVZ.de, wie ich sie schlussendlich unter IV).5 vorgenommen habe.

## V.2.

Aufgrund der Feststellungen und Beurteilungen, insbesondere unter IV., kann ich die Fragestellungen zu diesem Gutachten, wie sie unter I.2. wiedergegeben sind, über die implizite Beantwortung aus IV) hinaus, wie folgt zusammenfassen:

### Zu a)

Die Präsentation der Seite facebook.com wurde mir in zwei Generationen vorgelegt und in diesen zwei Generationen offline untersucht.

Eine Version 2005/2006 (1. Generation),
sowie eine Version bis Mitte 2008 (2. Generation).

Die ersten beiden Generationen zeichnen sich dadurch aus, dass ihnen ein klar strukturiertes Layout zu Grunde liegt (StyleSheet), wie ich es beispielhaft auf der Anlage A.4 und A.2 dokumentiert habe.

Besonders signifikant sind eine Titelzeile mit Hauptnavigation im Schriftstil von „Tahoma", eine Seitennavigation mit Facebooklogo links oben sowie ein darunter liegender Werbebanner links unten.

Das Infopanel in der Mitte der Präsentation ist in zwei Spalten orientiert, einer Sidebar links mit dem Foto der Mitglieder (für die Profilseite) sowie darunter liegenden Navigations- und Bearbeitungselementen. Die rechte Spalte des

Beglaubigt
Mayer-Legel
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

Informationspanels besteht im Wesentlichen aus kaskadierten Listen, anhand derer Informationen abgerufen und bearbeitet werden können.

Diese Layoutstruktur wurde für die ersten beiden Generationen auch in Bezug auf die übrigen Seiten eingehalten.

Sie sorgt für einen hohen Wiedererkennungseffekt beim Navigieren in der Facebook Präsentation, da sie quasi „statisch" über alle Seiten angewendet wird.

*(Anm.: statisch ist hier nicht im Sinne von unveränderlich gemeint, sondern in Bezug auf die einheitliche Layoutgestaltung der einzelnen Teilbereiche).*

Die wesentlichen Grundzüge der grafischen Gestaltung der ersten beiden Generationen habe ich an Hand der Profilseite eines Teilnehmers auf Anlage A.4 beispielhaft dokumentiert.

Zu b)

Die Facebook Präsentation wurde von der ersten zur zweiten Generation gemäß der Anlagen A.5.1 und A.5.2 dahingehend weiterentwickelt, dass die Titelzeile um seitenspezifische Navigationspunkte erweitert wurde. Darüber hinaus wurden die übrigen Navigationspunkte und Eingabefelder durch mnemotechnische Symbole (Icons) unterstützt.

In der zweiten Generation wurde zudem ein sogenanntes „Mini-Feed" Element eingefügt, welches die Entwicklung der sozialen Beziehungen eines Teilnehmer widerspiegelt. Dieses „Historienelement" ist ebenfalls typisch für diese Facebook Präsentation.

Zudem wurde die Ergonomie (Bedienerfreundlichkeit) durch farbliche Unterlegungen von Teilbereichen erhöht.

Beglaubigt

Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

## Zu c)

Der Vergleich der Merkmale und Funktionalitäten der StudiVZ (mein VZ)
Präsentation ergibt mit hohem Deckungsgrad die Merkmale der Facebook
Präsentation, insbesondere der ersten Generation 2005/2006 . Gemäß meiner
Analyse der programmatischen (StyleSheet), der funktionalen als auch der
gestalterischen (Layout) Merkmale komme ich bei meinen Analysen und
Beurteilungen zu einem **Gesamt-Deckungsgrad von 80 bis 85 %** zwischen
der StudiVZ Präsentation (auch der aktuellen) und der Facebook Präsentation,
insbesondere der ersten Generation.

Ich habe dies vor allem auf den Anlagen A.2 und A.4 beispielhaft dokumentiert.

Diese von mir festgestellte Deckungsrate betrifft auch andere Seiten als die
von mir in den Anlagen beispielhaft zitierten.

Ich konnte dies an den Anknüpfungstatsachen der Screenshots des
Auftraggebers so feststellen.

## Zu d)

So nahe, wie die StudiVZ Seiten und die Facebook Seiten der ersten
Generation sich in ihrem Deckungsgrad von mindestens 80 % gleichen, so
stark unterscheiden sie sich von anderen Präsentationen (soziale Netzwerke)
im Internet. Ich habe dazu die Präsentationen von myspace.com, xing.com und
linkedin.com untersucht. Der Seitenaufbau und die Gestaltungsmöglichkeiten
sind bei diesen alternativen Präsentationen gänzlich unterschiedlich aufgebaut.
So hat bei myspace.com der Teilnehmer beispielsweise die Möglichkeit, das
grafische Aussehen seiner Profilseite individuell zu konfigurieren.

Wenn man einmal von den grundlegenden Funktionalitäten, die ein soziales
Netzwerk für sich reklamiert, absieht, kann ich zwischen Facebook und
StudiVZ und den von mir untersuchten drei anderen Anbietern keine

Beglaubigt

*Mayer-Liegel*
Rechtsanwalt

# Gutachten

des ö.b.u.v. EDV – Sachverständigen Dipl. Prog. B. Schrader

---

signifikanten Ähnlichkeiten feststellen. Diese Unterschiedlichkeit der drei von mir untersuchten Drittanbieter allerdings auf alle im Internet verfügbaren Personalverzeichnisse (soziale Netzerke) zu übertragen und auszudehnen, ist mir im Rahmen dieses Gutachtens nicht möglich.

Festzustellen bleibt zu dieser Frage, dass sich bei den drei von mir zusätzlich untersuchten Drittanbietern keinerlei signifikante Ähnlichkeiten feststellen konnte, die mit dem Deckungsgrad zwischen StudiVZ und Facebook auch nur annähernd gleichzusetzen sind.

Ich versichere hiermit, die Feststellungen, Beurteilungen und Schlussfolgerungen dieses Gutachtens nach bestem Wissen und Gewissen objektiv durchgeführt zu haben. Ich versichere weiterhin, dass ich mit den im Rahmen dieses Gutachtens erwähnten Firmen und Personen in keinem die Befangenheit betreffenden Verhältnis stehe.

Hildesheim, den 7. November 2008

Sachverständiger Dipl. Prog. Bernward Schrader

von der Industrie- und Handelskammer Hannover öffentlich bestellter und vereidigter
Sachverständiger für Technik sowie Systeme und Anwendungen in der Informationsverarbeitung

**Anlagen:** A.1, A.2.1 bis A.2.8, A.3, A.4.1 bis A.4.4, A.5.1 bis A.5.2

Beglaubigt
Rechtsanwalt

**Stylesheet Angaben für Facebook und StudiVZ im Vergleich:**

Begrüssungsseite (Wellcome)

**Facebook Schriftstile:**
p{font-family:"lucida grande", tahoma, verdana, arial, sans-serif;font-size:11px;text-align:left;}

**StudiVZ Schriftstile:**
font-family: Tahoma, Verdana, Arial, Helvetica, sans-serif; font-size: 11px;text-align: left;

**Facebook Header:**
h1, h2, h3, h4, h5{font-size:13px;color:#333;margin:0px;padding:0px;}
**h1{font-size:14px;}**
**h4, h5{font-size:11px;}**

**StudiVZ Header :**
h1,h2,h3,h4,h5 {margin: 0;padding: 0;}
**h1 {color: #fff;font-size: 14px;}**
h4 {display: block;**font-size: 11px;**border-bottom: 1px solid #e00;margin-bottom: 10px;

Namensgebung bei den Stylesheets:

| Facebook: | StudyVZ: | Kommentar: |
|---|---|---|
| pagefooter | pageFooter | Fusszeile mit AGB, Impressum etc. |
| captcha_input | CaptchaGetText | Anmeldevalidierung durch Grafik |
| qsearch | QuickFormSearch | Suchmaske (Freunde) |

**Anlage A 1**

Vergleich von einigen bedeutenden StyleSheet Angaben zwischen Facebook und StudiVZ

Beglaubigt

*Mayer-Legel*

Rechtsanwalt

## Anlage A 2.1

Dieses ist die Profilseite eines Selbsteintrages bei StudiVZ (in der Kathegorie „meinVZ") zum Stichtag 29.10.2008.

Das, dieser Seite zugrundeliegende, StyleSheet (vergl. II.3.1) ordnet dabei das Dokument in folgende Teilbereiche:

1) Titelzeile (Header)
2) Navigationsleiste
3) Profilspalte links
4) Profilspalte rechts
5) Fußleiste (pagefooter)

Derartige StyleSheet charakterisieren das „Erscheinungsbild" der Anwendung und sie sind hinsichtlich des Layout und der Typografie ausschlaggebend.

---

**MEINVERZEICHNIS**

deutsch search home help FAQ contact logout

Search

Home
My Profile   edit
My Friends
My Photos
My Groups
My Messages
My Account
Privacy

Benjamin Franklin:
Do not squander time for that is the stuff life is made of.

meinVZ will be offline again from 23:00 to 10:00 due to maintenance work on our servers. We apologise for any inconvenience caused.

