Certified Translation from German

[…]

## 2. Settled or Threatened Litigation

(with comments from attorneys Erdmann Zacharias-Langhans)

1. **FACEBOOK Inc. vs. StudiVZ: Warning with respect to alleged Plagiarism**
   **File numbers: svz-002 and svz004/2006**

   On behalf of FACEBOOK Inc. in the United States, StudiVZ was warned by a law firm for alleged plagiarism of the FACEBOOK website under copyright and competition law. We were able to ward off the claims by means of a letter to ward off such claims and depositing a protective statement in the Berlin and Hamburg regional courts. The matter has been settled.

[…]

---

As a translator for the English language, duly sworn by the President of Stuttgart District Court (Landgericht Stuttgart), publicly commissioned and being under oath, I hereby certify:
The foregoing text is, to the best of my knowledge and belief, a faithful and complete translation of the excerpt from Annex 6.4(l) to the Sales and Purchase Agreement regarding the sale and purchase of shares in StudiVZ, Ltd. dated December 29, 2006 a copy of which has been submitted to me.

Stuttgart, December 23, 2008

*Kristina Schneider*
Kristina Schneider



Price v. Facebook, Inc.
Dockets.Justia.com