# DECLARATION OF MARTIN WEBER

I, MARTIN WEBER, declare:

1. The facts set forth in this declaration are personally known to me and I have firsthand knowledge thereof. If called as a witness, I could and would testify competently to the facts set forth herein under oath.

2. I am currently, and have been since April 2006, a managing director of defendant Holtzbrinck Ventures GmbH ("Ventures"). When Ventures and Holtzbrinck Networks GmbH ("Networks") acquired StudiVZ, I was a managing director of both Ventures and Networks. When I was a managing director of Networks, I had access to the books and records of Networks, including those related to Networks' purchase of its ownership interest in StudiVZ. As a managing director of Ventures, I had and have access to the books and records of Ventures, including those related to Ventures' purchase of its ownership interest in StudiVZ. I make this declaration in support of Networks' and Ventures' motion to dismiss for lack of personal jurisdiction, or, in the alternative, for *forum non conveniens*, the complaint filed by plaintiff Facebook, Inc. ("Facebook").

3. Attached hereto as "Exhibit L" is a true and correct redacted copy of a December 18, 2006 letter from Soren Erdmann to Michael Brehm, a copy of which was sent to me.

4. Attached hereto as "Exhibit M" is a true and correct redacted copy of the Sale and Purchase Agreement between Networks and Ventures, on the one hand, and StudiVZ, on the other hand, by which Ventures and Networks acquired ownership of StudiVZ

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 25th day of March, 2009, at Stuttgart, Germany.

_____
Martin Weber

37106-00002/1681494.1

1

SUPPLEMENTAL DECLARATION OF MARTIN WEBER IN SUPPORT OF MOTIONS TO DISMISS

Price v. Facebook, Inc.
Doc. 136
Dockets.Justia.com