

ERDMANN ZACHARIAS-LANGHANS ANWALTSSOZIETÄT

TORSTRASSE 222 · D-10115 BERLIN
TELEFON: +49(0)30 28 88 42 30
TELEFAX: +49(0)30-28 88 42-31
E-MAIL: KANZLEI@ERDMANN-ZACHARIAS.DE
INTERNET: WWW.ERDMANN-ZACHARIAS.DE

SÖREN ERDMANN · RECHTSANWALT
DURCHWAHL: +49(0)30-28 88 42-33
MOBIL: +49(0)173-621 89 18
E-MAIL: SE@ERDMANN-ZACHARIAS.DE

BERTRAM ZACHARIAS-LANGHANS, LL.M.
RECHTSANWALT · MAÎTRE EN DROIT*
DURCHWAHL: +49(0)30-28 88 42-44
MOBIL: +49(0)179 291 52 63
E-MAIL: BZL@ERDMANN-ZACHARIAS.DE
*PARIS SORBONNE

IN KOOPERATION MIT:
ROBERT V. GAULIN & ASSOCIATES
ENTERTAINMENT LAWYERS
N.Y.C., New York, USA

**Highly Confidential - Attorneys' Eyes Only. Use restricted to Case No. C08-03468JF; any other use prohibited**

Erdmann Zacharias-Langhans • Torstraße 222 • D 10115 Berlin

StudiVZ Ltd.
Herrn Michael Brehm
Saarbrücker Straße 38

**10405 Berlin**

vorab per Telefax: 030 - 28 09 38 87
und per E-Mail: mbrehm@studivz.net
Anzahl der Seiten einschließlich dieser Seite: 5

Berlin, den 18. Dezember 2006
Az: svz-059/2006

**StudiVZ Ltd.
abgeschlossene und laufende juristische Vorgänge**

Sehr geehrter Herr Brehm,

in obiger Angelegenheit kommen wir auf Ihre telefonische Bitte vom vergangenen Freitag zurück, Ihnen eine Übersicht über die schon abgeschlossenen und derzeit noch laufenden juristischen Vorgänge mit einer kurzen Beschreibung des Sachstands zu übermitteln. Die reinen Beratungsmandate (z.B. Markenanmeldungen) sollten dabei unberücksichtigt bleiben.

Aufgrund der Eilbedürftigkeit der Angelegenheit haben wir uns, wie erbeten, in unseren Ausführungen auf das Nötigste beschränkt. Sollten Sie zu einzelnen Angelegenheiten weitere Fragen haben, werden wir hierzu jeweils gerne auch ausführlich Stellung nehmen.

1. **FACEBOOK Inc. ./. StudiVZ: Abmahnung wegen Plagiatsvorwurf**
   **Az: svz-002 und svz-004/2006**

   FACEBOOK Inc. in den USA hatte StudiVZ durch die deutsche Kanzlei Lovells wegen angeblicher Plagiierung der FACEBOOK Website urheber- und wettbewerbsrechtlich abmahnen lassen. Wir haben die Geltendmachung der Ansprüche durch Forderungsabwehrschreiben und Hinterlegung einer Schutzschrift vor den Landgerichten Berlin und Hamburg abwehren können. Die Angelegenheit ist erledigt.

Price v. Facebook, Inc.

**STUDI 000510**

Dockets.Justia.com

**Highly Confidential -
Attorneys' Eyes Only.
Use restricted to Case No. C08-
03468JF; any other use prohibited**

REDACTED

STUDI 000511

**Highly Confidential -
Attorneys' Eyes Only.
Use restricted to Case No. C08-
03468JF; any other use prohibited**

REDACTED

STUDI 000512

**Highly Confidential -
Attorneys' Eyes Only.
Use restricted to Case No. C08-
03468JF; any other use prohibited**

**REDACTED**

STUDI 000513

**Highly Confidential - Attorneys' Eyes Only. Use restricted to Case No. C08-03468JF; any other use prohibited**

Wir hoffen, Ihnen mit diesen Angaben bis auf weiteres behilflich gewesen zu sein und stehen für Rückfragen zu den o.g. Angelegenheiten jederzeit gerne zur Verfügung

Beste Grüße

Sören Erdmann
Rechtsanwalt

**REDACTED**

**STUDI 000514**