STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants studiVZ Ltd., Holtzbrinck
Networks GmbH, and Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-CV-03468 JF <br> Assigned To: Hon. Jeremy Fogel <br><br> **OBJECTIONS TO DECLARATION OF ANNETTE HURST IN SUPPORT OF MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** <br><br> Complaint Filed: July 18, 2008 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

Defendants StudiVZ Ltd., Holtzbrinck Networks GmbH, and Holtzbrinck Ventures GmbH (collectively, "Defendants") hereby object to the March 27, 2009 Declaration of Annette Hurst (the "Declaration") submitted by plaintiff Facebook, Inc. ("Facebook") in support of Facebook's Opposition to StudiVZ's Motion for Administrative Relief, on the following grounds:

1. It is untimely. The opposition to the Motion for Administrative Relief was due on March 24, 2009. Ms. Hurst is Facebook's counsel. There is no showing of grounds for submitting her declaration late;

2. It is duplicative of other evidence already submitted in the case, including specifically the Declaration of Julio Avalos filed in support of Facebook's Motion for Sanctions (Docket No. 78) and Exhibit A to the Declaration of Julio Avalos filed in support of Facebook's January 22, 2009 Motion to Enlarge Time (which is the Reporter's Transcript of the December 16, 2008 hearing before Magistrate Judge Lloyd) (Docket No. 78-2); and

3. In paragraph 5 of her Declaration, Ms. Hurst purports to characterize the Reporter's Transcript of what was said during the December 16, 2008 hearing of Defendants' Motion for Protective Order. That Reporter's Transcript speaks for itself and is the best evidence of what was said. Defendants would simply respectfully request the Court to read it rather than rely on counsel's statements about what was said.

DATED: March 27, 2008                GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP


By:  /s Stephen S. Smith
    STEPHEN S. SMITH
    Attorneys for Defendants studiVZ Ltd.,
    Holtzbrinck Networks GmbH, and Holtzbrinck
    Ventures GmbH