1

2

3                    UNITED STATES DISTRICT COURT

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                         SAN JOSE DIVISION

6

7
    FACEBOOK, INC.,                          Case Number CV-08-3468-JF
8                          Plaintiff,
      V.
9
    STUDIVZ LTD,
10                         Defendant.
                                             CLERK'S NOTICE
11   _____

12

13   To all Parties and Attorneys of Record:

14   The Case Management Conference set on April 10, 2009 is continued to April 17, 2009

15   at 9:00 a.m., to be heard with the motion, before Judge Jeremy Fogel.  Please report at that time

16   to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18   March 31, 2009                      For the Court
                                         Richard W. Wieking, Clerk
19

20                                       By:___/s/_____
                                         Diana Munz
21                                       Courtroom Deputy Clerk

22

23

24

25

26

27

28