# EXHIBIT 1

facebook | Profile edit | Friends ▾ | Networks ▾ | Inbox (1) ▾ | home account privacy logout

Search ▾

**Applications** edit

- Photos
- Groups
- Events
- Marketplace
- Video
- Scrabulous

▾ more

University of Phoenix
Thinking ahead.

ONLINE PROGRAMS

**ASSOCIATE'S DEGREES**

Associate of Arts in Business

Associate of Arts in Health Care Administration

Associate of Arts in Information Technology

**BACHELOR'S DEGREES**

Bachelor of Science in Business / Marketing

Bachelor of Science in Criminal Justice Administration

Bachelor of Science in Management

**MASTER'S DEGREES**

Master of Business Administration

Master of Arts in Education / Curriculum and Instruction

Master of Information Systems

LEARN MORE ▸

- View Photos of You (3)
- View Videos of You (1)
- Dedicate a Song
- Edit My Profile

You are online now.

**▼ Friends**

5 friends See All

Dewey McAlister

Dylan Sole

Ellis Bell

Holly Ann Calloway

Pip Havisham

**▼ (fluff)Friends** ×

See more about Rawr.

"burnination!"

My name is Rawr.

Pet Me! | Feed Me!

**▼ Friends in Other Networks**

Networks with the most friends

## Eliza Bennet

is video!

Updated 20 minutes ago edit

| | |
|---|---|
| Networks: | Jersey Shore, NJ |
| Birthday: | May 17, 1982 |

**▼ Mini-Feed**

Displaying 6 stories. See All

Today

Eliza recorded a new video. 12:02pm ×

woot video
0:10 Recorded 5 minutes ago

Eliza is video! 11:47am ×

Eliza added the Scrabulous application. 11:38am ×

August 24

Eliza commented on Holly Ann Calloway's photo. 10:28am ×

" Hot fun in the summatime ... lookin' goooooooooooood! "

August 16

Eliza wrote on Pip Havisham's wall. 11:11am ×

Eliza and Dylan Sole are now friends. 10:41am ×

**▼ Information**

**Personal Info** [ edit ]

| | |
|---|---|
| Activities: | hanging out with my girls, being sarcastic, laughing, reading, mocking people to their faces |
| Interests: | defining people's character for them, gossip, writing letters (the old fashioned way) |
| Favorite Books: | any novel |
| Favorite Quotes: | "it is a truth universally acknowledged that any man in possesion of a large fortune must be in want of a wife"--JA |
| About Me: | you think i can tell you in the space of this box? |

**▼ The Wall**

Displaying the only 2 wall posts. See All

Write something on your own Wall...

Attach: Record Video | Share Link | Add Music

Post

Dewey McAlister wrote
at 9:46am on August 23rd, 2007

Nice outfit last night!