Price v. Facebook, Inc.

Doc. 140 Att. 7

# EXHIBIT 8

Dockets.Justia.com

