# EXHIBIT 10



# About Shoeboxed

Shoeboxed is the easiest way to digitize and organize your receipts and business cards. With Shoeboxed, you can mail receipts and business cards and they will be scanned and entered into an online account for you. The paid scanning service and the free online software make organizing these receipts and business cards easier, which saves you time and frustration. You can eliminate your clutter, avoid using a scanner and have your information at your fingertips.

## Receipts & Invoices

- Mail receipts to us; they will be scanned and entered into your account.
- Send your receipts to PDF, Excel, Quicken, Quickbooks, Freshbooks, Outright.com and Evernote.
- Search and sort by store name, date, total and payment type
- Automatic categorization

## Business Cards

- Mail business cards to us; they will be scanned and entered into your account
- Export to Salesforce, LinkedIn, your email client, and other programs
- Sort contacts by name, email, address and company

# Meet the Team



### Taylor Mingos, Founder & CEO

Taylor Mingos leads the day-to-day operations of Shoeboxed and drives its strategic vision. In 2006, he helped grow studiVZ.net, an apartment-based start-up in Berlin, into a major European Internet presence. The social network now has more page impressions than any other website in Germany and was acquired by Holtzbrink GmbH in January 2007. He has previously owned a video production company and launched other online social networks. He is a graduate of Duke University.



### Tobias Walter, CFO & COO

With extensive experience in investment banking and start-up financing, Tobi manages all of Shoeboxed's finances. He worked in capital markets at Societe Generale in Paris and mergers and acquisitions at Morgan Stanley in Frankfurt. Previously, Tobi was the VP International Markets for studiVZ.net, where he led the roll out of the product to eight foreign markets with a multi-million-Euro budget. He is a graduate of WHU business school in Germany.





**Radu Rosu,** VP Engineering

Radu leads the technical development of Shoeboxed, ensuring you a secure and easy-to-use website. He and his team bring many years of experience in developing highly scalable web applications. Radu has led the technical development of several companies, with several exits in his career. He is a graduate of North Carolina State University.



**Matt Allen,** Director of Sales

With more than 20 years of sales management experience, Matt Allen crafts Shoeboxed service solutions and preferred rates for corporations and financial service companies. He is intimately versed in the needs of larger companies, having developed several enterprise offerings throughout his career. Matt Allen most recently was Director of Sales for iContact where he developed premium services offerings.

**Joel Bush,** Business Development Manager

**Dan Englander,** VP Communications

**Nicholas Napp,** VP Business Development

**Tim Rindler,** Director of Mail-In Operations

**Robert Shaw,** VP Operations & Special Initiatives

### Site Links
Home
Register
Features
Security

### Receipt Solutions
You
Accountants
Small business
Freelancers
Consultants
Business Travelers
Pricing

### Support and Info
Tax Season 2008
Help
Demo Video
Contact Us

### About Shoeboxed
About Us
Testimonials
Press Coverage
Our Blog
Jobs

### Partnerships
Our Partners
Inquiries
Affiliates
API

Call Us Toll-Free: 1-888-369-4269




© 2006 - 2009 Shoeboxed Inc., All Rights Reserved
Privacy Policy | Copyright Policy | Terms of Use
Shoeboxed.com | 212 West Main Street | Suite 104 | Durham, NC | 27701