# EXHIBIT 11

Dockets.Justia.com



facebook

Home    Profile    Friends    Inbox  2

Amy Dalton    Settings    Logout

taylor mingos          🔍 Search          Profile Search | Friend Finder

Displaying the only result for: **taylor mingos**

Name:          **Taylor Mingos**                                    Add as Friend
Networks:      Duke Alum '07                                         Send a Message
               Raleigh / Durham, NC                                 View Friends

🔍 **Search by company or school**          ✉ **Search by e-mail**

Name:    [                    ]                 E-mail:  [                    ]
School:  [                    ]                          [   Search   ]
Company: [                    ]
         [   Search   ]                         🧑 **Can't find them?**

                                                Try the Friend Finder ▶

Facebook © 2009    English (US) ⇕          About  Advertising  Developers  Careers  Terms



f Applications    🔺 Applications    3