# EXHIBIT 13

Home  Services  How We Work  Expertise  Company  Contact Us

Customer Login  Site Map



## Contact Us

Search

Call us to discuss your IT development needs and the wide range of our services: **1-877-SOFTDEV**.

**Toll Free: 1-877-SOFTDEV**

### Highlights

[Industry Expertise](#)

[Technology Expertise](#)

[Case Studies](#)

[Submit RFP](#)

[Career](#)

### Head Office

**Intetics Co.**
809 Ridge Rd. Suite 205
Wilmette, IL 60091

Office: +1.847.512.4272
Fax: +1.847.256.3190

Please fill out the form below, and our customer service representative will contact you as soon as possible.

### Quick Contact Form

Fields marked by * are required.

Your Name*

Your E-mail*

Your Phone*

Company Name

Your Message/Question*



Send    Privacy Statement    Our Global Locations

© 1995-2009 Intetics Co.
Privacy Statement

"We found them to be highly professional and able to delivery high quality work on tight time schedules, a rare feat in the creative software industry. This is complemented by a project management and account management team adept at efficient processes and communication meaning that, as a client, we were always fully informed and aware of progress. I can highly recommend Intetics to any company seeking to outsource challenging projects."

**More testimonials**

**Richard Marett**, CEO, Whizz Education

 Home  Services  How We Work  Expertise  Company  Contact Us     Customer Login  Site Map



Search

**Toll Free: 1-877-SOFTDEV**

### Highlights

Industry Expertise

Technology Expertise

Case Studies

Submit RFP

Career

### Events

Intetics Features in 2009 Global Services 100
March 15, 2009

Intetics at Financial Services Industry Transformation and Outsourcing Strategies Summit
February 26, 2009

IAOP World Summit
February 25, 2009

More events



Intetics Co. is a global outsourcing company focused on custom application development, software testing, web system design and offshore staff augmentation services. Since 1995 Intetics has completed over 500 projects for about 150 customers in more than 30 countries.

Major technology competencies include .NET, Java, LAMP, Ajax, Flash, SQL Server, Oracle, Mobile Solutions, Embedded programming and Software Testing. Major industry experience: Hi-Tech & Telecom (with an emphasis on full cycle product development and IT security), Education and E-Learning, Publishing, Insurance and Financial Services, Automotive, Healthcare, E-commerce (B2B, B2C).

Along with traditional hourly and fixed price service models, Intetics also offers a unique business model: Offshore Dedicated Team (ODT (tm)). Try this model and feel the difference between "technology positions" and real Intetics' developers who work on your project through a full project life circle.

**Learn more about our software development methodologies**

### Frequently Asked Questions

What is an Offshore Dedicated Team (ODT™)?

What's the difference between ODT™ and traditional project based outsourcing models?

What are the advantages of the ODT™ model versus the traditional project model?

What are the challenges of the ODT™ outsourcing model?

Under what circumstances is the ODT™ outsourcing model most effective?

**More**









OffshoreXperts.com - The Source in Outsourcing™

"We were impressed with Intetics' lightening fast turnaround on our requests. For example we would send them a list of things to do late evening and find it all completed the following morning. Being able to leverage the difference in time zones has been one of the most valuable and positive aspect of our engagement.

When we needed to have an interactive dialog we found ourselves having to get disciplined since our early mornings corresponded to their late evenings. This was not a problem because Intetics would often stay late into their evenings to accommodate our schedule."

© 1995-2009 Intetics Co.
Privacy Statement

**More testimonials**

**Jay S. Hemmady**, Chief Information Officer, Market Transport Services, USA



Home  Services  How We Work  Expertise  Company  Contact Us    Customer Login  Site Map

**Major Clients**

Home / Major Clients

**Toll Free: 1-877-SOFTDEV**

**Company**

About

Why Intetics?

Global Locations

Management

Memberships and Awards

Major Clients

Case Studies

Career

White Papers

More Information

**Highlights**

Industry Expertise

Technology Expertise

Case Studies

Submit RFP

Career








Case Study


Case Study








Case Study


Case Study1
Case Study2


Case Study













**Want to learn more? Contact us now!**

Have a question?

"Intetics designed and tested a very demanding program in record time and with a reasonable budget. The system has worked well and Intetics has made adjustments that I requested to make the program better. The personnel have gone above and beyond the call of duty: implementing demanding tasks into our program, while at the same time providing incredible customer service. Both their service and products are outstanding. They stand behind their products to make sure that they met my needs. They have worked tirelessly, providing careful attention to maintain the flexible dynamic of our growing project and facilitating clear communication by all parties involved. We are currently on our second project together and looking forward to future endeavors with Intetics."

© 1995-2009 Intetics Co.
Privacy Statement

**More testimonials**

**R.S. Pozos**, President, Baja Education, USA