# EXHIBIT 16

búsqueda   invitar   páginas amigas   ayuda   megáfono   salir

**Protección de datos**

Buscar gente

Inicio
Mi página
modificar
Mis amigos
Mis fotos
Mis grupos
Servicio de mensajes
Mi cuenta
Esfera privada

**Nos preparamos para lo tan esperado!!!**
"Adivinas??" Tú voz tendrá aún + Ecooo!!

**¡Nos importa la protección de tus datos!**

Estudielenco se basa en la confianza que nuestros miembros tienen en la plataforma. Por eso la protección de tus datos personales es uno de nuestros principios mas importantes. Te aseguramos:

- Si decides registrarte en estudiLN.net, se solicitarán los datos necesarios para la consecución de los fines de este sitio web.

- Tus datos personales no serán accesibles para terceros para fines publicitarios o de marketing.

- Tú mismo decides que usuarios de estudiLN pueden ver tus datos. Usuarios registrados pueden configurarlo en el menú bajo *Esfera privada*.

- Nadie que no sea usuario puede ver ningún dato personal

- Al recoger, procesar y utilizar tus datos personales nos basamos en las leyes de protección de datos alemanas y de la UE.

Encontrarás máas detalles en nuestro [ aviso legal ]. En cualquier caso, estudiLN se reserva el derecho de, en cualquier momento y sin necesidad de previo aviso, modificar o eliminar el contenido, estructura, diseño, servicios y condiciones de acceso y/o uso de este sitio, siempre que lo estime oportuno. estudiLN te informará sobre todas estas modificaciones de la política de seguridad a través de un e-mail al correo indicado en tu inscripción.

Condiciones Generales de Uso   Banner   Información legal   Protección de datos