Price v. Facebook, Inc.

Doc. 141 Att. 3

# EXHIBIT 18

Dockets.Justia.com

