Price v. Facebook, Inc.

Doc. 141 Att. 5

# EXHIBIT 20

Dockets.Justia.com

Notice: Undefined index: i in /usr/www/users/fakebook/inc1.php on line 1209

Notice: Undefined index: s in /usr/www/users/fakebook/inc1.php on line 1210

Notice: Undefined index: invitation in /usr/www/users/fakebook/inc1.php on line 1265

Notice: Undefined index: studivzinvi in /usr/www/users/fakebook/inc1.php on line 1231

Notice: Undefined index: studivzinvs in /usr/www/users/fakebook/inc1.php on line 1232

# STUDIVERZEICHNIS

einloggen    immatrikulieren    hilf

E-mail:

Passwort:

Einloggen

Noch kein Account?

Immatrikulieren

Notice: Undefined index: logout in /usr/www/users/fakebook/index.php on line 26

Notice: Undefined index: invitation in /usr/www/users/fakebook/index.php on line 27

## Bist Du schon drin?

Notice: Undefined index: logout in /usr/www/users/fakebook/index.php on line 32

Notice: Undefined index: notsignedin in /usr/www/users/fakebook/index.php on line 41

Notice: Undefined index: invitation in /usr/www/users/fakebook/index.php on line 64

## Jetzt kostenlos anmelden!

- Finde andere Studenten an Deiner Hochschule!
- Finde alte Freunde wieder!
- Finde heraus, wer wen, über wen kennt!
- Finde Partner für Sport, Lernen und Freizeit!
- Finde heraus, was für Leute in Deinen Lehrveranstaltungen sitzen!