# EXHIBIT 21

- TechCrunch Network
  - [CrunchBase](#)
  - [CrunchBoard](#)
  - [CrunchGear](#)
  - [CrunchNotes](#)
  - [Elevator Pitches](#)
  - [Gillmor Gang](#)
  - [InviteShare](#)
  - [MobileCrunch](#)
  - [TalkCrunch](#)
  - [TechCrunch](#)
  - [TechCrunch50](#)
  - [TechCrunchIT](#)
  - [TechCrunch France](#)
  - [TechCrunch Japan](#)
  - [TechCrunch UK](#)

[ Search ]

- [About](#)
- [Contact](#)
- [Company Index](#)
- [Advertise](#)
- [Archives](#)
- [TechCrunchIT](#)
- [TC50](#)
- [Pitches](#)
- Subscribe by: [RSS](#)
- [CrunchBar](#)
- [Email](#)
- 

[« Previous post](#)
[Next post »](#)

January 3, 2007

# German Facebook Clone Sells for €100 million

**Michael Arrington**     [42 comments »](#)

German [Facebook](#) clone [Studivz](#) has been sold to one of its investors, Georg von Holtzbrinck GmbH, a German publishing group, for €100 million (about $132 million). Other investors of Studivz include the Samwer brothers, founders of ringtone company Jamba (sold for €270M) and Alando (sold to eBay for €43M in 1999).

The story broke on German news site [Spiegel](#). See [here](#) for a beautifully useless translation of the article.

We've gotten confirmation on the transaction, but not specifically on the price, from a contact within Holtzbrinck. More from [GigaOm](#) and [CenterNetworks](#).

- [Sphere It](#)
- SHARE
- 

## Trackbacks/Pings ([Trackback URL](#))

- [TechCrunch Japanese アーカイブ » Facebookのドイツ版クローン、1億ユーロで売却](#)
  **January 3rd, 2007 at 3:30 pm**
- [Facebook super clone in Germany sells for €100 Million at district 12](#)
  **January 3rd, 2007 at 3:50 pm**
- [Studivz…did someone say bubble?](#)
  **January 3rd, 2007 at 7:32 pm**
- [Web 2.0 » Blog Archive » Studentix - polski facebook?](#)
  **January 10th, 2007 at 7:55 am**
- [Web 2.0 in Germany: Copy/Paste Innovation or more?](#)
  **May 14th, 2007 at 5:31 pm**
- [Former CEO of Yahoo! China Launching An Asian Facebook Competitor/Replica Called Yiqi](#)
  **March 18th, 2008 at 8:28 pm**
- [An Englishman snob | Nicki Brøchner](#)
  **April 20th, 2008 at 1:31 pm**
- [MFG.com Raises $26 Million From Fidelity Ventures, Goes After Alibaba](#)
  **May 16th, 2008 at 7:14 pm**

## Comments 


**[Allen Stern](#) - [January 3rd, 2007 at 2:14 pm PST](#)**

Thanks for the link Mike… just to make it an even better price.. here is the conversion to Japanese Yen:
15,712,909,113