# EXHIBIT 27







