# EXHIBIT 29





**Management**

E-mail

Password

 Remember me

Sign In

Enrolling

Grammar learned at Yoda You.
\---------------------------
Still awake?

About Us   Management   Press Contact   Press Download   Press Releases

**Management**



### Markus Berger-de León CEO

Markus Berger-de Leon, born in 1973, became CEO in March 2009 studiVZ Ltd..  His study of business, he at the Scientific School of Management (WHU) - Otto Beisheim Graduate School of Management in Koblenz - and graduated with a degree in business administration from.  Further study, he gained experience at the Columbia Business School and at the Plekhanov Russian Economics Academy in Moscow.  He started his career as a co-founder, CTO and senior managing director of a company's own software, the new e-procurement services to corporate clients throughout Europe.  From 2002 to 2007 was Markus Berger-de Leon at Jamba!  GmbH, the last two years as managing director with overall responsibility for the company.  Thereafter he was appointed chairman of the MY-HAMMER AG.  In addition to his work as CEO of studiVZ Ltd..  Markus Berger-de Leon Chief Executive Officer of Abacho AG and a member of the Supervisory Board of MY-HAMMER AG.



### Dr. Clemens Riedl

Dr. Clemens Riedl, born in 1971, has since 22  October 2008 CEO of studiVZ Ltd..  Since August 2008 he is Vice President of Sales Ltd studiVZ.  and for the development and implementation of marketing concepts responsible.  After studying business administration at the Vienna University of Economics, University of Illinois and Stanford University PhD Clemens Riedl at the European Business School in Oestrich-Winkel.  He started his career as Assistant to the Executive Board at the Verlag Der Tagesspiegel GmbH (1998) and project manager at the newspaper publishing group Georg von Holtzbrinck (2000).  Between 2005 and 2008, he served as Managing Director for the Verlag Der Tagesspiegel GmbH, its online subsidiary Urban Media GmbH as well as the Second Hand Verlags-GmbH.

About Us   Terms   Press   Jobs   Banner   Imprint   Privacy Policy   Code of Conduct   Security

login   matriculate   help   klartext

Surftipps