Price v. Facebook, Inc.

Doc. 142 Att. 3

# EXHIBIT 30

Dockets.Justia.com

einloggen immatrikulieren hilfe klartext

E-Mail

Passwort

Einloggen

Aufgefallen aus Bremen:
Ordnung ist das halbe Leben - Ich lebe in der anderen Hälfte!

Du willst auffallen?

## Immatrikulieren

Für Deine Immatrikulation bei studiVZ brauchen wir nur Deinen Namen, Deine E-Mail-Adresse und Deine Hochschule (mit Land). Denk Dir bitte auch ein Passwort aus!

Vorname

Nachname

Damit Dich alte und neue Bekannte im studiVZ finden können, musst Du Deinen richtigen Namen angeben.

Geburtstag

Geschlecht

Hochschule

Land USA

Bundesland/Gebiet California

E-Mail

E-Mail wiederholen

Passwort

Passwort wiederholen

Weiter geht's...

[E-Mail mit dem Bestätigungs-Link nicht erhalten?]

Über uns AGB Presse Jobs Banner Impressum Datenschutz Verhaltenskodex Sicherheit

