# EXHIBIT 31

conectar    registrarse    ayuda    megáfono

**Registrar**

- Página principal
- conectar
- Registrarse

**Nos preparamos para lo tan esperado!!!** "Adivinas??" Tú voz tendrá aún + Ecooo!!

**Registrarse - paso 1**

Para registrarte en el Estudielenco sólo necesitamos tu nombre, tu e-mail y tu universidad (con provincia). ¡No olvides tu contraseña!

| | |
|---|---|
| Nombre: | |
| Apellidos: | |
| Fecha de nacimiento: | |
| Sexo: | |
| ¿Dónde estudias? | Estados Unidos / California / Hayward |
| E-mail: | |
| Repetir e-mail: | |
| Contraseña: | |
| Repetir contraseña: | |

Y seguimos...

[ No recibiste el e-mail de confirmación? ]

Condiciones Generales de Uso    Banner    Información legal    Protección de datos