# EXHIBIT C

# Tobias Walter



COO & CFO @ shoeboxed.com, former VP @ studiVZ.net

Raleigh-Durham, North Carolina Area

| | |
|---|---|
| **Current** | • **CFO at shoeboxed Inc. (shoeboxed.com)** |
| **Past** | • VP International Markets at studiVZ Ltd.<br>• M&A Analyst at Morgan Stanley<br>• Equity Derivatives Sales at Societe Generale |
| **Education** | • Wissenschaftliche Hochschule für Unternehmensführung - Otto-Beisheim - Hochschule<br>• EDHEC Business School<br>• University of Florida - Warrington College Of Business |
| **Recommended** | **3** people have recommended Tobias |
| **Connections** | **152** connections |
| **Industry** | Online Media |
| **Websites** | • My Company |

## Tobias Walter's Summary

Having an Investment Banking background through working with Société Générale in Paris, France on the Capital Markets side and Morgan Stanley in Mergers & Acquisitions, I made my first entrepreneurial experiences through working with studiVZ - the German facebook - which has, during my time there, grown to be the largest website in Germany. As VP International Markets I managed the company's roll out to eight countries.

With Shoeboxed Inc. - the leading online service for receipt organization - I am responsible for the financial part, leading the financing rounds and overall Business Planning and Strategy - yet looking for Investors and Advisors with a large footprint in the US internet and financial organization sector.

**Tobias Walter's Specialties:**
Entrepreneurial Marketing, Sales & Business Development, Financing Rounds, Funding, Business Plan Set-Ups

## Tobias Walter's Experience

### CFO
**shoeboxed Inc. (shoeboxed.com)**
(Privately Held; 11-50 employees; Internet industry)
September 2007 — Present (1 year 7 months)

**VP International Markets**

**studiVZ Ltd.**

(Privately Held; 51-200 employees; Internet industry)

May 2006 — August 2007 (1 year 4 months)

**M&A Analyst**

**Morgan Stanley**

(Public Company; 10,001 or more employees; MS; Financial Services industry)

2006 — 2006 (less than a year)

**Equity Derivatives Sales**

**Societe Generale**

(Public Company; 10,001 or more employees; GLE; Banking industry)

2005 — 2005 (less than a year)

## Tobias Walter's Education

**Wissenschaftliche Hochschule für Unternehmensführung - Otto-Beisheim - Hochschule**

2004 — 2008

**EDHEC Business School**

International Business 2006 — 2006

**University of Florida - Warrington College Of Business**

Business, Economics, Finance 2006 — 2006

## Additional Information

**Tobias Walter's Websites:**

My Company

**Tobias Walter's Groups:**

 Pro Marketers - For Marketing Professionals

 Private Equity and Venture Capital Group

 Societe Generale Group

 WHU Alumni

 Internet Product Management Group

 Morgan Stanley Active & Alumni

 Finance Industry Professionals Worldwide

 DukeGEN - The Duke Global Entrepreneurship Network - Main Group

 The WHU connection

 Southeast Venture Community

 NC Spark

 Ypulse Networking For Youth Media & Marketing Professionals