# EXHIBIT H

RSS | Mobile | Newsletter

# SPIEGEL ONLINE INTERNATIONAL

NACHRICHTEN  VIDEO  **ENGLISH**  EINESTAGES  FORUM  SPIEGEL WISSEN  ABO  SHOP

**Front Page** | World | Europe | Germany | Business | Zeitgeist | International Forum | Newsletter

English Site  >  Under the Scope

01/04/2007                                    Print  |  E-Mail  |  Share  |  Feedback

**MULTIMILLION ONLINE DEAL**                        Font:  −  +

## Holtzbrinck Buys German Web Community StudiVZ

*By Christian Stöcker*

**One of Germany's largest publishing houses has purchased the 1-million strong StudiVZ community, Germany's answer to Facebook. The deal marks the first megabucks Web 2.0 acquisition in Europe.**


StudiVZ cofounder Ehssan Dariani's homepage

The Web 2.0 phenomenon that has been all the rage in the United States has finally struck Europe. On Wednesday, Germany's largest online student network, StudiVZ, was acquired for as much as €100 million by one of the country's biggest publishing companies, Holtzbrinck Group, which publishes the venerated *Handelsblatt* and *Die Zeit* newspapers.

After a bidding war waged against at least one other company, Stuttgart-based Holtzbrinck announced the deal on Wednesday. StudiVZ,

ADVERTISEMENT

**SEEKING A PARTNER?**



SEEKING A PARTNER? Find someone who really is right for you…

We take relationships seriously - our service is for single people who are genuinely looking for a long-term commitment.

**STAFF EDITOR JOB**

Yes, We're Hiring: SPIEGEL International Is Looking for a Staff Editor

**ADVERTISING WITH SPIEGEL**

Find out How to Advertise on SPIEGEL ONLINE
Or Place an Ad in DER SPIEGEL

**PICTURE THIS**


DPA

Picture This: Return of the Beach Baskets

**TODAY'S STORIES**

than a million members. Though the €100 million figure has been widely quoted in industry circles, StudiVZ spokesman Tilo Bonow told SPIEGEL ONLINE that the real price was "considerably below" that number. Holtzbrinck had previously been a minority investor in the firm.

Wednesday's transaction is the first major Web 2.0-related acquisition in Europe. (Web 2.0 refers to the so-called second generation of Internet platforms, like web communities and video-sharing sites, where anyone can post and participate.) For StudiVZ's young founders -- who pulled in money from investment capitalists to develop the student network -- it was the deal of a lifetime. Early investors, like the Samwer brothers -- who founded the German ring-tone company Jamba and sold it two years ago for €273 million -- will also be cashed out handsomely.

**RELATED SPIEGEL ONLINE LINKS**

Internet Start-Up Auf Deutsch: StudiVZ Takes on Facebook (11/07/2006)

In the United States, such mass capital transactions are almost de rigeur for Web 2.0 companies. Last year Rupert Murdoch's News Corp doled out $580 million for the MySpace online community, but the record so far goes to Google, which paid €1.35 billion to acquire YouTube and its wildly popular service that has home Internet users by the hundreds of thousands posting their own quirky music videos and self-made TV shows to the Web.

## Plagiarism allegations and stalkers

Prior to the sale, StudiVZ had come under heavy criticism in Germany for its similarity -- in both structure and functionality to its larger American cousin Facebook. Some even accused the firm of plagiarism. For a time, there were discussions between StudiVZ and Facebook over a possible merger. After Wednesday's sale, however, the company will remain in German hands.

In addition to accusations that it had lifted Facebook's model, StudiVZ has also been plagued in recent months by growing pains -- namely security flaws and server trouble. The server outages

'I Take Responsibility': Obama's G-20 Confession

Dozens Killed: Powerful Earthquake Strikes Central Italy

Diplomatic Barbs: EU Sharpens Tone Against New Israeli Government

Obama's Visit to Ankara: Turkey Trip Offers Pitfalls and Opportunities

Rescue Ideas from Europe: How Fiat's Marchionne Can Help Chrysler

The Dirty Girl: Charlotte Roche Brings 'Wetlands' to the English-Speaking World

Interview with GM Europe Chief: 'The Americans Ran Out of Cash'

Agreement Reached on Rasmussen: Obama Saves NATO Governments from Summit Shame

**CRISIS SUMMIT IN LONDON**


AFP

A Summit at the Abyss: Can the G-20 Save the World?

US Economist Adam Posen: 'Merkel Does Not Get Basic Economics'

Gearing Up for the G-20: London Braces for Massive Protests

**NATO TURNS 60**

Agreement Reached on Rasmussen: Obama Saves NATO Governments from Summit Shame


Getty Images

Violent Protests in Strasbourg: Demonstrators Set Fire to Hotel

The Reluctant Globocop: What Is NATO's Role?

