# EXHIBIT 1

login register about faq

| Email: |
| --- |
|  |
| Password: |
|  |
| login register |

Registration

To register for thefacebook.com, just fill in the four fields below. You will have a chance to enter additional information and submit a picture once you have registered.

| | |
| --- | --- |
| Name: | |
| Status: | Student (Full-Time) |
| Email: (school) | |
| Password*: (choose) | |

☐ I have read and understood the Terms of Use, and I agree to them.

\* You can choose any password. It should not be your school password.

Register Now!

about contact jobs announce advertise terms privacy

a Mark Zuckerberg production
Thefacebook © 2005

login    register    help

**Email:**

**Password:**

Login    Register

**Register for Facebook**

**Create Your Account**

All fields are required to register.

Name:

Type:   What type of network do you want to join?

Email:

Birthday:   Month:    Day:    Year:

Password:

Word in the box:

equipment

☐ I have read and agree to the Terms of Use.

Register Now!

about    jobs    advertise    press    terms    privacy
a Mark Zuckerberg production
Facebook © 2006