1  STEPHEN S. SMITH (SBN 166539)
   SSmith@GreenbergGlusker.com
2  WILLIAM M. WALKER (SBN 145559)
   WWalker@GreenbergGlusker.com
3  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
4  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
6  Telephone: 310.553.3610
   Fax: 310.553.0687

7  Attorneys for Defendants studiVZ Ltd.,
   Holtzbrinck Networks GmbH, and
8  Holtzbrinck Ventures GmbH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-03468 JF |
| Plaintiff, | Assigned To: Hon. Jeremy Fogel |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER QUASHING FACEBOOK'S SUBPOENAS SERVED ON THIRD PARTIES** |
| STUDIVZ LTD., , HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, | |
| Defendants. | Date: June 23, 2009<br>Time: 10:00 a.m.<br>Dept./Place: Courtroom 2, 5th Floor<br>Hon. Howard R. Lloyd |
| | Complaint Filed: July 18, 2008 |

37106-00002/1689202.1

[PROPOSED] ORDER GRANTING PROTECTIVE ORDER

| | |
|---|---|
| 1 | The Motion of defendants StudiVZ Ltd., Holtzbrinck Networks GmbH, and |
| 2 | Holtzbrinck Ventures GmbH ("Defendants") for a Protective Order Quashing |
| 3 | Facebook's Subpoenas dated on or after May 8, 2009 and addressed to Spreadshirt, |
| 4 | Inc., Intetics Co., Gordon Brebner, Phil James-Roxby, Taylor Mingos, Xilinx, Inc., |
| 5 | Tobias Walter, and Shoeboxed.com (the "Subpoenas") (the "Motion"), was heard at |
| 6 | 10:00 a.m. on June 23, 2009 in Courtroom 2 of the above-entitled Court, the |
| 7 | Honorable Howard R. Lloyd, United States Magistrate Judge, presiding. |

Having considered the files in this case, and the papers and arguments of the parties and their counsel, and for good cause shown, it is ORDERED that the Motion is GRANTED. Accordingly, all third party subpoenas propounded by Facebook and dated on or after May 8, 2009 are hereby quashed.

IT IS SO ORDERED.

DATED: _____, 2009      _____
                            The Honorable Howard R. Lloyd
                            United States Magistrate Judge

37106-00002/1689202.1                    1
[PROPOSED] ORDER GRANTING PROTECTIVE ORDER