1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza
8  Suite 1600
   Irvine, CA  92614-2558
9  Telephone:    +1-949-567-6700
   Facsimile:    949-567 6710
10
   Attorneys for Plaintiff
11 FACEBOOK, INC.

12                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15

16 FACEBOOK, INC.,                            Case No.  5:08-cv-03468 JF

17              Plaintiff,

18       v.                                   **[PROPOSED] ORDER DENYING
                                              MOTION TO QUASH THIRD-PARTY
19 STUDIVZ LTD., HOTLZBRINCK                  SUBPOENAS**
   NETWORKS GmBH, HOLTZBRINCK
20 VENTURES GmBH, DENNIS BEMMANN,              Complaint Filed: July 18, 2008
   MICHAEL BREHM, and DOES 1-25,
21
              Defendants.
22

23

24

25

26

27

28

Dockets.Justia.com

The Court, having considered StudiVZ Ltd.'s motion for protective order quashing third-party subpoenas, Facebook, Inc.'s motion in opposition thereto, as well as the records on file in this action, hereby orders as follows:

StudiVZ Ltd.'s Motion to Quash Facebook's third-party subpoenas IS HEREBY DENIED.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Howard Lloyd
United States Magistrate Judge
