I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, DENNIS BEMMANN, MICHAEL BREHM, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES RE: SECOND ROUND OF JURISDICTIONAL DISCOVERY** <br><br> Complaint Filed: July 18, 2008 |

The Court, having considered Facebook's Motion to Compel Further Responses to Facebook's Second Round of Jurisdictional Discovery, Defendants' motion in opposition thereto, as well as the records on file in this action, hereby orders as follows:

Facebook's Motion to Compel Further Responses to Facebook's Second Round of Jurisdictional Discovery is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Howard Lloyd
United States Magistrate Judge