I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, DENNIS BEMMANN, MICHAEL BREHM, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION TO SHORTEN TIME PURSUANT TO CIVIL L.R. 6-3** <br><br> Complaint Filed: July 18, 2008 |

| | |
|---|---|
| 1 | The Court, having considered Facebook's Motion to Shorten Time, Defendants' |
| 2 | motion in opposition thereto, as well as the records on file in this action, hereby orders as follows: |
| 3 | Facebook's Motion to Shorten Time is hereby GRANTED. |
| 4 | Defendants' Reply Brief on their Motion to Quash Facebook's Third-Party |
| 5 | Subpoenas shall be due _____. |
| 6 | Defendants' Opposition to Facebook's Motion to Compel Further Discovery |
| 7 | Responses Re: Facebook's Second Round of Jurisdictional Discovery shall be due |
| 8 | _____. |
| 9 | Facebook's Reply Brief on their Motion to Compel Further Discovery Responses |
| 10 | Re: Facebook's Second Round of Jurisdictional Discovery shall be due _____. |
| 11 | The hearing on both Facebook's Motion to Compel Further Discovery Responses |
| 12 | Re: Facebook's Second Round of Jurisdictional Discovery and Defendants' Motion to Quash |
| 13 | Facebook's Third-Party Subpoenas shall be held on **June 16, 2009 at 10:00 a.m**. |
| 14 | IT IS SO ORDERED. |
| 15 | Dated: |
| 16 | Honorable Howard Lloyd<br>United States Magistrate Judge |