1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:   +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza
8  Suite 1600
   Irvine, CA  92614-2558
9  Telephone:   +1-949-567-6700
   Facsimile:    949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, DENNIS BEMMANN, MICHAEL BREHM, and DOES 1-25, <br><br> Defendants. | Case No.  5:08-cv-03468 JF <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO CONTINUE JULY 10, 2009 HEARING ON DEFENDANTS' MOTIONS TO DISMISS** <br><br> Complaint Filed: July 18, 2008 |

1   The Court, having considered Facebook, Inc.'s ("Facebook") Motion to Continue
2   Hearing Pursuant to Civil L.R. 6-3, Defendants' Opposition thereto, as well as the records on file
3   in this action, hereby orders as follows:
4       Facebook's Motion to Continue the July 10, 2009 hearing on Defendants' motions
5   to dismiss is hereby GRANTED.  The hearing is reschedule to take place 30 days after
6   Defendants comply with Magistrate Judge Lloyd's order(s) resolving the pending personal
7   jurisdiction discovery disputes.
8       IT IS SO ORDERED.

Dated:

                    Honorable Jeremy Fogel
                    United States District Judge