RECEIVED
FEB 0 2 2009
GGFCMK

I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

THOMAS J. GRAY
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: +1-949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH; HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>Defendant. | Case No. 5:08-cv-03468 JF<br><br>FACEBOOK, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HOTLZBRINCK VENTURES GmBH RELATING TO PERSONAL JURISDICTION<br><br>(SET TWO: 31 – 32) |

YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to respond to the following requests for production separately and fully, in writing, and under penalty of perjury, within thirty (30) days after service or whatever date is ordered by the Court, whichever is sooner.

Price v. Facebook, Inc.

Dockets.Justia.com

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 31**

ALL DOCUMENTS OR COMMUNICATIONS RELATING TO YOUR knowledge of FACEBOOK's legal claims against STUDIVZ, including, but not limited to, the means by which YOU first gained that knowledge.

**REQUEST FOR PRODUCTION NO. 32**

ALL DOCUMENTS OR COMMUNICATIONS RELATING TO similarities between the FACEBOOK WEBSITE and the STUDIVZ WEBSITES, including, but not limited to, graphical similarities, layout similarities, functional similarities, and feature similarities.

Dated: January 30, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
JULIO C. AVALOS
Attorneys for Plaintiff
FACEBOOK, INC.

RECEIVED
FEB 02 2009
GGFCMK

| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | JULIO C. AVALOS (STATE BAR NO. 255350) |
|   | javalos@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
|   | Telephone: +1-650-614-7400 |
| 5 | Facsimile: +1-650-614-7401 |
| 6 | THOMAS J. GRAY |
|   | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 4 Park Plaza, Suite 1600 |
| 8 | Irvine, CA 92614-2558 |
|   | Telephone: +1-949-567-6700 |
| 9 | Facsimile: +1-949-567-6710 |
| 10 | Attorneys for Plaintiff |
|   | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FACEBOOK, INC., | | Case No. 5:08-cv-03468 JF |
| Plaintiff, | | **FACEBOOK, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HOTLZBRINCK NETWORKS GmBH RELATING TO PERSONAL JURISDICTION** |
| v. | | |
| STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, | | (SET TWO: 31-32) |
| Defendant. | | |

YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to respond to the following requests for production separately and fully, in writing, and under penalty of perjury, within thirty (30) days after service or whatever date is ordered by the Court, whichever is sooner.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 31**

ALL DOCUMENTS OR COMMUNICATIONS RELATING TO YOUR knowledge of FACEBOOK's legal claims against STUDIVZ, including, but not limited to, the means by which YOU first gained that knowledge.

**REQUEST FOR PRODUCTION NO. 32**

ALL DOCUMENTS OR COMMUNICATIONS RELATING TO similarities between the FACEBOOK WEBSITE and the STUDIVZ WEBSITES, including, but not limited to, graphical similarities, layout similarities, functional similarities, and feature similarities.

Dated: January 30, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
JULIO C. AVALOS
Attorneys for Plaintiff
FACEBOOK, INC.

1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:    +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  THOMAS J. GRAY
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
8  Irvine, CA 92614-2558
   Telephone:    +1-949-567-6700
9  Facsimile:    +1-949-567-6710

10 Attorneys for Plaintiff
   FACEBOOK, INC.

RECEIVED FEB 0 2 2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>Defendants. | Case No. 5:08-cv-03468 JF<br><br>**FACEBOOK, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT STUDIVZ, LTD. RELATING TO PERSONAL JURISDICTION**<br><br>(SET TWO: 31 – 63) |

YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to respond to the following requests for production separately and fully, in writing, and under penalty of perjury, within thirty (30) days after service or whatever date is ordered by the Court, whichever is sooner.

**REQUEST FOR PRODUCTION NO. 63**

ALL DOCUMENTS AND COMMUNICATIONS that relate to STUDIVZ'S accessing of the FACEBOOK WEBSITE for commercial purposes.

