Pressemitteilung 4/09



# Landgericht Köln
Pressestelle                                          Köln, den 16.6.2009

## Facebook scheitert mit Unterlassungsklage gegen StudiVZ

Die für Wettbewerbssachen zuständige 33. Zivilkammer des Landgerichts Köln hat heute die Klage von Facebook gegen den Konkurrenten StudiVZ abgewiesen.

Die in Kalifornien ansässige Facebook Ltd. hatte behauptet, StudiVZ habe die Gestaltung der Facebook-Seite in unlauterer Weise nachgeahmt. Außerdem sei der geheime PHP-Quellcode von Seiten des Konkurrenten auf illegale Weise erlangt worden. Darauf wurde der nun vom Landgericht zurückgewiesene Anspruch gestützt, die weitere Verwendung der Bildschirmoberflächen von StudiVZ im geschäftlichen Verkehr zu unterlassen.

Price v. Facebook, Inc.                    Doc. 181

Nach Auffassung der zuständigen Richter liegt trotz nicht zu übersehender Übereinstimmungen und Ähnlichkeiten der beiden Internetseiten keine unlautere Nachahmung vor. Es fehle an der hierfür erforderlichen Herkunftstäuschung. Diese komme deswegen nicht in Betracht, weil zum Zeitpunkt der Markteinführung von StudiVZ in Deutschland im November 2005 der Konkurrent Facebook noch nicht den erforderlichen Bekanntheitsgrad auf dem deutschen Markt hatte. Denn Facebook richtete sich bis September 2006 – ausschließlich in englischer Sprache – nur an nordamerikanische Studenten und Schüler. Erst seit März 2008 existiert eine deutschsprachige Version.

Dockets.Justia.com

Eine Unlauterkeit der Beklagten wegen unredlicher Erlangung von Kenntnissen oder Unterlagen der Klägerin habe diese nicht substantiiert vorgetragen. Insofern habe die Klägerin lediglich Vermutungen angestellt, die nicht ausreichend seien, um der Beklagten unredliche Kenntniserlangung vorzuwerfen. Diese Vermutungen seien auch nicht hinreichend konkret, um den ebenfalls von der Klägerin geltend gemachten sog. Besichtigungsanspruch zu rechtfertigen. Damit wollte die Klägerin erreichen, dass die PHP-Quellcodes beider Seiten durch einen Sachverständigen verglichen werden sollte, um eine eventuelle Übernahme des klägerischen Produkts zu beweisen. Letztlich – so die Zivilkammer – können die Übereinstimmungen auch darauf beruhen, dass die Gründer von StudiVZ die Webseiten der Klägerin kannten und diese mit Hilfe der im Internet für jedermann sichtbaren Informationen in Anlehnung an die Seite der Klägerin nachprogrammierten bzw. nachprogrammieren ließen. Ein Verstoß der Beklagten gegen die AGB der Klägerin liege hierin indes nicht, weil die Beklagte nie selbst Vertragspartner der Klägerin war.

Das Urteil ist nicht rechtskräftig. Die Klägerin kann binnen eines Monats Berufung zum Oberlandesgericht Köln einlegen.

Der Volltext der Entscheidung wird in etwa einer Woche in der NRW-Rechtsprechungsdatenbank NRWE unter www.nrwe.de zur Verfügung gestellt werden. Von entsprechenden Anfragen bitte ich solange abzusehen.

Geschäftszeichen des Landgerichts Köln: 33 O 374/08

(Dr. Dirk Eßer)
Pressesprecher