1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:   +1-650-614-7400
5  Facsimile:   +1-650-614-7401

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza
8  Suite 1600
   Irvine, CA  92614-2558
9  Telephone:   +1-949-567-6700
   Facsimile:   949-567 6710
10
   Attorneys for Plaintiff
11 FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-03468 JF |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO STAY PROCEEDINGS** |
| STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, DENNIS BEMMANN, MICHAEL BREHM, and DOES 1-25, | Complaint Filed: July 18, 2008 |
| Defendants. | |

| | |
|---|---|
| 1 | The Court, having considered Defendants' Administrative Motion to Stay |
| 2 | Proceedings and Requesting Status Conference, Facebook, Inc.'s motion in opposition thereto, as |
| 3 | well as the records on file in this action, hereby orders as follows: |
| 4 | Defendants' Administrative Motion IS HEREBY DENIED.  Personal jurisdiction |
| 5 | discovery pending before Magistrate Judge Lloyd is hereby ordered to proceed apace. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: |

_____
Honorable Jeremy Fogel
United States District Judge