Edit profile
Change profile picture
My Privacy

Bernward is currently ...        Change
Let your friends know what you're up to

Friends (same region)
Bernward has no friends in Hildesheim

Invite new people
Your name
email of your friend
[invite more friends]
[Send invitation]

Connection
This is you

Information

Account
Name:            Bernward Schrader
Platform:        meinVZ
Member since:    27/10/2008
Last updated:    27/10/2008

General Information
Region:    Hildesheim
Sex:       Male
Birthday:  18/06/1959
Contact Info:

Business

Employment                              Edit
No entries at present

Notice board
                              Write something
No entries

About us   Terms   Press   Jobs   Site Info   Data Protection   Code of Conduct   Security

---

**Beglaubigt**



Rechtsanwalt

## Anlage A 2.2

Über genau dieses Formular der StudiVZ Präsentation habe ich ein StyleSheet gelegt, welches wesentliche Merkmale der Facebook Präsentation aus dem Zeitraum 2005 / 2006 beinhaltet. Es fällt auf, dass dabei wesentliche Merkmale der Facebook Präsentation insbesondere auch der grafischen und typografischen Aufteilung zu den Punkten 1 – 5 aus Anlage A 2.1 adaptiert werden. Diese Überlagerung der StyleSheets ist nur möglich, wenn der strukturelle Aufbau der Präsentationen einen hohen Deckungsgrad ausweist.

Beglaubigt



Rechtsanwalt

Anlage A 2.3

Für die Feststellungen und

Beurteilungen zu diesem Gutachten

wurden mir Bildschirmauszüge (Screen-

Shots) der Entwicklungen der

betroffenen Präsentationen zur

Verfügung gestellt. Bei diesem Bild

handelt es sich offensichtlich um eine

Profilseite der Facebook Präsentation

aus dem Zeitraum 2005 / 2006. Wenn

ich diese Präsentation einem Vergleich

der grafischen Gestaltung (Layout)

sowie einem Vergleich der

typografischen Merkmale (Schrifttypen

und Schriftgrößen) mit der modifizierten

StudiVZ Seite der Anlage A 2.2

unterziehe, komme ich zu der

Feststellung eines ungewöhnlich hohen

Deckungsgrades (nähere Angaben

dazu unter Punkt IV im Gutachten).

Beglaubigt

Rechtsanwalt

## Anlage A 2.4

Zum Nachweis darüber, dass es sich bei der kausalen Plausibilität der Deckungsgleichheit anhand der Anlagen A 2.1 – A 2.3 nicht um einen Ausnahmefall handelt, sei hier ein zweites Beispiel angeführt. Es handelt sich um das Formular zu Abfrage der persönlichen Einstellungen zum Profil eines Teilnehmers. Im Gegensatz zum Formular der Anlage A 2.1 besteht die Hauptdialogmaske hier aus einer Navigationstabelle mit Unterfunktionalitäten. Die Präsentation dieser Seite ist vergleichsweise komplex.

---

**mein VZ**

Search

Home
My Profile    edit
My Friends
My Photos
My Groups
My Messages
My Account
Privacy

**Bill Cosby:**
I don't know the key to success, but the key to failure is to try to please everyone.

And what do you say?

MEINVERZEICHNIS    deutsch | search | mail | invite | help | newsroom | logout

Intro | Ignored users | Groups | Advertising settings

Your privacy is important to us. Here you can select who can see your profile, and what information they can see.

My Profile
> Who can see my full profile?
> What is visible in my limited profile?
> Who can see my contact details?
> Who can link me to photos?
> I'm currently... settings
> How is my birthday displayed?

Messages and Friends
> Who can send me messages?
> Who can gruschel me?

Search
> Super-search
> Who can find me?

Other
> Profiles I visit
> "Do you know...?" settings
> Who can see when I'm online?

Save

Beglaubigt



Rechtsanwalt

## Anlage A 2.5

Die Überlagerung der StudiVZ Seite zur Navigationstabelle mit dem Facebook StyleSheet aus 2005 / 2006 ergibt selbst bei dieser komplexen Programmierung noch einen hohen Deckungsgrad (es fehlen im Wesentlichen die Obermenüpunkte).

Der Deckungsgrad lässt sich an zahlreichen Details belegen. Einen davon habe ich im schwarzen Kreis markiert ("My Privacy").

Beglaubigt

Rechtsanwalt

## Anlage A 2.6

Hier ebenfalls die korrespondierende Facebook-Seite von 2005 / 2006 aus dem Anlagenkonvolut des Auftraggebers. In diesem Bildschirmausdruck sind allerdings Teile der Navigation selektiert worden. Trotzdem sind die Übereinstimmungen mit der modifizierten StudiVZ Seite aus Anlage A 2.5 evident, wie sich z.B. an dem von mir zitiertem Detail im schwarzen Kreis ersehen läßt (vergl. Anlage A 2.5).

*Anm. Da es sich bei dieser Anlage um eine Kopie der originalen Anlage handelt, sind die Farben weniger prägnant als im Original.*

---

facebook
My Account

- Who can see my search info?
- Who can see my profile?
- Who can see my contact info?
- Block Specific People

**Who can see me in searches?**
- ○ Everyone on Facebook (recommended)
- ○ Restricted (some people will not be able to add you as a friend)

[ Advanced ]

**Who can see my profile?**
Allow my friends from all schools and...
- ◉ Everyone else at my school
- ○ Friends of friends at my school
- ○ Just my friends

[ Advanced ]

**Who can see my contact info?**
People who cannot see your profile will never see your contact info. Anyone who can see your profile can see the email address you registered your account with.

Allow my friends from all schools and...
- ○ Everyone else at my school
- ○ Friends of friends at my school
- ○ Just my friends

[ Advanced ]

**Profile Details**
Allow those who can see my profile to see...
- ☑ My friends (automatically visible to your friends)
- ☑ My last login
- ☑ My upcoming events
- ☑ My wall
- ☑ That I'm a member of groups which I know a lot of the members.

**Block Specific People**

My Profile
My Friends
My Photos
My Groups
My Events
My Messages
My Account
My Privacy

Set-order your Facebook account

How it works:
1. Write your announcement.
2. Choose start/end date.
3. Your whole school will see it!

Beglaubigt

Rechtsanwalt



## Anlage A 2.7

Ein Beleg dafür, dass die Anwendung des StyleSheet wie es für Facebook typisch ist und wie ich es in den Anlage A 2.2 und A 2.5 auf die StudiVZ Präsentation angewendet habe, von deren programmatischen Übereinstimmung abhängig ist.

Wende ich dasselbe StyleSheet, welches die Ähnlichkeit der StudiVZ Präsentation mit der Facebook Version von 2005 / 2006 belegt auf eine beliebige andere Präsentation eines „Sozialen Netzwerkes" an (hier eine Seite aus der myspace.com Präsentation) ergeben sich nahezu keine Auswirkungen, da eben die myspace Präsentation keine programmatische Übereinstimmung mit Facebook aufweist.

Beglaubigt

Mayer-Vegy

Rechtsanwalt



## Anlage A 2.8

Hier noch einmal zum direkten Vergleich die Genealogie der Anlagen A 2.1 – A 2.3:

Links, die original StudiVZ Seite zum Bewertungsstichtag.

Mitte, diese Seite nach (mit) der Anwendung des Facebook StyleSheet.

Rechts, eine originale Facebook Seite mit Facebook StyleSheet aus dem Zeitraum 2005 / 2006.

Beglaubigt

*Mayer-Vogt*

Rechtsanwalt

**Anlage A 3**

**Gegenüberstellung der Funktionalitäten von Facebook 2005 / 2006 zu StudiVZ (meinVZ) 2008:**

*Anmerkung: Diese Aufstellung soll nicht den erforderlichen Funktionsumfang eines sozialen Netzwerkes dokumentieren, sondern die signifikanten Gleichheiten (oder Ungleichheiten) in Bezug auf die Ausführung und Präsentation der notwendigen Funktionen!*

*Aussagekräftig in Bezug auf die funktionale Übereinstimmung ist das Verhältnis der Einträge zwischen Gleich= und Ungleich^= !*

| Kathegorie / Dialogseite | StudiVZ 2008 | Facebook 2005 / 2006 |
|---|---|---|
| | | |
| **Anmelden / Registrieren Gleich=** | E-Mail Adresse<br>Passwort<br>Geschlecht<br>Geburtstag<br>Grafische Identifikation | E-Mail Adresse<br>Passwort<br>*(Geschlecht<br>Geburtstag<br>Grafik) auf Folgeseiten* |
| **Anmelden / Registrieren Ungleich ^=** | Anzeige AGB und Kodex bei Registrierung | *Keine Angaben verfügbar* |
| | | |
| **Profilseite Gleich=** | Allgemein | Allgemein |
| | Persönliches | Persönliches |
| | Kontakt | Kontakt |
| | Karriere | Berufsinformationen |
| | Mein Foto bearbeiten<br>Freunde<br>Account | Foto bearbeiten<br>Freunde<br>Account Info |

**Beglaubigt**
Mayer-Lege
Rechtsanwalt

| | | |
|---|---|---|
| | Verbindung | Verbindung |
| | Gruppen | Gruppen |
| **Profilseite** | XYZ ist gerade? | Plätze |
| **Ungleich^=** | Plauderkasten (Chatroom) | |
| | Neue Leute einladen | |
| | Pinnwand | |
| **Privatsphäre** | Mein Profil | Mein Profil |
| **Gleich=** | Suche | Suche |
| **Privatsphäre** | Nachrichten / Gruscheln | Profil Details |
| **Ungleich^=** | Verschiedenes | Kontakt Infos |
| **Navigation** | Start | Start (home) |
| **Gleich=** | Meine Seite | Mein Profil |
| | Meine Freunde | Meine Freunde |
| | Meine Fotos | Meine Fotos |
| | Meine Gruppen | Meine Gruppen |
| | Mein Account | Mein Account |
| | Privatsphäre | Meine Privatsphäre |
| | Nachrichtendienst | Meine Nachrichten |
| | Einladen | Einladen |
| | "raus hier" | Abmelden |
| **Navigation** | Kennst du schon...? | Meine Ereignisse |
| **Ungleich^=** | Englisch | Allgemeines |
| | Klartext | Soziales Netz |

Die Gewichtung zwischen Gleich= und Ungleich^= bei den Funktionalitäten zwischen der ersten Facebook Version und der (aktuellen) StudiVZ Version zu den aufgeführten Seiten ergibt eine deutliche Übereinstimmung. Neben der Tatsache, dass sich auf den jeweiligen Seiten nicht nur zahlreiche Funktionen decken, stimmen auf deren Bezeichnungen z.T. genau überein (insbesondere Profilseiten und Navigation).