Photo Gallery: NATO Turns 60

Germany's Foreign Minister on NATO: 'We Face New Threats and Challenges'

**SPIEGEL ONLINE INTERNATIONAL SERVICES**

Get SPIEGEL ONLINE International everywhere you are

German bloggers even led a campaign against the company -- pointing their fingers at uncomfortable content that had emerged within StudiVZ: neo-Nazi groups and even a men's club with over 700 male members who exchanged photos of attractive women on the service and worked together to try to pick them up. Internally, StudiVZ called it "flirtation" -- since many Facebook members use the site as an impromptu dating service -- but bloggers, female users and others saw it as no less than stalking and sexual harassment. The company responded by pledging to remove the profiles of users accused of cyberstalking.

**Rubbing people the wrong way?**

The company's 26-year-old founder, Ehssan Dariani, also came under fire for making videos of young women in subway trains and in toilets at parties, and for posting more or less unauthorized interviews on the Web. He rubbed both users and investors the wrong way with his overly self-promoting interviews and a birthday party invitation designed in the style of a Nazi newspaper. He later defended himself in an essay published online claiming that Germans have trouble dealing with their past. Another founder attracted negative headlines for requesting, on his own profile, to become a member of the so-called male stalking group.

Despite PR disasters and public apologies, StudiVZ's founders are likely to continue to play a role after the acquisition. Konstantin Urban, CEO of Holtzbrinck Networks said the founders would "remain in management." The community's success is the result of the founders and their employees. "We're pleased that the proven team will remain on board."

Under Holtzbrinck, the company plans to earn revenues primarily through online advertising. StudiVZ is uniquely suited to custom-tailored advertising because of the information stored on personal profiles -- about music interests and hobbies, for example.

In a general turnaround following the dot-com Internet bust in Germany, advertisers are now thronging to online communities -- a fact that is also manifesting itself on capital markets. The most


RSS-Feeds


Become a Friend of SPIEGEL ONLINE International


Follow SPIEGEL ONLINE International on Twitter

SPIEGEL MOBIL
SPIEGEL ONLINE International goes Mobile


Subscribe to our daily e-mail newsletter

**SPIEGEL PUB QUIZ**

SPIEGEL Pub Quiz: Obama Finger Foods

SPIEGEL Pub Quiz: Nazis UFOs and Carnal Carnivals

Another Round? The SPIEGEL Pub Quiz Archive


AP/MARY F. CALVERT AND THE WASHINGTON TIMES

**ECONOMIC DOWNTURN**

**The European Economic Crisis in Numbers**



The European Economic Crisis in Numbers: SPIEGEL Online International partner site NRC Handelsblad has put together an interactive map that illustrates how the financial crisis is playing out in each European Union member state.

€30. Today shares are selling at about a euro above the opening price and the company has a market capitalization of €160 million.

**RELATED SPIEGEL ONLINE LINKS**

Internet Start-Up Auf Deutsch: StudiVZ Takes on Facebook (11/07/2006)

© SPIEGEL ONLINE 2007
All Rights Reserved
Reproduction only allowed with the permission of SPIEGELnet GmbH

**NEWS FROM DENMARK**


AP

Hej Danmark! SPIEGEL Launches Partnership with Politiken.Dk

**INTERNATIONAL PARTNERS**

 **NRC Handelsblad**

Report: &apos;Diploma democracy&apos; replaces class divisions

Big White Man walks onto an indian reservation

 **Politiken**

Secret courts in terrorism cases

Fogh: No apology

**ABC News**

Exclusive: Tearful Allen Stanford Expects Indictment in Two Weeks

Quake Survivors Now Hit by Rain, Hail

 **International Herald Tribune**

Death Toll in Italian Quake Rises to 150

In Turkey, Obama Says U.S. 'Never' at War With Islam

**BusinessWeek**

AIG's CDS Hoard: The Great Unraveling

After IBM, What Now for Sun?

**New York Times**

Gates Budget Plan Reshapes Pentagon's Priorities

In Turkey, Obama Says U.S. 'Never' at War With Islam

**SPIEGEL TO GO**


SPIEGEL ONLINE

**SPIEGEL Mobile:** The latest headlines at your fingertips

**SPIEGEL SPECIALS**


DPA

China
Global Financial Crisis
Kosovo
Climate Change
International Terrorism

**SEEN.BY**



The international gallery for fine art: Present, collect and rate the works of thousands of artists on Germany's largest independent Web site for photography.