Dated: January 30, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

JULIO C. AVALOS
Attorneys for Plaintiff
FACEBOOK, INC.

1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:   +1-650-614-7400
5  Facsimile:   +1-650-614-7401

6  THOMAS J. GRAY
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
8  Irvine, CA 92614-2558
   Telephone:   +1-949-567-6700
9  Facsimile:   +1-949-567-6710

10 Attorneys for Plaintiff
   FACEBOOK, INC.

RECEIVED
FEB 0 2 2009
GGFCMK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>        Defendant. | Case No. 5:08-cv-03468 JF<br><br>**REQUESTS FOR ADMISSION RELATING TO PERSONAL JURISDICTION** |

**PROPOUNDING PARTY:** FACEBOOK, INC.

**RESPONDING PARTY:** HOLTZBRINCK VENTURES GMBH

**SET NO.:** ONE (Nos. 1 – 5)

similarities between the FACEBOOK WEBSITE and the STUDIVZ WEBSITES, including, but not limited to, visual similarities, functional similarities, feature similarities, and layout similarities.

Dated: January 30, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Julio C. Avalos

JULIO C. AVALOS
Attorneys for Plaintiff
FACEBOOK, INC.

1    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
2    JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
4    Menlo Park, CA 94025
Telephone: +1-650-614-7400
5    Facsimile: +1-650-614-7401

6    THOMAS J. GRAY
tgray@orrick.com
7    ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
8    Irvine, CA 92614-2558
Telephone: +1-949-567-6700
9    Facsimile: +1-949-567-6710

10    Attorneys for Plaintiff
FACEBOOK, INC.

RECEIVED
FEB 0 2 2009
GGFCMK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>    Defendant. | Case No. 5:08-cv-03468 JF<br><br>**REQUESTS FOR ADMISSION RELATING TO PERSONAL JURISDICTION** |

**PROPOUNDING PARTY:** FACEBOOK, INC.

**RESPONDING PARTY:** HOLTZBRINCK NETWORKS GMBH

**SET NO.:** ONE (Nos. 1 – 5)

similarities between the FACEBOOK WEBSITE and the STUDIVZ WEBSITES, including, but not limited to, visual similarities, functional similarities, feature similarities, and layout similarities.

Dated: January 30, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
JULIO C. AVALOS
Attorneys for Plaintiff
FACEBOOK, INC.

1    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
     nchatterjee@orrick.com
2    JULIO C. AVALOS (STATE BAR NO. 255350)
     javalos@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
4    Menlo Park, CA 94025
     Telephone:  +1-650-614-7400
5    Facsimile:  +1-650-614-7401

6    THOMAS J. GRAY
     tgray@orrick.com
7    ORRICK, HERRINGTON & SUTCLIFFE LLP
     4 Park Plaza, Suite 1600
8    Irvine, CA 92614-2558
     Telephone:   +1-949-567-6700
9    Facsimile:   +1-949-567-6710

10   Attorneys for Plaintiff
     FACEBOOK, INC.

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

16   FACEBOOK, INC.,                      Case No. 5:08-cv-03468 JF

17              Plaintiff,                **REQUESTS FOR ADMISSION
                                          RELATING TO PERSONAL
18        v.                              JURISDICTION**

19   STUDIVZ LTD., HOTLZBRINCK
     NETWORKS GmBH, HOLTZBRINCK
20   VENTURES GmBH, and DOES 1-25,

21              Defendant.

22   **PROPOUNDING PARTY:** FACEBOOK, INC.

23   **RESPONDING PARTY:**   STUDIVZ LTD

24   **SET NO.:**            ONE (Nos. 1 – 22)

25

26

27

28

**REQUEST FOR ADMISSION NO. 16**

Admit that all USERS OF STUDIVZ are required to agree to a terms of use agreement prior to receiving full access to the STUDIVZ WEBSITES, their networks, or their features.