**Anlage A 3**

Beglaubigt
Mayer-Leger
Rechtsanwalt

**Anlage A 4.1  Beispiel des Layout der Facebook-Präsentation.**

In dem Anlagenkonvolut der ScreenShots des Auftraggebers fanden sich zahlreiche
Beispiele dafür, dass sich die grafischen Konstruktionen der Facebook-Präsentation 2005 /
2006 sowie die StudiVZ-Präsentation 2006 und heute auffallend ähnlich sind. Um diesen
subjektiven Eindruck zu überprüfen habe ich eine Facebook-Seite der ersten Generation mit
hoher Informationsdichte (Profilseite eines Teilnehmers) einer grafischen Analyse unterzogen
und die grafischen Merkmale mit Rahmen sowie einige typografische Merkmale mit ihren
Bezeichnungen markiert und eingegrenzt.

Beglaubigt

*Mayer-Hegel*

Rechtsanwalt



**Anlage A 4.2** Analyserahmen der grafischen / typografischen Struktur.

Anschließend habe ich den ScreenShot entfernt um den Rahmen auszuwerten. Dies sind:

1 = Titelzeile (Header) mit der Hauptnavigation der Präsentation (home, search, global ...).

2 = Seitennavigation links mit Facebooklogo, Suchfeld (Quick Search) und Akionsfelder.

3 = Werbebanner.

4 = Linke Spalte des Infopanels mit Bildpräsentationen des Teilnehmers (Sidebar).

5 = Rechte Spalte des Infopanels mit Listeninformationen des Teilnehmers in kaskadiertem

Layout mit: **H1** = Hauptüberschrift, **H2** = Unterüberschrift und **Liste** = Kontextinformation.

beglaubigt

*Meyer-Vogel.*
Rechtsanwalt



**Anlage A 4.3** Überlagerung einer StudiVZ Seite mit dem Analyserahmen.

Genau derselbe Rahmen, der die Facebook - Profilseite in ihre wesentlichen Merkmale strukturiert, wurde von mir unverändert (1:1 Kopie) auf eine StudiVZ – Profilseite gelegt. Wenn ich einmal vom Kontext des Teilnehmers und dessen Bilddarstellungen absehe, verweist die Schablone der Analyse **auf nahezu identische Merkmale des Layout** der analysierten Facebook – Seite mit der überlagerten StudiVZ Seite. Diese Analyse erlaubt eine objektivere Beurteilung des Deckungsgrades der beteiligten Präsentationen.

**Beglaubigt**

*Mayer-Llegel*

**Rechtsanwalt**



**Anlage A 4.4** Überlagerung einer aktuellen StudiVZ (meinVZ) Profilseite

Da StudiVZ das grundlegende Layout seiner ersten Versionen beibehalten hat, lässt sich der grafische Analyserahmen auch auf eine aktuelle Profileseite (kopiert am 1.11.2008) anwenden. Die Konstruktion und Struktur des Layouts weisen hier ebenfalls einen objektiv-hohen Deckungsgrad mit dem frühen Facebook – Layout auf.

Beglaubigt

*[Unterschrift]* Rechtsanwalt

Beglaubigte Fotokopie



**Bild 1**

Die Profilseite der ersten Facebook Generation (2005 / 2006) wie sie von mir auf Anlage A4 bereits detaillierter analysiert wurde. Das Layout ist zweidimensional und in feste Teilbereiche gegliedert. Das typografische Layout ist kaskadiert ausgeführt. Es gibt Hauptüberschriften, Unterüberschriften und Textlisten. In der Navigationsleiste links oben wird die Präsentation durch ein stilisiertes Mitglied, quasi als Facebook – Logo, charakterisiert.

**Bild 2**

Eine Profilseite der zweiten Generation (bis etwa mitte 2008). Der Header ist verlängert und mit Elementen zur Seitennavigation ergänzt. Die Navigationselemente sind mit Symbolen versehen worden. Die Informationdichte ist größer und durch eine „Mini-Feed" Funktion ergänzt. Das grafische Facebook – Logo, (stilisiertes Mitglied) ist durch Hervorhebung des typografischen **facebook** (Schriftstil Tahoma, vergl. A1) Schriftzuges als signifikantes Merkmal des Layouts im Header ersetzt worden.

Anlage A 5.1

Rechtsanwalt



**Bild 1**

Die „Freundeliste" der ersten Generation. Es geht darum beliebig viele Querverweise (Links) darzustellen. Die ursprüngliche Listenform ist auch hier ersichtlich und vorherrschend. Die Navigationsleiste und der Header sind „statisch" wie im Profil (und den übrigen Seiten). Das charakteristische Merkmal der Seiten, insbesondere durch Header, Facebook-Logo und Navigation wird durchgehalten.

**Bild 2**

Die wesentlichen Änderungen der zweiten Generation entsprechen denen der Profilseite. Zusätzliche Navigation im Header, Symbole an den Navigationselementen, Seiten (Listen)orientierung. Das Informationspanel in der Bildmitte ist nun mit „Reitern" versehen (Objektbindung).

Weiterhin wird deutlich, dass die Bild- (und Anwender-) orientierung (Ergonomie) durch zusätzliche Farbunterlegungen wie einem „graublau" bei der Navigation, zusätzlich unterstützt wurde.

**Anlage A 5.2**

Beglaubigt

Mayer-Vogel

Rechtsanwalt

1  I, Clifford Lampe, declare:

2  I am an assistant professor in the Department of Telecommunication, Information

3  Studies, and Media at Michigan State University. I make this declaration of my own

4  personal knowledge and, if called as a witness at trial, could and would testify as set forth

5  herein.

6  **I. SUMMARY**

7  I have been retained on behalf of Facebook to opine on the issue of (1) the

8  uniqueness and originality of the graphical user interface and features of Facebook, (2)

9  whether or not the graphical user interface and features of StudiVZ share a high level of

10  similarity to that of Facebook, (3) the likelihood that this similarity could result from

11  chance, or functional requirements of creating a social network website; and 4) that high

12  levels of similarity in graphical user interface and features are likely to cause confusion

13  for users.

14  Facebook has become one of the most popular social network sites on the Web by

15  creating a consistent and minimalist visual design, by initially focusing on academic

16  populations, introducing an aggregation service called the News Feed, and opening a

17  platform for third parties to develop applications for these sites. At the time Facebook

18  was initially developed, these features were creative and unique to Facebook. Users have

19  come to associate these features with Facebook. In addition, these innovations explain

20  the rapid adoption of Facebook, and are novel characteristics of the site.

21  I compared the user interface of Facebook and StudiVZ by analyzing user

22  interface elements both individually and in combination with other features. The degree

23  of similarity in appearance and functionality between these two sites is very high.

1

24      Based upon my analysis of the Facebook and StudiVZ sites, there exists unusual
25   similarities in the appearance of the sites including use of color gradients to create
26   highlights, how columns are laid out on the page, how profile fields are arranged on the
27   page, and limited use of graphics.  Similarities in other design mechanisms include a
28   focus on university populations, features such photo albums, groups and live chat; and
29   inclusion of third party applications. These similarities were not commonly shared by
30   other social network websites competing with these two sites at the time they were
31   developed, nor were they the result of more general design principles.

32      Based upon my analysis, the high degree of similarity in user interface between
33   the two sites creates the opportunity for confusion amongst users as to the provenance of
34   one of these websites.  This makes it highly likely that a user would reach the conclusion
35   that the sites are affiliated.  Given that elements like color use, graphics, and layout can
36   strongly affect how a user experiences a site, I feel that the potential for confusion can
37   have a strong effect on a site's user base.

38      Based upon my analysis, my conclusion is that Facebook and StudiVZ share a
39   similarity in graphical user interface, and have made similar design choices in a way that
40   is not a random effect, nor the result of following general website or specific social
41   network site design principles.  Given that my analysis shows that Facebook introduced
42   these features to the market often before other social network sites and always before
43   StudiVZ, the mostly likely explanation for this high degree of similarity is that StudiVZ
44   has copied design decisions made by Facebook.