**REQUEST FOR ADMISSION NO. 17**

Admit that since October 2005, COMPUTER CODE for at least one of the STUDIVZ WEBSITES was or has been altered to account for USERS OF STUDIVZ residing in the United States, including, but not limited to, the state of California.

**REQUEST FOR ADMISSION NO. 18**

Admit that STUDIVZ's business, income, revenue or profit models rely, at least in part, on income from advertising, including, but not limited to, advertisements and advertisement banners placed on the STUDIVZ WEBSITES.

**REQUEST FOR ADMISSION NO. 19**

Admit that the number of USERS OF STUDIVZ is a factor taken into account by YOU when negotiating the cost of advertising on at least one of the STUDIVZ WEBSITES.

**REQUEST FOR ADMISSION NO. 20**

Admit that STUDIVZ's revenue is based, at least in part, on the total number of USERS OF STUDIVZ.

**REQUEST FOR ADMISSION NO. 21**

Admit that at least one of the STUDIVZ WEBSITES was modeled after the FACEBOOK WEBSITE.

**REQUEST FOR ADMISSION NO. 22**

Admit that YOU have accessed the FACEBOOK WEBSITE for commercial purposes.

Dated: January 30, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

JULIO C. AVALOS
Attorneys for Plaintiff
FACEBOOK, INC.

RECEIVED
FEB 02 2009
GGFCMK

| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | JULIO C. AVALOS (STATE BAR NO. 255350) |
| | javalos@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: +1-650-614-7400 |
| 5 | Facsimile: +1-650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
| | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza |
| 8 | Suite 1600 |
| | Irvine, CA 92614-2558 |
| 9 | Telephone: +1-949-567-6700 |
| | Facsimile: 949-567 6710 |

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC.,

    Plaintiff,

v.

STUDIVZ LTD., VERLAGSGRUPPE
GEORG VON HOLTZBRINCK GmBH,
HOTLZBRINCK NETWORKS GmBH,
HOLTZBRINCK VENTURES GmBH, and
DOES 1-25,

    Defendant.

Case No. 5:08-cv-03468 JF

**PROOF OF SERVICE**

OHS West:260602947.1                                                                                                                        PROOF OF SERVICE

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On January 30, 2009, I served the within document(s):

- **REQUESTS FOR ADMISSION RELATING TO PERSONAL JURISDICTION TO HOLTZBRINCK NETWORKS GMBH**

- **REQUESTS FOR ADMISSION RELATING TO PERSONAL JURISDICTION TO HOLTZBRINCK VENTURES GMBH**

- **REQUESTS FOR ADMISSION RELATING TO PERSONAL JURISDICTION TO STUDIVZ LTD.**

- **FACEBOOK, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT STUDIVZ, LTD. RELATING TO PERSONAL JURISDICTION**

- **FACEBOOK, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HOTLZBRINCK NETWORKS GmBH RELATING TO PERSONAL JURISDICTION**

- **FACEBOOK, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HOTLZBRINCK VENTURES GmBH RELATING TO PERSONAL JURISDICTION**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on January 30, 2009.

By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 14, 2008.

X   By causing personal delivery by First Legal Support of the document(s) listed above to the person(s) at the address(es) set forth below.

By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

OHS West:260602947.1                                                                PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | | |
| 2 | **Stephen S. Smith** | **Attorney for Defendants** |
| | **William Mielke Walker** | **STUDIVZ LTD., VERLAGSGRUPPE** |
| 3 | **GREENBERG GLUSKER FIELDS** | **HOLTZBRINCK NETWORKS GmBH,** |
| | **CLAMAN & MACHTINGER LLP** | **HOTZBRINCK VENTURES GmBH** |
| 4 | 1900 Avenue of the Stars | |
| | Los Angeles, CA 90067 | |
| 5 | Tel: 310-553-3610 | |
| | Fax: 310-553-0687 | |
| 6 | email: wwalker@greenbergglusker.com | |

Executed on January 30, 2009, at Irvine, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Valerie Cloyd