45
46
47

2

47    **II. THE FACEBOOK USER INTERFACE IS UNIQUE AND ORIGINAL**
48

49    In my opinion, based on my analysis, Facebook has a unique and original user

50    interface that set it apart from other social network sites popular at the time Facebook

51    entered the market. Additional features were added after the launch of Facebook that

52    compounded the uniqueness of their user interface. These elements are described in detail

53    below, but include:

54    • Graphical user interface

55    o Minimal use of graphics

56    o Constrained color selection

57    o Low-level of customizability

58    • Differences in features

59    o University population centricity

60    o Profiles fields that are tied to offline interactions

61    o The "News Feed" to highlight activity

62    o Developer's Platform to encourage third party innovation

63    **A) Facebook Entered a Crowded Field of Social Network Sites.**

64    The choices in user interface made by Facebook were a strong differentiating

65    factor in the large field of social network sites that were active in 2004, when Facebook

66    was first launched. This section provides a context for what the market looked like when

67    Facebook was first created, and explains why these design choices were important for

68    establishing a foothold in that market.

69    Facebook, as of early 2008, surpassed MySpace as the most popular social

70    network site in the world (See Figure 10 in Appendix A for a breakdown of site traffic

71    rankings). Social network sites are increasingly popular destinations for users of the

72    World Wide Web. Studies of students at U.S. universities have shown that between 94%

73    and 98% of students maintain at least one profile on a social networking site. The Pew

74    Internet and American Life Project has conducted surveys showing that youth ages 8

75    through 17 are active participants in social network sites[1]. Traffic to social network sites

76    continues to grow as more segments of the population join these sites. According to

77    researchers of these sites, social network websites have three main characteristics[2]. First,

78    users can create a profile where they can list information about themselves. Second,

79    users can articulate a list of other users with whom they have a connection. Third, users

80    may view and traverse their connections, as well as those made by others. These

81    characteristics make social network websites unlike other online destinations, even those

82    where users may interact with one another.

83         Facebook was started in February 2004 by a student at Harvard University named

84    Mark Zuckerberg. It originally was open only to Harvard University students, half of

85    whom joined the site by the end of February. In March 2004, Facebook was opened to

86    Stanford, Columbia, and Yale universities. More universities were added until

87    September 2005, when high school students were also allowed to access the site. In

88    2004, when it launched, Facebook faced a competitive landscape comprised of MySpace,

89    Orkut, Friendster, LinkedIn, BlackPlanet, Last.fm, Flickr, and other social network sites.

90
91
92

_(handwritten margin notes:)_ *Def'n of features of SNS* ; *Admittedly features of Facebook* ; *Competitors to Facebook*

---

[1] http://www.pewinternet.org/PPF/r/172/report_display.asp
[2] boyd, d. m., & Ellison, N. B. (2007). Social network sites: Definition, history, and scholarship. Journal of Computer-Mediated Communication, 13(1), article 11. http://jcmc.indiana.edu/vol13/issue1/boyd.ellison.html

92       **B) The Facebook User Interface Is Unique and Original**
93

94       A graphical user interface ("GUI") refers to the visual design and structural

95   display elements of either software or a web-based application accessible through a

96   website, including social network sites. The GUI defines the unique experience that a

97   user has while using a website. The visual design aspect of a GUI may include elements

98   like color palettes, fonts, use of white-space, and the shape, size, and locations of these

99   elements as well as the fields and content are laid out.

100      The interface is important in creating a relationship between the user and the

101  application, and in fostering the relationships amongst users that are the key to success of

102  a social network site. Once a user has become associated with a particular social network

103  application, the interface provides the visual and operational cues for the user to confirm

104  his or her use of, and place in, the community. Many elements of a user experience will

105  be shared across different sites, but those elements that are unique or novel to a particular

106  site are integral to a site's competitive advantage. If user experience were the same for

107  all sites, there would be no differentiation between them, and no reason for users to pick

108  one site over another. This is even more important for "Web 2.0" sites like social

109  network sites depend on robust user-generated content as part of their value proposition.

110  That environment then becomes what the user values about the site.

111      In a particular genre of website, such as social network sites, designers will try to

112  create a user interface that differentiates them from other sites that provide the same basic

113  services. If two sites are both providing the functionality of a social network site, then

114  the way to make an experience distinct for a user is to offer a superior interface. This

115  differentiation includes both visual effects like layout and color choice, as well as

5

116    structural effects like which profile fields to include, and how information is collected

117    and presented. Consequently, user experience of the interface includes both the visual

118    elements of how a site is laid out, and also the structure of that site and how it guides the

119    user experience.

120    In the analysis below, I compare Facebook largely with MySpace. I am familiar

121    with, and have reviewed, other popular social network sites at the time. MySpace,

122    however, was the dominant player in the SNS market at the time Facebook was launched.

123    Consequently, it was with MySpace that Facebook was directly competing for market

124    share at that time.

125                **(1) Facebook Uses Minimal Graphics.**

126    Facebook uses very few graphics in its pages, with the dominant graphics on the

127    profile page being the user picture, and a small advertisement. This contrasts with

128    MySpace especially, which uses heavy graphics to create a design environment that

129    evokes a more "wild" graphical user interface. By constraining the number of pictures on

130    the pages, Facebook by contrast evokes a more "modernist" graphical user interface. In

131    comparison to other sites evaluated for this analysis, Facebook uses the fewest graphics

132    amongst other social network sites. For example, the introduction page of Facebook

133    includes one simplified figure, whereas MySpace includes more that 14 photos. The low

134    use of graphics also contributes to a higher amount of white space, which in design is

135    known to evoke a feeling of modernism and simplicity (See Appendix A for a list of sites

136    included in this analysis).

137

6

137        **(2) Facebook Uses a Constrained Selection of Colors**

138        Color is commonly used to draw attention to different areas of pages in websites.

139   Facebook uses unusually few colors outside of pictures on the site. Its dominant color is

140   a shade of blue, with a gradient of the same color used to create highlights. Amongst the

141   social network sites studied for this analysis, it is very uncommon to use so few colors

142   (See Appendix A for a list of sites included in this analysis). This choice compounds the

143   sense of modernism and simplicity described above, as multiple colors can also clash, or

144   add to a sense of "busy-ness" on a page.

145        **(3) Facebook Constrains the Customizability of Pages.**

146        MySpace allows users a high degree of control over how their profile pages look,

147   which led to very heterogeneous appearance of user profiles, with high use of background

148   wallpaper, mismatched colors, or automated songs employed by users to individualize

149   their pages. Facebook innovated by enforcing its minimalist aesthetic on its users, with a

150   consistent layout to user profiles that did not employ either heavy customization or

151   graphics. Figure 11 in Appendix A shows a sample of two profile pages from the current

152   versions of MySpace and Facebook. Despite small changes in the appearance over time,

153   the gestalt difference is still apparent, as MySpace allows a user to choose among 16

154   different themes, while for Facebook all users have the same basic user interface. Other

155   social network sites have differing levels of customizability, but Facebook is among the

156   most constrained in terms of how users can affect their graphical user interface. This has

157   the effect of creating very consistent views across profiles, leading to a higher awareness

158   of Facebook as the platform for the interaction.

159

160

7

160         **(4) Facebook's Design Is Very Recognizable.**

161         The combination of these graphical user interface elements, combined in a gestalt,

162   create a unique design that is highly associated with Facebook. This design can be

163   described as "modern" or "elegantly simple", but the key elements are the use of white

164   space, few graphics, and limited colors which are then enforced on a uniform basis to

165   create a consistent appearance for users who may be viewing the site on multiple types of

166   hardware and software platforms.

167

168         **C) Facebook Has Employed Other Unique and Original Features.**

169         This section describes the choices of Facebook that were significant in creating a

170   unique and original application for users.

171         **(1) Initial Focus on Academic Populations**

172         At the time Facebook was introduced, the most popular social network site in the

173   United States was MySpace, with other sites like Orkut and Friendster holding distant,

174   second-tier popularity. Most social network sites popular at the time Facebook was

175   launched targeted users based on shared interests, rather than shared offline affiliations.

176   These included interests such as shared ethnic backgrounds (BlackPlanet, MiGente,

177   AsianAvenue) or content sharing (Flickr, Last.fm). MySpace, originally developed to

178   support fans of music groups, was well known for allowing a very open membership, and

179   consequently both users and popular press reports of the time had a narrative based on

180   highly distrusted interactions where there was little anticipation of future interaction.

181   Facebook innovated by initially making membership dependent on having a domain

182   specific email address. For example, a person could not join the Harvard Facebook

8

183   network unless they provided an @harvard.edu email address to gain entrance. This

184   jump-started trust among users, and made the space feel more constrained and safe than

185   previous social network sites. Academic research has shown there remains a divide

186   between users of MySpace and Facebook, with Facebook the dominant platform for

187   student users[3].

188   **(2) Profile Fields Tied to Offline Interaction**

189   At the time Facebook was created, the information that social network sites like

190   MySpace and Friendster elicited through profile fields centered on personal preference

191   information, like favorite movies and books. While Facebook included fields like that as

192   well, it made the additional decision to include profile fields that evoked offline identity,

193   including classes people were in, which dorm they lived in, and even their home address

194   and phone numbers. This decision to include such identifying profile information was a

195   repudiation of the obscured identity information of other social network sites at the time.

196   When a site includes fields such as real name, hometown, high school, courses and other

197   such offline-oriented profile options, they are harder to fake than items like favorite

198   music, movies, or books. Because these fields are harder to fake, it creates more trust in

199   the system overall. It has been shown that the inclusion of these identity features is

200   associated with more commitment to Facebook by users, more friends on the site, and

201   higher rates of participation[4]. Using fields tied to offline interactions helps to connect the

202   user experience to their offline networks, like the university. This means that the

---

[3] Hargittai, E. (2007). Whose space? Differences among users and non-users of social
network sites. Journal of Computer-Mediated Communication, 13(1), article 14.
http://jcmc.indiana.edu/vol13/issue1/hargittai.html

[4] Lampe, C., Ellison, N. and Steinfield, C., A Familiar Face(book): Profile Elements as
Signals in an Online Social Network. in Conference on Human Factors in Computing
Systems, (San Jose, CA, 2007), ACM Press.

9

203    decision to include this set of profile features was important to making the site

204    compelling for users.

205    **(3) Use of the "News Feed" to Highlight Activity**

206    In September 2006, Facebook made the further innovation of the News Feed,

207    which is a log of changes made by "friends" of the user in the system. In an academic

208    paper we showed that user commitment to Facebook, measured in a variety of ways,

209    increased markedly after the introduction of the News Feed. After the introduction of the

210    News Feed, users reported they felt Facebook was more important to their life, that they

211    would miss Facebook more if it went away, that they are proud to tell people they are on

212    Facebook and many other positive associations with the site[5]. In my opinion, the News

213    Feed created a "stickiness" to Facebook that caused users to have a reason to come back

214    to the same site multiple times per day.

215    **(4) Developers Platform to Encourage Third Party Innovation**

216    On March 24, 2007, Facebook opened their developer's platform, which allowed

217    for third parties not associated with the site to develop applications that would operate on

218    the Facebook site. These applications include games, connections to other media sites

219    (for example connecting Flickr to Facebook), or social applications like environmental

220    information. These applications created a reason for users to come to the site more often,

221    as they play games with their connections over the site, or as Facebook acts as a hub for

222    their other online interactions.

---

[5] Lampe, C., Ellison, N. and Steinfield, C. (2008) Changes in Participation and
Perception of Facebook. ACM Conference on Computer Supported Cooperative Work.
November 8-12. San Diego CA.

| 223 | Consequently, the success of Facebook can be linked to the crucial innovations |
| 224 | bulleted below. Facebook would not have been able to achieve its current popularity |
| 225 | without having made these decisions. |
| 226 | • Focusing initially on university populations to import offline trust online. |
| 227 | o February 2004 |
| 228 | • Creating a user interface with a minimalist aesthetic and requiring its use |
| 229 | by all users. |
| 230 | o February 2004 |
| 231 | • Use of profile fields that are more tightly tied to offline identity. |
| 232 | o February 2004 |
| 233 | • Introducing the News Feed, which made it easy for users to track the |
| 234 | activities of their networks. |
| 235 | o September 2006 |
| 236 | • Opening application development, which allowed third parties to create |
| 237 | applications that increased the "stickiness" of the site. |
| 238 | o March 2007 |
| 239 | **D) Facebook Design Decisions Were Not Dictated by the Functional** |
| 240 | **Requirements of Social Network Sites.** |
| 241 | The innovations in user interface made by Facebook did not stem from the |
| 242 | functional requirements of making a social network site operate. As mentioned above, a |
| 243 | social network site is comprised of a profile, a list of friends, and the ability to browse |
| 244 | that friends list. Decisions like population of focus, which fields will be used to construct |
| 245 | that profile, or how the information is presented to the reader is all up to the discretion of |

11

246     the site designer. Facebook had many options for how it designed any of the features

247     mentioned above, and if they had made different decisions, in my opinion they would

248     have either not become popular, or their rate of growth would have been very different.

249     Many other social network sites were designed and made public at the same time, each

250     having made different decisions about the dimensions of design listed above. None of

251     these sites have achieved the popularity of Facebook. In my opinion, the decisions about

252     how to construct the site were strategic choices made by the creators of the site, and did

253     not result from a natural extension of general social network site design.

254
255 **III. FACEBOOK AND STUDIVZ SHARE AN UNLIKELY SIMILARITY IN**
256 **USER INTERFACE.**
257
258     In my opinion, Facebook and StudiVZ share a high degree of similarity in user

259     interface, including both the graphical elements of that interface, as well as the

260     interaction features of the interface. These similarities are highlighted below:

261     • Similarities in graphical user interface

262          o Color gradients are used similarly in the two sites

263          o Both sites use few graphics, creating more whitespace

264          o Columns are sized and laid out similarly between the two sites

265          o Similar wording has been used between the two sites

266          o Features are laid out similarly in the two sites

267     • Similarities in features

268          o Focus on an academic population and "networks"

269          o Use of profile fields that evoke offline interaction

270          o A public area for "friends" to post comments

12

271          o  Groups

272          o  Photo Posting

273          o  Live Chat

274
275        **A) Similarities between the Appearance of Facebook and StudiVZ**
276
277        In my analysis of the similarities in appearance between Facebook and StudiVZ, I

278    have examined all available pages for each site, including login, profile, search, terms

279    and conditions, and application pages. In the Appendix, I typically use either login or

280    profile pages to illustrate key points, but the points being raised should be generalized

281    across all pages on the Facebook and StudiVZ sites. In my analysis, I noticed that

282    Facebook and StudiVZ share many similar features, as well as overall similarities in

283    appearance. Both sites include a type of News Feed, even though this is not a function

284    other social network sites employ. Each site allows for posting to a public area, called

285    the "Wall" in Facebook. This type of feature is also not used in other social network sites

286    examined below. In many cases, there are minor differences between how features are

287    expressed in Facebook and StudiVZ, but these changes are minor, and do not affect the

288    graphical user interface similarities that are being identified.

289        **(1) Color Gradients Are Used Similarly in the Two Sites.**

290        Color choice on Facebook and StudiVZ shares a similar use of color gradients to

291    create a peculiar user interface. While the sites use different tones to their color, the

292    contrast between a dark shade and a light shade is unusually similar in the two sites. The

293    figure below shows the header bar for Facebook and StudiVZ.

13



294

295

296       Although the colors are different, the use of a main color with a matched, lighter

297 version abutting it creates a color gradient. This similarity is made even more stark by

298 the use of white text in the headers and the match of the login button to the primary color

299 in the header.

300       The figure below compares color choice of two popular websites archived in

301 December 2006, the same period as the figures above. The first, MySpace, is popular in

302 North America. The second, Bebo[6], is popular in Europe, particularly the United

303 Kingdom.

304

305

306       In both cases, alternate colors are used to make contrasts, but not with the

307 matched combination as used in the Facebook/StudiVZ example. It is my opinion that

---

[6] http://www.bebo.com

14

308  comparing any two sites on the Web would make it extremely unlikely to find a use of

309  colors as similar to that between Facebook and StudiVZ. In the multiple social network

310  sites that were reviewed for this study, that same use of gradients was not replicated in

311  any other sites.

312      This similarity in color use is articulated in profile pages as well as in the main

313  bar at the top of the page. In the figure below, which are details taken from Figures 8 and

314  9 in the Appendix, a section of the profile is headed by a light bar highlighted with a

315  darker version of the same color at the top. This is similar to the figure shown above,

316  using two versions of a color to highlight an area of the page. In addition, both versions

317  use the highlighting color as the font color in the header.

Mini Feed

You have no current activity

318

Verbindung

319                              Das bist Du

320      **(2) Both Sites Use Few Graphics, Creating More Whitespace.**

321      Based upon my analysis, Facebook and StudiVZ both use fewer graphics,

322  including photos and icons, than is typical, especially for other social network websites.

323  Examining Figures 2 and 3 in Appendix A, the welcome and login screens for both sites,

324  the only graphic used is a small logo in the upper left hand corner of the page. MySpace

325  (Figure 4, Appendix A) has 14 graphics on its login screen. Bebo (Figure 5, Appendix

326  A) has 13 graphics on its login page. With the exception of Orkut, all other social

15

327    network websites included several times more graphics than either StudiVZ or Facebook,

328    which only included one graphic each.

329          The two sites being compared here used very few graphics in their profile pages.

330    On the profile page, the dominating graphic is the user picture. Other graphical elements

331    on Facebook include small icons for some applications on the site. However, overall

332    profile pages for both sites use white space and few graphics to create a minimalist

333    appearance. MySpace, Skyrock and Bebo all had profile pages that included many more

334    graphics (especially including sophisticated Flash based advertisements) than either

335    StudiVZ or Facebook. Other websites may be found that use few graphics, but typically

336    those sites were developed in an earlier period of the Internet. Using few graphics is a

337    purposeful design decision being made by these two sites, used to differentiate

338    themselves from highly cluttered, customizable social network sites like MySpace.

339          **(3) Columns Are Laid Out Similarly between the Two Sites.**

340          Based upon my analysis, the columns in which content is laid out on both

341    Facbeook and StudiVZ are highly similar. In website design, content is typically laid out

342    in a series of columns. As can be seen in Figures 4 and 5, both Facebook and StudiVZ

343    have login pages with a 2-column layout, one short column to the left with a larger

344    column to the right. The size of each of these columns is the same for both sites, with

345    extremely similar pixel widths in the columns for both sites. When analyzing other

346    websites, that particular choice of columns with specific pixel widths could not be found

347    at such a precise match. When applying that analysis to social network websites, while

348    many of the sites examined here used two columns, none used them with the specific

349    column widths as Facebook and StudiVZ.

16

350    For profile pages, both Facebook and StudiVZ use a 3-column layout, with the

351    shortest left-hand column used for search and navigation, the middle column for the user

352    photo and network information, and the right photo as the widest column containing user

353    information. Three-column layouts are common in Web design, and it's a general

354    technique to place navigation features in the left-most column on the page. However, the

355    columns for these two sites are exactly the same width, and arranged in the same pattern.

356    When looking at profile pages for other social network sites, this pattern is not replicated,

357    so the similarity does not result from a requirement of creating a social network website.

358    The figure below is a detail from Figures 12 and 13 in Appendix A, illustrating

359    the matching columns described in the analysis above.



360

361

17

361     **(4) Similar Wording Has Been Used between the Two Sites**

362     Another area of high similarity between the two sites includes word choice, even

363     though one site is in German and one in English. In the detail below, each site uses very

364     similar terms in the upper right corner. For example the word "login" matches to

365     "einloggen"; "register" to "Immatrikulieren"; "about" to "ueber uns" and "help" to

366     "hilfe" Although other sites might use terms like this as well, the match between the

367     wording of the terms, laid out in exactly the same fashion, is unlikely to occur by chance.

368

369

370     **(5) Features Are Laid Out Similarly between the Two Sites.**

371     Based upon my analysis, both sites have highly similar layouts for features and

372     profile fields on their user pages. As mentioned above, the user pages for both sites are

373     laid out in a three-column manner. While it is common for the left-most column to

374     include navigation information, it is less common for that column to hold the login fields

375     (which are typically in the upper right of the screen) or advertisements (which are usually

376     above the top bar, or on the right side of the screen). In searching other sites, it would be

377     possible to find one or the other of these layout decisions in existence, but the

378     combination is very rare, and not the result of random chance or following set Web

379     design principles.

380     The middle column of the user page is highly similar between the two sites. In

381     both cases, the middle column includes visual design elements very important to a social

18

382 network site: the user picture, the network of friends held by that user, and a means to

383 connect to that user. In other social network sites studied for this analysis, these features

384 were laid out very differently to create different appearance from either StudiVZ or

385 Facebook.

386 The right-most column of the user page is highly similar between the two sites. In

387 both Facebook and StudiVZ, the right-most column contains user fields divided into

388 boxes. As seen in Figures 8 and 9, as well as 12 and 13, in Appendix A, arranging all of

389 these fields into one column, in that area of a page, and using boxes to separate categories

390 of fields is something peculiarly similar between Facebook and StudiVZ, and is not

391 shared by other social network sites.

392
393 **B) Similarities between Features and Populations of Facebook and StudiVZ**
394

395 **(1) Focus on Academic Populations and Networks**

396 Both Facebook and StudiVZ started their operations by focusing on university

397 students. Although Classmates.com had a similar model in the U.S., it was a pay site and

398 did not have the participation rate of Facebook. Bebo in the U.K. also targeted student

399 populations, but did so very differently than both Facebook and StudiVZ. Both of these

400 latter sites divide users into "networks", which is an affiliation most commonly based on

401 university membership (as defined by email address). Additionally, the default settings

402 of both sites are such that only people in the same network are able to view each others'

403 profiles without "friending" one another first.

404 This is an important user interface decision, because it uses the sense of common

405 affiliation shared by members of the same offline network to facilitate trust in the online

19

406    network. For example, students at one university have a high chance of meeting one
407    another, and are fairly similar to each other. Constraining profile visibility to just that set
408    of people in the offline network can give the impression that participation in the online
409    social network is less dangerous because of that. Both Facebook and StudiVZ have made
410    this design decision, which is not shared by other social network sites. These other sites
411    typically target global populations, or remain embedded in shared interests rather than
412    shared affiliations.

413        In addition to this population being highly similar, how the friends and networks
414    are laid out very similarly on the profile page. In the left hand column of the page,
415    beneath the profile picture, three very similar pieces of information tied to networks are
416    laid out in exactly the same way. In order, there is a box showing which friends you
417    share with that person, a subset of pictures of friends of the person, and a list of networks
418    in which that person has friends. This set of information, tied explicitly to the novel
419    network architecture, and laid out in exactly the same way on the page is extremely
420    similar between the two sites.

421        The figure below is a detail from Figures 12 and 13 in Appendix A, illustrating
422    the matching columns described in the analysis above. Note that for each site exactly six
423    friends are shown, and that "Friends in Other Networks" has an extremely similar
424    appearance between the sites.

20



425

426        **(2) Use of Profile Fields that Evoke Offline Interaction**

427        As described above, profile fields that help orient a person offline helps users to

428    both find distant friends using a social network site, as well as providing a sense of future

429    offline interaction for users. Including fields like hometown, secondary school,

430    workplace and significant other are more important for fostering interactions than easy-

431    to-fake information like musical interests or favorite books.

432        Both Facebook and StudiVZ heavily use these types of user profile fields, placing

433    them in a primary spot (top center) of the profile page where they are likely to be noticed.

434    Most other social network sites do not include these offline identifiers, and never in such

435    quantity as Facebook and StudiVZ. The types of fields included by both sites are also

436    extremely similar. Fields for birth date, contact information, hometown, secondary

437    school,

21

438        In addition to these offline orienting profile fields, Facebook and StudiVZ share a

439 highly similar set of profile fields related to personal interests. This includes political

440 affiliation, which no other social network site reviewed here includes, as well as interests,

441 clubs, and other "taste" fields. The combination of types of fields, and their inclusion

442 immediately following the offline oriented profile fields is extremely similar between

443 Facebook and StudiVZ.

444        The figure below is a detail from Figures 12 and 13 in Appendix A, illustrating

445 the matching columns described in the analysis above. Note the match in the types of

446 fields included, which are dissimilar from other social network sites included in this

447 analysis. These fields, in particular, are tied to offline networks. Also, the appearance of

448 profile fields is very matched, with a color subheading, and two column layout.

450 **(3) A Public Area for "Friends" to Post Comments**

451        Both Facebook and StudiVZ include a public area attached to the profile where

452 friends of the user may leave public messages. Referred to as the "Wall" on Facebook

22

453 and the "Pinnwand" on StudiVZ, this area is important because it creates a sense of

454 activity on the site, and allows users to exchange brief, personal messages.

455       Facebook and StudiVZ not only both include this feature, but the expression and

456 design of the feature is highly similar between the two sites. In both cases, the feature is

457 displayed in the large middle column towards the bottom. In both, a picture of the

458 message writing friend is included to the left of the message. In both sites, the ten most

459 recent posts are shown, and in both sites users can respond directly to the message from a

460 direct link within the message. The figure below includes details from Figures 12 and 14

461 in Appendix A. Note the similarity of how messages are displayed. For example, in the

462 upper right of each example is a small area for "Write Something | See All" on

463 Facebooks page, which is matched with highly similar terms in the StudiVZ example.



464

465            **(4) Groups**

466       Facebook and StudiVZ share two striking similarities in how users may form

467 groups. First, in both sites the groups that the member belongs to are displayed in the

468 central column of the profile page, in a list ordered by the group most recently joined (as

469 opposed to alphabetical).

23

470     The pages for Groups also display striking similarities. A picture describing the

471     group is in the same spot in the upper right-most column. The middle column includes

472     very similar features, including a description of the group, photos of members of the

473     group, and an area for group members to post comments. This combination of profile

474     fields laid out in exactly this fashion is extremely similar between the sites.

475     **(5) Photo Posting**

476     Both Facebook and StudiVZ allow for posting of pictures to the site using,

477     "albums" to organize sets of photos. While other social network sites also allow picture

478     posting, for both Facebook and StudiVZ there is a similar interface for inputting photos,

479     and for displaying those photos in albums. In addition, both sites allow users to "tag"

480     photos of friends, associating a user name with a photo. While keyword tagging has been

481     used in other sites, profile tagging is uncommon, and only shared by Facebook and

482     StudiVZ in this analysis.

483     **(6) Live Chat**

484     In April of 2008, Facebook implemented a live chat feature. This allowed users

485     of Facebook to chat with members of their friends list while logged into the site. In

486     August of 2008, StudiVZ added a similar feature. Live chat is not a feature of other

487     social network sites reviewed for this analysis. By including live chat, it increases the

488     likelihood that users will engage in the site as a hub for communicating with friends.

489     Consequently, live chat is an important feature for increasing interaction between users

490     on the sites.

491

491
492    **C) Facebook Was the First to Implement Features in Question**
493
494    Facebook was already a popular site at the time StudiVZ was developed and made

495    public, and the user interface introduced by Facebook predates that of StudiVZ by 9

496    months. The images below show the earliest examples of pages from Facebook and

497    StudiVZ taken from the Internet Archive where this similar appearance is in evidence.



November 24, 2005



December 16, 2005

498

499    Previous to this date, Facebook had a slightly different interface, but StudiVZ

500    adopted this user interface almost from inception. The appearance of these two pages is

501    unusually similar, with the highlighting colors analyzed above, and similar use of white

502    text in the headers. In my opinion, it is clear that Facebook adopted this look previous to

503    StudiVZ, and given the high degree of similarity between these two sites and the lack of

504    such similarity with any other social networking sites, it is reasonable to conclude that

505    StudiVZ copied Facebook's interface, many of its significant features, and choices of

25

506    target audience. Examining captures of the pages from the Internet Archive across

507    multiple times, it is clear that Facebook has published this user interface previously to

508    StudiVZ.

509    This high level of similarity does not result from a function of creating a social

510    network site. As listed above, the only requirements needed to be a social network site

511    are a user profile, a list of friends, and the ability to view others' friends. The design

512    decisions detailed above are additional measures used to create a unique and original

513    experience within a site, and differentiate participation on one site from another.

514    In my opinion, the only way these two user interfaces could match so closely is if

515    one were copied from the other. Given that the evidence shows Facebook was the first to

516    implement this user interface, I find it highly likely that StudiVZ copied their design from

517    Facebook.

518
519
520    **IV. USERS ARE LIKELY TO CONFUSE THE SOURCE OF STUDIVZ AND**
521    **STUDIVZ WILL IMPROPERLY BENEFIT FROM ITS COPYING**
522
523    In my opinion, given the timing of introduction of the two sites, the high level of

524    similarity in graphical user elements, shared population, and set of features between the

525    two sites make it very likely that some users would believe that StudiVZ was either made

526    by or otherwise authorized by and emanated from Facebook.

527    The user interface of a site defines how users experience that site, understand its

528    brand, and share their experiences with other potential users. In an online environment,

529    where the interface can be controlled by the user through screen size and resolution,

530    browser choice, or feature customization, establishing a stable appearance creates a

531    consistency for a site that translates across whatever other hardware or software the

26

532    audience is using. As pointed out above, the population of social network sites has also

533    given clues on the use of these sites, as in MySpace being centered on fans of music

534    groups.

535        Color differences are not sufficient to differentiate sites and their provenance.

536    The figure below shows profile pages from the high school version of StudiVZ, the

537    university version of StudiVZ, and the main profile of Facebook. Adding additional

538    color schemes, but maintaining the same use of color gradients, minimalist layout, and

539    use of columns adds to the confusion experienced by users, rather than reducing it.



540

541        User interface and features are "sticky" for the reasons outlined above, but also in

542    the sense that users become to the relationship of particular visual cues to features in their

543    use of software applications. Changing an application often requires a substantial new

544    investment of time to learn the interface, and to become accustomed to the interaction

545    between visual design, usability, and features. By copying Facebook's interface and

546    features, StudiVZ sought to deprive users of a reason to move to Facebook when that site

547    entered the German market. An effect of this is that German users who might otherwise

548    adopt Facebook did not do so.

27

549

## V. RESEARCHER BACKGROUND

### A. Qualifications

My background and expertise that qualify me as an expert in this matter are as follows.

I have a Ph.D. and M.S. in Information from the University of Michigan, and a B.A. degree with Highest Honors in psychology from Kalamazoo College.

I have been involved in research on Human-Computer Interaction for the past seven years, focusing on online socio-technical interactions that are variously described as "online communities", "Web 2.0", "social computing", or "interactive media". I have been a faculty member at Michigan State University since 2005 where I perform research and I teach in the areas of social computing, computer-supported cooperative work, user experience design, and usability, among others. I consider myself an expert in these areas.

I have authored or co-authored several articles in peer-reviewed journals, conference proceedings, texts, and articles in these and other areas. As research in social networks is nascent, my co-authors and I are heavily cited in current research on social network sites. I am currently an Associate Chair for the Association for Computing Machinery's (ACM) conference on Human-Computer Interaction, a member of the Program Committee for the ACM Conference on Groupware, the conference on Communities and Technologies, ACM Conference on Recommender Systems, and have served as an associate chair for the Social Networks track of the World Wide Web conference.

28

572        I have served on proposal review panels for the National Science Foundation and

573    the National Science Council of Ireland. In addition, I have received major funding

574    support for research in social computing and social networks from agencies including the

575    National Science Foundation, the United States Department of Agriculture, and the Great

576    Lakes Protection Fund.

577        I have worked for, and had research collaborations with, companies such as IBM

578    research, where I consulted on an internal social network system, and at SourceForge Inc.

579    where I was an user experience designer. In addition, I have given many invited talks

580    related to social computing and social network systems at organizations including

581    Microsoft, Google, IBM, and many universities and community groups.

582        A detailed record of my professional qualifications, including a list of

583    publications, awards, and professional activities, is provided in the curriculum vitae

584    attached as Appendix B.

585

586    **B. Materials Considered**

587        In forming the opinions described herein, I have considered the following

588    documents:

589        - Facebook and StudiVZ pages from the Internet Archive website

590    (http://www.archive.org/web/web.php). The Internet Archive is a non-profit, open source

591    project that downloads copies of websites on a regular basis. Copies of Web pages are

592    kept in distributed servers and made available for public access. All images used for this

593    analysis are available in Exhibit A.

29

594      - Competing social network website pages taken from the Internet Archive. All
595    images used for this analysis are available in Exhibit A.

596      - Captures of Facebook and StudiVZ pages provided by Facebook, Inc. though
597    Orrick, Herrington &Sutcliffe, LLP.

598      - Field notes from research projects on social network sites over the past several
599    years.

600      - Academic papers I have written, as well as the body of work that exists on social
601    network sites, with which I am very familiar.

602      - My own experience with multiple social network websites in both research and
603    practice over the past several years.

604

605    **C. Compensation**

606    I am being compensated for my work in this matter at the rate of $250 per hour
607    plus expenses.

608

609    **VI. CONCLUSION**

610    Based upon my analysis, my conclusion is that Facebook and StudiVZ share a
611    similarity in user interface, and have made similar design choices in a way that is not a
612    random effect, nor the result of following general website or specific social network site
613    design principles.

614    I reserve the right to supplement or amend my opinions in light of any additional
615    evidence, testimony, or information that may be provided to me after the date of this

30

616   report. I also reserve the right to supplement or amend my opinions in response to any

617   expert declarations served by any other party in the lawsuit.

618
619   I declare under the penalty of perjury that the foregoing is true and correct. Executed on
620   the 18th day of November 2008 at East Lansing, MI, USA.
621
622
623
624
625
626
627
628   Cliff Lampe, Ph.D. _____
629

31

# Clifford A.C. Lampe

Department of Telecommunications,
Information Studies, and Media
Michigan State University

Email: lampecli@msu.edu

Phone: 734-383-5242

## Education

**Ph.D., Information,** University of Michigan, Ann Arbor, MI, November 2005.
    **Dissertation:** *Ratings Use in an Online Discussion System: The Slashdot Case.*
    **Advisor:** Dr. Paul Resnick
    **Special areas of interest:** Online communication; recommender and reputation systems; human-computer interaction; computer-supported cooperative work.

**B.A.,** magna cum laude, with honors in Psychology, Kalamazoo College, Kalamazoo, MI 1996

## Principal Publications

Lampe C., Ellison, N. and Steinfield, C. (2008) **Changes in Participation and Perception of Facebook.** ACM Conference on Computer Supported Cooperative Work. November 8-12. San Diego CA.

Steinfield, C., Ellison, N. and Lampe, C. (In Press) **Social capital, self-esteem, and use of online social network sites: A longitudinal analysis.** Journal of Applied Developmental Psychology

Ellison, N., Steinfield, C., and Lampe, C. (2007) **The Benefits of Facebook "Friends:" Social Capital and College Students' Use of Online Social Network Sites.** Journal of Computer-Mediated Communication 12 (4), 1143-1168

Lampe, C., Johnston, E., and Resnick, P. (2007) **Follow the Reader: Filtering Comments on Slashdot** Proceedings of the ACM Computer-Human Interaction Conference. April 2007. San Jose CA.

Lampe C., Ellison, N., and Steinfield, C. (2007) **A Familiar Face(book): Profile Elements as Signals in an Online Social Network.** Proceedings of the ACM Computer-Human Interaction Conference. April 2007. San Jose CA.
Lampe, C., Garrett, K. (2007) **It's All News to Me: Effects of Instruments on Rating Provision.** Submitted 2007 Hawaii International Conference on System Sciences (HICSS).

Lampe, C., Ellison, N., Steinfield, C. (2006) **A Face(book) in the Crowd: Social Searching vs. Social Browsing.** ACM Conference on Computer Supported Cooperative Work. Banff, VC.

Margaret L. Hedstrom, Christopher A. Lee, Judith S. Olson, Clifford A. Lampe **"The old version flickers more": digital preservation from a user's perspective."** The American Archivist 69:1 (2006).

Lampe, C. and E. Johnston (2005). **Follow the (Slash) dot: Effects of Feedback on New Members in an Online Community.** International Conference on Supporting Group Work, GROUP '05, Sanibel Island, FL, ACM Press.

Lampe, C. and Resnick, P. (2004) **Slash(dot) and Burn: Distributed Moderation in a Large Online Conversation Space.** Proceedings of the ACM Computer-Human Interaction Conference. April 2004. Vienna, Austria.

Lampe, C. and Resnick, P. (2004) **Recommender and Reputation Systems.** In "Berkshire encyclopedia of human-computer-interaction". Ed Bainbridge, W.S. Berkshire Publishing Group, Great Barrington, MA.

Hedstrom, M. and Lampe, C. (2001) **"Emulation vs. Migration: Do Users Care?"** RLG Diginews. http://www.rlg.org/preserv/diginews/diginews5-6.html#feature1

## Presentations

2008 Rural Youth and Technology. Microsoft Social Computing Symposium. October 3, 2008.

2008 Longitudinal Effects of Facebook Use. Human-Computer Interaction Symposium. University of Illinois at Urbana-Champaign. September 12, 2008.

2008 Exit Patterns in Online Communities. Short talk at the Distributed Innovation conference held by the Harvard Business School. August 5, 2008.

2008 Longitudinal patterns of Facebook use. Microsoft Faculty Summit. July 14, 2008.

2008 Participation Patterns in Online Communities. Human Computer Interaction Symposium. Carnegie Mellon University. April 23, 2008
*(This was a solo presentation to researchers at Carnegie Mellon by invitation.)*

2008 Innovations in Online Communities. DRUID/SCANCOR Workshop on Distributed Innovation. Stanford University. March 27, 2008.

2008 Facebook and Rural Youth. 4H Exploration Days. June 12, 2007.

2007 Online Identity in Facebook. Closing Plenary Panel. ACM Conference on Supporting Groups. (Sanibel Island, FL, 2007)

2007 Microsoft Research Social Computing Symposium, September 2007

2007 Effects of Facebook Use. Yahoo! Research. August 22, 2007

2007 IFIP Working Group 8.2: Virtuality and Virtualization; Panel presenter, July 2007

2007 Communities and Technologies 2007; Panel presenter "Working with Large Datasets" June 2007

2007 Microsoft Research Faculty Research Summit, July 2007

2006 Technology for the Non-Profit Sector; Grassroots Symposium. October 2006, Sault Ste. Marie, ON

2006 The Effects of Online Social Networking Systems: Lessons from Facebook Panel; 2006 ICA, Dresden Germany

2006 Managing Deviant Behavior in Online Communities Panel; 2006 ACM SIGCHI, Montreal, QC

2005 ACM-GROUP Conference, Sanibel Island. Keynote panel presenter.

2005   C. Lampe, "Talking politics on the side: political conversation on Slashdot," presented at Online Deliberation 2005 / DIAC-2005, Stanford, CA, 2005.

## Professional publications

Book Review:
"Everything Bad Is Good for You" Slashdot.org
http://books.slashdot.org/article.pl?sid=05/10/28/185213&tid=188&tid=6 (2005)

Book Review:
"Human Computer Interaction in the New Millennium." Slashdot.org
http://books.slashdot.org/article.pl?sid=02/04/24/1230251&mode=thread (2002)

Book Review:
"Design for Community" Slashdot.org
http://books.slashdot.org/article.pl?sid=01/11/27/167256&mode=thread (2001)

"On Preservation of Digital Information", Slashdot.org,
http://slashdot.org/features/00/02/22/1052257.shtml, (2000)

Book Review:
"Harnessing Complexity" Slashdot.org
http://books.slashdot.org/article.pl?sid=00/10/06/1444228&mode=thread (2000)

Book Review:
"The Social Life of Information" Slashdot.org
http://books.slashdot.org/article.pl?sid=00/06/12/1528236&mode=thread (2000)

Book Review:
"Designing Web Usability" Slashdot.org
http://books.slashdot.org/article.pl?sid=00/04/03/1210217&mode=thread (2000)

## Grants awarded

| 2006 | $12,000 | J-Lab; Great Lakes Wiki |
| 2007 | $400,000 | Kellogg Foundation: Social Networking in Rural Areas |
| 2008 | $389,000 | USDA: Social Networking for Rural Youth |
| 2008 | $448,000 | NSF: HCC Lifecycles of Participation in Online Communities |
| 2008 | $290,000 | GLPF: "IT transparency - Networked Neighborhoods." |

## Memberships in Professional Organizations/Elected Offices/Service

| 2010 | Videos Chair, ACM Computer Supported Cooperative Work |
| 2009 | Publicity Chair, ACM Group Conference |
| 2008 | Program Committee, ACM Human Computer Interaction |

| 2008 | Program Committee, ACM Computer Supported Cooperative Work |
| 2007 | Treasurer, ACM Recommender Systems Conference |
| 2007 | Student Volunteer Chair; Communities and Technologies Conference |
| 2006/7 | Student Volunteer Co-chair; ACM SICHI conference 2007 |
| 2005/6 | Student Volunteer Co-chair; ACM SICHI conference 2006 |
| 2002 | School of Information, University of Michigan. President, Doctoral Student Organization |

| ACM | Association of Computing Machinery |
| SIGCHI | ACM Special Interest Group on Computer-Human Interaction |
| AAPOR | American Association for Public Opinion Research |
| MOCHI | Michigan/Ohio Computer-Human Interaction |

## Teaching Experience

| 2006 | Assistant Professor, Michigan State University |
| 2004 | School of Information, University of Michigan, Graduate Student Mentor |
| 2002- 2003 | School of Information, University of Michigan, Graduate Student Instructor |
| 1997- | Institute for Social Research, University of Michigan: Interviewer Trainer |
| 1995-1996 | Kalamazoo College: Graduate Instructor in Psychology Department |

## International project experience

| 2000 | E-commerce and digital library consultant, University of Fort Hare, South Africa |
| 1996 | Exchange work focusing on mental health in Quito, Ecuador |

## Courses Taught

Michigan State University
  TC100: The Information Society
  TC201: Introduction to Telecommunication Technology
  JRN485: Wiki Creation for Citizen Journalism
  TC462: Social Computing
  TC960: Media and Technology

University of Michigan
  The Use of Information
  Survey Methods
  Usability Testing
  General Interviewing Techniques

Kalamazoo College
  Clinical Psychology Methods
  Abnormal Psychology
  Suicide Intervention

## Professional Experience

2003-2004    Usability Design Expert for OSDN and VA Software
2003         Knowledge Management Expert for ETAS
2002-2003    Information Technology Consultant for Washtenaw County (Volunteer)
1996-1999    Survey Specialist – Institute for Social Research

Supervisor – Patty Maher  (Associate Director of Survey Operations)
- pmaher@umich.edu
- 734 222 8903

Responsibilities
- Conducted all stages of production for the Survey of Consumer Attitudes, a national phone survey of RDD sample.
- Developed and implemented training for field interviewers at the Survey Research Center
- Organized, planned and implemented data collection for a range of surveys in multiple modalities.

Appendix A – Screen captures used for comparisons

Figure 1: Earliest versions of Facebook and StudiVZ look and feel available on the

Internet Archive.



November 24, 2005

December 16, 2005

Figure 2: StudiVZ login screen. Internet Archive September 23, 2006. Retrieved

October 12, 2008.



Figure 3: Facebook login screen. Internet Archive September 23, 2006. Retrieved

October 12, 2008.



Figure 4: MySpace login screen. Internet Archive September 23, 2006. Retrieved



Figure 5: Bebo login screen. Internet Archive September 23, 2006.  Retrieved October

12, 2008.



Figure 6: Skyrock login screen. Internet Archive September 23, 2006.  Retrieved October

12, 2008.



Figure 6. LinkedIn login screen. Internet Archive September 23, 2006.  Retrieved

October 12, 2008.



Figure 7. Orkut login screen. Internet Archive September 23, 2006.  Retrieved October

12, 2008.

Home | Join orkut | Media | Help

orkut Orkut is an online community that connects people through a network of trusted friends.

We are committed to providing an online meeting place for people to socialize, make new acquaintances and find others who share their interests. Join orkut now to create and connect with your own social circle.

who do you know?

Learn more about keeping orkut beautiful.

**login**
Sign in to orkut with your
Google **Account**

Username/Email. **clampe@gmail.com**
Password. [••••••]

Sign in

I cannot access my account
Sign in as a different user

If you don't yet have a Google
Account, enter your orkut username
and password.

If you have questions, please see our
orkut account FAQ

**Not a member yet? JOIN NOW**

In affiliation with Google

Figure 8. Basic Facebook profile page.  Provided by Facebook, Inc.



Figure 9. Basic StudiVZ profile page. Provided by Facebook,

Inc.



Figure 10:

Site Rankings in Global Web Traffic, derived from Alexa.com November 1, 2008.

Sites in bold are Social Network Sites.

| Site | Rank |
|---|---|
| Yahoo! | 1 |
| Google | 2 |
| YouTube | 3 |
| Windows Live | 4 |
| **Facebook** | 5 |
| Microsoft Network | 6 |
| **MySpace** | 7 |
| Wikipedia | 8 |
| Blogger | 9 |
| Yahoo! Japan | 10 |
| --- | |
| **QQ** | 16 |
| **Hi5** | 17 |
| **Orkut Brazil** | 38 |
| **Friendster** | 43 |
| **Skyrock** | 44 |
| **Bebo** | 94 |
| **StudiVZ** | 140 |
| **LinkedIn** | 214 |

Figure 11: Current profile pages of Facebook and MySpace.

Though both sites have changed aspects of their look and feel over the past several years, general principles remain static. For example, MySpace allows uses to choose among 16 different wallpaper themes for their pages. Facebook does not allow that type of customization.



Figure 12: Facebook profile with information filled in. Appearance predates change of GUI in September 2008.



Figure 13. StudiVZ profile page with information filled in. Provided by Facebook, Inc.

